**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Royce J. Hassell** | § | **Case No. 19-30694** |
| | § | |
| **Debtor.** | § | **(Chapter 11)** |

**ORDER AUTHORIZING THE DEBTOR TO EMPLOY**
**JONES MURRAY & BEATTY LLP AS GENERAL COUNSEL *NUNC PRO TUNC***

**(This Order relates to Dkt. No. __)**

The Court, having considered the Debtor's Application to Employ Jones Murray & Beatty LLP *Nunc Pro Tunc* as general counsel ("Application"), any responses thereto, the evidence adduced at any hearing thereon, and the record in this case, finds that (a) the Court has jurisdiction under 28 U.S.C. § 1334; (b) this is a core proceeding under § 157(b); (c) Jones Murray & Beatty LLP is a "disinterested person" as defined in section 101(14); (d) the relief requested is in the best interest of the Debtor and its estate, creditors and other parties in interest; (e) notice of the motion was adequate under the circumstances; and (f) good cause exists to grant this relief requested.

Therefore, it is ORDERED THAT:

1. The Debtor is authorized to employ Jones Murray & Beatty LLP on the terms set forth in the Application, as its general counsel in this case, effective as of February 4, 2019.

2. Any compensation or reimbursement of expenses will be subject to final application under section 327, or as otherwise ordered by the Court.

Dated: _____

_____
Honorable Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE