**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**

**HOUSTON DIVISION**

CASE NAME: | Royce James Hassell | Petition Date : | 02/04/2019

CASE NUMBER: | 19-30694

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF | February-2019

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|
| 1. Prosperity | 1340 | 1. | |
| 2. Bank of Texas | i7096 | 2. | |
| 3. Frost | 1074 | 3. | |

(attach list if needed)   (attach list if needed)

## A copy of a reconciled statement should be attached for each and all accounts.

| | + | | = | $ 0.00 |
|---|---|---|---|---|
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 | | Total Disbursements from MFR-2 | | Total Disbursements |

(When the debtor is a sole proprietorship)   (When the debtor is an Individual)

Are all post-petition liabilities, including taxes, being paid within terms? Yes ☐ No ☒

Have any pre-petition liabilities been paid ? Yes ☐ No ☒ If so, explain _____

Are all U. S. Trustee Quarterly Fee Payments current? Yes ☑ No ☐

What is the status of your Plan of Reorganization? to be filed

\*\*\*The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee\*\*\*

| Attorney Name: | Erin Jones |
|---|---|
| **Firm:** | JONES MURRAY & BEATTY LLP |
| **Address:** | 4119 Montrose, Suite 230 | Houston, Texas 77006 |
| **Address:** | Houwton |
| **City State, Zip:** | Texas 77006 |
| **Telephone:** | 713 5291999 |

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

**MFR-1**

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 02/04/2019

CASE NAME: Royce    James    Hassell

CASE NUMBER: 19-30694

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2019 MONTH February | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 508.00 | | | | | |
| RECEIPTS | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | | | | | |
| 3. Rents, Royalties, Dividends, Interest | | 0.00 | | | | | |
| 4. Social Security, Pension, etc. | | 0.00 | | | | | |
| 5. Other (attach list) | | | | | | | |
| TOTAL RECEIPTS | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| DISBURSEMENTS | | | | | | | |
| 6. Rent or Home Mortgage Payment | | | | | | | |
| 7. Utilities (electric/gas, water, telephone) | | 1,527.21 | | | | | |
| 8. Home Maintenance (repairs and upkeep) | | 0.00 | | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 269.12 | | | | | |
| 10. Medical and Dental | | 45.00 | | | | | |
| 11. Transportation (not including car payment) | | 170.57 | | | | | |
| 12. Recreations, Clubs, and Entertainment | | 0.00 | | | | | |
| 13. Insurance (not included in wages or home mortgage) | | 4,075.10 | | | | | |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | | | | | |
| 15. Auto Payment | | 1,481.53 | | | | | |
| 16. Credit Cards | | 260.80 | | | | | |
| 17. Other (attach list) | | 5.50 | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 0.00 | $ 7,834.83 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 18. PROFESSIONAL FEES | | 15,005.50 | | | | | |
| 19. U.S. TRUSTEE FEES | | 0.00 | | | | | |
| TOTAL DISBURSEMENTS | $ 0.00 | $ 22,840.33 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 20. NET CASH FLOW | 0.00 | (22,840.33) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $ 0.00 | ($ 22,332.33) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-2**

*Revised: 1/31/2014*

# This FORM is for INDIVIDUALS ONLY

| CASE NAME: | Royce | James | Hassell | | | CASE NUMBER: | 19-30694 |
|---|---|---|---|---|---|---|---|

**MFR-3**   *Revised: 1/31/2014*

| POST-PETITION LIABILITIES | MONTH 2018 February | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| SECURED: | | | | | | |
| Mr. Cooper | $0.00 | | | | | |
| Trustmark Mortgage co. | 0.00 | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| (attach list) | | | | | | |
| TOTAL SECURED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| UNSECURED: | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TAXES: | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL TAXES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL POST-PETITION LIABILITIES (for Individual) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |