Office of Harris County District Clerk - Marilyn Burgess

**EXHIBIT "A"**

| **HCDistrictclerk.com** | HASSELL CONSTRUCTION COMPANY INC vs. HASSELL, ROYCE | 5/3/2019 |
|---|---|---|

Cause: 201687708    CDI: 7    Court: 061

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 12/22/2016 |
| **Case (Cause) Location** | Civil Intake 1st Floor |
| **Case (Cause) Status** | Case On Appeal - Civil |
| **Case (Cause) Type** | OTHER CIVIL |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | N/A |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 061st |
| **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:7133686070 |
| **JudgeName** | FREDERICKA PHILLIPS |
| **Court Type** | Civil |

## APPEALS

| Action Type | Action | Date | Cost |
|---|---|---|---|
| Notice of Appeal Has Been Filed | Accellerated Appeal | 8/3/2018 | $ 0.00 |
| | | 8/3/2018 | $ 0.00 |
| Court Assignment | Assigned to 1st Court of Appeals | 8/3/2018 | $ 0.00 |
| Transcript Action | Transcript Completed | 8/8/2018 | $ 203.00 |
| Mandate Issued on Appeal | | 8/23/2018 | $ 0.00 |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| HASSELL CONSTRUCTION COMPANY INC | PLAINTIFF - CIVIL | | RENTEA, BOGDAN |
| C/O BOGDAN RENTEA 700 LAVACA, AUSTIN, TX 78701 | | | |
| HASSELL CONSTRUCTION COMPANY INC | CROSS DEFENDANT | | RENTEA, BOGDAN |
| C/O BOGDAN RENTEA 700 LAVACA, AUSTIN, TX 78701 | | | |
| HASSELL, ROYCE | DEFENDANT - CIVIL | | HASSELL, SILVIA T. |
| 5302 MAPLE STREET, BELLAIRE, TX 77401 | | | |

**EXHIBIT "A"**

Office of Harris County District Clerk - Marilyn Burgess

EXHIBIT "A"

| | | |
|---|---|---|
| HASSELL, ROYCE | CROSS PLAINTIFF | HASSELL, SILVIA T. |
| 5302 MAPLE STREET, BELLAIRE, TX 77401 | | |
| HASSELL, SILVIA | DEFENDANT - CIVIL | HASSELL, SILVIA T. |
| 5302 MAPLE STREET,, BELLAIRE, TX 77401 | | |
| HASSELL, ROYCE | THIRD PARTY PLAINTIFF | HASSELL, SILVIA T. |
| HASSELL, MICHAEL | THIRD PARTY DEFENDANT | RENTEA, BOGDAN |
| 12211 DUNCAN ROAD, HOUSTON, TX 77066 | | |
| HASSELL, MICHAEL | CROSS DEFENDANT | |
| 12211 DUNCAN ROAD, HOUSTON, TX 77066 | | |
| HASSELL, MICHAEL | THIRD PARTY PLAINTIFF | RENTEA, BOGDAN |
| 12211 DUNCAN ROAD, HOUSTON, TX 77066 | | |
| TRUSTEE OF JAMES C HASSELL INTERVIVOS TRUST | THIRD PARTY DEFENDANT | |
| HASSELL, PHILLIP | THIRD PARTY DEFENDANT | RENTEA, BOGDAN |
| 12211 DUNCAN ROAD, HOUSTON, TX 77066 | | |
| HASSELL, PHILLIP | THIRD PARTY PLAINTIFF | RENTEA, BOGDAN |
| 12211 DUNCAN ROAD, HOUSTON, TX 77066 | | |
| HASSELL, SHAWN POTTS | THIRD PARTY DEFENDANT | |
| 12211 DUNCAN ROAD, HOUSTON, TX 77066 | | |
| HASSELL, SHAWN POTTS | THIRD PARTY PLAINTIFF | RENTEA, BOGDAN |
| 12211 DUNCAN ROAD, HOUSTON, TX 77066 | | |
| TRUSTEE OF JAMES C HASSELL INTERVIVOS TRUST (CURRENTLY MICHAEL | REGISTERED AGENT | |
| 12211 DUNCAN ROAD, HOUSTON, TX 77066 | | |
| RHP | THIRD PARTY DEFENDANT | |
| RHP BY SERVING ITS REGISTERED AGENT ROYCE HASSELL | REGISTERED AGENT | |
| 12512 CUTTEN ROAD, HOUSTON, TX 77066 | | |
| TAURIELLO, TERRY | THIRD PARTY DEFENDANT | |
| 12512 CUTTEN ROAD, HOUSTON, TX 77066 | | |
| R HASSELL PROPERTIES INC MAY BE SERVED BY SERVING ITS | REGISTERED AGENT | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order | Post | Pgs | Volume | Filing | Person |
|---|---|---|---|---|---|---|---|

