**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**

HOUSTON DIVISION

CASE NAME: Royce        James        Hassell

Petition Date : 02/04/2019

CASE NUMBER: 19-30694

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF March-2019

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|
| 1. | | 1. Prosperity(closesd) | |
| 2. | | 2. Bank of Texas | xxxx7096 |
| 3. Frost | xxxx1074 | 3. | |
| (attach list if needed) | | (attach list if needed) | |

## A copy of a reconciled statement should be attached for each and all accounts.

|  | + |  | = | $ 0.00 |
|---|---|---|---|---|
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 (When the debtor is a sole proprietorship) | | Total Disbursements from MFR-2 (When the debtor is an Individual) | | Total Disbursements |

Are all post-petition liabilities, including taxes, being paid within terms? Yes ☐ No ☒

Have any pre-petition liabilities been paid ? Yes ☐ No ☒ If so, explain _____

Are all U. S. Trustee Quarterly Fee Payments current? Yes ☑ No ☐

What is the status of your Plan of Reorganization? to be filed

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| Attorney Name: | Erin Jones |
|---|---|
| **Firm:** | JONES MURRAY & BEATTY LLP |
| **Address:** | 4119 Montrose, Suite 230 | Houston, Texas 77006 |
| **Address:** | Houwton |
| **City State, Zip:** | Texas 77006 |
| **Telephone:** | 713 5291999 |

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _____

(ORIGINAL SIGNATURE)

| Royce        James        Hassell |
|---|
| |

**MFR-1**

## This FORM is for **INDIVIDUALS ONLY**

Petition Date: 02/04/2019

CASE NAME: Royce    James    Hassell

CASE NUMBER: 19-30694

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2019 MONTH February | 2019 MONTH March | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $60,914.50 | $37,972.28 | | | | |
| RECEIPTS | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 0.00 | | | | |
| 3. Rents, Royalties, Dividends, Interest | | 0.00 | 0.00 | | | | |
| 4. Social Security, Pension, etc. | | 0.00 | 0.00 | | | | |
| 5. Other (attach list) | | | 901.53 | | | | |
| TOTAL RECEIPTS | $0.00 | $0.00 | $901.53 | $0.00 | $0.00 | $0.00 | $0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| DISBURSEMENTS | | | | | | | |
| 6. Rent or Home Mortgage Payment | | | 0.00 | | | | |
| 7. Utilities (electric/gas, water, telephone) | | 1,527.21 | 475.84 | | | | |
| 8. Home Maintenance (repairs and upkeep) | | 0.00 | 970.19 | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 269.12 | 635.03 | | | | |
| 10. Medical and Dental | | 45.00 | 535.24 | | | | |
| 11. Transportation (not including car payment) | | 170.57 | 688.62 | | | | |
| 12. Recreations, Clubs, and Entertainment | | 0.00 | | | | | |
| 13. Insurance (not included in wages or home mortgage) | | 4,075.10 | 295.42 | | | | |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | | | | | |
| 15. Auto Payment | | 1,481.53 | | | | | |
| 16. Credit Cards | | 260.80 | 138.95 | | | | |
| 17. Other (attach list) | | 5.50 | 38.03 | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $0.00 | $7,834.83 | $3,777.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. PROFESSIONAL FEES | | 15,005.50 | | | | | |
| 19. U.S. TRUSTEE FEES | | 0.00 | | | | | |
| TOTAL DISBURSEMENTS | $0.00 | $22,840.33 | $3,777.32 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. NET CASH FLOW | 0.00 | (22,840.33) | (2,875.79) | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $0.00 | $38,074.17 | $35,096.49 | $0.00 | $0.00 | $0.00 | $0.00 |

**MFR-2**

Revised:1/31/2014

**This FORM is for INDIVIDUALS ONLY**

| CASE NAME: | Royce | James | Hassell |
|---|---|---|---|

| CASE NUMBER: | 19-30694 |
|---|---|

## POST-PETITION LIABILITIES

| | MONTH February 2019 | MONTH March 2019 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Mr. Cooper | $ 0.00 | | | | | |
| Trustmark Mortgage Co. | 0.00 | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| (attach list) | | | | | | |
| **TOTAL SECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL UNSECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

MFR-3

Revised 1/31/2014