UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

CASE NAME: Royce James Hassell                    Petition Date: 02/04/2019

CASE NUMBER: 19-30694

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF May-2019

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:    All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|
| 1. | | 1. Prosperity(closesd) | |
| 2. | | 2. Bank of Texas | xxxx7096 |
| 3. Frost | xxxx1074 | 3. | |
| (attach list if needed) | | (attach list if needed) | |

**A copy of a reconciled statement should be attached for each and all accounts.**

|   | + |   | = | $ 0.00 |
|---|---|---|---|---|
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 (When the debtor is a sole proprietorship) | | Total Disbursements from MFR-2 (When the debtor is an Individual) | | Total Disbursements |

Are all post-petition liabilities, including taxes, being paid within terms? Yes ☐ No ☒

Have any pre-petition liabilities been paid? Yes ☐ No ☒ If so, explain _____

Are all U. S. Trustee Quarterly Fee Payments current? Yes ☑ No ☐

What is the status of your Plan of Reorganization? **to be filed**

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| Attorney Name: | Erin Jones |
| Firm: | JONES MURRAY & BEATTY LLP |
| Address: | 4119 Montrose, Suite 230 | Houston, Texas 77006 |
| Address: | Houwton |
| City State, Zip: | Texas 77006 |
| Telephone: | 713 5291999 |

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

Royce James Hassell

**MFR-1**

This FORM is for INDIVIDUALS ONLY

| CASE NAME: | Royce James Hassell | | CASE NUMBER: | 19-30694 |
|---|---|---|---|---|
| | | | Petition Date: | 02/04/2019 |

## CASH RECEIPTS AND DISBURSEMENTS

| | SCHEDULE I & J | MONTH February 2019 | MONTH March 2019 | MONTH April 2019 | MONTH May 2019 | MONTH June 2019 | MONTH July 2019 |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 60,914.50 | $ 37,972.28 | $ 34,127.35 | $ 23,061.53 | | |
| **RECEIPTS** | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 3. Rents, Royalties, Dividends, Interest | | 0.00 | 0.00 | 1.33 | 0.81 | | |
| 4. Social Security, Pension, etc. | | 0.00 | 0.00 | 0.00 | | | |
| 5. Other (attach list) | | | 901.53 | 264.75 | | | |
| TOTAL RECEIPTS | | $ 0.00 | $ 0.00 | $ 901.53 | $ 266.08 | $ 0.81 | $ 0.00 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| 6. Rent or Home Mortgage Payment | | | 0.00 | 0.00 | | | |
| 7. Utilities (electric/gas, water, telephone) | | 1,527.21 | 475.84 | 339.59 | 892.17 | | |
| 8. Home Maintenance (repairs and upkeep) | | 0.00 | 970.19 | 431.10 | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 269.12 | 635.03 | 734.75 | 351.31 | | |
| 10. Medical and Dental | | 45.00 | 535.24 | 241.03 | 3,046.33 | | |
| 11. Transportation (not including car payment) | | 170.57 | 688.62 | 649.47 | 214.98 | | |
| 12. Recreations, Clubs, and Entertainment | | 0.00 | | 172.37 | | | |
| 13. Insurance (not included in wages or home mortgage) | | 4,075.10 | 295.42 | 2,563.82 | 6,235.01 | | |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | | | | | |
| 15. Auto Payment | | 1,481.53 | | | | | |
| 16. Credit Cards | | 260.80 | 138.95 | 1,389.99 | 110.00 | | |
| 17. Other (attach list) | | 5.50 | 38.03 | 20.00 | 455.00 | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | | $ 7,834.83 | $ 3,777.32 | $ 6,542.12 | $ 11,304.80 | $ 0.00 | $ 0.00 |
| 18. PROFESSIONAL FEES | | 15,005.50 | | | | | |
| 19. U.S. TRUSTEE FEES | | 0.00 | | | | | |
| TOTAL DISBURSEMENTS | | $ 22,840.33 | $ 3,777.32 | $ 6,542.12 | $ 11,304.80 | $ 0.00 | $ 0.00 |
| 20. NET CASH FLOW | | (22,840.33) | (2,875.79) | (6,276.04) | (11,303.99) | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | | $ 38,074.17 | $ 35,096.49 | $ 27,851.31 | $ 11,757.54 | $ 0.00 | $ 0.00 |

MFR-2                                                                                                                Revised 1/31/2014

This FORM is for **INDIVIDUALS ONLY**

**CASE NAME:** Royce James Hassell

**CASE NUMBER:** 19-30694

| POST-PETITION LIABILITIES | MONTH 2019 February | MONTH 2019 March | MONTH 2019 April | MONTH 2019 May | MONTH 2019 June | MONTH 2019 July |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Mr. Cooper | $ 0.00 | | | | | |
| Trustmark Mortgage co. | 0.00 | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| (attach list) | | | | | | |
| **TOTAL SECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL UNSECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-3**

*Revised: 1/31/2014*