THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Royce J. Hassell | § § | Case No. 19-30694 |
| Debtor. | § § | (Chapter 11) |

**DECLARATION OF JIM M. PERDUE, JR. IN SUPPORT OF THE DEBTOR'S APPLICATION TO EMPLOY PERDUE & KIDD**

I, Jim M. Perdue, Jr., declare and state under penalty of perjury as follows:

1. I am a partner of the law firm Perdue & Kidd ("PK" or "Firm") with offices at 777 Post Oak Blvd. Suite 450, Houston, Texas 77056.

2. I am an attorney licensed to practice in the State of Texas with bar card number 00788180. I am Board Certified by the Texas Board of Legal Specialization in Personal Injury Law and in Medical Professional Liability by the American Board of Professional Liability Attorneys. A copy of biography detailing my experience and qualifications can be found at https://www.perdueandkidd.com/lawyers/jim-m-perdue-jr/ and is attached hereto as Exhibit "A."

3. PK and its attorneys have extensive experience in cases involving personal injury and defective medical devices. PK is well qualified to represent the Debtor in this matter.

4. I caused PK to conduct a conflict check to determine if PK had any conflict that would prevent representation of the Debtor in this matter. No conflicts were discovered.

5. Additionally, to the best of my knowledge, except as set forth below, the Firm has no "connections" to the Debtor, his creditors, other parties-in-interest appearing on the mailing matrix, the schedules and statement of financial affairs, their respective attorneys and accountants, the United States Trustee and all persons employed in the office of the United States Trustee.

  a. As attorneys in this District, PK's partners have regular professional interactions with other attorneys in the community. Those interactions are not related to this case.

b. Royce Hassell's general bankruptcy counsel, Erin E. Jones, was a student in a course that I taught as adjunct faculty at the University of Houston Law Center in the late 1990's. Ms. Jones is not a referring attorney in this matter. This connection is not related to this case.

6. PK does not have a pre-petition claim against the Debtor.

7. Based on the foregoing diligence, I believe the firm is a "disinterested person" as that term is defined in the Bankruptcy Code. PK neither holds nor represents any interest adverse to the Debtor in this case. Likewise, PK neither holds nor represents any adverse interest with respect to the matter for which PK will be employed.

8. If the Firm learns of a conflict of interest or other "connection" in the future, it will disclose such conflict or connection to the Court and take all appropriate action.

9. The Firm has not entered into any agreement to share fees.

10. PK is being retained on a contingent fee basis to represent the Debtor for the personal injury claims arising out of injures and damages as a result of an IVC Filter implantation and subsequent complications. In consideration of the services to be rendered for the Debtor, the Firm would receive 40% of the gross amount received in settlement or judgment of the Debtor's claims and 45% after an appeal is initiated. The Firm would also be entitled to recover its reasonable and necessary expenses associated with the representation of the Debtor. In the event there is no recovery on behalf of the Debtor, no fees or expenses are owed to the Firm. This fee arrangement is reasonable and customary within this district and nationwide for similar services.

Dated: August 1, 2019

/s/ _____
Jim M. Perdue, Jr.

EXHIBIT "A"

FREE INITIAL CASE EVALUATION
SE HABLA ESPAÑOL
FREE CONSULTATIONS

PHONE: **713.520.2**
TOLL FREE: **800.520.**

LAWYERS
JIM M. PERDUE JR.    DONALD H. KIDD    JIM M. PERDUE SR.    ADAM J. BLAKE    MICHAEL R. CLINTON
STAFF
PERSONAL INJURY
TRUCK WRECKS – 18 WHEELER CRASHES    MOTOR VEHICLE COLLISIONS    WRONGFUL DEATH    OFFSH
PLANT AND REFINERY EXPLOSION    TAKATA AIRBAG RECALL    PRESSURE COOKER INJURIES
DRUG INJURY
DEFECTIVE MEDICAL DEVICES
DEPUY ATTUNE KNEE IMPLANT    METAL HIP IMPLANTS    POWER MORCELLATORS    TRANSVAGINAL M
CASE RESULTS    VIDEOS



