THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Royce J. Hassell | § § | Case No. 19-30694 |
| Debtor. | § § | (Chapter 11) |

### ORDER AUTHORIZING EMPLOYMENT OF SPECIAL COUNSEL
(Relates to Docket No. ___)

The Court, having considered the Application to Employ Perdue & Kidd, as special litigation counsel pursuant to 11 U.S.C. § 327 ("Application") filed by Royce J. Hassell (the "Debtor"), is of the opinion that the requested relief is in the best interest of the estate and its creditors; that Perdue & Kidd represents no interest adverse to the estate in the matters upon which it is to be engaged and constitutes a disinterested person within the definition of 11 U.S.C. § 101(14); and that the application should be approved. Accordingly, it is therefore:

ORDERED that the employment of Perdue & Kidd as special litigation counsel is approved as set forth in the Application; and it is further

ORDERED that Perdue & Kidd is authorized to provide legal services to the Debtor regarding his personal injury claims arising out of injures and damages as a result of an IVC Filter implantation and subsequent complications; and it is further

ORDERED that any request for compensation shall be made by filing an application with this Court in accordance with the Bankruptcy Code, the Rules of Bankruptcy Procedure and the rules of this Court.

Signed this _____ day of _____, 2019

_____
Honorable Marvin Isgur
United States Bankruptcy Judge