UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

CASE NAME: Royce   James   Hassell   Petition Date: 02/04/2019

CASE NUMBER: 19-30694

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF June-2019

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

BANK NAME:
1.
2. Frost Bank
3. Frost Bank
(attach list if needed)

ACCOUNT NO.:
xxxx4600
xxxx1074

BANK NAME:
1. Prosperity(closesd)
2. Bank of Texas
3.
(attach list if needed)

ACCOUNT NO.:
xxxx7096

**A copy of a reconciled statement should be attached for each and all accounts.**

Total Disbursements from MOR-7  +  Total Disbursements from MFR-2  =  $ 0.00  Total Disbursements
Or Small Business Exhibit B-1
(When the debtor is a sole proprietorship)        (When the debtor is an Individual)

Are all post-petition liabilities, including taxes, being paid within terms?  Yes ☐  No ☒

Have any pre-petition liabilities been paid?  Yes ☐  No ☒  If so, explain

Are all U. S. Trustee Quarterly Fee Payments current?  Yes ☑  No ☐

What is the status of your Plan of Reorganization? Filed

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

I certify under penalty of perjury that the following complete
Monthly Financial Report (MFR), consisting of MFR-1 through
MFR-3 plus attachments, is true and correct.

SIGNED _[signature]_
(ORIGINAL SIGNATURE)

Royce   James   Hassell

**Attorney Name:** Erin Jones
**Firm:** JONES MURRAY & BEATTY LLP
**Address:** 4119 Montrose, Suite 230 | Houston, Texas 77006
**Address:** Houwton
**City State, Zip:** Texas 77006
**Telephone:** 713 5291999

MFR-1

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 02/04/2019

CASE NAME: Royce James Hassell

CASE NUMBER: 19-30694

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2019 MONTH February | 2019 MONTH March | 2019 MONTH April | 2019 MONTH May | 2019 MONTH June | 2019 MONTH July |
|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | |
| 1. CASH - BEGINNING OF MONTH | | $ 60,914.50 | $ 37,972.28 | $ 34,127.35 | $ 23,061.53 | $ 17,129.49 | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 0.00 | 0.00 | | | |
| 3. Rents, Royalties, Dividends, Interest | | 0.00 | 0.00 | 1.33 | 0.81 | | |
| 4. Social Security, Pension, etc. | | 0.00 | 0.00 | 0.00 | | | |
| 5. Other (attach list) | | | 901.53 | 264.75 | | 879,428.30 | |
| **TOTAL RECEIPTS** | $ 0.00 | $ 0.00 | $ 901.53 | $ 266.08 | $ 0.81 | $ 879,428.30 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| 6. Rent or Home Mortgage Payment | | | 0.00 | 0.00 | | | |
| 7. Utilities (electric/gas, water, telephone) | | 1,527.21 | 475.84 | 339.59 | 892.17 | 625.63 | |
| 8. Home Maintenance (repairs and upkeep) | | 0.00 | 970.19 | 431.10 | | 61.16 | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 269.12 | 635.03 | 734.75 | 351.31 | 518.43 | |
| 10. Medical and Dental | | 45.00 | 535.24 | 241.03 | 3,046.33 | 172.77 | |
| 11. Transportation (not including car payment) | | 170.57 | 688.62 | 649.47 | 214.98 | 369.44 | |
| 12. Recreations, Clubs, and Entertainment | | 0.00 | | 172.37 | | | |
| 13. Insurance (not included in wages or home mortgage) | | 4,075.10 | 295.42 | 2,563.82 | 6,235.01 | 1,586.76 | |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | | | | | |
| 15. Auto Payment | | 1,481.53 | | | | | |
| 16. Credit Cards | | 260.80 | 138.95 | 1,389.99 | 110.00 | 369.44 | |
| 17. Other (attach list) | | 5.50 | 38.03 | 20.00 | 455.00 | | |
| **SUB-TOTAL DISBURSEMENTS (for Individual)** | $ 0.00 | $ 7,834.83 | $ 3,777.32 | $ 6,542.12 | $ 11,304.80 | $ 3,703.63 | $ 0.00 |
| 18. PROFESSIONAL FEES | | 15,005.50 | | | | | |
| 19. U.S. TRUSTEE FEES | | 0.00 | | | | | |
| **TOTAL DISBURSEMENTS** | $ 0.00 | $ 22,840.33 | $ 3,777.32 | $ 6,542.12 | $ 11,304.80 | $ 3,703.63 | $ 0.00 |
| 20. NET CASH FLOW | 0.00 | (22,840.33) | (2,875.79) | (6,276.04) | (11,303.99) | 875,724.67 | 0.00 |
| 21. CASH - END OF MONTH | $ 0.00 | $ 38,074.17 | $ 35,096.49 | $ 27,851.31 | $ 11,757.54 | $ 892,854.16 | $ 0.00 |

MFR-2

Revised:1/31/2014

This FORM is for **INDIVIDUALS ONLY**

CASE NAME: Royce James Hassell   CASE NUMBER: 19-30694

## POST-PETITION LIABILITIES

| | MONTH 2019 | MONTH 2019 | MONTH 2019 | MONTH 2019 | MONTH 2019 | MONTH 2019 |
|---|---|---|---|---|---|---|
| | February | March | April | May | June | July |
| **SECURED:** | | | | | | |
| Mr. Cooper | $ 0.00 | | | | | |
| Trustmark Mortgage co. | 0.00 | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| (attach list) | | | | | | |
| **TOTAL SECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL UNSECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-3**

*Revised:1/31/2014*