UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

CASE NAME: Royce James Hassell             Petition Date: 02/04/2019

CASE NUMBER: 19-30694

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF August-2019

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|
| 1. | | 1. | |
| 2. Frost Bank | xxxx4600 | 2. Bank of Texas | xxxx7096 |
| 3. Frost Bank | xxxx1074 | 3. | |

(attach list if needed)                                         (attach list if needed)

## A copy of a reconciled statement should be attached for each and all accounts.

|   | + |   | = | $ 0.00 |

Total Disbursements from MOR-7          Total Disbursements from MFR-2          Total Disbursements
Or Small Business Exhibit B-1                  (When the debtor is an Individual)
(When the debtor is a sole proprietorship)

Are all post-petition liabilities, including taxes, being paid within terms? Yes ☐ No ☒

Have any pre-petition liabilities been paid? Yes ☐ No ☒ If so, explain _____

Are all U. S. Trustee Quarterly Fee Payments current? Yes ☒ No ☐

What is the status of your Plan of Reorganization? **Filed**

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

Attorney Name: Erin Jones
Firm: JONES MURRAY & BEATTY LLP
Address: 4119 Montrose, Suite 230
Address:
City State, Zip: Texas 77006
Telephone: 713 5291999

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

Royce James Hassell

**MFR-1**

**This FORM is for INDIVIDUALS ONLY**

CASE NAME: Royce James Hassell   CASE NUMBER: 19-30694   Petition Date: 02/04/2019

## CASH RECEIPTS AND DISBURSEMENTS

| | SCHEDULE 1 & J | MONTH 2019 August | MONTH 2019 September | MONTH 2019 October | MONTH 2019 November | MONTH 2019 December | MONTH 2020 January |
|---|---|---|---|---|---|---|---|
| **RECEIPTS** | | | | | | | |
| 1. CASH - BEGINNING OF MONTH | | $ 784,397.06 | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 0.00 | 0.00 | | | |
| 3. Rents, Royalties, Dividends, Interest | | 714.66 | 0.00 | | | | |
| 4. Social Security, Pension, etc. | | 0.00 | 0.00 | 0.00 | | | |
| 5. Other (attach list) | | | | | | | |
| TOTAL RECEIPTS | $ 0.00 | $ 714.66 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| 6. Rent or Home Mortgage Payment | | 0.00 | 0.00 | | | | |
| 7. Utilities (electric/gas, water, telephone) | | 4,236.57 | | | | | |
| 8. Home Maintenance (repairs and upkeep) | | 18,305.67 | | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 1,737.32 | | | | | |
| 10. Medical and Dental | | 50.00 | | | | | |
| 11. Transportation (not including car payment) | | 1,266.11 | | | | | |
| 12. Recreations, Clubs, and Entertainment | | 10.00 | | | | | |
| 13. Insurance (not included in wages or home mortgage) | | 3,291.01 | | | | | |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | | | | | |
| 15. Auto Payment | | | | | | | |
| 16. Credit Cards | | 2,285.00 | | | | | |
| 17. Other (attach list) | | | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 0.00 | $ 31,181.68 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 18. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | | | | |
| 19. U.S. TRUSTEE FEES | 0.00 | 0.00 | | | | | |
| TOTAL DISBURSEMENTS | $ 0.00 | $ 31,181.68 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 20. NET CASH FLOW | 0.00 | (30,467.02) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $ 0.00 | $ 753,930.04 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

MFR-2

Revised 1 31 2014

This FORM is for **INDIVIDUALS ONLY**

**CASE NAME:** Royce James Hassell **CASE NUMBER:** 19-30694

| **POST-PETITION LIABILITIES** | MONTH 2019 August | MONTH 2019 September | MONTH 2019 October | MONTH 2019 November | MONTH 2019 December | MONTH 2020 January |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Mr. Cooper | $ 0.00 | | | | | |
| Trustmark Mortgage co. | 0.00 | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL SECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL UNSECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-3**

*Revised 1 31 2014*