Debtor 1    **Royce James Hassell** _____    Case number (if known) __**19-30694**__

| | |
|---|---:|
| **Spouse Clothes** | **$350.00** |
| **Spouse Shoes** | **$50.00** |
| **Spouse - Accessories** | **$200.00** |
| **Briefcase** | **$20.00** |

14. **Any other personal and household items you did not already list (details):**

| | |
|---|---:|
| **Hearing Aid** | **$15.00** |
| **Knee braces -3** | **$10.00** |
| **Reading glasses -4** | **$15.00** |
| **Retainer** | **$2.00** |

> **Exhibit A**

25. **Trusts, equitable or future interests in property (details):**

| | |
|---|---:|
| **James C. Hassell Intervivos Trust - 20% Beneficiary** | **Unknown** |
| **Gospel Ranch Gun Trust - Member of Trust** | **Unknown** |
| **Hassell 2011 Business Trust - equitable trust interest under 2011 Liberty Mutual General Agreement of Indemnity** | **Unknown** |

33. **Claims against third parties (details):**

| | |
|---|---:|
| **Claims - individually and derivatively - against Coates Rose PC, including Pat Gaas, Richard Rose, Heather Asselin, David Lynch, Joel Massey for malpractice, breach of fiduciary duty - individually and derivatively for Hassell Construction Company, Inc.** | **Unknown** |
| **Claims - individually and derivatively - against Bogdan Rentea & Rentea and Associates** | **Unknown** |
| **Claims - individually and derivatively - against James C. Hassell** | **Unknown** |
| **Claims - individually and derivatively - against James C. Hassell Intervivos Trust** | **Unknown** |
| **Claims - individually and derivatively - against Mike Hassell, Trustee of James C. Hassell Intervivos Trust** | **Unknown** |
| **Claims - individually and derivatively - against Liberty Mutual** | **Unknown** |
| **Claims - individually and derivatively - against AG Group/CHS, Rosalyn Hassell** | **Unknown** |
| **Claims - individually and derivatively - against Hassell Construction Co. Inc.** | **Unknown** |
| **Claims - individually and derivatively - against Hassell Management Services, LLC** | **Unknown** |
| **Claims - individually and derivatively - against Hassell Construction Group, LLC** | **Unknown** |
| **Claims - individually and derivatively - against The Hanover Insurance Company** | **Unknown** |
| **Claims - individually and derivatively - against Bond Pro, Inc.** | **Unknown** |
| **Claims - individually and derivatively - against James P. Hassell, Shawn Hassell Potts, Michael Hassell, Jason Hassell, Phillip Hassell** | **Unknown** |
| **Claims - individually and derivatively - against Buck Keegan, Felicia Harris, Barry Conge Harris, Drew Parma** | **Unknown** |
| **Counter-claims - individually and derivatively -against Procon** | **Unknown** |
| **Claims/Counter-claims - individually and derivatively -against DeLage Landen** | **Unknown** |
| **Cross-claims - individually and derivatively - against Lone Trails Development, Binacle Development, and Jerry LeBlanc** | **Unknown** |

Debtor 1     **Royce James Hassell**                                    Case number (if known)     **19-30694**

