UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

CASE NAME: Royce        James        Hassell

Petition Date : 02/04/2019

CASE NUMBER: 19-30694

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF  September-2019

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: |
|---|---|
| 1. | |
| 2. Frost Bank | xxxx4600 |
| 3. Frost Bank | xxxx1074 |

(attach list if needed)

| BANK NAME: | ACCOUNT NO.: |
|---|---|
| 1. | |
| 2. Bank of Texas | xxxx7096 |
| 3. | |

(attach list if needed)

## A copy of a reconciled statement should be attached for each and all accounts.

Total Disbursements from MOR-7
Or Small Business Exhibit B-1
(When the debtor is a sole proprietorship)

+

Total Disbursements from MFR-2
(When the debtor is an Individual)

=

$ 0.00

Total Disbursements

Are all post-petition liabilities, including taxes, being paid within terms? **Yes** ☐ **No** ☒ If so, explain

Have any pre-petition liabilities been paid ? **Yes** ☒ **No** ☐ If so, explain

Are all U. S. Trustee Quarterly Fee Payments current? **Yes** ☒ **No** ☐

What is the status of your Plan of Reorganization?  Filed

\***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee\*\*\*

I certify under penalty of perjury that the following complete
Monthly Financial Report (MFR), consisting of MFR-1 through
MFR-3 plus attachments, is true and correct.

SIGNED _____
                    (ORIGINAL SIGNATURE)

Royce        James        Hassell

Attorney Name: Erin Jones
Firm: JONES MURRAY & BEATTY LLP
Address: 4119 Montrose,  Suite 230
Address:
City State, Zip: Texas 77006
Telephone: 713 5291999

**MFR-1**

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 02/04/2019

CASE NAME: Royce   James   Hassell

CASE NUMBER: 19-30694

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE 1 & J | 2019 MONTH August | 2019 MONTH September | 2019 MONTH October | 2019 MONTH November | 2019 MONTH December | 2020 MONTH January |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $784,397.06 | $761,786.62 | | | | |
| **RECEIPTS** | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 0.00 | 0.00 | | | |
| 3. Rents, Royalties, Dividends, Interest | | 714.66 | 634.80 | | | | |
| 4. Social Security, Pension, etc. | | 0.00 | 0.00 | 0.00 | | | |
| 5. Other (attach list) | | | | | | | |
| TOTAL RECEIPTS | $0.00 | $714.66 | $634.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| Draw From (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| 6. Rent or Home Mortgage Payment | | 0.00 | 0.00 | 0.00 | | | |
| 7. Utilities (electric/gas, water, telephone) | | 4,236.57 | 750.92 | | | | |
| 8. Home Maintenance (repairs and upkeep) | | 18,305.67 | 4,095.70 | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 1,737.32 | 543.88 | | | | |
| 10. Medical and Dental | | 50.00 | 126.92 | | | | |
| 11. Transportation (not including car payment) | | 1,266.11 | 369.93 | | | | |
| 12. Recreation, Clubs, and Entertainment | | 10.00 | | | | | |
| 13. Insurance (not included in wages or home mortgage) | | 3,291.01 | 1,297.74 | | | | |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | | | | | |
| 15. Auto Payment | | | | | | | |
| 16. Credit Cards | | 2,285.00 | 4,000.00 | | | | |
| 17. Other (attach list) | | | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $0.00 | $31,181.68 | $11,185.09 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. PROFESSIONAL FEES | | 0.00 | 0.00 | | | | |
| 19. U.S. TRUSTEE FEES | | 0.00 | 0.00 | | | | |
| TOTAL DISBURSEMENTS | $0.00 | $31,181.68 | $11,185.09 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. NET CASH FLOW | | (30,467.02) | (10,550.29) | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $0.00 | $753,930.04 | $751,236.33 | $0.00 | $0.00 | $0.00 | $0.00 |

**MFR-2**

*Revised 1/31/2014*

This FORM is for **INDIVIDUALS ONLY**

CASE NAME: Royce | James | Hassell

CASE NUMBER: 19-30694

| POST-PETITION LIABILITIES | 2019 MONTH August | 2019 MONTH September | 2019 MONTH October | 2019 MONTH November | 2019 MONTH December | 2020 MONTH January |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Mr. Cooper | $ 0.00 | | | | | |
| Trustmark Mortgage co. | 0.00 | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| (attach list) | | | | | | |
| TOTAL SECURED | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL UNSECURED | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL TAXES | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| TOTAL POST-PETITION LIABILITIES (for Individual) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-3**

*Revised 1/31/2014*