**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

CASE NAME: Royce    James    Hassell

Petition Date : 02/04/2019

CASE NUMBER: 19-30694

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF October-2019

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

BANK NAME:

1.
2. Frost Bank
3. Frost Bank
(attach list if needed)

ACCOUNT NO.:

1.
2. xxxx4600
3. xxxx1562

BANK NAME:

1.
2. Bank of Texas
3.
(attach list if needed)

ACCOUNT NO.:

1.
2. xxxx7096
3.

**A copy of a reconciled statement should be attached for each and all accounts.**

Total Disbursements from MOR-7
Or Small Business Exhibit B-1
(When the debtor is a sole proprietorship)

+    Total Disbursements from MFR-2
(When the debtor is an Individual)

=    $ 0.00    Total Disbursements

Are all post-petition liabilities, including taxes, being paid within terms?  Yes ☐  No ☒

Have any pre-petition liabilities been paid ?  Yes ☐  No ☒ If so, explain

Are all U. S. Trustee Quarterly Fee Payments current?  Yes ☑ No ☐

What is the status of your Plan of Reorganization?  Filed

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

I certify under penalty of perjury that the following complete
Monthly Financial Report (MFR), consisting of MFR-1 through
MFR-3 plus attachments, is true and correct.

SIGNED _____

(ORIGINAL SIGNATURE)

Royce    James    Hassell

**Attorney Name:** Erin Jones
**Firm:** JONES MURRAY & BEATTY LLP
**Address:** 4119 Montrose, Suite 230
**Address:**
**City State, Zip:** Texas 77006
**Telephone:** 713 5291999

**MFR-1**

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 02/04/2019

CASE NAME: Royce James Hassell

CASE NUMBER: 19-30694

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2019 MONTH August | 2019 MONTH September | 2019 MONTH October | 2019 MONTH November | 2019 MONTH December | 2020 MONTH January |
|---|---|---|---|---|---|---|---|
| 1. CASH – BEGINNING OF MONTH | | $784,397.06 | $761,786.62 | $759,886.60 | | | |
| **RECEIPTS** | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 0.00 | 0.00 | | | |
| 3. Rents, Royalties, Dividends, Interest | | 714.66 | 634.80 | 587.88 | | | |
| 4. Social Security, Pension, etc. | | 0.00 | 0.00 | 0.00 | | | |
| 5. Other (attach list) | | | | | | | |
| TOTAL RECEIPTS | $ 0.00 | $ 714.66 | $ 634.80 | $ 587.88 | $ 0.00 | $ 0.00 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| 6. Rent or Home Mortgage Payment | | | 0.00 | 0.00 | | | |
| 7. Utilities (electric/gas, water, telephone) | | 4,236.57 | 750.92 | 3,171.47 | | | |
| 8. Home Maintenance (repairs and upkeep) | | 18,305.67 | 4,095.70 | 973.80 | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 1,737.32 | 543.88 | 793.76 | | | |
| 10. Medical and Dental | | 50.00 | 126.92 | 366.56 | | | |
| 11. Transportation (not including car payment) | | 1,266.11 | 369.93 | 1,115.73 | | | |
| 12. Recreations, Clubs, and Entertainment | | 10.00 | | 79.54 | | | |
| 13. Insurance (not included in wages or home mortgage) | | 3,291.01 | 1,297.74 | 6,607.73 | | | |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | | | | | |
| 15. Auto Payment | | | | | | | |
| 16. Credit Cards | | 2,285.00 | 4,000.00 | 39.91 | | | |
| 17. Other (attach list) | | | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 0.00 | $ 31,181.68 | $ 11,185.09 | $ 13,148.50 | $ 0.00 | $ 0.00 | $ 0.00 |
| 18. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | | | | |
| 19. U.S. TRUSTEE FEES | 0.00 | 0.00 | | | | | |
| TOTAL DISBURSEMENTS | $ 0.00 | $ 31,181.68 | $ 11,185.09 | $ 13,148.50 | $ 0.00 | $ 0.00 | $ 0.00 |
| 20. NET CASH FLOW | 0.00 | (30,467.02) | (10,550.29) | (12,560.62) | 0.00 | 0.00 | 0.00 |
| 21. CASH – END OF MONTH | $ 0.00 | $ 753,930.04 | $ 751,236.33 | $ 747,325.98 | $ 0.00 | $ 0.00 | $ 0.00 |

MFR-2

Revised:1/31/2014

## This FORM is for INDIVIDUALS ONLY

CASE NAME: Royce James Hassell          CASE NUMBER: 19-30694

| POST-PETITION LIABILITIES | MONTH 2019 August | MONTH 2019 September | MONTH 2019 October | MONTH 2019 November | MONTH 2019 December | MONTH 2020 January |
|---|---|---|---|---|---|---|
| SECURED: | | | | | | |
| Mr. Cooper | $ 0.00 | | | | | |
| Trustmark Mortgage co. | 0.00 | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| (attach list) | | | | | | |
| TOTAL SECURED | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| UNSECURED: | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL UNSECURED | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| TAXES: | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| TOTAL TAXES | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| TOTAL POST-PETITION LIABILITIES (for Individual) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-3**

*Revised:1/31/2014*