IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **IN RE: ROYCE J. HASSELL** <br> Debtor. | § <br> § <br> § <br> § <br> § | **CASE NO. 19-30694** |

**ORDER DENYING MOTION TO APPOINT CHAPTER 11 TRUSTEE**

(Relates to Docket No. _____)

      The Court, having considered the Motion to Appoint Chapter 11 Trustee filed by Hassell Construction Company Inc. ("HCCI") at Docket No. 78 and 79 ("Motion"), any responses filed thereto, arguments of counsel, and evidence presented, finds that cause does not exist to appoint a chapter 11 trustee in this case. Accordingly it is hereby:

      ORDERED that the Motion to Appoint Chapter 11 Trustee at Docket No. 78 and 79 is DENIED in its entirety.

Signed this _____ day of _____, 20_____.

_____
Honorable Marvin Isgur
United States Bankruptcy Judge