PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)  2-12-18
**ONE TO FOUR FAMILY RESIDENTIAL CONTRACT (RESALE)**
NOTICE: Not For Use For Condominium Transactions



1.  **PARTIES:** The parties to this contract are _____ **Royce Hassell** _____
    (Seller) and _____ **Dr. Sonia Labarinas Prado, Oscar Cousillas** _____ (Buyer).
    Seller agrees to sell and convey to Buyer and Buyer agrees to buy from Seller the Property defined
    below.

2.  **PROPERTY:** The land, improvements and accessories are collectively referred to as the
    "Property".
    A.  LAND: Lot **Tr 9A**  Block **12** ,
        Addition, City of **West University** , County of **Harris** ,
        Texas, known as **6421 Buffalo Speedway**  **77005**
        (address/zip code), or as described on attached exhibit.
    B.  IMPROVEMENTS: The house, garage and all other fixtures and improvements attached to the
        above-described real property, including without limitation, the following **permanently installed
        and built-in items,** if any: all equipment and appliances, valances, screens, shutters,
        awnings, wall-to-wall carpeting, mirrors, ceiling fans, attic fans, mail boxes, television antennas,
        mounts and brackets for televisions and speakers, heating and air-conditioning units, security and
        fire detection equipment, wiring, plumbing and lighting fixtures, chandeliers, water softener
        system, kitchen equipment, garage door openers, cleaning equipment, shrubbery, landscaping,
        outdoor cooking equipment, and all other property owned by Seller and attached to the above
        described real property.
    C.  ACCESSORIES: The following described related accessories, if any: window air conditioning units,
        stove, fireplace screens, curtains and rods, blinds, window shades, draperies and rods, door keys,
        mailbox keys, above ground pool, swimming pool equipment and maintenance accessories,
        artificial fireplace logs, and controls for: (i) garage doors, (ii) entry gates, and (iii) other
        improvements and accessories.
    D.  EXCLUSIONS: The following improvements and accessories will be retained by Seller and must
        be removed prior to delivery of possession: **None**
        _____ ,
    E.  RESERVATIONS: Any reservation for oil, gas, or other minerals, water, timber, or other interests is
        made in accordance with an attached addendum.

3.  **SALES PRICE:**
    A.  Cash portion of Sales Price payable by Buyer at closing ............................................. $ _____
    B.  Sum of all financing described in the attached: [X] Third Party Financing Addendum,
        [ ] Loan Assumption Addendum, [ ] Seller Financing Addendum .................................. $ _____ **815,000.00**
    C.  Sales Price (Sum of A and B) .................................................................................. $ _____ **815,000.00**

4.  **LICENSE HOLDER DISCLOSURE:** Texas law requires a real estate license holder who is a
    party to a transaction or acting on behalf of a spouse, parent, child, business entity in which the
    license holder owns more than 10%, or a trust for which the license holder acts as a trustee or of
    which the license holder or the license holder's spouse, parent or child is a beneficiary, to notify the
    other party in writing before entering into a contract of sale. Disclose if applicable: **N/A**

5.  **EARNEST MONEY:** Within **3** days after the Effective Date, Buyer must deliver
    $ **8,000.00** as earnest money to **Chicago Title/Elizabeth Cunningham** , as escrow agent, at
    **6575 West Loop South #150, Bellaire, Tx 77401 ph-713-665-6575** (address). Buyer shall deliver additional
    earnest money of $ **xxxxxxxxxxxxxxxxxx** to escrow agent within **xxxx** days after the Effective Date of this
    contract. If Buyer fails to deliver the earnest money within the time required, Seller may terminate
    this contract or exercise Seller's remedies under Paragraph 15, or both, by providing notice to Buyer
    before Buyer delivers the earnest money. If the last day to deliver the earnest money falls on a
    Saturday, Sunday, or legal holiday, the time to deliver the earnest money is extended until the end of
    the next day that is not a Saturday, Sunday, or legal holiday. **Time is of the essence for this
    paragraph.**

6.  **TITLE POLICY AND SURVEY:**
    A.  TITLE POLICY: Seller shall furnish to Buyer at [X] Seller's [ ] Buyer's expense an owner policy of title
        insurance (Title Policy) issued by **Chicago Title** (Title Company) in the
        amount of the Sales Price, dated at or after closing, insuring Buyer against loss under the
        provisions of the Title Policy, subject to the promulgated exclusions (including existing building and
        zoning ordinances) and the following exceptions:
        (1) Restrictive covenants common to the platted subdivision in which the Property is located.
        (2) The standard printed exception for standby fees, taxes and assessments.

TXR 1601   Initialed for identification by Buyer _____ and Seller _____ _____   TREC NO. 20-14

Coldwell Banker United, REALTORS® - Bellaire, 5107 Bellaire Blvd. Bellaire TX 77401                     Phone: 713.349.9700        Fax: 713.349.9912        6421 Buffalo
Mark Schoneman                     Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

EXHIBIT "A"
PG 1 OF 38

Contract Concerning _____**6421 Buffalo Speedway**_____   Page 2 of 10   2-12-18
**West University,  77005**
(Address of Property)

(3) Liens created as part of the financing described in Paragraph 3.
(4) Utility easements created by the dedication deed or plat of the subdivision in which the Property is located.
(5) Reservations or exceptions otherwise permitted by this contract or as may be approved by Buyer in writing.
(6) The standard printed exception as to marital rights.
(7) The standard printed exception as to waters, tidelands, beaches, streams, and related matters.
(8) The standard printed exception as to discrepancies, conflicts, shortages in area or boundary lines, encroachments or protrusions, or overlapping improvements:
   [X] (i) will not be amended or deleted from the title policy; or
   [ ] (ii) will be amended to read, "shortages in area" at the expense of [ ] Buyer [ ] Seller.
(9) The exception or exclusion regarding minerals approved by the Texas Department of Insurance.

B.  COMMITMENT: Within 20 days after the Title Company receives a copy of this contract, Seller shall furnish to Buyer a commitment for title insurance (Commitment) and, at Buyer's expense, legible copies of restrictive covenants and documents evidencing exceptions in the Commitment (Exception Documents) other than the standard printed exceptions. Seller authorizes the Title Company to deliver the Commitment and Exception Documents to Buyer at Buyer's address shown in Paragraph 21. If the Commitment and Exception Documents are not delivered to Buyer within the specified time, the time for delivery will be automatically extended up to 15 days or 3 days before the Closing Date, whichever is earlier. If the Commitment and Exception Documents are not delivered within the time required, Buyer may terminate this contract and the earnest money will be refunded to Buyer.

C.  SURVEY: The survey must be made by a registered professional land surveyor acceptable to the Title Company and Buyer's lender(s). (Check one box only)
  [ ] (1)  Within _____ days after the Effective Date of this contract, Seller shall furnish to Buyer and Title Company Seller's existing survey of the Property and a Residential Real Property Affidavit promulgated by the Texas Department of Insurance (T-47 Affidavit). **If Seller fails to furnish the existing survey or affidavit within the time prescribed, Buyer shall obtain a new survey at Seller's expense no later than 3 days prior to Closing Date.** If the existing survey or affidavit is not acceptable to Title Company or Buyer's lender(s), Buyer shall obtain a new survey at [ ] Seller's [ ] Buyer's expense no later than 3 days prior to Closing Date.
  [X] (2)  Within __25__ days after the Effective Date of this contract, Buyer shall obtain a new survey at Buyer's expense. Buyer is deemed to receive the survey on the date of actual receipt or the date specified in this paragraph, whichever is earlier.
  [ ] (3)  Within _____ days after the Effective Date of this contract, Seller, at Seller's expense shall furnish a new survey to Buyer.

D.  OBJECTIONS: Buyer may object in writing to defects, exceptions, or encumbrances to title: disclosed on the survey other than items 6A(1) through (7) above; disclosed in the Commitment other than items 6A(1) through (9) above; or which prohibit the following use or activity: **Residential Use Only**_____.
Buyer must object the earlier of (i) the Closing Date or (ii) _____**3**_____ days after Buyer receives the Commitment, Exception Documents, and the survey. Buyer's failure to object within the time allowed will constitute a waiver of Buyer's right to object; except that the requirements in Schedule C of the Commitment are not waived by Buyer. Provided Seller is not obligated to incur any expense, Seller shall cure any timely objections of Buyer or any third party lender within 15 days after Seller receives the objections (Cure Period) and the Closing Date will be extended as necessary. If objections are not cured within the Cure Period, Buyer may, by delivering notice to Seller within 5 days after the end of the Cure Period: (i) terminate this contract and the earnest money will be refunded to Buyer; or (ii) waive the objections. If Buyer does not terminate within the time required, Buyer shall be deemed to have waived the objections. If the Commitment or Survey is revised or any new Exception Document(s) is delivered, Buyer may object to any new matter revealed in the revised Commitment or Survey or new Exception Document(s) within the same time stated in this paragraph to make objections beginning when the revised Commitment, Survey, or Exception Document(s) is delivered to Buyer.

E.  TITLE NOTICES:
(1) ABSTRACT OR TITLE POLICY: Broker advises Buyer to have an abstract of title covering the Property examined by an attorney of Buyer's selection, or Buyer should be furnished with or obtain a Title Policy. If a Title Policy is furnished, the Commitment should be promptly reviewed by an attorney of Buyer's choice due to the time limitations on Buyer's right to object.
(2) MEMBERSHIP IN PROPERTY OWNERS ASSOCIATION(S): The Property [ ] is [X] is not

TXR 1601   Initialed for identification by Buyer ___ and Seller _____   **TREC NO. 20-14**
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com   6421 Buffalo

**EXHIBIT "A"
PG 2 OF 38**

Contract Concerning _____ **6421 Buffalo Speedway**
**West University,  77005** _____ Page 3 of 10    2-12-18
(Address of Property)

subject to mandatory membership in a property owners association(s). If the Property is subject to mandatory membership in a property owners association(s), Seller notifies Buyer under §5.012, Texas Property Code, that, as a purchaser of property in the residential community identified in Paragraph 2A in which the Property is located, you are obligated to be a member of the property owners association(s). Restrictive covenants governing the use and occupancy of the Property and all dedicatory instruments governing the establishment, maintenance, or operation of this residential community have been or will be recorded in the Real Property Records of the county in which the Property is located. Copies of the restrictive covenants and dedicatory instrument may be obtained from the county clerk. **You are obligated to pay assessments to the property owners association(s). The amount of the assessments is subject to change. Your failure to pay the assessments could result in enforcement of the association's lien on and the foreclosure of the Property.**

Section 207.003, Property Code, entitles an owner to receive copies of any document that governs the establishment, maintenance, or operation of a subdivision, including, but not limited to, restrictions, bylaws, rules and regulations, and a resale certificate from a property owners' association. A resale certificate contains information including, but not limited to, statements specifying the amount and frequency of regular assessments and the style and cause number of lawsuits to which the property owners' association is a party, other than lawsuits relating to unpaid ad valorem taxes of an individual member of the association. These documents must be made available to you by the property owners' association or the association's agent on your request.

**If Buyer is concerned about these matters, the TREC promulgated Addendum for Property Subject to Mandatory Membership in a Property Owners Association(s) should be used.**

(3) STATUTORY TAX DISTRICTS: If the Property is situated in a utility or other statutorily created district providing water, sewer, drainage, or flood control facilities and services, Chapter 49, Texas Water Code, requires Seller to deliver and Buyer to sign the statutory notice relating to the tax rate, bonded indebtedness, or standby fee of the district prior to final execution of this contract.

(4) TIDE WATERS: If the Property abuts the tidally influenced waters of the state, §33.135, Texas Natural Resources Code, requires a notice regarding coastal area property to be included in the contract. An addendum containing the notice promulgated by TREC or required by the parties must be used.

(5) ANNEXATION: If the Property is located outside the limits of a municipality, Seller notifies Buyer under §5.011, Texas Property Code, that the Property may now or later be included in the extraterritorial jurisdiction of a municipality and may now or later be subject to annexation by the municipality. Each municipality maintains a map that depicts its boundaries and extraterritorial jurisdiction. To determine if the Property is located within a municipality's extraterritorial jurisdiction or is likely to be located within a municipality's extraterritorial jurisdiction, contact all municipalities located in the general proximity of the Property for further information.

(6) PROPERTY LOCATED IN A CERTIFICATED SERVICE AREA OF A UTILITY SERVICE PROVIDER: Notice required by §13.257, Water Code: The real property, described in Paragraph 2, that you are about to purchase may be located in a certificated water or sewer service area, which is authorized by law to provide water or sewer service to the properties in the certificated area. If your property is located in a certificated area there may be special costs or charges that you will be required to pay before you can receive water or sewer service. There may be a period required to construct lines or other facilities necessary to provide water or sewer service to your property. You are advised to determine if the property is in a certificated area and contact the utility service provider to determine the cost that you will be required to pay and the period, if any, that is required to provide water or sewer service to your property. The undersigned Buyer hereby acknowledges receipt of the foregoing notice at or before the execution of a binding contract for the purchase of the real property described in Paragraph 2 or at closing of purchase of the real property.

(7) PUBLIC IMPROVEMENT DISTRICTS: If the Property is in a public improvement district, §5.014, Property Code, requires Seller to notify Buyer as follows: As a purchaser of this parcel of real property you are obligated to pay an assessment to a municipality or county for an improvement project undertaken by a public improvement district under Chapter 372, Local Government Code. The assessment may be due annually or in periodic installments. More information concerning the amount of the assessment and the due dates of that assessment may be obtained from the municipality or county levying the assessment. The amount of the assessments is subject to change. Your failure to pay the assessments could result in a lien on and the foreclosure of your property.

(8) TRANSFER FEES: If the Property is subject to a private transfer fee obligation, §5.205, Property Code, requires Seller to notify Buyer as follows: The private transfer fee

TXR 1601   Initialed for identification by Buyer _____ and Seller _____   TREC NO. 20-14
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com   6421 Buffalo
**EXHIBIT "A"**
**PG 3 OF 38**

Contract Concerning ____ **6421 Buffalo Speedway West University, 77005** ____ Page 4 of 10   2-12-18
(Address of Property)

obligation may be governed by Chapter 5, Subchapter G of the Texas Property Code.

(9) PROPANE GAS SYSTEM SERVICE AREA: If the Property is located in a propane gas system service area owned by a distribution system retailer, Seller must give Buyer written notice as required by §141.010, Texas Utilities Code. An addendum containing the notice approved by TREC or required by the parties should be used.

(10) NOTICE OF WATER LEVEL FLUCTUATIONS: If the Property adjoins an impoundment of water, including a reservoir or lake, constructed and maintained under Chapter 11, Water Code, that has a storage capacity of at least 5,000 acre-feet at the impoundment's normal operating level, Seller hereby notifies Buyer: "The water level of the impoundment of water adjoining the Property fluctuates for various reasons, including as a result of: (1) an entity lawfully exercising its right to use the water stored in the impoundment; or (2) drought or flood conditions."