EXHIBIT "A"

| Date | | Signed | Jdgm | /Page | Attorney | Filing |
|---|---|---|---|---|---|---|
| 8/27/2018 | ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | 8/27/2018 | 1 | | | |
| 8/7/2018 | BANKRUPTCY PROCEEDINGS, CASE ON HOLD | | 0 | | | |
| 7/23/2018 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 7/23/2018 | 3 | | | |
| 6/28/2018 | ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | 6/28/2018 | 1 | | | |
| 6/28/2018 | TRANSFERRED TO HARRIS COUNTY DISTRICT COURT | | 0 | | | |
| 6/28/2018 | TRANSFERRED TO ANOTHER HARRIS COUNTY DISTRICT COURT | | 0 | | | |
| 6/15/2018 | SUPPLEMENTAL AMENDED ANSWER | | 0 | | RENTEA, BOGDAN | HASSELL, MICHAEL |
| 4/20/2018 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | 4/20/2018 | 4 | | | |
| 4/20/2018 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 4/20/2018 | 2 | | | |
| 4/17/2018 | THIRD PARTY PETITION | | 0 | | RENTEA, BOGDAN | HASSELL, SHAWN POTTS |
| 4/17/2018 | ANSWER COUNTER CLAIM | | 0 | | RENTEA, BOGDAN | HASSELL, ROYCE |
| 4/17/2018 | ANSWER COUNTER CLAIM | | 0 | | RENTEA, BOGDAN | HASSELL, MICHAEL |
| 4/17/2018 | ANSWER THIRD PARTY PETITION | | 0 | | RENTEA, BOGDAN | HASSELL, MICHAEL |
| 4/17/2018 | ANSWER THIRD PARTY PETITION | | 0 | | RENTEA, BOGDAN | HASSELL, PHILLIP |
| 4/17/2018 | THIRD PARTY PETITION | | 0 | | RENTEA, BOGDAN | HASSELL, MICHAEL |
| 4/17/2018 | THIRD PARTY PETITION | | 0 | | RENTEA, BOGDAN | HASSELL, PHILLIP |
| 5/23/2017 | DESIGNATED TRIAL READY | | 0 | | | |
| 5/19/2017 | THIRD PARTY PETITION | | 0 | | CARSON, DERRICK BRYAN | HASSELL, ROYCE |
| 5/19/2017 | COUNTER CLAIM | | 0 | | CARSON, DERRICK BRYAN | HASSELL, ROYCE |
| 4/19/2017 | ANSWER ORIGINAL PETITION | | 0 | | CARSON, DERRICK BRYAN | HASSELL, ROYCE |
| 4/19/2017 | ANSWER ORIGINAL PETITION | | 0 | | CARSON, DERRICK BRYAN | HASSELL, SILVIA |
| 2/15/2017 | ORDER GRANTING SUBSTITUTED SERVICE SIGNED | 2/15/2017 | 2 | | | |
| 2/15/2017 | ORDER GRANTING SUBSTITUTED SERVICE SIGNED | 2/15/2017 | 2 | | | |
| 12/29/2016 | ORDER SIGNED DENYING TRANSFER OF CASE TO ANOTHER DIST COURT | 12/29/2016 | 1 | | | |
| 12/22/2016 | ORIGINAL PETITION | | 0 | | RENTEA, | HASSELL |