## LAWYERS /
# JIM M. PERDUE JR.

CALL 713-520-2500    SEND AN EMAIL

Jim M. Perdue, Jr. is a named partner at **Perdue & Kidd**, with a national practice focusing on trying lawsuits, from cases involving defective medical products and pharmaceutical liability claims to catastrophic injuries of all types. He is Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization and Medical Professional Liability by the American Board of Professional Liability Attorneys. He currently serves on the Rules Advisory Committee of the Texas Supreme Court. Mr. Perdue is both an Advocate in the American Board of Trial Advocates and Fellow in the International Society of Barristers. Mr. Perdue is listed among the "Top 100 Attorneys in Texas" in Texas Monthly, Thomson Reuters, where he has been named a "Texas Super Lawyer" since the award was created years ago. He is also named in "The Best Lawyers in America" (Woodward/White 2006-15) for Plaintiff Personal Injury practice.

EXHIBIT "A"



## Years of Experience

Mr. Perdue has tried over 30 personal injury cases to jury verdict, including multi-million dollar verdicts for cases involving pharmaceutical liability, workplace injury, and medical malpractice. This includes his $27.6 million dollar verdict against Boston Scientific, listed as one of the largest product liability verdicts of 2014 by the National Law Journal. Mr. Perdue has spoken at over 100 legal seminars and published on a wide range of topics, from trial techniques to tort law. He has made appearances on Good Morning America, Court TV, and local television as a legal commentator on civil justice legislation, automotive safety, and product liability law.

Jim M. Perdue, Jr attended the University of Texas and graduated *summa cum laude*. He then received his J.D. *cum laude* at the University of Houston Law Center and was named their Outstanding Alumnus of the Year in 2006. He is Past-President of the Houston Trial Lawyers Association, Past-Chair of the Professional Negligence Section of the Association of Trial Lawyers of America, a member of Leader's Forum of American Association for Justice, a fellow of the Texas and Houston Bar Foundations, and a member of the College of the State Bar of Texas. The Houston Young Lawyers Association honored Mr. Perdue with the Woodrow B. Seals Outstanding Young Attorney Award in 2002.

## Community Activity

Mr. Perdue serves on the Boards of TIRR Foundation, which is the charitable research arm of TIRR Memorial in Houston, Texas, St. Paul's United Methodist Church Foundation (Houston); and the Silver Spurs Alumni Association. He is a past director of the Texas Lyceum and Past President of the University of Houston Law Center Alumni Organization. He and his wife Nicole have three sons.

LIVE CHAT

### Education
University of Texas at Austin, Bachelor of Arts in Government & Economics
University of Houston Law Center, Juris Doctor
Honors: Outstanding Alumnus of the Year in 2006



EXHIBIT "A"

### Bar Admissions
Texas, 1993
U.S. District Court Northern District of Texas
U.S. District Court Southern District of Texas
Fifth Circuit Court of Apeals

### Certified Legal Specialties
Personal Injury Trial Law by the Texas Board of Legal Specialization
Professional Liability-Medical Malpractice by the American Board of Professional Liability Attorneys

### Awards and Honors
Outstanding Alumnus of the Year – University of Houston Law Center, 2006
Fellow, International Society of Barristers
"The Best Lawyers in America" Woodward/White, 2006 – 2015
Woodrow B. Seals Outstanding Young Attorney Award HYLA, 2002
Texas Super Lawyers – Top 100 Attorneys in Texas Monthly Magazine, 2004-2014
Best Lawyers in America 2015
*Super Lawyer*, 2003 – 2014
Fellow, Texas and Houston Bar Foundations
AV Preeminent by Martindale Hubbell

### Professional Association Memberships
American Board of Trial Advocates
Texas Lyceum, Board of Directors
University of Houston Law Center Alumni Organization, Past President
Houston Trial Lawyers Association, Past President
American Association for Justice, Professional Negligence Section, Past-Chair
Texas Trial Lawyers Association, Former Board of Directors
College of the State Bar of Texas, Member
TIRR Institute for Rehabilitation and Research, Member of the Board of Directors, on Executive Committee
International Society of Barristers