| | |
|---|---|
| Claims - individually and derivatively - against Locke Lorde | Unknown |
| Claims - individually and derivatively - filed in bankruptcy cases against R. Hassell Holding Companies, R. Hassell & Co., R. Hassell Builders | Unknown |
| Potential claims - individually and derivatively -against Pendergraft & Simon, Leonard Simon | Unknown |
| Claims - individually and derivatively - against Steve Ligon, Ligon & Rodriguez - individually and derivatively on behalf of HCCI | Unknown |
| Claims - individually and derivatively - against Liberty Mutual - bad faith insurance practices and failure to defend | Unknown |
| Claims - individually and derivatively - against Rosalyn Hassell, Liberty Mutual, Employers Insurance Company of Wassau (formerly Employers Insurance of Wassau a Mutual Company), Peerless Insurance Company, CHS Insurance Services, LLC aka AG States Group,  Alliant Insurance Services Houston, LLC, Cssg, Inc aka Southwest Escrow.<br>Scott D. Chapman, Impact Risk Solutions<br>Rosalyn D. Hassell, Rhesa F. Boulton, Elaine Lewis, Martha Silvas, Jeanne Buchan, Pam Martinson, Corrie Schmidt, Barb Sachi, Nancy Portugal, Debra Buckner, AIG Claims, Inc.<br>National Union Fire Insurance Company of Pittsburg, PA, CommunityBank of Texas, NA formerly known as "Vista Bank", Morris Ligon & Rodriguez | Unknown |
| Claims - individually and derivatively - against Harris County Improvement District No. 18, Springwoods Realty Company et. al on appeal in First Court of Appeals | Unknown |
| Claims - individually and derivatively - against Trunkline Gas Company, LLC et. al. and on behalf of R. Hassell Holding Companies, Inc., R. Hassell Holding Company, Inc. | Unknown |
| Claims related to implantation of IVC Filter, including but not limited to medical malpractice and products liability liability claims | Unknown |
| Claims relating to placement of Ureteral Stent, including but not limited to medical malpractice and products liability claims | Unknown |
| Claims - individually and dervitively - against Hassell Development LP | Unknown |
| Claims which could be asserted individually or derivatively on behalf of R. Hassell Holding Company, Inc., R. Hassell Holding Companies, Inc., R. Hassell Builders Inc. against Hassell 2012 Joint Venture, Hassell Construction Company, Inc., James C. Hassell, JCH Intervivos Trust, Springwoods Joint Venture, Hassell Management, Hassell Construction Group, Hassell Development, Philip Hassell, Michael Hassell (individually or as trustee of JCH Intervivos Trust), Jason Hassell, Shawn Hassell Potts, any any affiliates, agents, attorneys, predecessors, successors, heirs, assigns, and/or anyone acting in concert with them. | Unknown |
| Community Interest in Claims of Silvia Hassell - individually and derviatively - against any party | Unknown |
| Counter-claims - individually and derivatively - against Argos | Unknown |
| Counter-claims - individually and derviatively - against Tejano Trucking | Unknown |
| Counter-claims - individually and derviatively - against Total Lime | Unknown |
| Counter-claims - individually and derviatively - against Jasso | Unknown |
| Claims/Counterclaims - individually and derivatively - against Waukesha Pearce Industries | Unknown |
| Claims/Counterclaims against WL Doggett LLC | Unknown |
| Claims/Counterclaims - individually and derivatively - against Pot-O-Gold Rentals, LLC | Unknown |
| Claims/Counterclaims - individually and derivatively - against Komatsu/Komatsu Financial | Unknown |
| Claims/Counterclaims - individually and derivatively - against Volvo Financial Services/VFLS | Unknown |
| Claims/Counterclaims - individually and derivatively - against  RSW Construction | Unknown |

Debtor 1    **Royce James Hassell**    Case number (if known)   **19-30694**

| | |
|---|---:|
| **Claims/Counterclaims - individually and derivatively - against RS Concerete** | Unknown |
| **Claims/Counterclaims - individually and derivatively - against Boral Resources- f/k/a Headwaters** | Unknown |
| **Claims/Counterclaims - individually and derivatively - against Alamo Ready Mix LLC** | Unknown |
| **Claims/Counterclaims - individually and derivatively - against CMC Construction Services, Inc.** | Unknown |
| **Claims/Counterclaims - individually and derivatively - against HD Supply Construction Supply, Ltd.** | Unknown |
| **Claims/Counterclaims - individually and derivatively - against Koy Concrete, Ltd.** | Unknown |
| **Claims/Counterclaims - individually and derivatively - against Lhoist North America of Texas, Ltd.** | Unknown |
| **Claims/Counterclaims - individually and derivatively - against Mainland Concrete, Inc.** | Unknown |
| **Claims/Counterclaims - individually and derivatively - against Montgomery County MUD 113** | Unknown |
| **Claims/Counterclaims - individually and derivatively - against Unruh Turner Burke & Frees** | Unknown |
| **Claims/Counterclaims - individually and derivatively - against Terry and Rose Tauriello** | Unknown |
| **Claims/Counter-Claims - individually and derivatively - against John Deere** | Unknown |
| **Claims - contingent - individually and derivatively - against Maxwell & Bains CPA** | Unknown |
| **Claims/Counter-claims - individually and derivatiely - against Action Trucking** | Unknown |
| **Claims/Counter-claims - individually and derivatively - against WL Doggett, LLC d/b/a Doggett Heavy Machinery Services** | Unknown |

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade (details):**

| | |
|---|---:|
| **Pocket Knife** | $5.00 |
| **Knives** | $10.00 |
| **Chain Saw** | $20.00 |
| **Gardening tools, shovels, rakes, brooms, hand tools, ladder, power washer** | $500.00 |
| **JD Gator (old)** | $350.00 |
| **Trailer** | $200.00 |
| **JD Gator (new)** | $500.00 |