## 7. PROPERTY CONDITION:

A. ACCESS, INSPECTIONS AND UTILITIES: Seller shall permit Buyer and Buyer's agents access to the Property at reasonable times. Buyer may have the Property inspected by inspectors selected by Buyer and licensed by TREC or otherwise permitted by law to make inspections. Any hydrostatic testing must be separately authorized by Seller in writing. Seller at Seller's expense shall immediately cause existing utilities to be turned on and shall keep the utilities on during the time this contract is in effect.

B. SELLER'S DISCLOSURE NOTICE PURSUANT TO §5.008, TEXAS PROPERTY CODE (Notice): (Check one box only)

[X] (1) Buyer has received the Notice.

[ ] (2) Buyer has not received the Notice. Within _____ days after the Effective Date of this contract, Seller shall deliver the Notice to Buyer. If Buyer does not receive the Notice, Buyer may terminate this contract at any time prior to the closing and the earnest money will be refunded to Buyer. If Seller delivers the Notice, Buyer may terminate this contract for any reason within 7 days after Buyer receives the Notice or prior to the closing, whichever first occurs, and the earnest money will be refunded to Buyer.

[ ] (3) The Seller is not required to furnish the notice under the Texas Property Code.

C. SELLER'S DISCLOSURE OF LEAD-BASED PAINT AND LEAD-BASED PAINT HAZARDS is required by Federal law for a residential dwelling constructed prior to 1978.

D. ACCEPTANCE OF PROPERTY CONDITION: "As Is" means the present condition of the Property with any and all defects and without warranty except for the warranties of title and the warranties in this contract. Buyer's agreement to accept the Property As Is under Paragraph 7D(1) or (2) does not preclude Buyer from inspecting the Property under Paragraph 7A, from negotiating repairs or treatments in a subsequent amendment, or from terminating this contract during the Option Period, if any.
(Check one box only)

[X] (1) Buyer accepts the Property As Is.

[ ] (2) Buyer accepts the Property As Is provided Seller, at Seller's expense, shall complete the following specific repairs and treatments: _____

_____
(Do not insert general phrases, such as "subject to inspections" that do not identify specific repairs and treatments.)

E. LENDER REQUIRED REPAIRS AND TREATMENTS: Unless otherwise agreed in writing, neither party is obligated to pay for lender required repairs, which includes treatment for wood destroying insects. If the parties do not agree to pay for the lender required repairs or treatments, this contract will terminate and the earnest money will be refunded to Buyer. If the cost of lender required repairs and treatments exceeds 5% of the Sales Price, Buyer may terminate this contract and the earnest money will be refunded to Buyer.

F. COMPLETION OF REPAIRS AND TREATMENTS: Unless otherwise agreed in writing: (i) Seller shall complete all agreed repairs and treatments prior to the Closing Date; and (ii) all required permits must be obtained, and repairs and treatments must be performed by persons who are licensed to provide such repairs or treatments or, if no license is required by law, are commercially engaged in the trade of providing such repairs or treatments. At Buyer's election, any transferable warranties received by Seller with respect to the repairs and treatments will be transferred to Buyer at Buyer's expense. If Seller fails to complete any agreed repairs and treatments prior to the Closing Date, Buyer may exercise remedies under Paragraph 15 or extend the Closing Date up to 5 days if necessary for Seller to complete the repairs and treatments.

G. ENVIRONMENTAL MATTERS: Buyer is advised that the presence of wetlands, toxic substances, including asbestos and wastes or other environmental hazards, or the presence of a threatened or endangered species or its habitat may affect Buyer's intended use of the Property. If Buyer is concerned about these matters, an addendum promulgated by TREC or required by the parties should be used.

TXR 1601   Initialed for identification by Buyer ____ and Seller ____   TREC NO. 20-14
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com   6421 Buffalo

EXHIBIT "A"
PG 4 OF 38

Contract Concerning _____**6421 Buffalo Speedway**_____ Page 5 of 10    2-12-18
**West University,  77005**
(Address of Property)

H. RESIDENTIAL SERVICE CONTRACTS: Buyer may purchase a residential service contract from a residential service company licensed by TREC. If Buyer purchases a residential service contract, Seller shall reimburse Buyer at closing for the cost of the residential service contract in an amount not exceeding $ __600.00__. Buyer should review any residential service contract for the scope of coverage, exclusions and limitations. **The purchase of a residential service contract is optional. Similar coverage may be purchased from various companies authorized to do business in Texas.**

8. **BROKERS' FEES:** All obligations of the parties for payment of brokers' fees are contained in separate written agreements.

9. **CLOSING:**
   A. The closing of the sale will be on or before _____**February 14**_____, **2020**_____, or within 7 days after objections made under Paragraph 6D have been cured or waived, whichever date is later (Closing Date). If either party fails to close the sale by the Closing Date, the non-defaulting party may exercise the remedies contained in Paragraph 15.
   B. At closing:
      (1) Seller shall execute and deliver a general warranty deed conveying title to the Property to Buyer and showing no additional exceptions to those permitted in Paragraph 6 and furnish tax statements or certificates showing no delinquent taxes on the Property.
      (2) Buyer shall pay the Sales Price in good funds acceptable to the escrow agent.
      (3) Seller and Buyer shall execute and deliver any notices, statements, certificates, affidavits, releases, loan documents and other documents reasonably required for the closing of the sale and the issuance of the Title Policy.
      (4) There will be no liens, assessments, or security interests against the Property which will not be satisfied out of the sales proceeds unless securing the payment of any loans assumed by Buyer and assumed loans will not be in default.
      (5) If the Property is subject to a residential lease, Seller shall transfer security deposits (as defined under §92.102, Property Code), if any, to Buyer. In such an event, Buyer shall deliver to the tenant a signed statement acknowledging that the Buyer has acquired the Property and is responsible for the return of the security deposit, and specifying the exact dollar amount of the security deposit.

10. **POSSESSION:**
   A. Buyer's Possession: Seller shall deliver to Buyer possession of the Property in its present or required condition, ordinary wear and tear excepted: [X] upon closing and funding [ ] according to a temporary residential lease form promulgated by TREC or other written lease required by the parties. Any possession by Buyer prior to closing or by Seller after closing which is not authorized by a written lease will establish a tenancy at sufferance relationship between the parties. **Consult your insurance agent prior to change of ownership and possession because insurance coverage may be limited or terminated. The absence of a written lease or appropriate insurance coverage may expose the parties to economic loss.**
   B. Leases:
      (1) After the Effective Date, Seller may not execute any lease (including but not limited to mineral leases) or convey any interest in the Property without Buyer's written consent.
      (2) If the Property is subject to any lease to which Seller is a party, Seller shall deliver to Buyer copies of the lease(s) and any move-in condition form signed by the tenant within 7 days after the Effective Date of the contract.

11. **SPECIAL PROVISIONS:** (Insert only factual statements and business details applicable to the sale. TREC rules prohibit license holder from adding factual statements or business details for which a contract addendum, lease or other form has been promulgated by TREC for mandatory use.) **Sale is subject to bankruptcy court approval and is sold on an as is where is basis. THE OPTION PERIOD DOES NOT START UNTIL THE UTILITIES ARE TURNED ON.**

12. **SETTLEMENT AND OTHER EXPENSES:**
   A. The following expenses must be paid at or prior to closing:
      (1) Expenses payable by Seller (Seller's Expenses):
         (a) Releases of existing liens, including prepayment penalties and recording fees; release of Seller's loan liability; tax statements or certificates; preparation of deed; one-half of escrow fee; and other expenses payable by Seller under this contract.
         (b) Seller shall also pay an amount not to exceed $ __N/A__ to be applied in the following order: Buyer's Expenses which Buyer is prohibited from paying by FHA, VA, Texas Veterans Land Board or other governmental loan programs, and then to other Buyer's Expenses as allowed by the lender.

TXR 1601    Initialed for identification by Buyer ___ and Seller ___    TREC NO. 20-14

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com    6421 Buffalo

**EXHIBIT "A"**
**PG 5 OF 38**

    (2) Expenses payable by Buyer (Buyer's Expenses): Appraisal fees; loan application fees; origination charges; credit reports; preparation of loan documents; interest on the notes from date of disbursement to one month prior to dates of first monthly payments; recording fees; copies of easements and restrictions; loan title policy with endorsements required by lender; loan-related inspection fees; photos; amortization schedules; one-half of escrow fee; all prepaid items, including required premiums for flood and hazard insurance, reserve deposits for insurance, ad valorem taxes and special governmental assessments; final compliance inspection; courier fee; repair inspection; underwriting fee; wire transfer fee; expenses incident to any loan; Private Mortgage Insurance Premium (PMI), VA Loan Funding Fee, or FHA Mortgage Insurance Premium (MIP) as required by the lender; and other expenses payable by Buyer under this contract.

B. If any expense exceeds an amount expressly stated in this contract for such expense to be paid by a party, that party may terminate this contract unless the other party agrees to pay such excess. Buyer may not pay charges and fees expressly prohibited by FHA, VA, Texas Veterans Land Board or other governmental loan program regulations.

**13. PRORATIONS:** Taxes for the current year, interest, maintenance fees, assessments, dues and rents will be prorated through the Closing Date. The tax proration may be calculated taking into consideration any change in exemptions that will affect the current year's taxes. If taxes for the current year vary from the amount prorated at closing, the parties shall adjust the prorations when tax statements for the current year are available. If taxes are not paid at or prior to closing, Buyer shall pay taxes for the current year.

**14. CASUALTY LOSS:** If any part of the Property is damaged or destroyed by fire or other casualty after the Effective Date of this contract, Seller shall restore the Property to its previous condition as soon as reasonably possible, but in any event by the Closing Date. If Seller fails to do so due to factors beyond Seller's control, Buyer may (a) terminate this contract and the earnest money will be refunded to Buyer (b) extend the time for performance up to 15 days and the Closing Date will be extended as necessary or (c) accept the Property in its damaged condition with an assignment of insurance proceeds, if permitted by Seller's insurance carrier, and receive credit from Seller at closing in the amount of the deductible under the insurance policy. Seller's obligations under this paragraph are independent of any other obligations of Seller under this contract.

**15. DEFAULT:** If Buyer fails to comply with this contract, Buyer will be in default, and Seller may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money as liquidated damages, thereby releasing both parties from this contract. If Seller fails to comply with this contract, Seller will be in default and Buyer may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money, thereby releasing both parties from this contract.

**16. MEDIATION:** It is the policy of the State of Texas to encourage resolution of disputes through alternative dispute resolution procedures such as mediation. Any dispute between Seller and Buyer related to this contract which is not resolved through informal discussion will be submitted to a mutually acceptable mediation service or provider. The parties to the mediation shall bear the mediation costs equally. This paragraph does not preclude a party from seeking equitable relief from a court of competent jurisdiction.

**17. ATTORNEY'S FEES:** A Buyer, Seller, Listing Broker, Other Broker, or escrow agent who prevails in any legal proceeding related to this contract is entitled to recover reasonable attorney's fees and all costs of such proceeding.

**18. ESCROW:**

A. ESCROW: The escrow agent is not (i) a party to this contract and does not have liability for the performance or nonperformance of any party to this contract, (ii) liable for interest on the earnest money and (iii) liable for the loss of any earnest money caused by the failure of any financial institution in which the earnest money has been deposited unless the financial institution is acting as escrow agent.

B. EXPENSES: At closing, the earnest money must be applied first to any cash down payment, then to Buyer's Expenses and any excess refunded to Buyer. If no closing occurs, escrow agent may: (i) require a written release of liability of the escrow agent from all parties, (ii) require payment of unpaid expenses incurred on behalf of a party, and (iii) only deduct from the earnest money the amount of unpaid expenses incurred on behalf of the party receiving the earnest money.

C. DEMAND: Upon termination of this contract, either party or the escrow agent may send a release of earnest money to each party and the parties shall execute counterparts of the release and deliver same to the escrow agent. If either party fails to execute the release, either party may make a written demand to the escrow agent for the earnest money. If only one party makes written demand for the earnest money, escrow agent shall promptly

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com

**EXHIBIT "A"**
**PG 6 OF 38**

Contract Concerning _____
**6421 Buffalo Speedway**
**West University,  77005**
(Address of Property)
Page 7 of 10    2-12-18

provide a copy of the demand to the other party. If escrow agent does not receive written objection to the demand from the other party within 15 days, escrow agent may disburse the earnest money to the party making demand reduced by the amount of unpaid expenses incurred on behalf of the party receiving the earnest money and escrow agent may pay the same to the creditors. If escrow agent complies with the provisions of this paragraph, each party hereby releases escrow agent from all adverse claims related to the disbursal of the earnest money.

   D. DAMAGES: Any party who wrongfully fails or refuses to sign a release acceptable to the escrow agent within 7 days of receipt of the request will be liable to the other party for (i) damages; (ii) the earnest money; (iii) reasonable attorney's fees; and (iv) all costs of suit.

   E. NOTICES: Escrow agent's notices will be effective when sent in compliance with Paragraph 21. Notice of objection to the demand will be deemed effective upon receipt by escrow agent.

**19. REPRESENTATIONS:** All covenants, representations and warranties in this contract survive closing. If any representation of Seller in this contract is untrue on the Closing Date, Seller will be in default. Unless expressly prohibited by written agreement, Seller may continue to show the Property and receive, negotiate and accept back up offers.

**20. FEDERAL TAX REQUIREMENTS:** If Seller is a "foreign person," as defined by Internal Revenue Code and its regulations, or if Seller fails to deliver an affidavit or a certificate of non-foreign status to Buyer that Seller is not a "foreign person," then Buyer shall withhold from the sales proceeds an amount sufficient to comply with applicable tax law and deliver the same to the Internal Revenue Service together with appropriate tax forms. Internal Revenue Service regulations require filing written reports if currency in excess of specified amounts is received in the transaction.