Office of Harris County District Clerk - Marilyn Burgess

**EXHIBIT "A"**

BOGDAN        CONSTRUCTION
COMPANY INC

## SETTINGS

| Date | Court Post Jdgm | Docket Type | Reason | Results | Comments | Requesting Party |
|---|---|---|---|---|---|---|
| 8/30/2018 11:30 AM | 061 | Law Day Docket | MOTION TO COMPEL PRODUCTION | Passed | BNKRPTCY & NOA FILED | RENTEA, BOGDAN |
| 1/17/2019 10:30 AM | 061 | Law Day Docket | STATUS CONFERENCE | Re-Set | 60 DAY RESET | |
| 3/21/2019 10:30 AM | 061 | Law Day Docket | STATUS CONFERENCE | Passed - No Appearance | TO SET FOR DWOP | |
| 4/11/2019 10:00 AM | 061 | Trial Coordinators Docket | DISMISS FOR WANT OF PROSECU-MTN TO (TRCP 165A) | Passed | | |
| 4/15/2019 09:00 AM | 061 | Trial Setting | Trial on Merits | Passed | ROYCE HASSELL FILED BKRUPTCY 8/3 | |
| 3/12/2018 08:00 AM | 113 | Submission Docket (Local Rule 12) | MOTION TO STRIKE EXPERTS | Re-Set | DEMAND BY WILLSON | RENTEA, BOGDAN |
| 3/29/2018 09:00 AM | 113 | Law Day Docket | MOTION TO STRIKE EXPERTS | Re-Set | RESET TO 4/6 10 AM | RENTEA, BOGDAN |
| 3/29/2018 09:00 AM | 113 | Law Day Docket | MOTION FOR CONTINUANCE (CIVIL) | Re-Set | RESET 4/6 @ 9 AM | |
| 4/06/2018 09:00 AM | 113 | Law Day Docket | MOTION FOR CONTINUANCE (CIVIL) | Passed | D WILSON CALLED 4/4 | |
| 4/06/2018 09:00 AM | 113 | Law Day Docket | MOTION TO STRIKE EXPERTS | Passed | LETTER FILED 4/4 | RENTEA, BOGDAN |
| 6/15/2018 01:00 PM | 113 | Law Day Docket | Dismissal | Hearing Held | BRIEFING TO BE DONE BY PLT AND DEF | HASSELL, SILVIA T. |
| 6/15/2018 01:00 PM | 113 | Law Day Docket | MOTION FOR CONTINUANCE (FAMILY) | Hearing Held | BRIEFING TO BE DONE BY PLT AND DEF | RENTEA, BOGDAN |
| 6/15/2018 01:00 PM | 113 | Law Day Docket | MOTION TO DISQUALIFY ATTORNEY | Denied | | RENTEA, BOGDAN |
| 6/15/2018 01:00 PM | 113 | Law Day Docket | DISCOVER - MOTION TO | Hearing Held | BRIEFING TO BE DONE BY PLT AND DEF | RENTEA, BOGDAN |
| 6/29/2018 10:00 AM | 113 | Law Day Docket | Dismissal | Passed | TRANSF TO 61ST | HASSELL, SILVIA T. |
| 7/02/2018 09:00 AM | 113 | Trial Setting | Trial on Merits | Re-Set | RESET TO 4/15/19 | |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | HASSELL, ROYCE | 12/29/2016 | 12/30/2016 | | 2/21/2017 | | 73325890 | MAIL TO ATTORNEY |
| | 5302 MAPLE STREET BELLAIRE TX 77401 | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | HASSELL, SILVIA | 12/29/2016 | 12/30/2016 | | 2/21/2017 | | 73325895 | MAIL TO ATTORNEY |

**EXHIBIT "A"**

**EXHIBIT "A"**

5302 MAPLE STREET, BELLAIRE TX 77401

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | | HASSELL, MICHAEL | 2/2/2018 | 2/21/2018 | 73465513 | CVC/CTM SVCE BY CERTIFIED MAIL |

12211 DUNCAN ROAD HOUSTON TX 77066

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | | TRUSTEE OF JAMES C HASSELL INTERVIVOS TRUST (CURRENTLY MICHAEL | 2/2/2018 | 2/21/2018 | 73465517 | CVC/CTM SVCE BY CERTIFIED MAIL |

12211 DUNCAN ROAD HOUSTON TX 77066

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE RETURN/EXECUTED | | HASSELL, PHILLIP | 2/2/2018 | 2/21/2018 | 73465519 | CVC/CTM SVCE BY CERTIFIED MAIL |

12211 DUNCAN ROAD HOUSTON TX 77066

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITATION (CERTIFIED) | SERVICE RETURN/EXECUTED | | HASSELL, SHAWN POTTS | 2/2/2018 | 2/21/2018 | 73465521 | CVC/CTM SVCE BY CERTIFIED MAIL |

12211 DUNCAN ROAD HOUSTON TX 77066

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | THIRD PARTIES | TAURIELLO, TERRY | 4/17/2018 | 4/24/2018 | 73486374 | CIV AGCY-CIVILIAN SERVICE AGENCY |

12512 CUTTEN ROAD HOUSTON TX 77066

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CITATION | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | THIRD PARTIES | R HASSELL PROPERTIES INC MAY BE SERVED BY SERVING ITS | 4/17/2018 | 4/24/2018 | 73486375 | CIV AGCY-CIVILIAN SERVICE AGENCY |