### Publications
"Duties to People You Don't Know, Will Never Meet, and Who Hate Your Client: The Objections to Proposed Texas Disciplinary Rule of Professional Conduct 1.15," Jim M. Perdue, Jr., The Advocate, Summer 2011
"Grand Openings," Jim M. Perdue, Sr. and Jim M. Perdue, Jr., Trial, May 2010
"Medical Malpractice Litigation After HB 4," Jim M. Perdue, Jr. and Paula Sweeney, The Advocate, Winter 2008
"Arrogance as Evidentiary Gift," Jim M. Perdue, Jr., Trial, October 2008
Jim M. Perdue, Jr., "Maybe it Depends on What Your Definition of 'Or' Is – A Holistic Approach to Texas Civil Practice and Remedies Code § 41.0105, the Collateral Source Rule, and Legislative History," 37 T. Tech L. Rev. 241 (2006)
"Technology and Your Expert," Jim M. Perdue, Jr., The Advocate, Winter 2005
"The Art of Demonstrative Evidence," Jim M. Perdue, Jr., Trial, May 2005
"Putting the Pieces Together: Plaintiff's Closing Argument," Jim M. Perdue, Sr. and Jim M. Perdue, Jr., Trial, May, 2003
"Establishing Hospital Liability Through Physician Contracts," Jim M. Perdue Jr.,The Professional Liability Reporter, Spring 2002
"My Dad's A Trial Lawyer," Jim M. Perdue, Jr., Trial, January, 1999
"Trial Themes: Winning Jurors' Minds and Hearts," Jim M. Perdue, Sr. and Jim Perdue, Jr., Trial, April, 1998

### Professional Seminars (Speaker/Author)



EXHIBIT "A"

"Overcoming Objections — An Opportunity to Persuade," Texas Trial Lawyers Association, Dynamic Advocacy Seminar, Whitefish, Montana, July, 1997 Hot Tips for Hot Times, South Padre Island, August, 1997

"The Federal False Claims Act — Trial Lawyers Wanted," Texas Trial Lawyers Association, Hot Tips for Hot Times, South Padre Island, August, 1998

"Managed Care Litigation — Plaintiff's Perspective," State Bar of Texas, Advanced Civil Trial Program, Houston, September 1998

"Overcoming Objections at Trial," University of Houston Law Center, How to Offer and Exclude Evidence, Austin, Houston & Dallas, 1997; 1998; 1999

"Examination of Witnesses," Corpus Christi Bar Association, Advanced Civil Trial Update, Corpus Christi, April 1999

"Introduction to Damages," Lorman Education, Personal Injury for Paralegals, Houston, May 1999

"Medical Malpractice Experts," Houston Trial Lawyers Association, Daubert/Robinson Challenge Hearings in the Trial Court, Houston, May 2000

"Settlement Hot Buttons," Texas Trial Lawyers Association, Cutting Edge Trial Tactics, New Orleans, May 2000

"Medical Malpractice and Managed Care Liability Update," University of Texas School of Law, 24th Annual Dean Page Keeton Products Liability and Personal Injury Seminar, Austin, October 2000

"Demonstrative Evidence," South Texas College of Law, Advanced Personal Injury Seminar, Houston, March 2001

"Demonstrative Presentations," Corpus Christi Bar Association, Advanced Civil Trial Seminar, Corpus Christi, April 2000; 2001

"Overcoming Objections," Houston Young Lawyers Association, Young Attorney Trial Skills Seminar, [Houston], May 2001

"[Privil]eges–Plaintiffs' Perspective," Lorman Education, Document Management and Production, [Houston], June 2001

"[Medic]al Malpractice Update," Texas Trial Lawyers Association, Colors of Fall Seminar, Manchester, [Vermo]nt, October 2001

"[Medic]al Malpractice Update," South Texas College of Law, Personal Injury Law Seminar, Houston, [March] 2002