**21. NOTICES:** All notices from one party to the other must be in writing and are effective when mailed to, hand-delivered at, or transmitted by fax or electronic transmission as follows:

| **To Buyer** | | **To Seller** | |
|---|---|---|---|
| at: | _____ | at: | _____ |
| | | | |
| | _____ | | _____ |
| Phone: | **(832)903-8914** | Phone: | _____ |
| Fax: | **(832)903-8924 oscar's** | Fax: | _____ |
| E-mail: | **labarinas@gmail.com** | E-mail: | _____ |

**22. AGREEMENT OF PARTIES:** This contract contains the entire agreement of the parties and cannot be changed except by their written agreement. Addenda which are a part of this contract are (Check all applicable boxes):

[X] Third Party Financing Addendum

[ ] Seller Financing Addendum

[ ] Addendum for Property Subject to Mandatory Membership in a Property Owners Association

[ ] Buyer's Temporary Residential Lease

[ ] Loan Assumption Addendum

[ ] Addendum for Sale of Other Property by Buyer

[ ] Addendum for Reservation of Oil, Gas and Other Minerals

[ ] Addendum for "Back-Up" Contract

[ ] Addendum for Coastal Area Property

[ ] Addendum for Authorizing Hydrostatic Testing

[ ] Addendum Concerning Right to Terminate Due to Lender's Appraisal

[ ] Environmental Assessment, Threatened or Endangered Species and Wetlands Addendum

[ ] Seller's Temporary Residential Lease

[ ] Short Sale Addendum

[ ] Addendum for Property Located Seaward of the Gulf Intracoastal Waterway

[X] Addendum for Seller's Disclosure of Information on Lead-based Paint and Lead-based Paint Hazards as Required by Federal Law

[ ] Addendum for Property in a Propane Gas System Service Area

[X] Other (list): **IABS,**
**Broker Notice, Wire Fraud, Flood hazard,**
**Intermediary**
_____
_____
_____

EXHIBIT "A"
PG 7 OF 38

Contract Concerning _____**6421 Buffalo Speedway**_____ Page 8 of 10    2-12-18
                                                        **West University,  77005**
                                                        (Address of Property)

23. **TERMINATION   OPTION:**   For   nominal   consideration,   the   receipt   of   which   is   hereby acknowledged by Seller, and Buyer's agreement to pay Seller $ **300.00**_____(Option Fee) within 3 days after the Effective Date of this contract, Seller grants Buyer the unrestricted right to terminate this contract by giving notice of termination to Seller within _____**20**_____ days after the Effective Date of this contract (Option Period). Notices under this paragraph must be given by 5:00 p.m. (local time where the Property is located) by the date specified. If no dollar amount is stated as the Option Fee or if Buyer fails to pay the Option Fee to Seller within the time prescribed, this paragraph will not be a part of this contract and Buyer shall not have the unrestricted right to terminate this contract. If Buyer gives notice of termination within the time prescribed, the Option Fee will not be refunded; however, any earnest money will be refunded to Buyer. The Option Fee ☐ will  ☐ will not be credited to the Sales Price at closing. **Time is of the essence for this paragraph and strict compliance with the time for performance is required.**

24. **CONSULT   AN   ATTORNEY   BEFORE   SIGNING:**   TREC   rules   prohibit   real   estate   license holders from giving legal advice. READ THIS CONTRACT CAREFULLY.

Buyer's                                                Seller's
Attorney is: _____                  Attorney is: _____

_____                               _____

Phone:  _____                       Phone:  _____

Fax:   _____                        Fax:   _____

E-mail: _____                       E-mail: _____

| **EXECUTED the** _____ **day of** _____ , _____ **(Effective  Date).** |
| **(BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)** |

_____                        _____
Buyer **Dr. Sonia Labarinas Prado**                    Seller **Royce Hassell**


_____                        _____
Buyer **Oscar Cousillas**                              Seller

The form of this contract has been approved by the Texas Real Estate Commission. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, (512) 936-3000 (http://www.trec.texas.gov) TREC NO. 20-14. This form replaces TREC NO. 20-13.

TXR 1601                                               TREC NO. 20-14

EXHIBIT "A"
PG 8 OF 38

| Contract Concerning | **6421 Buffalo Speedway**<br>**West University, 77005**<br>(Address of Property) | Page 9 of 10 | 2-12-18 |
| --- | --- | --- | --- |

**BROKER INFORMATION**
(Print name(s) only. Do not sign)

| Other Broker Firm _____ License No. | **Coldwell Banker NRT, LLC** ___ **420132**<br>Listing Broker Firm _____ License No. |
| --- | --- |

represents ☐ Buyer only as Buyer's agent     represents ☒ Seller and Buyer as an Intermediary

     ☐ Seller as Listing Broker's subagent      ☐ Seller only as Seller's agent

| Associate's Name _____ License No. | **Eric Campbell** _____ **0441482**<br>Listing Associate's Name _____ License No. |
| --- | --- |

| Associate's Email Address _____ Phone | **epcsold@aol.com** _____ **(713)349-7236**<br>Listing Associate's Email Address _____ Phone |
| --- | --- |

| Licensed Supervisor of Associate _____ License No. | **Beth Dreyer** _____ **539606**<br>Licensed Supervisor of Listing Associate _____ License No. |
| --- | --- |

| Other Broker's Address _____ Phone | **5107 BELLAIRE BLVD  STE 200** _____ **(713)349-9700**<br>Listing Broker's Office Address _____ Phone |
| --- | --- |

| City   State   Zip | **Bellaire**   **Tx**   **77401**<br>City   State   Zip |
| --- | --- |

**Mark Schoneman** _____ **469930**
Selling Associate's Name _____ License No.

**mschoneman@cbunited.com** _____ **(281)221-5661**
Selling Associate's Email Address _____ Phone

**Beth Dreyer** _____ **539606**
Licensed Supervisor of Selling Associate _____ License No.

**5107 Bellaire Blvd., Suite 200**
Selling Associate's Office Address

**Bellaire**   **Tx**   **77401**
City   State   Zip

Listing Broker has agreed to pay Other Broker _____ of the total sales price when the Listing Broker's fee is received. Escrow agent is authorized and directed to pay Other Broker from Listing Broker's fee at closing.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com      6421 Buffalo

**EXHIBIT "A"**
**PG 9 OF 38**

Contract Concerning _____ **6421 Buffalo Speedway**
**West University,  77005**   Page 10 of 10    2-12-18
(Address of Property)

---

### OPTION FEE RECEIPT

Receipt of $_____ (Option Fee) in the form of _____
is acknowledged.

_____     _____
Seller or Listing Broker                                                          Date

---

### EARNEST MONEY RECEIPT

Receipt of $_____ Earnest Money in the form of _____
is acknowledged.

_____   _____   _____   _____
Escrow Agent                      Received by        Email Address            Date/Time

_____   _____
Address                                                                          Phone

_____   _____   _____   _____
City                       State             Zip                                        Fax

---

### CONTRACT RECEIPT

Receipt of the Contract is acknowledged.

_____   _____   _____   _____
Escrow Agent                      Received by        Email Address            Date

_____   _____
Address                                                                          Phone

_____   _____   _____   _____
City                       State             Zip                                        Fax

---

### ADDITIONAL EARNEST MONEY RECEIPT

Receipt of $_____ additional Earnest Money in the form of _____
is acknowledged.

_____   _____   _____   _____
Escrow Agent                      Received by        Email Address            Date/Time

_____   _____
Address                                                                          Phone

_____   _____   _____   _____
City                       State             Zip                                        Fax

TXR 1601                                                                    TREC NO. 20-14

EXHIBIT "A"
PG 10 OF 38



11-19-19

PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)

# THIRD PARTY FINANCING ADDENDUM

TO CONTRACT CONCERNING THE PROPERTY AT



__6421 Buffalo Speedway__                          __West University__
(Street Address and City)

1. **TYPE OF FINANCING AND DUTY TO APPLY AND OBTAIN APPROVAL:** Buyer shall apply promptly for all financing described below and make every reasonable effort to obtain approval for the financing, including but not limited to furnishing all information and documents required by Buyer's lender. (Check applicable boxes):

   [X] A. CONVENTIONAL FINANCING:

      [X] (1) A first mortgage loan in the principal amount of $ **815,000.00**_____ (excluding any financed PMI premium), due in full in __30__ year(s), with interest not to exceed __5.000__ % per annum for the first __30__ year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed ____1.000____ % of the loan.

      [ ] (2) A second mortgage loan in the principal amount of $ _____ (excluding any financed PMI premium), due in full in _____ year(s), with interest not to exceed _____ % per annum for the first _____ year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed _____ % of the loan.

   [ ] B. TEXAS VETERANS LOAN: A loan(s) from the Texas Veterans Land Board of $ _____ for a period in the total amount of _____ years at the interest rate established by the Texas Veterans Land Board.

   [ ] C. FHA INSURED FINANCING: A Section _____ FHA insured loan of not less than $ _____ (excluding any financed MIP), amortizable monthly for not less than _____ years, with interest not to exceed _____ % per annum for the first _____ year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed _____ % of the loan.

   [ ] D. VA GUARANTEED FINANCING: A VA guaranteed loan of not less than $ _____ (excluding any financed Funding Fee), amortizable monthly for not less than _____ years, with interest not to exceed _____ % per annum for the first _____ year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed _____ % of the loan.

   [ ] E. USDA GUARANTEED FINANCING: A USDA-guaranteed loan of not less than $ _____ (excluding any financed Funding Fee), amortizable monthly for not less than _____ years, with interest not to exceed _____ % per annum for the first _____ year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed _____ % of the loan.

   [ ] F. REVERSE MORTGAGE FINANCING: A reverse mortgage loan (also known as a Home Equity Conversion Mortgage loan) in the original principal amount of $ _____ (excluding any financed PMI premium or other costs), with interest not to exceed _____ % per annum for the first _____ year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed _____ % of the loan. The reverse mortgage loan [ ] will [ ] will not be an FHA Insured loan.

2. **APPROVAL OF FINANCING:** Approval for the financing described above will be deemed to have been obtained when Buyer Approval and Property Approval are obtained. **Time is of the essence for this paragraph and strict compliance with the time for performance is required.**

   A. BUYER APPROVAL: *(Check one box only):*

      [X] This contract is subject to Buyer obtaining Buyer Approval. If Buyer cannot obtain Buyer Approval, Buyer may give written notice to Seller within __30__ days after the effective date of this contract and this contract will terminate and the earnest money will be refunded to Buyer. If Buyer does not terminate the contract under this provision, the

Initialed for identification by Buyer ⟨signature⟩ and Seller _____

TREC NO. 40-9
TXR 1901

**EXHIBIT "A"**
**PG 11 OF 38**

Third Party Financing Addendum Concerning

11-19-19
Page 2 of 2

**6421 Buffalo Speedway, West University,  77005**
(Address of Property)

contract shall no longer be subject to the Buyer obtaining Buyer Approval. Buyer Approval will be deemed to have been obtained when (i) the terms of the loan(s) described above are available and (ii) lender determines that Buyer has satisfied all of lender's requirements related to Buyer's assets, income and credit history.

☐ This contract is not subject to Buyer obtaining Buyer Approval.

B. PROPERTY APPROVAL: If Buyer's lender determines that the Property does not satisfy lender's underwriting requirements for the loan (including but not limited to appraisal, insurability, and lender required repairs) Buyer, not later than 3 days before the Closing Date, may terminate this contract by giving Seller: (i) notice of termination; and (ii) a copy of a written statement from the lender setting forth the reason(s) for lender's determination. If Buyer terminates under this paragraph, the earnest money will be refunded to Buyer. If Buyer does not terminate under this paragraph, Property Approval is deemed to have been obtained.

3. **SECURITY**: Each note for the financing described above must be secured by vendor's and deed of trust liens.

4. **FHA/VA REQUIRED PROVISION:** If the financing described above involves FHA insured or VA financing, it is expressly agreed that, notwithstanding any other provision of this contract, the purchaser (Buyer) shall not be obligated to complete the purchase of the Property described herein or to incur any penalty by forfeiture of earnest money deposits or otherwise: (i) unless the Buyer has been given in accordance with HUD/FHA or VA requirements a written statement issued by the Federal Housing Commissioner, Department of Veterans Affairs, or a Direct Endorsement Lender setting forth the appraised value of the Property of not less than $ _____ or (ii) if the contract purchase price or cost exceeds the reasonable value of the Property established by the Department of Veterans Affairs. The 3-day notice of termination requirements in 2.B. does not apply to his Paragraph 4.

A. The Buyer shall have the privilege and option of proceeding with consummation of the contract without regard to the amount of the appraised valuation or the reasonable value established by the Department of Veterans Affairs.

B. If FHA financing is involved, the appraised valuation is arrived at to determine the maximum mortgage the Department of Housing and Urban Development will insure. HUD does not warrant the value or the condition of the Property. The Buyer should satisfy himself/herself that the price and the condition of the Property are acceptable.

C. If VA financing is involved and if Buyer elects to complete the purchase at an amount in excess of the reasonable value established by the VA, Buyer shall pay such excess amount in cash from a source which Buyer agrees to disclose to the VA and which Buyer represents will not be from borrowed funds except as approved by VA. If VA reasonable value of the Property is less than the Sales Prices, Seller may reduce the Sales Price to an amount equal to the VA reasonable value and the sale will be closed at the lower Sales Price with proportionate adjustments to the down payment and the loan amount.

5. **AUTHORIZATION TO RELEASE INFORMATION:**

A. Buyer authorizes Buyer's lender to furnish to Seller or Buyer or their representatives information relating to the status of the approval for the financing.

B. Seller and Buyer authorize Buyer's lender, title company, and escrow agent to disclose and furnish a copy of the closing disclosures and settlement statements provided in relation to the closing of this sale to the parties' respective brokers and sales agents provided under Broker Information.

Buyer **Dr. Sonia Labarihas Prado**

Seller **Royce Hassell**

Buyer **Oscar Cousillas**

Seller


This form has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract forms. Such approval relates to this form only. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, (512) 936-3000 (http://www.trec.texas.gov) TREC No. 40-9. This form replaces TREC No. 40-8.

TREC NO. 40-9
TXR 1901
6421 Buffalo

**EXHIBIT "A"
PG 12 OF 38**

# ⚡ TEXAS REALTORS

## INTERMEDIARY RELATIONSHIP NOTICE

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS®, INC. IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc. 2004

| | | |
|---|---|---|
| **To:** | **Royce Hassell** | **(Seller or Landlord)** |
| | and **Dr. Sonia Labarinas Prado, Oscar Cousillas** | **(Prospect)** |
| **From:** | **Coldwell Banker NRT, LLC** | **(Broker's Firm)** |
| | **6421 Buffalo Speedway** | |
| **Re:** | **West University,  77005** | **(Property)** |
| **Date:** | **December 18, 2019** | |

A.  Under this notice, "owner" means the seller or landlord of the Property and "prospect" means the above-named prospective buyer or tenant for the Property.

B.  Broker's firm represents the owner under a listing agreement and also represents the prospect under a buyer/tenant representation agreement.

C.  In the written listing agreement and the written buyer/tenant representation agreement, both the owner and the prospect previously authorized Broker to act as an intermediary if a prospect who Broker represents desires to buy or lease a property that is listed by the Broker. When the prospect makes an offer to purchase or lease the Property, Broker will act in accordance with the authorizations granted in the listing agreement and in the buyer/tenant representation agreement.

D.  Broker ☒ will ☐ will not appoint licensed associates to communicate with, carry out instructions of, and provide opinions and advice during negotiations to each party. If Broker makes such appointments, Broker appoints:

**Eric Campbell** _____ to the owner; and

**Mark Schoneman** _____ to the prospect.

E.  By acknowledging receipt of this notice, the undersigned parties reaffirm their consent for broker to act as an intermediary.

F.  Additional information: *(Disclose material information related to Broker's relationship to the parties, such as personal relationships or prior or contemplated business relationships.)*

The undersigned acknowledge receipt of this notice

| | | | |
|---|---|---|---|
| _____ | | *S. _____* | *12.18.19* |
| Seller or Landlord | Date | Prospect | Date |
| **Royce Hassell** | | **Dr. Sonia Labarinas Prado** | |
| | | | |
| _____ | | _____ | *decenter 18, 2019* |
| Seller or Landlord | Date | Prospect | Date |
| | | **Oscar Cousillas** | |

(TXR-1409) 1-7-04

Page 1 of 1

EXHIBIT "A"
PG 13 OF 38

# Buyer Representation Agreement

**Coldwell Banker United, REALTORS®**
**23800 Northwest Freeway, Ste 101**
**Houston, Texas 77429**

**Dr. Sonia Labarinas Prado, Oscar Cousillas** _____ ("Buyer") appoints
Coldwell Banker United, Realtors® ("Broker") as Buyer's exclusive agent and grants to Broker the exclusive right to represent Buyer in locating and purchasing suitable real property ("Property") in the following Market Area (s):
**HOUSTON MLS AREA** _____

Property means any interest in real estate including but not limited to properties listed in the multiple listing service or Internet listing services, properties for sale by owners, and properties for sale by builders. Broker's authority as Buyer's exclusive agent shall begin on _____**December 18, 2019**_____ (date) and ends at 11:59 pm on _____**February 29, 2020**_____ (date).