12512 CUTTEN ROAD HOUSTON TX 77066

## Notices

| Notice Date | Activity Date | Description | Connection To Case | Name | Address | Phone |
|---|---|---|---|---|---|---|
| 7/3/2018 | 6/28/2018 | | 0 | HASSELL, SILVIA T. | 12512 CUTTEN ROA, HOUSTON, TX 77066 | 713-665-2442 |
| 7/3/2018 | 6/28/2018 | | 0 | CARSON, DERRICK BRYAN | 600 TRAVIS STR, HOUSTON, TX 77002 | 713-226-1197 |
| 7/3/2018 | 6/28/2018 | | 0 | RENTEA, BOGDAN | 700 LAVACA STR, AUSTIN, TX 78701 | 512-472-6291 |
| 7/26/2018 | 7/23/2018 | | 0 | HASSELL, SILVIA T. | 12512 CUTTEN ROA, HOUSTON, TX 77066 | 713-665-2442 |
| 7/26/2018 | 7/23/2018 | | 0 | CARSON, DERRICK BRYAN | 600 TRAVIS STR, HOUSTON, TX 77002 | 713-226-1197 |
| 7/26/2018 | 7/23/2018 | | 0 | RENTEA, BOGDAN | 700 LAVACA STR, AUSTIN, TX 78701 | 512-472-6291 |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 85029078 | Notice Of Absent | | 04/26/2019 | 1 |
| 84667325 | DCA Generic Letter | | 04/05/2019 | 2 |
| 84438269 | Return Mail Undeliverable | | 03/21/2019 | 2 |

**EXHIBIT "A"**

**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| 84419967 | Suggestion Of Bankruptcy And Status Report | 03/20/2019 | 2 |
| 83508158 | Vacation Letter | 01/22/2019 | 1 |
| 83496317 | DCA Generic Letter | 01/18/2019 | 2 |
| 83972788 | Setting Trial | 01/18/2019 | 1 |
| 81481257 | ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | 08/27/2018 | 1 |
| 81395632 | Notice of Submission | 08/23/2018 | 2 |
| 81448694 | Corrected notice regarding documents filed in case stayed for bankruptcy (court of appeals) | 08/23/2018 | 2 |
| 81349064 | ORDER SETTING STATUS CONFERENCE | 08/21/2018 | 3 |
| 81357009 | Plaintiffs' Unopposed Motion For Withdrawal and Substitution of Counsel | 08/21/2018 | 3 |
| -> 81357010 | Proposed order On Plaintiff's Unopposed Motion For Withdrawal And Substitution Of Counsel | 08/21/2018 | 1 |
| 81365275 | Order (court of appeals) | 08/16/2018 | 1 |
| 81365643 | Notice From First Court Of Appeals | 08/16/2018 | 1 |
| 81135391 | Suggestion of Bankruptcy Notice of Automatic Stay and Notice Pursuant to TRAPS | 08/07/2018 | 3 |
| -> 81135392 | Exhibit A | 08/07/2018 | 10 |
| -> 81135393 | Exhibit B | 08/07/2018 | 7 |
| 81177940 | General information (court of appeals) | 08/07/2018 | 5 |
| 81111103 | Notice of Appeal | 08/03/2018 | 2 |
| 80904985 | Notice of Hearing | 07/23/2018 | 1 |
| 80921235 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 07/23/2018 | 3 |
| 80894945 | Motion to Compel Discovery Responses | 07/20/2018 | 2 |
| -> 80894946 | Exhibit A | 07/20/2018 | 16 |
| -> 80894947 | Exhibit B | 07/20/2018 | 1 |
| -> 80894948 | Exhibit C | 07/20/2018 | 16 |
| -> 80894950 | Exhibit D | 07/20/2018 | 3 |
| 80849487 | Motion for Fees Under Section 27.009 of the TCPRC | 07/18/2018 | 2 |
| 80764125 | Reply to Plaintiffs Responses to Royce Hassell's TCPA Motion to Dismiss | 07/12/2018 | 13 |
| -> 80764126 | Exhibit A | 07/12/2018 | 7 |
| -> 80764127 | Exhibit A-01 | 07/12/2018 | 15 |
| -> 80764128 | Exhibit B | 07/12/2018 | 8 |
| -> 80764129 | Exhibit C | 07/12/2018 | 12 |
| -> 80764130 | Exhibit D | 07/12/2018 | 12 |
| -> 80764132 | Exhibit E | 07/12/2018 | 3 |
| -> 80764133 | Exhibit F | 07/12/2018 | 7 |
| -> 80764134 | Exhibit G | 07/12/2018 | 2 |
| -> 80764135 | Exhibit H | 07/12/2018 | 5 |
| -> 80764136 | Exhibit I | 07/12/2018 | 13 |
| 80792783 | Return Mail Undeliverable | 07/09/2018 | 2 |
| 80647959 | Letter to Judge Phillips regarding anti slapp motion to dismiss | 07/05/2018 | 1 |
| 80573213 | ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED | 06/28/2018 | 1 |
| 80547013 | Response to Royce Hassell's TCPA Motion Against Michael Hassell, as Trustee | 06/27/2018 | 2 |
| 80498324 | Letter to Judge Landrum | 06/25/2018 | 2 |