"[Medic]al Malpractice," Corpus Christi Bar Association, Advanced Personal Injury Law Seminar, Corpus [Christi], March 2002

"[Insura]nce Update," Texas Trial Lawyers Association, Advanced Personal Injury Law Seminar, Dallas, [April] 2002; Houston, May 2002

"Litigating with the Impaired Insurer – Dealing with the Texas Guaranty Fund," State Bar of Texas, Advanced Personal Injury Seminar, Dallas, July 2002; Houston, August, 2002

"Mediating the Medical Malpractice Case, Plaintiffs' Perspective," South Texas College of Law, Mediation for Litigators, Houston, October 2002

"Maximizing Case Value In House," St. Mary's/Texas Tech Schools of Law, Advanced Medical Malpractice Seminar, San Antonio, November 2002

"What Does Proposed Medical Malpractice Legislation Look Like?," Houston Bar Association, December 2002

"Legislative Update," South Texas College of Law, Advanced Civil Trial Seminar, Houston, February 2003

"Legislative Update," State Bar of Texas, Advanced Medical Malpractice Law Seminar, Santa Fe, NM, March 2003

"Legislative Update," Corpus Christi Bar Association, Advanced Civil Trial Seminar, Corpus Christi, April 2003

"Demonstrative Evidence," San Antonio Bar Association, Anatomy of a Civil Trial VII, San Antonio, May 2003

"They Did What?! – Legislative Summary," Texas Trial Lawyers Association, Real World CLE, S[an] Antonio, July 2003

"Expert Reports in Medical Malpractice Cases after Palacios," State Bar of Texas, Advanced Perso[nal] Injury Seminar, Dallas, Houston, San Antonio, June, July, August 2003

EXHIBIT "A"

"HB 4-Legislative Summary," Houston Trial Lawyers Association, Practice After HB 4, Houston, September 2003
"Charity Care and Other Gotchas," Texas Trial Lawyers Association, Advanced Medical Malpractice Seminar, Houston, September 2003
"Maximizing Damages," University of Texas Law School, Law Practice After HB 4, Houston, September 2003
"Governmental Immunity after HB 4″, South Texas College of Law, Personal Injury Law Conference, Houston, March 2004
"Understanding the Medical Issues Involved in Heart Disease Cases," Association of Trial Lawyers of America, Failure to Diagnose and Treat Heart Disease Cases Teleseminar, May 2004
"Qualifying and Disqualifying Experts," Texas Trial Lawyers Association, Mid-Year Convention CLE, New Orleans, June 2004
"Recovering Medical Expenses After HB 4," State Bar of Texas, Advanced Personal Injury Course, Dallas, San Antonio, Houston, July-August 2004
"Voir Dire – Plaintiff's Perspective," Cooper & Scully CLE, Medical Legal Seminar, Houston, September 2004
"Heretofore Unheard of Jury Instructions – Jury Charge Demonstration," Texas Trial Lawyers Association, Advanced Medical Malpractice Seminar, Dallas, September 2004
"Paid or Incurred – What's all the Fuss?," Texas Trial Lawyers Association, Advanced Medical Malpractice Seminar, Dallas, September 2004
"Use and Abuse of Expert Witnesses," Texas Trial Lawyers Association, Annual Meeting Evidence Course, Houston, November 2004
"Jury Charges After HB 4," South Texas College of Law, Advanced Civil Trial Seminar, Houston, January 2005
"Recovery of Medical Expenses After HB 4," State Bar of Texas, Advanced Medical Malpractice Seminar, Santa Fe, NM, March 2005
"Running a Personal Injury Practice," Association of Trial Lawyers of America, Nashville, TN, April 2005
"After HB 4," Houston Bar Association, Harris County Bench Bar Conference, Galveston, April 2005
"Paid or Incurred – The Medical Bills Battle," Texas Trial Lawyers Association, Advanced Personal Injury Course, Dallas, April 2005
"Paid or Incurred – Again," Texas Trial Lawyers Association, Advanced Medical Malpractice Course, Houston, September 2005
"Closing Argument – Failure to Diagnose Cancer," Association of Trial Lawyers of America, Handling and Trying Medical Malpractice Cases, Washington, D.C., October 2005
"Medical Expense Recoveries," Texas Trial Lawyers Association, New Techniques Under HB4, Austin, October 2005
"Incurred v. Paid – Medical Recoveries After HB 4," University of Texas Law School CLE, The Car Wrecks Seminar, San Antonio and Houston, November 2005, January 2006
"Teaching Insurance Adjusters to Read a Statute," San Antonio Trial Lawyers Association, San Antonio, March 2006
"The Law of Expert Reports Under TMLA," State Bar of Texas, Advanced Medical Malpractice Seminar, San Antonio, March 2006
"Expert Reports Under § 74.351," Texas Trial Lawyers Association, Maximizing Your Case Recoveries, Houston, April 2006
"Medical Expense Recoveries," South Texas College of Law, Personal Injury Law Seminar, Houston, May 2006
"Screening Medical Malpractice Cases in a New Environment," Houston Trial Lawyers Association, Houston, June 2006
"Hot Topics in PI Litigation," Harris County Judiciary Retreat, San Antonio, June 2006
"Key Statutes Outside of Chapter 74," Texas Trial Lawyers Association, Advanced Medical Malpractice Course, Houston, September 2006
"Creative Investigative Techniques," University of Houston Law Center CLE, Litigation and Trial Tactics, Dallas, Houston, November, December 2006