**Buyer represents that Buyer is not now a party to another buyer representation agreement with another Broker for the acquisition of Property in the Market Area.**

Buyer acknowledges that Broker may represent other prospective buyers who may seek to acquire properties that may be of interest to Buyer. Buyer agrees that Broker may, during the term of this agreement and after it ends, represent such other prospects, show the other prospects the same properties that Broker shows Buyer, and act as a real estate Broker for such other prospects in negotiating the acquisition of properties that Buyer may seek to acquire.

**Broker's Fees:**

**Commission:** The parties agree that Broker will receive a commission calculated as follows:
[1] _____**XXXXXXX**_____ % of the gross sales price plus [2] $ **XXXXXXXXXXXXXX** _____ if Buyer agrees to purchase Property in the Market Area[s]; and [3] if Buyer agrees to lease Property in the Market Area a fee equal to [check one box only]: ☐ **XXXXXX** % of one month's rent or ☐ **XXXXXX** % of all rents to be paid over the term of the lease.

**Source of Commission Payment:** Broker will seek to obtain payment of the portion of the commission specified in [1] above, first from the seller, landlord, or other agents. If such persons refuse or fail to pay Broker the amount specified in [1] above, Buyer shall pay Broker the amount specified less any amount Broker receives from such persons. Buyer shall pay to Broker the portion of commission specified in [2] above at closing and funding.

**Additional Compensation:** If seller, landlord, or their agents offer compensation in excess of the amount stated in commission paragraph above [including but not limited to marketing incentives or bonuses to cooperating brokers] Broker may retain the additional compensation in addition to the specified commission. Buyer is not obligated to pay any such additional compensation to Broker.

Buyer is not obligated to pay Broker a commission until such time as Broker's commission is earned and payable.
1. Broker's commission is earned when Buyer enters into a binding written contract for the purchase or lease of Property located in Market Area.
2. Broker's commission is payable, either during the term of this agreement or after it ends, upon the earlier of:
   A. The closing of the transaction to acquire the Property.
   B. Buyer's breach of a written contract to purchase or lease a Property in the Market Area; **or**
   C. Buyer's breach of this agreement.

Buyer acknowledges that Broker has explained the principles of agency and has received a copy of "Information on Agency Relationships" brochure.

**Buyer authorizes Broker to act as an Intermediary:**

1. If Buyer wishes to acquire one of Broker's listings that is serviced by an associate other than the associate servicing Buyer under this agreement, Broker will appoint the licensed associate then servicing Buyer under this agreement to communicate with, carry out instructions of, and provide opinions and advice during negotiations to Buyer. Broker will appoint the licensed associate then servicing the owner under the listing agreement to the owner for the same purpose.

2. If Buyer wishes to acquire one of Broker's listings that is serviced by the same associate that is servicing Buyer under this agreement, **Broker will notify Buyer that:**
   (A) Broker will assign another licensed associate to communicate with, carry out instructions of, and provide opinions and advice during negotiations to Buyer and will appoint the licensed associate servicing the owner under the listing agreement to the owner for the same purpose; **or**

Buyer Representation Agreement                                    - 1 -                        Initial Page _____
February 01, 2010
Coldwell Banker United, REALTORS® - Bellaire, 5107 Bellaire Blvd. Bellaire TX 77401                Phone: 713.349.9700        Fax: 713.349.9912            6421 Buffalo
Mark Schoneman                    Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

**EXHIBIT "A"**
**PG 14 OF 38**

(B) Broker will make no appointments to either party and the associate servicing the parties will act solely as Broker's intermediary representative. The associate may facilitate the transaction but will not render opinions or advice during negotiations to either party.

**Notice: A real estate broker who acts as an intermediary between parties in a transaction may not:**

1. **disclose to the buyer or tenant that the seller or landlord will accept a price less than the asking price unless otherwise instructed in a separate writing by the seller or landlord;**

2. **disclose to the seller or landlord that the buyer or tenant will pay a price greater than the price submitted in a written offer to the seller or landlord unless otherwise instructed in a separate writing by the buyer or tenant;**

3. **disclose any confidential information or any information a party specifically instructs the real estate broker or salesperson in writing not to disclose unless (A) the broker or salesperson is otherwise instructed in a separate writing by the respective party; (B) the other broker or salesperson is required to disclose the information by the Real Estate License Act or court order; or (C) the information materially relates to the condition of the property;**

4. **treat a party to a transaction dishonestly; or violate any provision of the Real Estate License Act.**

**FURTHER NOTICES TO BUYER(S):**

You are strongly advised to have inspections performed on any property that you offer to purchase. The purpose of an inspection is to identify actual or possible structural and/or mechanical defects at the property, and/or items in need of repair. In certain sales, the seller of property is obligated to provide a Seller's Disclosure Notice. Coldwell Banker United, Realtors® and its agents will obtain a copy of the Seller's Disclosure Notice and provide it to you if it is available. Coldwell Banker United, Realtors® and its agents will pass on to you information they have regarding the property, including the Seller's Disclosure Notice (if available) and any other written information concerning the property that is provided by the Seller or the Seller's agent. Unless otherwise indicated, any information about the condition of any property that is provided to you by Coldwell Banker United, Realtors® and its agents is based solely on information received from the Seller, the Seller's agent, or by some third party. You are advised that Coldwell Banker United, Realtors® and its agents have not and will not conduct an investigation to determine whether any such information is accurate. Further, Coldwell Banker United, Realtors® and its agents cannot be accountable for anything that the seller fails to disclose.

If you choose to have one or more inspections of any property, you are responsible for contacting, retaining and paying the persons or companies that will perform the inspections. If you request, Coldwell Banker United, Realtors® will provide you with a short list of names of persons who perform inspections. Any such list is not intended to be a list of all persons in that type of business, but only a few individuals and companies that may be available to perform inspections in the geographic area of the property. By providing you with a list of names of inspectors, Coldwell Banker United, Realtors® and its agents are not making any representation or warranty as to the capabilities or workmanship of such persons. You should accompany the inspectors during the inspection and discuss with the inspector any concerns you have regarding the condition of the property. After receipt of a written inspection report, you should carefully read the report and contact the inspector if you have any questions about any matter shown in the report. Coldwell Banker United, Realtors® and its agents do not have expertise in issues regarding defects or potential defects in properties, and therefore cannot give you any advice regarding property defects. You should rely solely on your personal inspection of the property and on the results of one or more inspections you obtain. Coldwell Banker United, Realtors® and its agents cannot be responsible for any defects that your inspectors fail to identify.

Coldwell Banker United, Realtors®, or its agents, may suggest using companies that provide services such as moving, cable, telecommunications, utilities, home improvement and repair, title companies, home warranty, home loan, etc. Some of these companies may pay compensation, directly or indirectly, to Coldwell Banker United, Realtors®, or its agents. You have the opportunity, but not the obligation, to use any of these companies. You have the absolute right to select your own companies for these types of services, and your selections will not affect your agent's ability to represent you in a real estate transaction.

**ATTORNEY'S FEES:** If Buyer or Broker is a prevailing party in any legal proceeding brought as a result of a dispute relating to services provided under this agreement or any transaction related to this agreement, such prevailing party shall recover from the non-prevailing party all costs of such proceeding and reasonable attorney's fees.

**This is a legally binding buyer representation agreement. If you do not understand it, please consult an attorney. This agreement may be cancelled only by written agreement of all parties.**

Buyer **Dr. Sonia Labarinas Prado**     Date 12.18.19

Buyer **Oscar Cousillas**     Date 12.18.19

Coldwell Banker United, Realtors®

By: **Mark Schoneman**     Date 12-18-19

Buyer Representation Agreement
February 01, 2010

- 2 -

Initial Page



APPROVED BY THE TEXAS REAL ESTATE COMMISSION                    10-10-11
## ADDENDUM FOR SELLER'S DISCLOSURE OF INFORMATION
## ON LEAD-BASED PAINT AND LEAD-BASED PAINT HAZARDS
## AS REQUIRED BY FEDERAL LAW

CONCERNING THE PROPERTY AT _____**6421 Buffalo Speedway**_____**West University**_____
(Street Address and City)

**A.** **LEAD WARNING STATEMENT:** "Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-paint hazards is recommended prior to purchase."
**NOTICE: Inspector must be properly certified as required by federal law.**

**B.** **SELLER'S DISCLOSURE:**
1.  PRESENCE OF LEAD-BASED PAINT AND/OR LEAD-BASED PAINT HAZARDS (check one box only):
    ☐ (a) Known lead-based paint and/or lead-based paint hazards are present in the Property (explain): _____
    _____.
    ☑ (b) Seller has no actual knowledge of lead-based paint and/or lead-based paint hazards in the Property.
2.  RECORDS AND REPORTS AVAILABLE TO SELLER (check one box only):
    ☐ (a) Seller has provided the purchaser with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the Property (list documents): _____
    ☑ (b) Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the Property.

**C.** **BUYER'S RIGHTS** (check one box only):
    ☐ 1. Buyer waives the opportunity to conduct a risk assessment or inspection of the Property for the presence of lead-based paint or lead-based paint hazards.
    ☑ 2. Within ten days after the effective date of this contract, Buyer may have the Property inspected by inspectors selected by Buyer. If lead-based paint or lead-based paint hazards are present, Buyer may terminate this contract by giving Seller written notice within 14 days after the effective date of this contract, and the earnest money will be refunded to Buyer.

**D.** **BUYER'S ACKNOWLEDGMENT** (check applicable boxes):
    ☐ 1. Buyer has received copies of all information listed above.
    ☑ 2. Buyer has received the pamphlet *Protect Your Family from Lead in Your Home.*

**E.** **BROKERS' ACKNOWLEDGMENT:** Brokers have informed Seller of Seller's obligations under 42 U.S.C. 4852d to: (a) provide Buyer with the federally approved pamphlet on lead poisoning prevention; (b) complete this addendum; (c) disclose any known lead-based paint and/or lead-based paint hazards in the Property; (d) deliver all records and reports to Buyer pertaining to lead-based paint and/or lead-based paint hazards in the Property; (e) provide Buyer a period of up to 10 days to have the Property inspected; and (f) retain a completed copy of this addendum for at least 3 years following the sale. Brokers are aware of their responsibility to ensure compliance.

**F.** **CERTIFICATION OF ACCURACY:** The following persons have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| | | | |
|---|---|---|---|
| _S. Hott_ | _12.18.2019_ | _Ryce Hassell_ | 1/11/19 |
| Buyer | Date | Seller | Date |
| | | **Royce Hassell** | |
| _J.C._ | _12.18.2019_ | | |
| Buyer | Date | | Date |
| _[signature]_ | _12-18-19_ | _Eric Campbell_ | _1-17-19_ |
| Other Broker | Date | Listing Broker | Date |
| | | **Eric Campbell** | |

The form of this addendum has been approved by the Texas Real Estate Commission for use only with similarly approved or promulgated forms of contracts. Such approval relates to this contract form only. TREC forms are intended for use only by trained real estate licensees. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not suitable for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://www.trec.texas.gov)

(TAR 1906) 10-10-11                                         **TREC No. OP-L**

Coldwell Banker United, REALTORS® - Bellaire, 5111 Bellaire Blvd. Bellaire TX 77401          Phone: 713.349.7236          Fax: 713.349.9912          6421 Buffalo
Eric Campbell          Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

**EXHIBIT "A"**
**PG 16 OF 38**



11-2-2015

# Information About Brokerage Services

*Texas law requires all real estate license holders to give the following information about brokerage services to prospective buyers, tenants, sellers and landlords.*

**TYPES OF REAL ESTATE LICENSE HOLDERS:**
- **A BROKER** is responsible for all brokerage activities, including acts performed by sales agents sponsored by the broker.
- **A SALES AGENT** must be sponsored by a broker and works with clients on behalf of the broker.

**A BROKER'S MINIMUM DUTIES REQUIRED BY LAW (A client is the person or party that the broker represents):**
- Put the interests of the client above all others, including the broker's own interests;
- Inform the client of any material information about the property or transaction received by the broker;
- Answer the client's questions and present any offer to or counter-offer from the client; and
- Treat all parties to a real estate transaction honestly and fairly.

**A LICENSE HOLDER CAN REPRESENT A PARTY IN A REAL ESTATE TRANSACTION:**

**AS AGENT FOR OWNER (SELLER/LANDLORD):** The broker becomes the property owner's agent through an agreement with the owner, usually in a written listing to sell or property management agreement. An owner's agent must perform the broker's minimum duties above and must inform the owner of any material information about the property or transaction known by the agent, including information disclosed to the agent or subagent by the buyer or buyer's agent.

**AS AGENT FOR BUYER/TENANT:** The broker becomes the buyer/tenant's agent by agreeing to represent the buyer, usually through a written representation agreement. A buyer's agent must perform the broker's minimum duties above and must inform the buyer of any material information about the property or transaction known by the agent, including information disclosed to the agent by the seller or seller's agent.

**AS AGENT FOR BOTH - INTERMEDIARY:** To act as an intermediary between the parties the broker must first obtain the written agreement of each party to the transaction. The written agreement must state who will pay the broker and, in conspicuous bold or underlined print, set forth the broker's obligations as an intermediary. A broker who acts as an intermediary:
- Must treat all parties to the transaction impartially and fairly;
- May, with the parties' written consent, appoint a different license holder associated with the broker to each party (owner and buyer) to communicate with, provide opinions and advice to, and carry out the instructions of each party to the transaction.
- Must not, unless specifically authorized in writing to do so by the party, disclose:
  - that the owner will accept a price less than the written asking price;
  - that the buyer/tenant will pay a price greater than the price submitted in a written offer; and
  - any coincidental information or any other information that a party specifically instructs the broker in writing not to disclose, unless required to do so by law.

**AS SUBAGENT:** A license holder acts as a subagent when aiding a buyer in a transaction without an agreement to represent the buyer. A subagent can assist the buyer but does not represent the buyer and must place the interests of the owner first.

**TO AVOID DISPUTES, ALL AGREEMENTS BETWEEN YOU AND A BROKER SHOULD BE IN WRITING AND CLEARLY ESTABLISH:**
- The broker's duties and responsibilities to you, and your obligations under the representation agreement.
- Who will pay the broker for services provided to you, when payment will be made and how the payment will be calculated.