**EXHIBIT "A"**

**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| -> 80498326 | Exhibit 01 to Letter | 06/25/2018 | 7 |
| 80489464 | Response to Royce Hassell's First Amended and Supplemental Anti-SLAPP Motion | 06/22/2018 | 5 |
| -> 80489465 | Exhibit 01 | 06/22/2018 | 19 |
| 80498135 | Defendant's TCPA Motion to Dismiss Newly Asserted Claims by Michael Hassell as Trustee of the JCH Trust | 06/22/2018 | 5 |
| 80498140 | Notice of Hearing | 06/22/2018 | 1 |
| 80447547 | Letter Brief | 06/20/2018 | 5 |
| -> 80447548 | Exhibit A to Letter Brief | 06/20/2018 | 8 |
| -> 80447549 | Exhibit B to Letter Brief | 06/20/2018 | 9 |
| 80453337 | Defendant's First Amended and Supplemental Motion to Dismiss | 06/20/2018 | 19 |
| 80453350 | Defendant's Legal Memorandum In Support of TCPA Motion to Dismiss | 06/20/2018 | 5 |
| 80372139 | Reply to the Response of Plaintiffs to Royce Hassell's Anti-Slapp Motion to Dismiss | 06/15/2018 | 4 |
| -> 80372140 | Attachment 1- Affidavit of Royce J. Hassell | 06/15/2018 | 5 |
| -> 80372142 | Attachment 2- Declaration of Silvia Hassell | 06/15/2018 | 8 |
| 80372143 | Supplement to the Original Answer, Counterclaim and Third-Party Petition of Michael Hassell | 06/15/2018 | 2 |
| 80373073 | Letter re Exhibit 42 | 06/15/2018 | 2 |
| -> 80373074 | Exhibit 42 to Anti-Slapp Motion to Dismiss | 06/15/2018 | 5 |
| 80356730 | Proposed Order on Motion to Disqualify Silvia Hassell as Counsel for Royce Hassell | 06/14/2018 | 1 |
| 80359383 | Response to Royce Hassell's Anti-Slapp Motion | 06/14/2018 | 15 |
| -> 80359384 | Exhibit A | 06/14/2018 | 12 |
| -> 80359385 | Exhibit B | 06/14/2018 | 87 |
| -> 80359387 | Exhibit C | 06/14/2018 | 7 |
| -> 80359388 | Exhibit D | 06/14/2018 | 5 |
| -> 80359389 | Exhibit E | 06/14/2018 | 3 |
| -> 80359390 | Exhibit F | 06/14/2018 | 1 |
| -> 80359391 | Exhibit G | 06/14/2018 | 5 |
| -> 80359393 | Exhibit H | 06/14/2018 | 32 |
| -> 80359394 | Exhibit I | 06/14/2018 | 4 |
| -> 80359395 | Exhibit J | 06/14/2018 | 2 |
| -> 80359396 | Exhibit K | 06/14/2018 | 14 |
| -> 80359397 | Exhibit L | 06/14/2018 | 2 |
| -> 80359398 | Exhibit M | 06/14/2018 | 20 |
| -> 80359399 | Exhibit N | 06/14/2018 | 5 |
| -> 80359400 | Exhibit O | 06/14/2018 | 1 |
| -> 80359401 | Exhibit P | 06/14/2018 | 2 |
| -> 80359402 | Exhibit Q | 06/14/2018 | 1 |
| -> 80359403 | Exhibit R | 06/14/2018 | 27 |
| -> 80359405 | Exhibit S | 06/14/2018 | 5 |
| -> 80359406 | Exhibit T | 06/14/2018 | 6 |
| -> 80359407 | Exhibit U | 06/14/2018 | 2 |
| -> 80359408 | Exhibit V | 06/14/2018 | 2 |
| -> 80359409 | Exhibit W | 06/14/2018 | 4 |