EXHIBIT "A"

"Tension Between Doctors and Hospitals," State Bar of Texas CLE, Advanced Medical Malpractice Course, Santa Fe, NM, March 2007
"Paid or Incurred Medical Expenses," Corpus Christi Bar Association, Advanced Civil Trial CLE, Corpus Christi, April 2007
"Legal Update – Paid or Incurred and Gore v. Faye," San Antonio Trial Lawyers Association, May 2007
"Economic Damages – Plaintiff's Perspective," State Bar of Texas CLE, Advanced Personal Injury Course, Dallas, San Antonio, Houston, July-August 2007
"Products Liability and Personal Injury Law Update," State Bar of Texas CLE, Advanced Civil Trial Course, Dallas, Austin, Houston, August, September, October 2007
"Persuasion: Constructing Themes to Appeal to Heart and Mind," University of Houston Law Center CLE, The Jury Trial, Houston, Dallas, October 2007
"Land Mines and How to Avoid Them," Texas Trial Lawyers Association CLE, Nuts and Bolts Seminar, Austin, November 2007
"Creative Investigative Techniques," University of Houston Law Center CLE, Litigation and Trial Tactics, Dallas, Houston, November-December 2007
"Storytelling and Persuasion," University of Houston Law Center CLE, Advanced Civil Trial Seminar, Houston, Dallas, February 2008
"Maximizing Economic Damages," State Bar of Texas CLE, Advanced Medical Malpractice Seminar, San Antonio, March 2008
"Different Approaches to Persuading the Modern Juror," Corpus Christi Bar Association, Advanced Civil Trial CLE, Corpus Christi, April 2008
"Damages Update 2008," State Bar of Texas CLE, Advanced Personal Injury Litgation, San Antonio and Houston, August 2008
"Examination of Expert Witnesses," Hidalgo County Bar Association, Essentials of Civil Trial, McAllen, November 2008
"Land mines from 2008 – What to Look Out For," Texas Trial Lawyers Association, Nuts and Bolts Seminar, Austin, December 2008
"Personal Injury Update," State Bar of Texas CLE, 2009 Litigation Institute, San Antonio, January 2009
"Hot Topics at the Courthouse," Houston Trial Lawyers Association, Luncheon CLE, February 2009
"Wrongful Death Damages – What Can You Recover?," State Bar of Texas CLE, Advanced Medical Malpractice Seminar, Santa Fe, NM, March 2009
"Persuading the Modern Juror," Austin Bar Association, 2009 Bench Bar Conference, Austin, April 2009
"New Concepts of Persuasion: The Theory and Effect from a Recent Trial," State Bar of Texas CLE, Two Hour Webcast, July 2009
"From Intake to Filing Suit," UT CLE, Car Wrecks Seminar, Austin, August 2009
"Persuasion and Storytelling in Opening Statement," UT CLE, Car Wrecks Seminar, Austin, August 2009
"Medical Malpractice Update," State Bar of Texas CLE, Advanced Personal Injury Update, Houston, September 2009
"Paid or Incurred Issues," State Bar of Texas Paralegal Division, Texas Advanced Paralegal Seminar, League City, October 2009
"How to Not Try Your Case Twice," Texas Trial Lawyers Association, Car Wrecks Seminar, Austin, December 2009; Dallas, July 2010
"Primer on Oil and Gas Litigation," Texas Trial Lawyers Association, New Laws and New Tactics Seminar, Las Vegas, February 2010
"Winning with Stories – Another Perspective," Webb County Bar Association, Mock Trial Seminar, Laredo, April 2010
"Opening Statement," Texas Trial Lawyers Association, Advanced Personal Injury Law, Austin, April 2010
"Digging Deeper to Maximize Damages in 18 Wheeler Cases," Louisiana Trial Lawyers Association, Serious Auto Torts Seminar, Baton Rouge, LA, May 2010
"Voir Dire Amidst the Immigration Debate," TrialSmith Webinar Series, May 2010
"Closing Argument," Texas Trial Lawyers Association, Trial Advocacy College of Texas, Austin, May 2010