**LICENSE HOLDER CONTACT INFORMATION:** This notice is being provided for information purposes. It does not create an obligation for you to use the broker's services. Please acknowledge receipt of this notice below and retain a copy for your records.

| | | | |
|---|---|---|---|
| Coldwell Banker United, REALTORS® | 420132 | joanne.justice@cbdfw.com | 972-906-7700 |
| Licensed Broker /Broker Firm Name or Primary Assumed Business Name | License No. | Email | Phone |
| Joanne Justice | 159793 | joanne.justice@cbdfw.com | 972-906-7700 |
| Designated Broker of Firm | License No. | Email | Phone |
| Beth Dryer | 539606 | bdryer@cbunited.com | (713)349-9700 |
| Licensed Supervisor of Sales Agent/ Associate | License No. | Email | Phone |
| Mark Schoneman | 0469930 | mschoneman@cbunited.com | (713)349-7243 |
| Sales Agent/Associate's Name | License No. | Email | Phone |

Buyer/Tenant/Seller/Landlord Initials          Dec. 18, 27, 9
                                                      Date

**Regulated by the Texas Real Estate Commission**          **Information available at www.trec.texas.gov**

IABS 1-0

Coldwell Banker United, REALTORS® - Bellaire, 5111 Bellaire Blvd. Bellaire TX 77401          Phone: 713.349.7234          Fax: 713.349.9912          6421 Buffalo
Eric Campbell          Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

**EXHIBIT "A"**
**PG 17 OF 38**

(This notice is to be furnished to a prospective buyer/tenant at such time as broker begins assisting buyer/tenant to locate a property.)

# BROKER NOTICE TO BUYER/TENANT

As a prospective buyer/tenant, you should know that the listing and cooperating ("selling") brokers and any broker representing you as a buyer's/tenant's broker, possess no special skills, knowledge or expertise concerning the physical or environmental condition of the property or properties introduced to you nor do they represent themselves to be such experts, and, therefore, make no representations, warranties or guaranties regarding the physical or environmental condition of any such property.

**Environmental Hazards/Inspection**
As the result of concerns regarding environmental hazards (including, but not limited to, asbestos, lead-based paint, mold, urea formaldehyde insulation, radon gas, PCB transformers, underground storage tanks, electromagnetic fields, hazardous or toxic waste and materials, ammonium compounds, solvents, pesticides, acids, DDT, and any other substance on or about the property or forming a component part of the improvements which has heretofore or may in the future be determined to contain toxic or hazardous materials or undesirable substance injurious to the health of occupants of a property), it is recommended that you retain the services of a qualified expert of your choice to inspect and test for the presence of environmental hazards on or about the property as part of the contract between seller and buyer in a sale transaction or a lease between landlord and tenant, if desired. Buyer/Tenant shall be solely responsible for retaining the services of such expert, if any.

**Physical Condition/Inspection**
You are advised that you should thoroughly inspect the property and have the physical condition of the property inspected by persons of your choice who are licensed as inspectors by the Texas Real Estate Commission or otherwise permitted by law to perform inspections and take whatever other action you deem necessary or appropriate as part of the contract between seller and buyer in a sale transaction or a lease between landlord and tenant. If you request broker to furnish a list of inspectors and/or repairmen, broker is not making any representations or warranties as to the capabilities or workmanship of such persons. You are advised to accompany the inspectors during their inspection of the property and to ask any questions you may have regarding the property. You are advised to walk through and visibly inspect the property immediately prior to the closing in a sale transaction or occupancy in a lease transaction. In the event the condition of the property is not then in accordance with the contract/lease, you should immediately inform the below-named Broker.

**MLS/CIE Information**
Information contained in the Multiple Listing Service (MLS), or Commercial Information Exchange (CIE) of Houston Realtors Information Service, Inc. ("HRIS"), a subsidiary of Houston Association of REALTORS®, Inc., is furnished by (1) MLS, and CIE participants who acquire the information from sources such as owners of listed properties, appraisers, and builders, and (2) county appraisal districts and tax services. The information is disseminated to MLS and CIE participants for their exclusive use and display to their clients and customers. Certain information in MLS and CIE such as square footage, assessed value, taxes, and year built is obtained from either the county appraisal district, an appraiser or builder. Neither the listing Broker, Broker displaying the information to you, HRIS, MLS, nor CIE represents or verifies the accuracy of the information. You should not rely upon any information contained in MLS and CIE and you should independently verify such information. You are further advised that MLS rules require the listing Broker of a sold/leased property to submit all information the MLS requires for participation, including the sales price/rent of a property purchased/leased by you.

Selling Broker or buyer's/tenant's broker, if any, shall furnish Listing Broker with a signed copy of this notice at the time the contract/lease is submitted.

| I certify that I have provided the prospective Buyer/Tenant named herein with a copy of this "Broker Notice to Buyer/Tenant." | I have received, read and understand the information in this "Broker Notice to Buyer/Tenant." |
|---|---|

Date

**Mark Schoneman**
Broker/Sales Agent Name

Signature

Company

**5107 Bellaire Blvd Suite 200, Bellaire, Tx  77401**

Address

**(713)349-9700**
Phone

**Dr. Sonia Labarinas Prado**
Buyer/Tenant Name

Signature

**Oscar Cousillas**
Buyer/Tenant Name

Signature

Address

Phone

HAR 410 1/03

EXHIBIT "A"
PG 18 OF 38

# AFFILIATED BUSINESS ARRANGEMENT DISCLOSURE STATEMENT

**To:** <u>Dr. Sonia Labarinas Prado, Oscar Cousillas</u>      **Date:** _____

**From:** **COLDWELL BANKER UNITED, REALTORS**

**Property:** **If this form is being provided to you as the seller then this form refers to the property being sold. If this form is being provided to you as a buyer or prospective buyer then this form refers to any property that you may consider purchasing with the assistance of Coldwell Banker United, Realtors.**

This is to give you notice that **COLDWELL BANKER UNITED, REALTORS,** a subsidiary of Realogy Holdings Corp., ("Broker") is part of the NRT LLC family of real estate brokerage companies and has a business relationship with the companies listed below in this Statement. Realogy Holdings Corp. owns 100% of NRT LLC, which owns 100% of Broker. Realogy Holdings Corp. also owns 100% of each company listed below, except for (i) the mortgage lender, in which TRG Venture Partner LLC and has a 49.9% ownership interest and (ii) Ojo Labs, Inc. which Realogy Services Group LLC, a subsidiary of Realogy Holdings Corp., has a 10.2% ownership interest. Realogy Holdings Corp. also owns the franchisors of the BETTER HOMES & GARDENS® REAL ESTATE, COLDWELL BANKER®, COLDWELL BANKER COMMERCIAL®, CENTURY 21®, ERA®, AND SOTHEBY'S INTERNATIONAL REALTY® franchise systems. Because of these relationships, Broker's referral of business to any of the companies listed below may provide Broker, Realogy Holdings Corp., NRT LLC, the franchisors owned by Realogy Holdings Corp., and/or their employees, affiliates, or any other related parties noted herein a financial or other benefit.

Set forth below is the estimated charge or range of charges for the settlement services listed. You are NOT required to use the listed providers as a condition of the purchase or sale of your property. THERE ARE FREQUENTLY OTHER SETTLEMENT SERVICE PROVIDERS AVAILABLE WITH SIMILAR SERVICES. YOU ARE FREE TO SHOP AROUND TO DETERMINE THAT YOU ARE RECEIVING THE BEST SERVICES AND THE BEST RATE FOR THESE SERVICES.

| COMPANIES | SETTLEMENT SERVICES | ESTIMATE OF CHARGES OR RANGE OF CHARGES | |
|---|---|---|---|
| <u>**Guaranteed Rate Affinity**</u><br>Provides a full range of residential first mortgage loan products and services. | Loan origination fee<br><br>Loan discount fee/points<br><br>Application fee | $1,290<br>0% - 5% of loan amount<br><br><br>$150 | |
| <u>**Castle Edge Insurance Agency, Inc.**</u><br>Provides insurance agency services for homeowner's insurance. | Homeowner's insurance premium | $2 - $6 per thousand dollars of replacement cost of dwelling | |
| <u>**American Title Company of Houston, Independence Title, Independence Title Company, and Texas American Title Company**</u><br>Provides the title policy which insures against loss due to certain title defects. | Escrow Fee (if a Fee Attorney is used, additional rates will apply)<br><br>Title Policies (not including endorsements or $3 Guaranty Assessment Recoupment Charge) | Buyer: $0 - $435 Seller: $0-$435<br><br><br>Owner's Policy (charges based on policy amount):<br><br>   Up to $100K:<br>   $100,001 - $1M:<br><br>   $1,000,001 - $5M:<br><br>   $5,000,001 - $15M:<br><br>   $15,000,001 - $25M:<br><br>   Above $25M:<br><br><br>Lender's Policy (if issued simultaneously with Owner's Policy): $100 | $238-$875<br>$875 plus 0.554% of amt. over $100K<br>$5,861 plus 0.456% of of amt. over $1M<br>$24,101 plus 0.376% of of amt. over $5M<br>$61,701 plus 0.267% of amt. over $15M<br>$88,401 plus 0.16% of amt. over $25M |

Coldwell Banker United, REALTORS® - Bellaire, 5107 Bellaire Blvd. Bellaire TX 77401    Phone: 713.349.9700    Fax: 713.349.9912    6421 Buffalo
Mark Schoneman    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

| COMPANIES | SETTLEMENT SERVICES | ESTIMATE OF CHARGES OR RANGE OF CHARGES |
|---|---|---|
| **Title Resources Guaranty Company** Insures against loss due to certain title defects. | Title Policies (these fees are included in the title insurance premium of your title agent and not separately charged) | Owner's Policy (charges based on policy amount):<br><br>Up to $100K:  $238 - $875<br>$100,001 - $1M:  $875 plus 0.554% of amt. over $100K<br>$1,000,001 - $5M:  $5,861 plus 0.456% of amt. over $1M<br>$5,000,001 - $15M:  $24,101 plus 0.376% of amt. over $5M<br>$15,000,001 - $25M:  $61,701 plus 0.267% of amt. over $15M<br>Above $25M:  $88,401 plus 0.16% of amt. over $25M<br><br>Lender's Policy (if issued simultaneously with Owner's Policy): $100 |
| **Cartus Corporation** Provides relocation, assignment management & cooperative real estate brokerage services to its corporate and government clients & its network of real estate brokerage companies. | Cooperative real estate brokerage commission | The Cartus referral commission varies, but is generally paid to Cartus (a licensed real estate broker) by a real estate broker as a percentage (typically, 37.5% - 42.5%) of the real estate broker's commission on a transaction side, and may be shared by Cartus with other brokers. |
| **Other NRT LLC Real Estate Brokerage Companies and Other Franchisees** In certain markets other NRT LLC subsidiaries provide real estate brokerage services under Coldwell Banker, Corcoran, CitiHabitats, Sotheby's International Realty, and ZipRealty trade names. Also note that in other markets, franchisees of Realogy Holdings Corp. subsidiaries provide real estate brokerage services as franchisees of Better Homes & Gardens, Coldwell Banker, Coldwell Banker Commercial, Century 21, ERA and Sotheby's International Realty. | Real estate brokerage commission<br><br>Cooperative real estate brokerage commission | 3 – 10% of sales price of the property depending on multiple factors including type of property, transaction side, services, region and transaction structure. However, commissions vary per agreement with each customer and may be negotiated, in whole or in part, as fixed amounts, such as a fixed amount in lieu of all or part of a percentage, or an amount such as $100 - $1000 in addition to a percentage. In addition, referral commissions vary, but are generally paid by a real estate broker as a percentage (approximately 25% - 50%) of the real estate broker's commission on a transaction side. |
| **Ojo Labs, Inc.** Provides artificial intelligence technology to validate and incubate real estate leads, i.e. digital real estate assistant, and cooperative real estate brokerage services. | Cooperative real estate brokerage commission | The Ojo referral commission will be paid to Ojo (a licensed real estate broker) by a real estate broker as a percentage (in this case, 17.5%) of the real estate broker's commission on a transaction side. |

In addition to the affiliated business relationships described above, Broker has business arrangements with American Home Shield Corporation ("AHS") and Home Partners of America ('HPA"). While Broker, Realogy Holdings Corp., and NRT LLC, including their subsidiaries and affiliates, do not have any ownership interests in AHS or HPA, they may receive fees from AHS or HPA in return for their performance of services.

ACKNOWLEDGMENT

I/we have read this disclosure form, and understand that Broker is referring me/us to purchase the above-described settlement service(s) and that Broker, Realogy Holdings Corp., NRT LLC, their employees and/or subsidiaries and affiliates may receive a financial or other benefit as the result of this referral.

S. JULLA _____     12.18.2019
**Buyer's or Seller's Signature**                                    Date
Dr. Sonia Labarinas Prado

_____     12.18.2019
**Buyer's or Seller's Signature**                                    Date
Oscar Cousillas

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com          6421 Buffalo

# ⅬⱤ TEXAS REALTORS

## INFORMATION ABOUT SPECIAL FLOOD HAZARD AREAS

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS®, INC. IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc., 2014

CONCERNING THE PROPERTY AT

**6421 Buffalo Speedway
West University, Tx   77005**

### A. FLOOD AREAS:

(1) The Federal Emergency Management Agency (FEMA) designates areas that have a high risk of flooding as special flood hazard areas.

(2) A property that is in a special flood hazard area lies in a "V-Zone" or "A-Zone" as noted on flood insurance rate maps. Both V-Zone and A-Zone areas are areas with high risk of flooding.

(3) Some properties may also lie in the "floodway" which is the channel of a river or other watercourse and the adjacent land areas that must be reserved in order to discharge a flood under FEMA rules. Communities must regulate development in these floodways.

### B. AVAILABILITY OF FLOOD INSURANCE:

(1) Generally, flood insurance is available regardless of whether the property is located in or out of a special flood hazard area. Contact your insurance agent to determine if any limitations or restrictions apply to the property in which you are interested.

(2) FEMA encourages every property owner to purchase flood insurance regardless of whether the property is in a high, moderate, or low risk flood area.

(3) A homeowner may obtain flood insurance coverage (up to certain limits) through the National Flood Insurance Program. Supplemental coverage is available through private insurance carriers.

(4) A mortgage lender making a federally related mortgage will require the borrower to maintain flood insurance if the property is in a special flood hazard area.

### C. GROUND FLOOR REQUIREMENTS:

(1) Many homes in special flood hazard areas are built-up or are elevated. In elevated homes the ground floor typically lies below the base flood elevation and the first floor is elevated on piers, columns, posts, or piles. The base flood elevation is the highest level at which a flood is likely to occur as shown on flood insurance rate maps.

(2) Federal, state, county, and city regulations:

    (a) restrict the use and construction of any ground floor enclosures in elevated homes that are in special flood hazard areas.

    (b) may prohibit or restrict the remodeling, rebuilding, and redevelopment of property and improvements in the floodway.

(3) The first floor of all homes must now be built above the base flood elevation.

    (a) Older homes may have been built in compliance with applicable regulations at the time of construction and may have first floors that lie below the base flood elevation, but flood insurance rates for such homes may be significant.

Coldwell Banker United, REALTORS® - Bellaire, 5111 Bellaire Blvd.  Bellaire TX 77401                    Phone: 713.349.7236              Fax: 713.349.9912              6421 Buffalo
Eric Campbell                                        Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

EXHIBIT "A"
PG 21 OF 38

Information about Special Flood Hazard Areas concerning _____ **6421 Buffalo Speedway**
**West University, Tx  77005**

    (b) It is possible that modifications were made to a ground floor enclosure after a home was first built. The modifications may or may not comply with applicable regulations and may or may not affect flood insurance rates.