**EXHIBIT "A"**

| -> 80359410 | Exhibit X | 06/14/2018 | 7 |
| -> 80359411 | Exhibit Y | 06/14/2018 | 53 |
| -> 80359412 | Exhibit Z | 06/14/2018 | 2 |
| 80359413 | Amernded Certificate of Service | 06/14/2018 | 1 |
| 80365230 | Response in Opposition to Motion to Allow Discovery Under Section 27.006 of the TCPRC | 06/14/2018 | 7 |
| 80338649 | Royce Hassell's Response to Disqualification Motion Against Silvia Hassell and Request for Sanctions | 06/13/2018 | 8 |
| -> 80338650 | Exhibit A | 06/13/2018 | 35 |
| -> 80338651 | Exhibit B | 06/13/2018 | 9 |
| -> 80338652 | Exhibit C | 06/13/2018 | 7 |
| -> 80338654 | Exhibit D | 06/13/2018 | 20 |
| -> 80338655 | Exhibit E | 06/13/2018 | 18 |
| -> 80338657 | Exhibit F | 06/13/2018 | 2 |
| 80324474 | Motion to Allow Discovery Under Section 27.006 of the TCPRC | 06/12/2018 | 3 |
| -> 80324606 | Proposed Order | 06/12/2018 | 1 |
| 80324601 | Notice of Hearing | 06/12/2018 | 1 |
| 80045670 | Cover letter | 05/22/2018 | 1 |
| -> 80045671 | Exhibit 34 | 05/22/2018 | 164 |
| 80012357 | Motion to Disqualify Silvia Hassell | 05/21/2018 | 3 |
| 80012412 | Royce Hassell's Anti-Slapp Motion to Dismiss | 05/21/2018 | 53 |
| -> 80012413 | Exhibit 01 | 05/21/2018 | 9 |
| -> 80012414 | Exhibit 02 | 05/21/2018 | 35 |
| -> 80012415 | Exhibit 03 | 05/21/2018 | 16 |
| -> 80012416 | Exhibit 04 | 05/21/2018 | 2 |
| -> 80012417 | Exhibit 05 | 05/21/2018 | 10 |
| -> 80012418 | Exhibit 06 | 05/21/2018 | 20 |
| -> 80012419 | Exhibit 07 | 05/21/2018 | 3 |
| -> 80012420 | Exhibit 08 | 05/21/2018 | 2 |
| -> 80012421 | Exhibit 09 | 05/21/2018 | 14 |
| -> 80012422 | Exhibit 10 | 05/21/2018 | 17 |
| -> 80012423 | Exhibit 11 | 05/21/2018 | 2 |
| -> 80012424 | Exhibit 12 | 05/21/2018 | 2 |
| -> 80012425 | Exhibit 13 | 05/21/2018 | 2 |
| -> 80012426 | Exhibit 14 | 05/21/2018 | 3 |
| -> 80012427 | Exhibit 15 | 05/21/2018 | 3 |
| -> 80012428 | Exhibit 16 | 05/21/2018 | 2 |
| -> 80012429 | Exhibit 17 | 05/21/2018 | 7 |
| -> 80012430 | Exhibit 18 | 05/21/2018 | 5 |
| -> 80012431 | Exhibit 19 | 05/21/2018 | 2 |
| -> 80012432 | Exhibit 20 | 05/21/2018 | 3 |
| -> 80012434 | Exhibit 21 | 05/21/2018 | 10 |