EXHIBIT "A"

"Developing Trends in Oil & Gas Law," State Bar of Texas CLE, Advanced Civil Trial Seminar, Dallas, August 2010
 "Effective Advocacy at Trial", University of Texas CLE, Car Wrecks Seminar, Austin, August 2010
"Medical Malpractice Update," State Bar of Texas CLE, Advanced Personal Injury Seminar, Houston, September 2010
"Voir Dire During the Immigration Debate," San Antonio Trial Lawyers Association, Real World CLE, San Antonio, September 2010
"What Does Neuroscience Teach About Opening?" Dallas Trial Lawyers Association, Dallas, October 2010
"Opening Statement," University of Texas CLE, 34th Annual Page Keeton Civil Litigation Conference, Austin, October 2010
"Debating Health Care Liability Reform," Rhodes College, 23rd Annual Symposium of the Institute of the Profession of Law, Memphis, TN, October 2010
"Focus Group Performance – Auto Pedestrian Case with Debriefing," Texas Trial Lawyers Association CLE, Annual Meeting, December 2010
"Personal Injury Law Update,"  State Bar of Texas CLE, 2011 Litigation Institute, San Antonio, January 2011
"Opening Statement in Auto Cases," Texas Trial Lawyers Association, Road Rules Seminar, Houston, March 2011
"New Federal Causes of Action," State Bar of Texas CLE, Advanced Medical Malpractice Seminar, Santa Fe, NM, March 2011
"Power Point at Trial – The Good, The Bad & The Ugly," Amarillo Bar Institute, Amarillo, April 2011
"Growing the Reptile – From Intake to Trial," Texas Trial Lawyers Association, Annual Convention, June 2011
"Thoughts on Thinking," Tex-ABOTA, Annual Conference, Santa Fe, NM June 2011
"Claim Act Update," State Bar of Texas CLE, Advanced Personal Injury Seminar, Dallas, San Antonio, Houston, July-August, 2011
"Art of Persuasion," UT CLE, 35th Annual Page Keeton Civil Litigation Conference, Austin, October 2011
"Pharmaceutical Litigation Update," Texas Trial Lawyers Association, Winning in Las Vegas Seminar, February 2012
"What Every Lawyer Needs to Know about Pharmaceutical Litigation," State Bar of Texas CLE, Advanced Medical Malpractice Seminar, San Antonio, March 2012
"Opening Statement," Texas Trial Lawyers Association, TACT College, Austin, May 2012
"Persuasion, Neuroscience and Decision Theory," UT CLE, Conference on State and Federal Appeals, Austin, May 2012
"The Art of Persuasion – Redux," UT CLE, 36th Annual Page Keeton Civil Litigation Conference, October 2012
"Two Generations – Two Perspectives on Persuasion," Texas Trial Lawyers Association, What Happens in Vegas Seminar, Las Vegas, NV, February 2013
"Rules of the Road for Product Liability Cases," Texas Trial Lawyers Association, Rules of the Road Seminar, Annual Convention, Austin, June 2013
"Persuading the Modern Juror," State Bar of Texas CLE, Advanced Personal Injury Seminar, Dallas, Houston, San Antonio, August 2013
"Connecting with the Modern Jury," Kentucky Association for Justice, KAJ Annual Convention, French Lick, IN, September 2013
"Keepers of the Flame," Texas Trial Lawyers Association, Ethics, Beaumont, TX, September 2013
"Neuroscience and Persuasion," University of Houston CLE, The Science of Communication, Houston, November 2013
"Hot Medical Device Litigation," State Bar of Texas CLE, Advanced Medical Malpractice Seminar, Santa Fe, NM, March 2014
"Persuading the Modern Jury," Houston Trial Lawyers Association, Trial Advocacy Seminar, Houston, TX, April 2014