    (c) It is important for a buyer to determine if the first floor of a home is elevated at or above the base flood elevation. It is also important for a buyer to determine if the property lies in a floodway.

(4) Ground floor enclosures that lie below the base flood elevation may be used only for: (i) parking; (ii) storage; and (iii) building access. Plumbing, mechanical, or electrical items in ground floor enclosures that lie below the base flood elevation may be prohibited or restricted and may not be eligible for flood insurance coverage. Additionally:

    (a) in A-Zones, the ground floor enclosures below the base flood elevation must have flow-through vents or openings that permit the automatic entry and exit of floodwaters;

    (b) in V-Zones, the ground floor enclosures must have break-away walls, screening, or lattice walls; and

    (c) in floodways, the remodeling or reconstruction of any improvements may be prohibited or otherwise restricted.

**D. COMPLIANCE:**

(1) The above-referenced property may or may not comply with regulations affecting ground floor enclosures below the base flood elevation.

(2) A property owner's eligibility to purchase or maintain flood insurance, as well as the cost of the flood insurance, is dependent on whether the property complies with the regulations affecting ground floor enclosures.

(3) A purchaser or property owner may be required to remove or modify a ground floor enclosure that is not in compliance with city or county building requirements or is not entitled to an exemption from such requirements.

(4) A flood insurance policy maintained by the current property owner does not mean that the property is in compliance with the regulations affecting ground floor enclosures or that the buyer will be able to continue to maintain flood insurance at the same rate.

(5) Insurance carriers calculate the cost of flood insurance using a rate that is based on the elevation of the lowest floor.

    (a) If the ground floor lies below the base flood elevation and does not meet federal, state, county, and city requirements, the ground floor will be the lowest floor for the purpose of computing the rate.

    (b) If the property is in compliance, the first elevated floor will be the lowest floor and the insurance rate will be significantly less than the rate for a property that is not in compliance.

    (c) If the property lies in a V-Zone the flood insurance rate will be impacted if a ground floor enclosure below the base flood elevation exceeds 299 square feet (even if constructed with break-away walls).

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com                    6421 Buffalo

**EXHIBIT "A"**
**PG 22 OF 38**

Information about Special Flood Hazard Areas concerning

**6421 Buffalo Speedway**
**West University,  77005**

## E.  ELEVATION CERTIFICATE:

The elevation certificate is an important tool in determining flood insurance rates. It is used to provide elevation information that is necessary to ensure compliance with floodplain management laws. To determine the proper insurance premium rate, insurers rely on an elevation certificate to certify building elevations at an acceptable level above flood map levels. If available in your area, it is recommended that you obtain an elevation certificate for the property as soon as possible to accurately determine future flood insurance rates.

**You are encouraged to: (1) inspect the property for all purposes, including compliance with any ground floor enclosure requirement; (2) review the flood insurance policy (costs and coverage) with your insurance agent; and (3) contact the building permitting authority if you have any questions about building requirements or compliance issues.**

Receipt acknowledged by:

_S. Lee_____   12.18.2019
Signature                          Date
**Dr. Sonia Labarinas Prado**

_Oc_____   11.18.2019
Signature                          Date
**Óscar Cousillas**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          6421 Buffalo



**TEXAS REALTORS**

## WIRE FRAUD WARNING

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS®, INC. IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc. 2018

## Buyers and Sellers Beware:
## Criminals are targeting real estate transactions.
## Don't be a victim of wire fraud.

**What is wire fraud and how does it occur?** Criminals are targeting real estate transactions by gaining access to electronic communications or sending emails that appear to be from a real estate agent, a title company, a lender, or another trusted source. These fraudulent emails seem legitimate and direct you to wire funds to a fraudulent account. Once you wire funds to the fraudulent account, your money is gone.

**How can you protect yourself from wire fraud?** You should not send personal information, such as bank account numbers or other financial information, via email or other unsecured electronic communication.

If you receive any electronic communication regarding wiring instructions, even if the communication appears to come from a legitimate source, you should verify the communication's authenticity prior to the transfer of funds in person or via phone call using a recognized phone number that is not found in the communication.

**Notice: This brokerage will never use any electronic communications, such as email, text messages, or social media messages, to ask you to wire funds or provide personal information.**

**If you think you are being targeted in a wire fraud scam, immediately notify law enforcement, your lender, the title company, and your agent.**

This form was provided by:

By signing below I acknowledge that I received, read, and understand this information and notice.

_____     12.18.2019

Coldwell Banker NRT LLC
Broker's Printed Name

☐ Seller ☒ Buyer                      Date
**Dr. Sonia Labarinas Prado**

By: _____   12-18-19

Broker Associate's Signature      Date
**Mark Schoneman**

☐ Seller ☒ Buyer                      12.18.2019
                                              Date
**Oscar Cousillas**

(TXR 2517) 2-1-18                                                Page 1 of 1

EXHIBIT "A"
PG 24 OF 38

# ↳R TEXAS REALTORS

## GENERAL INFORMATION AND NOTICE TO BUYERS AND SELLERS

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS®, INC. IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc. 2018

**Be an informed seller or buyer. The following information may assist you during your real estate transaction.**

**ANNEXATION.** If a property is outside the limits of a municipality, the buyer should be aware that the property may later be annexed by a nearby municipality. The buyer may find information on the boundaries of nearby municipalities by contacting the municipalities directly.

**APPRAISAL.** An appraisal is a valuation of the property. An appraiser renders an estimate of value as of a certain date under assumptions and conditions stated in the appraisal report. Typically, a buyer's lender requires an appraisal to verify that the loan is secured by property that is worth a certain amount. An appraisal is not the same as an inspection.

**BROKERS.** A real estate broker *represents* a party (buyer or seller) in a real estate transaction or may act as an intermediary between the parties. A party may work with the broker or with one of the broker's agents. Both a buyer and seller will be provided a form titled "Information About Brokerage Services" (TXR 2501) which defines agency relationships. An agent may help a seller market the property or help a buyer locate a property. The agent is obligated to *negotiate* the transaction and may assist in gathering information and may coordinate many details in the transaction. Brokers and agents are not inspectors. They do not possess the expertise to conduct inspections and therefore do not make any representations, warranties, or guarantees about a property's condition. Agents are not attorneys. Parties are encouraged to seek the assistance of an attorney to help in understanding any of the legal consequences and provisions of the contract or transaction.

## ENVIRONMENTAL CONCERNS.

*General.* Over the years the market has identified environmental conditions that buyers should know may exist. Environmental hazards include, but are not limited to, conditions such as: asbestos, lead-based paint, mold, pesticides, radon gas, toxic waste, underground storage tanks, urea formaldehyde insulation, and other pollutants. Wetlands or endangered species on the property may restrict the use of the property.

*Environmental Inspections.* If the buyer is concerned that environmental hazards, wetlands, or endangered species may be present on the property, the buyer should hire a qualified expert to inspect the property for such items. The parties may include a promulgated addendum (TXR 1917) in the contract that may address such matters.

*Lead-Based Paint.* If a property was built before 1978, federal law requires that the seller provide the buyer with: (1) the pamphlet titled "Protect Your Family from Lead in Your Home" (TXR 2511); (2) the records and reports the seller has concerning lead-based paint or hazards; and (3) an opportunity to have the property inspected for lead-based paint or hazards.

*Mold.* It is not uncommon to find mold spores in a property. The concern about mold increases when there are large amounts of mold found in a property. The Texas Department of Insurance publishes a document titled "Protect Your Home from Mold" (TXR 2507) which discusses mold in more detail.

*Oak Wilt and Diseased Trees.* There are diseases such as oak wilt and other conditions that may affect trees and other plants. Oak wilt is a fungus that affects certain oak trees. If the buyer is concerned about such matters, the buyer may have the trees and other plants inspected by a professional.

*Noise.* Surrounding properties are used for a variety of purposes. Some of the uses cause noise (for example, airports, railways, highways, restaurants, bars, schools, arenas and construction). The buyer is encouraged to drive to review the area around the property at various times and days.

Coldwell Banker United, REALTORS® - Bellaire, 5111 Bellaire Blvd. Bellaire TX 77401                     Phone: 713.349.7136          Fax: 713.349.9912          6421 Buffalo
Eric Campbell                            Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

**EXHIBIT "A"**
**PG 25 OF 38**

General Information and Notices to a Buyer and Seller _____

**EXPANSIVE SOILS.** Soil conditions vary greatly throughout Texas. Many soils will move; some more than others. This movement will, many times, affect the foundation of homes and buildings and may cause cracks to appear in walls or other parts of the building. Additionally, if a property is newly constructed, the concrete curing process may also cause the foundation of the building to move. Seasonal changes in the moisture in the soil may also cause foundations to move. The buyer should check with an inspector and other experts on preventive methods to minimize the risk of such movement.

**FIRPTA.** The Foreign Investment in Real Property Tax Act of 1980 (FIRPTA) may require buyers in certain transactions involving a seller who qualifies as a "foreign person" to withhold up to 15% of the amount realized by the seller (usually the sales price) for federal taxes. A "foreign person" is defined as a: (1) nonresident alien individual; (2) foreign corporation that has not made an election under section 897(i) of the Internal Revenue Code to be treated as a domestic corporation; or (3) foreign partnership, trust, or estate. The definition does not include a resident alien individual. A seller should notify the buyer whether the seller is a "foreign person" as defined by federal law. If the seller is unsure whether he or she qualifies as a "foreign person", the seller should consult a tax professional or an attorney.

**FLOOD HAZARD, FLOODWAYS, AND FLOOD INSURANCE.** Many properties are in flood hazard areas. Lenders who make loans on properties located in special flood hazard areas typically require the owner to maintain flood insurance. Additionally, some properties may lie in the floodway. The Texas Association of REALTORS® publishes a form titled, "Information about Special Flood Hazard Areas" (TXR 1414), which discusses flood hazard areas and floodways in more detail. The buyer is encouraged to buy flood insurance regardless of whether the property is in a high, moderate, or low risk flood area.

**HISTORIC OR CONSERVATION DISTRICTS.** Properties located in historic or conservation districts may have restrictions on use and architecture of the properties. Local governments may create historic or conservation districts for the preservation of certain architectural appeal. A property owner may or may not be aware if the property is located in such a district. If the buyer is concerned whether the property is located in such a district, contact the local government for specific information.

**INSPECTION, REPAIRS, & WALK-THROUGH.**
*Inspections.* The buyer is encouraged to have the property inspected by licensed inspectors. The buyer should have the inspections completed during any option period. <u>The buyer should accompany the inspectors during the inspections and ask the inspectors any questions. Brokers and agents do not possess any special skills, knowledge or expertise concerning inspections or repairs.</u> If the buyer requests names of inspectors or repair professionals from an agent, the buyer should note that the agent is not making any representation or warranty as to the ability or workmanship of the inspector or repair professionals.
*Repairs.* The buyer and the seller should resolve, in writing, any obligation and any timing of the obligation to complete repairs the buyer may request before the option period expires.
*Walk-Through.* Before the close of the sale, the buyer should walk through the property and verify that any repairs are complete. If the condition of the property does not satisfy the contractual provisions, the buyer should notify the buyer's agent before closing.

**MANDATORY OWNERS' ASSOCIATIONS.** An owners' association may require a property owner to be a member. The buyer may obtain subdivision information (the restrictions applying to the subdivision, the bylaws and rules of the owners' association, and a resale certificate). The buyer may be required to pay for the subdivision information unless otherwise negotiated in the contract. If membership in an owners' association is required, the buyer will probably be obligated to pay periodic dues or assessments. Failure to pay such dues could result in a lien on and foreclosure of the property.

**MINERAL INTERESTS.** Determining who owns the mineral interests under a property (for example, rights to oil and gas interests) normally requires an expert to review the chain of title to the property. Many times the mineral interests may have been severed from the property and may be owned by persons other than the seller. Contract forms commonly used in Texas provide that the seller's interest, if any, in the mineral interests convey to the buyer as part of the property. However, a seller may wish to retain all or a part of the mineral interests. Texas REALTORS® publishes a form titled "Information about Mineral Clauses in Contract Forms" (TXR 2509) which discusses this issue in more detail.

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          6431 Buffalo

EXHIBIT "A"
PG 26 OF 38

General Information and Notices to a Buyer and Seller _____

**MULTIPLE LISTING SERVICE.** The Multiple Listing Service (MLS) is a database and cooperative tool between brokers. Agents who use the MLS must comply with the MLS's rules. The listing agent is required to timely report the current status of a listing, including when the property is sold or leased or is no longer available, as well as the sales price. Subscribers (other brokers, agents, appraisers, and other real estate professionals) and appraisal districts have access to the information for market evaluation purposes. Much of the information in the MLS, such as square footage, assessed value, taxes, school boundaries, and year built is obtained from different sources such as the county appraisal district, an appraiser, or builder. The broker or agent who provides information from the MLS does not verify the accuracy of the information. The buyer should independently verify the information in the MLS and not rely on the information.

**PERMITS.** Permits may be required to construct, alter, repair, or improve the property. The buyer is encouraged to contact the local government to verify that all required permits have been obtained, as this may impact future plans for the property.

**POSSESSION.** Most contracts provide that the seller will deliver possession of the property to the buyer at the time the sale *closes and funds or according to a temporary residential lease or other written lease required by the parties*. There may be a short delay between closing and actual funding; especially if the buyer is obtaining funds from a lender. The buyer may need to verify with the lender if the loan will fund on the day of closing. The buyer should also take this potential delay into account when planning the move into the property. Any possession by the buyer before the sale closes and funds (or by the seller after the sale closes and funds) must be authorized by a written lease.

**PROPERTY INSURANCE.** Promptly after entering into a contract to buy a property and before any option period expires, the buyer should contact an insurance agent to determine the availability and affordability of insurance for the property. There are numerous variables that an insurance company will evaluate when offering insurance at certain coverage levels and at certain prices. Most lenders require that the property be insured in an amount not less than the loan amount. The failure to obtain property insurance before closing may delay the transaction or cause it to end. Texas REALTORS® publishes a document titled, "Information about Property Insurance for a Buyer or Seller" (TXR 2508), which discusses property insurance in more detail.

**RESIDENTIAL SERVICE CONTRACTS.** A residential service contract is a product under which a residential service company, for an annual fee, agrees to repair or replace certain equipment or items in a property (for example, covered appliances, air conditioning and heating systems, and plumbing systems). Co-payments typically apply to most service calls. If the buyer requests names of residential service companies from an agent, the buyer should note that the agent is not making any representation or warranty about the service company.

**RESTRICTIONS ON PROPERTY NEAR AN INTERNATIONAL BORDER.** Be aware that in certain counties located near an international border, Texas law may prohibit the sale of property lacking required water and sewer services. Even if a sale of such property is permitted, a buyer may face additional costs or restrictions under Texas law due to a lack of basic infrastructure (water, sewer, roads, and drainage). Texas REALTORS® publishes a form titled, "Information Regarding Property Near an International Border" (TXR 2519), which provides more information. Brokers and agents cannot guarantee that a sale of the property is permitted under Texas law or otherwise give legal advice. Consult an attorney.