Office of Harris County District Clerk - Marilyn Burgess

**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| -> 80012435 | Exhibit 22 | 05/21/2018 | 3 |
| -> 80012436 | Exhibit 23 | 05/21/2018 | 6 |
| -> 80012437 | Exhibit 24 | 05/21/2018 | 12 |
| -> 80012438 | Exhibit 25 | 05/21/2018 | 14 |
| 80013052 | Notice of Hearing | 05/21/2018 | 1 |
| 80022168 | Notice of Hearing | 05/21/2018 | 1 |
| 80022339 | Royce Hassell's Anti-slapp Motion to Dismiss | 05/21/2018 | 53 |
| -> 80022340 | Exhibit 26 | 05/21/2018 | 3 |
| -> 80022341 | Exhibit 27 | 05/21/2018 | 6 |
| -> 80022342 | Exhibit 28 | 05/21/2018 | 3 |
| -> 80022343 | Exhibit 29 | 05/21/2018 | 5 |
| -> 80022344 | Exhibit 30 | 05/21/2018 | 198 |
| -> 80022345 | Exhibit 31 | 05/21/2018 | 2 |
| -> 80022346 | Exhibit 32 | 05/21/2018 | 5 |
| -> 80022347 | Exhibit 33 | 05/21/2018 | 2 |
| -> 80022348 | Exhibit 33 | 05/21/2018 | 2 |
| -> 80022349 | Exhibit 35 | 05/21/2018 | 4 |
| -> 80022350 | Exhibit 36 | 05/21/2018 | 3 |
| -> 80022351 | Exhibit 37 | 05/21/2018 | 10 |
| -> 80022352 | Exhibit 38 | 05/21/2018 | 3 |
| -> 80022353 | Exhibit 39 | 05/21/2018 | 62 |
| -> 80022354 | Exhibit 40 | 05/21/2018 | 16 |
| -> 80022355 | Exhibit 41 | 05/21/2018 | 2 |
| -> 80022356 | Exhibit 43 | 05/21/2018 | 12 |
| -> 80022357 | Exhibit 44 | 05/21/2018 | 2 |
| -> 80022358 | Exhibit 45 | 05/21/2018 | 3 |
| -> 80022359 | Exhibit 46 | 05/21/2018 | 12 |
| -> 80022360 | Exhibit 47 | 05/21/2018 | 6 |
| -> 80022361 | Exhibit 48 | 05/21/2018 | 2 |
| -> 80022362 | Exhibit 49 | 05/21/2018 | 2 |
| -> 80022363 | Exhibit 50 | 05/21/2018 | 2 |
| 79964418 | Notice of Appearance and designation of lead counsel | 05/16/2018 | 1 |
| 79660012 | Civil Process Pick-Up Form | 04/24/2018 | 1 |
| 79643980 | Order Resetting Trial | 04/23/2018 | 2 |
| 79597814 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | 04/20/2018 | 4 |
| 79597828 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 04/20/2018 | 2 |
| 79520363 | Original Answer Counterclaim and Third Party Petition of Philip Hassell Michael Hassell and Shawn Potts Hassell and Joinder Jason Hassell | 04/17/2018 | 6 |
| -> 79520364 | Exhibit A | 04/17/2018 | 3 |
| -> 79520365 | Exhibit B | 04/17/2018 | 5 |
| -> 79520366 | Exhibit C | 04/17/2018 | 1 |
| 79516656 | Civil Process Request | 04/16/2018 | 2 |