EXHIBIT "A"

"Can You Make Your Audience Smarter?," UT CLE, Conference on State and Federal Appeals, Austin, April 2014

"Just Because They've Always Done It That Way Doesn't Make It Right," UT CLE, 36th Annual Page Keeton Civil Litigation Conference, Austin, October 2014

"Medical Devices," State Bar of Texas CLE, Advanced Medical Malpractice Seminar, San Antonio, March 2015

"Why Your Case Won't Settle," State Bar of Texas CLE, Advanced Medical Malpractice Seminar, San Antonio, March 2015

Texas





EXHIBIT "A"

## MENU

Lawyers
Jim M. Perdue Jr.
Donald H. Kidd
Jim M. Perdue Sr.
Adam J. Blake
Michael R. Clinton
Andrea V.R. Zepeda
Staff
Personal Injury
Truck Wrecks – 18 Wheeler Crashes
Motor Vehicle Collisions
Wrongful Death
Offshore Injuries
Oilfield Injuries
Plant and Refinery Explosion
Takata Airbag Recall
Pressure Cooker Injuries
Drug Injury
Defective Medical Devices
Depuy Attune Knee Implant
Metal Hip Implants
Power Morcellators
Transvaginal Mesh
Bard IVC Filter
CORDIS IVC FILTERS
Case Results
Videos

## PERSONAL INJURY

Houston Truck Accident Lawyers
Motor Vehicle Collisions
Plant and Refinery Explosion
Wrongful Death
Offshore Injuries
Oilfield Injuries
Takata Airbag Recall

## DEFECTIVE MEDICAL DEVICES

Andrea V.R Zepeda
Case Results
Contact Perdue & Kidd
Defective Medical Devices
Disclaimer
Drug Injury
Lawyers
Meet Your Legal Team
Personal Injury
Personal Injury Blog
Personal Injury Lawyers
Privacy Policy
Videos






LIVE CHAT

© 2015 by Perdue & Kidd. All rights reserved.

Lawyers | Jim M. Perdue Jr. | Donald H. Kidd | Jim M. Perdue Sr. | Adam J. Blake | Michael R. Clinton | Andrea V.R. Zepeda | Staff | Personal Injury | Truck Wrecks – 18 Wheeler Crashes | Motor Vehicle Collisions | Wrongful Death | Offshore Injuries | Oilfield Injuries | Plant and Refinery Explosion | Takata | Defective Medical Devices | Depuy Attune Knee Implant | Metal Hip Implants | Power Morcellators | Transvaginal Mesh | Bard IVC Filter | CORDIS IVC FILTERS | Case Res

EXHIBIT "A"