**SCHOOL BOUNDARIES.** School boundaries may change and are, at times, difficult to determine. The school boundaries that an agent may provide or that may be provided through a Multiple Listing Service are only mapped estimates from other sources. The buyer is encouraged to verify with the school district which schools residents in the property will attend.

**SEPTIC TANKS AND ON-SITE SEWER FACILITIES.** Many properties have septic tanks or other on-site sewer facilities. There are several types of such systems. Special maintenance requirements may apply to certain systems. Please refer to a document titled, "Information about On-Site Sewer Facility" (TXR 1407) for

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com            6421 Buffalo

**EXHIBIT "A"**
**PG 27 OF 38**

more information. The buyer should also determine if the county requires any registration or other action to begin using the septic system or on-site sewer facility.

**SEX OFFENDERS AND CRIMINAL ACTIVITY.** Neither a seller nor a seller's agent of a residential property has a duty to disclose any information about registered sex offenders. If the buyer is concerned about sex offenders who may reside in the area, access www.txdps.state.tx.us. Contact the local police department to obtain information about any criminal activity in the area.

**SQUARE FOOTAGE.** If the purchase price is based on the size of the property's building and structures, the buyer should have any information the buyer receives about the square footage independently verified. Square footage information comes from other sources such as appraisal districts, appraisers, and builders. Such information is only an estimate. The actual square footage may vary.

**STATUTORY TAX DISTRICTS.** The property may be located in a utility or other statutorily created district providing water, sewer, drainage, or flood control facilities and services (for example a Municipal Utility District, Water Improvement District, or a Public Improvement District). The buyer is likely to receive a prescribed notice when buying property in such a district.

**SURVEILLANCE.** Be aware that when viewing a property, a seller might record or otherwise electronically monitor a buyer without the buyer's knowledge or consent, and a buyer might photograph or otherwise record the property without the seller's knowledge or consent. The parties should consult an attorney before recording or photographing another person or property.

**SURVEY.** A survey identifies the location of boundaries, major improvements, fence lines, drives, encroachments, easements, and other items on the property. The buyer should obtain a survey early enough in the transaction to help the buyer identify any encroachments, encumbrances to title, or restrictions. The contract will typically contain a provision which identifies who is responsible for providing a survey and the right to object to encumbrances to title disclosed in the survey.

**SYNTHETIC STUCCO.** Synthetic stucco (sometimes known as EIFS) is an exterior siding product that was placed on some properties in the recent past. If the product was not properly installed, it has been known to cause damage to the structure (such as wood rot and moisture). If the property has synthetic stucco, the buyer should ask an inspector to carefully inspect the siding and answer any questions.

**TAX PRORATIONS.** Typically, a buyer and seller agree to prorate a property's taxes through the closing date. Property taxes are due and payable at the end of each calendar year. The escrow agent will estimate, at closing, the taxes for the current year. If the seller is qualified for tax exemptions (for example, homestead, agricultural, or over-65 exemption), such exemptions may or may not apply after closing. After closing the taxes may increase because the exemptions may no longer apply. When buying new construction, the taxes at closing may be prorated based on the land value only and will later increase when the appraisal district includes the value of the new improvements. The actual taxes due, therefore, at the end of the year and in subsequent years may be different from the estimates used at closing.

**TERMINATION OPTION.** Most contract forms contain an option clause which provides the buyer with an unrestricted right to terminate the contract. Most buyers choose to buy the termination option. The buyer will be required to pay for the termination option in advance. The option fee is negotiable. Most buyers will conduct many of their reviews, inspections, and other due diligence during the option period. The buyer must strictly comply with the time period under the option. The option period is not suspended or extended if the buyer and the seller negotiate repairs or an amendment. If the buyer wants to extend the option period, the buyer must negotiate an extension separately, obtain the extension in writing, and pay an additional fee for the extension. The buyer should not rely on any oral extensions.

**TIDE WATERS.** If the property adjoins any of the state's tidal waters, the seller will provide the buyer with a prescribed notice titled, "Addendum for Coastal Area Notice" (TXR 1915). Boundaries of properties along such waters may change and building restrictions will apply. If the property is located seaward of the Gulf

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com

6421 Buffalo

General Information and Notices to a Buyer and Seller _____

Intracoastal Waterway, the seller will provide the buyer with a prescribed notice titled, "Addendum for Property Located Seaward of the Gulf Intracoastal Waterway" (TXR 1916).

**TITLE INSURANCE OR ABSTRACT OF TITLE.** The buyer should obtain a title insurance policy or have an abstract of title covering the property examined by an attorney. If the buyer obtains a title insurance policy, the buyer should have the commitment of title insurance reviewed by an attorney not later than the time required under the contract.

**UTILITIES.** The buyer should evaluate what utilities the buyer will require and check to be sure that the utilities available in the area suit the buyer's needs. Some structures may or may not have utilities and electrical facilities to support many modern appliances or equipment.

**WATER LEVEL FLUCTUATIONS.** State law requires the seller to notify a buyer of a property that adjoins a lake, reservoir, or other impoundment of water with a storage capacity of at least 5,000 acre-feet at its normal operating level that the water level may fluctuate. The buyer and seller can find a list of lakes and reservoirs with at least 5,000 acre-feet storage capacity by accessing http://texasalmanac.com/topics/environment/lakes-and-reservoirs.

**WATER WELLS.** If the property has a water well, the buyer should have, and the lender may require, the equipment inspected and water tested. The buyer should also determine if the county requires any registration or other action to begin using the water well.

**WIRE FRAUD.** Criminals are targeting real estate transactions by gaining access to electronic communications or sending emails that appear to be from a real estate agent, a title company, lender, or another trusted source. Refrain from transmitting personal information, such as bank account numbers or other financial information, via unsecured email or other electronic communication. If the buyer receives any electronic communication regarding wiring instructions, even if the communication appears to come from a legitimate source, the buyer should verify its authenticity prior to the transfer of funds in person or via phone call using a recognized phone number that is not found in the communication.

**OTHER.**

This form was provided by:

**Coldwell Banker NRT, LLC**
Broker's Printed Name

By: _____  12-18-19
     Broker's Associate's Signature          Date
     **MARK SCHONEMAN**

By signing below I acknowledge that I received, read, and understand this information and notice.

_____  12.18.2019
Buyer/Seller                          Date
**Dr. Sonia Labarinas Prado**

_____  12.18.2019
Buyer/Seller                          Date
**Oscar Cousillas**

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          6421 Buffalo

# Important Information
## As it applies to Offers, Counter-Offers and Negotiations

Texas law as it applies to the purchase of real estate requires that a legally binding contract must be in writing and signed by the parties. Verbal agreements fall under the parol evidence rule. The parol evidence rule stands for the theory that when an agreement has been reduced to writing, parol evidence [oral or additional writings] is not admissible in court to add to or vary the promises contained in the original instrument. In other words, any oral agreement holds no validity unless it is reduced to writing and agreed upon and signed by all parties.

- When only the buyer signs a "Residential Contract", it is called an "Offer", and it is not a binding agreement.

- The "Offer" is submitted to the Seller either in person, by U.S. Mail, overnight courier, fax, or verbally by telephone.

- Although some "Offers" are accepted "as-is", negotiations can ensue.

- The negotiations are typically conducted in one of two ways. (1) The parties negotiate through their agent(s) by making written changes on the "Offer", initialing the changes, and submitting the "Counter-Offer" to the other party's agent for a response, or (2) The parties negotiate verbally until mutual agreement is reached, and then the agreement is reduced to writing on a Residential Contract and signed by the parties. Sometimes, transactions involve a combination of these two forms of negotiation.

- Many times, there are several of these sets of negotiations occurring at the same time on the property. The agents involved in these negotiations may or may not be aware of other negotiations.

- Under Texas Law, licensed real estate agents are required to submit ALL "Offers" until an agreement is fully executed in writing by all parties. In a case where multiple offers are received on one property, this requirement can and often does create misunderstandings on behalf of those offering to purchase. Inevitably, one potential buyer will have their contract finally accepted by the seller, whereas other buyers will not.

- A VERBAL ACCEPTANCE is not binding. Even though a seller may verbally indicate acceptance of one of the "Offers" he is NOT LEGALLY BOUND to live up to his verbal agreement. A seller may "accept an "Offer" verbally only to receive a better "Offer" before he SIGNS the verbally-accepted "Offer". In that case, he can LEGALLY renege on a "verbally-accepted Offer" and SIGN what he/she perceives as a better "Offer".

- A licensed real estate agent representing a buyer cannot control the negotiations of the seller, with exceptions of making requests to the seller's agent to get the contract signed by the seller in a timely manner.

- If you are negotiating on real estate, always keep in mind that there may be others trying to buy the property at the same time. **It is always best to negotiate in writing.**

- **A REAL ESTATE AGENT IS REQUIRED BY LAW TO SUBMIT ALL OFFERS.**

**THIS INFORMATION IS NOT INTENDED TO BE LEGAL ADVICE. YOUR LICENSED REAL ESTATE AGENT CANNOT GIVE YOU LEGAL ADVICE. IF YOU HAVE ANY QUESTIONS ABOUT YOUR LEGAL RIGHTS OR OBLIGATIONS, PLEASE CONSULT WITH AN ATTORNEY.**

| | |
|---|---|
| _S. Weel Hill_ | _12.18.2019_ <br> DATE |
| _(signature)_ | _12.18.2019_ <br> DATE |

Coldwell Banker United, REALTORS® - Bellaire, 5111 Bellaire Blvd. Bellaire TX 77401       Phone: 713.349.7236       Fax: 713.349.9913       6421 Buffalo
Eric Campbell                  Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan, 48026  www.zipLogix.com



TEXAS ASSOCIATION OF REALTORS®
## SELLER'S DISCLOSURE NOTICE
©Texas Association of REALTORS®, Inc. 2018

Section 5.008, Property Code requires a seller of residential property of not more than one dwelling unit to deliver a Seller's Disclosure Notice to a buyer on or before the effective date of a contract. **This form complies with and contains additional disclosures which exceed the minimum disclosures required by the Code.**

CONCERNING THE PROPERTY AT _____ **6421 Buffalo Speedway**
                                          **West University, Tx  77005**

THIS NOTICE IS A DISCLOSURE OF SELLER'S KNOWLEDGE OF THE CONDITION OF THE PROPERTY AS OF THE DATE SIGNED BY SELLER AND IS NOT A SUBSTITUTE FOR ANY INSPECTIONS OR WARRANTIES THE BUYER MAY WISH TO OBTAIN. IT IS NOT A WARRANTY OF ANY KIND BY SELLER, SELLER'S AGENTS, OR ANY OTHER AGENT.

Seller __ is _✓_ is not  occupying the Property. If unoccupied (by Seller), how long since Seller has occupied the Property?
_____many years_____ (approximate date) or __ never occupied the Property

**Section 1.  The Property has the items marked below: (Mark Yes (Y), No (N), or Unknown (U).)**
*This notice does not establish the items to be conveyed. The contract will determine which items will & will not convey.*

| Item | Y | N | U | Item | Y | N | U | Item | Y | N | U |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cable TV Wiring | ✓ | | | Liquid Propane Gas: | | | | Pump:  sump  grinder | | ✓ | |
| Carbon Monoxide Det. | | ✓ | | -LP Community (Captive) | | | | Rain Gutters | ✓ | | |
| Ceiling Fans | ✓ | | | -LP on Property | | | | Range/Stove | ✓ | | |
| Cooktop | ✓ | | | Hot Tub | | | | Roof/Attic Vents | ✓ | | |
| Dishwasher | | | | Intercom System | | | | Sauna | | ✓ | |
| Disposal | ✓ | | | Microwave | | | | Smoke Detector | ✓ | | |
| Emergency Escape Ladder(s) | | ✓ | | Outdoor Grill | | | | Smoke Detector – Hearing Impaired | | ✓ | |
| Exhaust Fans | ✓ | | | Patio/Decking | | | | Spa | | ✓ | |
| Fences | ✓ | | | Plumbing System | ✓ | | | Trash Compactor | ✓ | | |
| Fire Detection Equip. | ✓ | | | Pool | ✓ | | | TV Antenna | | | |
| French Drain | | | ✓ | Pool Equipment | ✓ | | | Washer/Dryer Hookup | ✓ | | |
| Gas Fixtures | ✓ | | | Pool Maint. Accessories | | | ✓ | Window Screens | ✓ | | |
| Natural Gas Lines | ✓ | | | Pool Heater | ✓ | | | Public Sewer System | ✓ | | |

| Item | Y | N | U | Additional Information |
|---|---|---|---|---|
| Central A/C | ✓ | | | electric___gas__number of units: |
| Evaporative Coolers | | ✓ | | number of units: |
| Wall/Window AC Units | | ✓ | | number of units: |
| Attic Fan(s) | ✓ | | | if yes, describe: |
| Central Heat | | ✓ | | electric___gas__number of units: |
| Other Heat | | ✓ | | If yes, describe: |
| Oven | ✓ | | | number of ovens:___electric___gas___other: |
| Fireplace & Chimney | ✓ | | | wood___gas logs___mock___other: |
| Carport | | ✓ | | attached___not attached |
| Garage | ✓ | | | attached___not attached |
| Garage Door Openers | ✓ | | | number of units:___number of remotes: |
| Satellite Dish & Controls | | | ✓ | owned___leased from: |
| Security System | ✓ | | | owned___leased from: |
| Solar Panels | | ✓ | | owned___leased from: |
| Water Heater | ✓ | | | electric___gas___other:___number of units: |
| Water Softener | | ✓ | | owned___leased from: |
| Other Leased Items(s) | | | | if yes, describe: |

(TAR-1406) 02-01-18          Initialed by: Buyer: _____ , _SL_  and Seller: _M_ , _____          Page 1 of 5
Coldwell Banker United, REALTORS® - Bellaire, 5111 Bellaire Blvd. Bellaire TX 77401          Phone: 713.349.7236          Fax: 713.349.9912          6421 Buffalo
Eric Campbell          Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

**EXHIBIT "A"
PG 31 OF 38**

Concerning the Property at _____ **6421 Buffalo Speedway**
**West University, Tx  77005** _____

| | | | | |
|---|---|---|---|---|
| Underground Lawn Sprinkler | ✓ | | | ___ automatic ___ manual  areas covered: _____ |
| Septic / On-Site Sewer Facility | | ✓ | | if yes, attach Information About On-Site Sewer Facility (TAR-1407) |

Water supply provided by: ✓ city ___ well ___ MUD ___ co-op ___ unknown ___ other: _____
Was the Property built before 1978? ___ yes ___ no ✓ unknown
   (If yes, complete, sign, and attach TAR-1906 concerning lead-based paint hazards).
Roof Type: ___ Asphalt _____ Age: _____ (approximate)
Is there an overlay roof covering on the Property (shingles or roof covering placed over existing shingles or roof covering)? ___ yes x no ___ unknown

Are you (Seller) aware of any of the items listed in this Section 1 that are not in working condition, that have defects, or are need of repair? x yes ___ no If yes, describe (attach additional sheets if necessary): _____
_____ Pool equipment nees redpair _____
_____
_____