**EXHIBIT "A"**

| | | | | |
|---|---|---|---|---|
| 79319946 | Notice of Withdrawal of Motion and Cancellation of Hearing | | 04/04/2018 | 1 |
| 79317811 | Amended Agreed Motion for Continuance | | 04/03/2018 | 3 |
| -> 79320179 | Exhibit A (Cover page) | | 04/03/2018 | 1 |
| -> 79320180 | Exhibit A (Proposed Order) | | 04/03/2018 | 2 |
| -> 79317813 | Proposed Order Granting Agreed Motion for Continuance | | 04/03/2018 | 4 |
| 79113624 | Plaintiff's Response and Partial Opposition to Defendants Motion for Continuance and Entry of New DCO and Reply to Defendants Response to Motion to Strike | | 03/21/2018 | 3 |
| 79116249 | Proposed Order | | 03/21/2018 | 1 |
| -> 79116251 | Exhibit A | | 03/21/2018 | 3 |
| 79051079 | Return Mail Undeliverable | | 03/14/2018 | 15 |
| 79010160 | Defendants and Counter-Plaintiff/Third-Party Plaintiff's Amended Response to HCCI's Motion to Strike | | 03/13/2018 | 5 |
| -> 79010165 | Exhibit A | | 03/13/2018 | 28 |
| -> 79010166 | Exhibit B | | 03/13/2018 | 2 |
| -> 79010161 | Exhibit C | | 03/13/2018 | 5 |
| -> 79010162 | Exhibit D | | 03/13/2018 | 2 |
| -> 79010163 | Exhibit E | | 03/13/2018 | 5 |
| -> 79010164 | Exhibit F | | 03/13/2018 | 4 |
| -> 79010167 | Notice of Oral Hearing | | 03/13/2018 | 2 |
| -> 79010168 | Proposed Order Denying HCCI's Motion to Strike | | 03/13/2018 | 1 |
| 79010169 | Amended Notice of Hearing on Defendants' Motion for Continuance | | 03/13/2018 | 2 |
| 78949075 | Verified Motion for Continuance (Unopposed in Part, Opposed in Part) | | 03/09/2018 | 4 |
| -> 78949076 | Exhibit A | | 03/09/2018 | 3 |
| -> 78949077 | Proposed Order Granting Motion for Continuance | | 03/09/2018 | 1 |
| 78964815 | Demand and Amended Notice of Oral Hearing by Deanna Willson | | 03/09/2018 | 2 |
| 78947730 | Defendants and Counter-Plaintiff/Third Party Plaintiff's Response to HCCI's Motion to Strike | | 03/08/2018 | 5 |
| 79113303 | Domestic Return Receipt | | 03/05/2018 | 2 |
| 79113304 | Domestic Return Receipt | | 03/05/2018 | 2 |
| 78818642 | Proposed Order on Motion to Strike | | 02/28/2018 | 1 |
| 78818788 | Motion to Strike Untimely Attempt to Join Parties | | 02/28/2018 | 3 |
| -> 78818789 | Exhibit A | | 02/28/2018 | 1 |
| -> 78818790 | Exhibit B | | 02/28/2018 | 1 |
| -> 78818791 | Exhibit C | | 02/28/2018 | 1 |
| 78717840 | Certified mail tracking number 7016 0600 0001 0813 7299 | | 02/21/2018 | 2 |
| 78717841 | Certified mail tracking number 7016 0600 0001 0813 7305 | | 02/21/2018 | 2 |
| 78717842 | Certified mail tracking number 7016 0600 0001 0813 7312 | | 02/21/2018 | 2 |
| 78717843 | Certified mail tracking number 7016 0600 0001 0813 7329 | | 02/21/2018 | 2 |
| 78885901 | Certified Mail Receipt | | 02/21/2018 | 1 |
| 78885902 | Certified Mail Receipt | | 02/21/2018 | 1 |
| 78885903 | Certified Mail Receipt | | 02/21/2018 | 1 |
| 78885904 | Certified Mail Receipt | | 02/21/2018 | 1 |
| 78686765 | Cover Letter Paying Third Party Petition Fees | | 02/20/2018 | 1 |

EXHIBIT "A"

**EXHIBIT "A"**

| | | | |
|---|---|---|---|
| 78437004 | Civil Process Request Form | 02/02/2018 | 2 |
| 78437005 | Civil Process Request Form | 02/02/2018 | 2 |
| 78364668 | Vacation Letter | 01/30/2018 | 1 |
| 75301227 | Civil Process Request Form | 05/30/2017 | 2 |
| -> 75301226 | Civil Process Request Form | 05/30/2017 | 2 |
| 75254422 | DOCKET CONTROL ORDER | 05/25/2017 | 2 |
| 75182572 | Original Counterclaim and Third Party Petition of Royce Hassell | 05/19/2017 | 12 |
| -> 75182573 | Civil Case Information Sheet | 05/19/2017 | 1 |
| 74740132 | Defendants Royce and Silvia Hassell's Original Answer and Special Exceptions | 04/19/2017 | 8 |
| 74421837 | Affidavit of Substitute Service Citation to Silvia Hassell | 03/27/2017 | 2 |
| 74423099 | Affidavit of Substitute Service Citation to Royce Hassell | 03/27/2017 | 2 |
| 73966584 | Attorney Vacation Schedule | 02/22/2017 | 1 |
| 73875045 | ORDER GRANTING SUBSTITUTED SERVICE SIGNED | 02/15/2017 | 2 |
| 73875075 | ORDER GRANTING SUBSTITUTED SERVICE SIGNED | 02/15/2017 | 2 |
| 73847994 | MOTION FOR SUBSTITUTED SERVICE UNDER RULE 106, TEX. RULES CIV. PRO. | 02/14/2017 | 2 |
| -> 73847995 | Exhibits | 02/14/2017 | 13 |
| -> 73847996 | Proposed Order for substitute service | 02/14/2017 | 2 |
| 73244870 | Civil Process Request Form | 12/29/2016 | 1 |
| 73251739 | ORDER SIGNED DENYING TRANSFER OF CASE TO ANOTHER DIST COURT | 12/29/2016 | 1 |
| 73202155 | Original Petition For Declaratory Judgment, Injunctive Relief and Damages | 12/22/2016 | 4 |
| -> 73202156 | Civil Case Information Sheet | 12/22/2016 | 2 |

**EXHIBIT "A"**