**Section 2.  Are you (Seller) aware of any defects or malfunctions in any of the following?: (Mark Yes (Y) if you are aware and No (N) if you are not aware.)**

| Item | Y | N | Item | Y | N | Item | Y | N |
|---|---|---|---|---|---|---|---|---|
| Basement | | | Floors | | | Sidewalks | | |
| Ceilings | | | Foundation / Slab(s) | | | Walls / Fences | | |
| Doors | | | Interior Walls | | | Windows | | |
| Driveways | | | Lighting Fixtures | | | Other Structural Components | | |
| Electrical Systems | | | Plumbing Systems | | | | | |
| Exterior Walls | | | Roof | | | | | |

If the answer to any of the items in Section 2 is yes, explain (attach additional sheets if necessary): _____
_____
_____
_____

**Section 3.  Are you (Seller) aware of any of the following conditions: (Mark Yes (Y) if you are aware and No (N) if you are not aware.)**

| Condition | Y | N | Condition | Y | N |
|---|---|---|---|---|---|
| Aluminum Wiring | | | Previous Foundation Repairs | | |
| Asbestos Components | | | Previous Roof Repairs | | |
| Diseased Trees: ___ oak wilt | | | Previous Other Structural Repairs | | |
| Endangered Species/Habitat on Property | | | Radon Gas | | |
| Fault Lines | | | Settling | | |
| Hazardous or Toxic Waste | | | Soil Movement | | |
| Improper Drainage | | | Subsurface Structure or Pits | | |
| Intermittent or Weather Springs | | | Underground Storage Tanks | | |
| Landfill | | | Unplatted Easements | | |
| Lead-Based Paint or Lead-Based Pt. Hazards | | | Unrecorded Easements | | |
| Encroachments onto the Property | | | Urea-formaldehyde Insulation | | |
| Improvements encroaching on others' property | | | Water Penetration | | |
| Located in 100-year Floodplain (If yes, attach TAR-1414) | | | Wetlands on Property | | |
| Located in Floodway (If yes, attach TAR-1414) | | | Wood Rot | | |
| Present Flood Ins. Coverage (If yes, attach TAR-1414) | | | Active infestation of termites or other wood destroying insects (WDI) | | |
| Previous Flooding into the Structures | | | Previous treatment for termites or WDI | | |
| Previous Flooding onto the Property | | | Previous termite or WDI damage repaired | | |
| Located in Historic District | | | Previous Fires | | |

(TAR-1406) 02-01-18          Initialed by: Buyer: ___ , ___   and Seller: ___ , ___          Page 2 of 5

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          6421 Buffalo

EXHIBIT "A"
PG 32 OF 38

Concerning the Property at _____   **6421 Buffalo Speedway**
**West University, Tx  77005**

| Historic Property Designation | | | | Termite or WDI damage needing repair | | |
|---|---|---|---|---|---|---|
| Previous Use of Premises for Manufacture of Methamphetamine | | | | Single Blockable Main Drain in Pool/Hot Tub/Spa* | | |

If the answer to any of the Items in Section 3 is yes, explain (attach additional sheets if necessary): _____

_____
_____
_____

\*A single blockable main drain may cause a suction entrapment hazard for an individual.

**Section 4.  Are you (Seller) aware of any Item, equipment, or system in or on the Property that Is In need of repair, which has not been previously disclosed in this notice?** __ yes __ no  If yes, explain (attach additional sheets if necessary): _____

House is being sold "as-is".
_____
_____
_____

**Section 5.  Are you (Seller) aware of any of the following (Mark Yes (Y) if you are aware. Mark No (N) if you are not aware.)**

Y    N

___ ___  Room additions, structural modifications, or other alterations or repairs made without necessary permits, with unresolved permits, or not in compliance with building codes in effect at the time.

___ ___  Homeowners' associations or maintenance fees or assessments. If yes, complete the following:
Name of association: _____
Manager's name: _____ Phone: _____
Fees or assessments are: $ _____ per _____ and are: __ mandatory __ voluntary
Any unpaid fees or assessment for the Property? __ yes ($ _____ ) __ no
If the Property is in more than one association, provide information about the other associations below or attach information to this notice,

___ ___  Any common area (facilities such as pools, tennis courts, walkways, or other) co-owned in undivided interest with others. If yes, complete the following:
Any optional user fees for common facilities charged? __ yes __ no If yes, describe: _____
_____

___ ___  Any notices of violations of deed restrictions or governmental ordinances affecting the condition or use of the Property.

___ ___  Any lawsuits or other legal proceedings directly or indirectly affecting the Property. (Includes, but is not limited to: divorce, foreclosure, heirship, bankruptcy, and taxes.)

___ ___  Any death on the Property except for those deaths caused by: natural causes, suicide, or accident unrelated to the condition of the Property.

___ ___  Any condition on the Property which materially affects the health or safety of an individual.

___ ___  Any repairs or treatments, other than routine maintenance, made to the Property to remediate environmental hazards such as asbestos, radon, lead-based paint, urea-formaldehyde, or mold.
If yes, attach any certificates or other documentation identifying the extent of the remediation (for example, certificate of mold remediation or other remediation).

___ ___  Any rainwater harvesting system located on the Property that is larger than 500 gallons and that uses a public water supply as an auxiliary water source.

___ ___  The Property is located in a propane gas system service area owned by a propane distribution system retailer.

___ _f_  Any portion of the Property that is located in a groundwater conservation district or a subsidence district.

**EXHIBIT "A"**
**PG 33 OF 38**

Concerning the Property at _____ **6421 Buffalo Speedway**
**West University, Tx  77005**
_____

If the answer to any of the items in Section 5 is yes, explain (attach additional sheets if necessary): _____
_____
_____
_____
_____

**Section 6.  Seller __ has ✓has not  attached a survey of the Property.**

**Section 7.  Within the last 4 years, have you (Seller) received any written inspection reports from persons who regularly provide inspections and who are either licensed as inspectors or otherwise permitted by law to perform inspections? __ yes __ no If yes, attach copies and complete the following:**

| Inspection Date | Type | Name of Inspector | No. of Pages |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

*Note: A buyer should not rely on the above-cited reports as a reflection of the current condition of the Property. A buyer should obtain inspections from inspectors chosen by the buyer.*

**Section 8.  Check any tax exemption(s) which you (Seller) currently claim for the Property:**
__ Homestead          __ Senior Citizen          __ Disabled
__ Wildlife Management   __ Agricultural          __ Disabled Veteran
__ Other: _____    __ Unknown

**Section 9. Have you (Seller) ever filed a claim for damage to the Property with any insurance provider? __ yes ✓ no**

**Section 10. Have you (Seller) ever received proceeds for a claim for damage to the Property (for example, an insurance claim or a settlement or award in a legal proceeding) and not used the proceeds to make the repairs for which the claim was made? __ yes ✓ no If yes, explain:** _____
_____
_____

**Section 11. Does the Property have working smoke detectors installed in accordance with the smoke detector requirements of Chapter 766 of the Health and Safety Code?* ✓ unknown __ no __ yes. If no or unknown, explain. (Attach additional sheets if necessary):** _____
_____

*\*Chapter 766 of the Health and Safety Code requires one-family or two-family dwellings to have working smoke detectors installed in accordance with the requirements of the building code in effect in the area in which the dwelling is located, including performance, location, and power source requirements. If you do not know the building code requirements in effect in your area, you may check unknown above or contact your local building official for more information.*

*A buyer may require a seller to install smoke detectors for the hearing impaired if: (1) the buyer or a member of the buyer's family who will reside in the dwelling is hearing-impaired; (2) the buyer gives the seller written evidence of the hearing impairment from a licensed physician; and (3) within 10 days after the effective date, the buyer makes a written request for the seller to install smoke detectors for the hearing-impaired and specifies the locations for installation. The parties may agree who will bear the cost of installing the smoke detectors and which brand of smoke detectors to install.*

Seller acknowledges that the statements in this notice are true to the best of Seller's belief and that no person, including the broker(s), has instructed or influenced Seller to provide inaccurate information or to omit any material information.

_Royce Hassell_ (signature)                1-11-19
_____                _____
Signature of Seller               Date    Signature of Seller               Date

Printed Name:  Royce Hassell           Printed Name: _____

(TAR-1406) 02-01-18         Initialed by: Buyer: ___ , _8L_ and Seller: _On_ , ____    Page 4 of 5

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          6421 Buffalo

**EXHIBIT "A"
PG 34 OF 38**

Concerning the Property at _____  **6421 Buffalo Speedway**
**West University, Tx   77005**

**ADDITIONAL NOTICES TO BUYER:**

(1) The Texas Department of Public Safety maintains a database that the public may search, at no cost, to determine if registered sex offenders are located in certain zip code areas. To search the database, visit www.txdps.state.tx.us. For information concerning past criminal activity in certain areas or neighborhoods, contact the local police department.

(2) If the Property is located in a coastal area that is seaward of the Gulf Intracoastal Waterway or within 1,000 feet of the mean high tide bordering the Gulf of Mexico, the Property may be subject to the Open Beaches Act or the Dune Protection Act (Chapter 61 or 63, Natural Resources Code, respectively) and a beachfront construction certificate or dune protection permit may be required for repairs or improvements. Contact the local government with ordinance authority over construction adjacent to public beaches for more information.

(3) If the Property is located in a seacoast territory of this state designated as a catastrophe area by the Commissioner of the Texas Department of Insurance, the Property may be subject to additional requirements to obtain or continue windstorm and hail insurance. A certificate of compliance may be required for repairs or improvements to the Property. For more information, please review *Information Regarding Windstorm and Hail Insurance for Certain Properties* (TAR 2518) and contact the Texas Department of Insurance or the Texas Windstorm Insurance Association.

(4) This Property may be located near a military installation and may be affected by high noise or air installation compatible use zones or other operations. Information relating to high noise and compatible use zones is available in the most recent Air Installation Compatible Use Zone Study or Joint Land Use Study prepared for a military installation and may be accessed on the Internet website of the military installation and of the county and any municipality in which the military installation is located.

(5) If you are basing your offers on square footage, measurements, or boundaries, you should have those items independently measured to verify any reported information.

(6) The following providers currently provide service to the Property:

| Electric: _____ | phone #: _____ |
| Sewer: _____ | phone #: _____ |
| Water: _____ | phone #: _____ |
| Cable: _____ | phone #: _____ |
| Trash: _____ | phone #: _____ |
| Natural Gas: _____ | phone #: _____ |
| Phone Company: _____ | phone #: _____ |
| Propane: _____ | phone #: _____ |
| Internet: _____ | phone #: _____ |

(7) This Seller's Disclosure Notice was completed by Seller as of the date signed. The brokers have relied on this notice as true and correct and have no reason to believe it to be false or inaccurate. YOU ARE ENCOURAGED TO HAVE AN INSPECTOR OF YOUR CHOICE INSPECT THE PROPERTY.

The undersigned Buyer acknowledges receipt of the foregoing notice.

_____  Dec 18, 2019    _____  Dec 18, 2019
Signature of Buyer          Date   Signature of Buyer          Date
Printed Name: ___OSCAR  COUSIÑAS___   Printed Name: ___Sonia Labarinas Prado___

(TAR-1406) 02-01-18                                    Page 5 of 5



UNITED, REALTORS®

## SUPPLEMENTAL SELLER'S DISCLOSURE

**NOTICE TO SELLER:** This Supplemental Seller's Disclosure must be completed by Seller(s) at the time that Seller enters into a listing agreement with Coldwell Banker United, REALTORS. This Supplemental Seller's Disclosure will be provided to any person who seeks information regarding the property during the listing period. This Supplemental Seller's Disclosure is not intended to take the place of the Seller's Disclosure Notice required by Section 5.008 of the Texas Property Code.

**NOTICE TO BUYER:** This Supplemental Seller's Disclosure has been completed solely by Seller(s). Coldwell Banker United, REALTORS and its sales associates have no personal knowledge of the information contained herein and make no representations or warranties regarding the accuracy of the information contained herein. Seller has not advised sales associates of any defects not listed in the Seller's Disclosure Notice or this Supplemental Seller's Disclosure.

Property: _____ **6421 Buffalo Speedway**
**West University, Tx  77005** _____

Seller(s) shall answer each of the following questions. The answers shall be based not only on personal knowledge of Seller(s) but also on any second-hand knowledge obtained by Seller(s) from any source. If any of the questions below are answered "Yes", then explain your answers in the spaces provided under each question. Use additional sheets as necessary.

1.   Do you know or have you been informed of any prior water penetration at the property? For purposes of this question, "water penetration" means the intrusion of exterior water into and/or through the walls, roof or foundation of the structures on the property, and intrusion of water into the interior of any structure resulting from a leak, broken fixture or pipe, floods, rising water of any source, or similar source.

Yes   _____   Explain   _____

No   ✓   _____

2.   Has there ever been, or have you been informed that there has ever been visible mold at any place on the property?

Yes   _____   Explain   _____

No   ✓   _____

Sellers Initials ᴍ _____          Buyers Initials ᑫ  ℒ _____
April 10, 2013                                                                                                          Page 1

**EXHIBIT "A"**
**PG 36 OF 38**

3.   Do you know or have you been informed of any insurance claims relating to the property during the past five (5) years?

Yes _____   Explain _____

No ✓ _____

4.   Do you know or have you been informed that there has ever been improper drainage on the property?
Yes _____   Explain _____

No ✓ _____

5.   Do you know or have you been informed that any owner of the property ever protested the appraised value of the property with the applicable appraisal district based on an alleged defect of the property or condition in need of repair?

Yes ✓   Explain _____

No _____ _____

6.   Do you know or have you been informed that any structure on the property is clad with Exterior Insulation Finishing System ("EIFS") or "synthetic stucco"?

Yes _____   Explain _____

No ✓ _____

7.   Do you have any Seller's Disclosure Notices executed by any previous owner of the property? (If your answer is "Yes", please list the dates of each such disclosure and attach copies of all such notices.)

Yes _____   Explain _____

No ✓ _____

Sellers Initials _M1_ _____    Buyers Initials _____ _&_
April 10, 2013                                           Page 2

EXHIBIT "A"
PG 37 OF 38

8.   Do you have any written inspection reports concerning the property? (If your answer is "Yes", please list the dates of each such report and attach copies of all such inspection reports.)

Yes _____   Explain _____

No ✓ _____           _____

This Supplemental Seller's Disclosure was completed by Seller(s) on the date(s) indicated below.

_____          **01/07/2019**
Seller Royce Hassell                        Date

_____          ████████
Seller ██████████                           Date

Buyer(s) acknowledge receipt of this Supplemental Seller's Disclosure on the date(s) indicated below. Buyer(s) acknowledge that this Supplemental Seller's Disclosure was completed by Seller(s) and not by Coldwell Banker United, REALTORS or its sales associates. Buyer(s) acknowledge that this Supplemental Seller's Disclosure is not a representation or warranty by Coldwell Banker United, REALTORS or its sales associates regarding the condition of the property.

_____          December 18, 2019
Buyer                                       Date

_____          December 18, 2019
Buyer                                       Date

Sellers Initials _____          Buyers Initials _____

April 10, 2013                                              Page 3

EXHIBIT "A"
PG 38 OF 38