| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 19-30694<br>Southern District of Texas<br>Houston<br>Fri Jan  3 16:19:40 CST 2020 | AMI Lenders, Inc.<br>Suite 208<br>710 North Post Oak Rd.<br>Houston, TX 77024-3846 | Elbar Investments, Inc.<br>3806 Drake<br>Houston, TX 77005-1120 |
| Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Jones Murray & Beatty LLP<br>4119 Montrose Blvd, Suite 230<br>Houston, Tx 77006-4964 | Montgomery County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-2<br>RAS Crane, LLC<br>1900 Enchanted Way, Suite 125<br>Grapevine, TX 76051-1023 | Pendergraft & Simon LLP<br>The Riviana Building<br>2777 Allen Parkway, Suite 800<br>Houston, Tx 77019-2129 | Trustmark National Bank<br>P.O. Box 291<br>Jackson, MS 39205-0291 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 1 Stop Cooling<br>850 Brunswick Dr.<br>Sugar Land, Texas 77478-4009 | AMI Lenders Inc.<br>710 N. Post Oak Rd. Suite 208<br>Houston, Texas 77024-3846 |
| Allegiance Bank<br>8727 W. Sam Houston Parkway N<br>Houston, Texas 77040-5167 | Alonzo Z. Casas<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, Ca 92177-7921 | American Express<br>P.O. Box 650448<br>Dallas, Texas 75265- 75265-0448 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Ameritas Life Insurance Corp.<br>P. O. Box 86881<br>Lincoln, NE. 68501-6881 | Argos USA, LLC<br>325 North Saint Paul St., Suite 4500<br>Dallas, Texas 75201-3827 |
| Argos USA, LLC<br>c/o Paul M. Lopez, Esq.<br>Rochelle McCullough, LLP<br>325 North Saint Paul, Suite 4500<br>Dallas, TX 75201-3827 | Baylor College of Medicine<br>P. O. Box 4800<br>Houston, Texas 77210-4800 | Bogdan Rentea<br>108 Wild Basin Rd. South, Suite 250<br>Austin, Texas 78746-3468 |
| Brandon K. Bains<br>Rachel E. Edwards<br>Langley LLP<br>1301 Solana Blvd Building 1, Suite 1545<br>Westlake, Texas 76262-1689 | Cajun Ready Mix, LTD.<br>12691 FM 149 Rd.<br>Montgomery, Texas 77316-9275 | Chase Auto Finance<br>PO BOX 78068<br>Phoenix, AZ 85062-8068 |
| Chase-Ink<br>PO BOX 6294<br>Carol Stream, Il 60197-6294 | Chase-United<br>P. O. Box 6294<br>Carol Stream, IL. 60197-6294 | Christina Stone<br>Stone & Stone, LLC<br>5212 Linden Street<br>Bellaire, Texas 77401-3929 |
| Coates Rose<br>c/o Billy Shepard<br>770 S. Post Oak Lane, Ste. 420<br>Houston, Texas 77056-1938 | Custom Home Maintenance<br>8102 Durklyn Lane<br>Houston, Texas 77070-3209 | De Lage Landen Financial Serv. Inc.<br>993 Lenox Dr<br>Lawrenceville, NJ 08648-2316 |

| | | |
|---|---|---|
| DeLage Landen Financial Services<br>c/o Marshall T. Kizner<br>993 Lenox Drive, Bldg 2<br>Lawrenceville, NJ 08648-2389 | Devlin, Naylor & Turbyfill, P.L.L.C.,<br>Attn: Donald L. Turbyfill<br>5120 Woodway Drive, Suite 9000<br>Houston, Texas 77056-1725 | Global Receivables<br>P. O. Box 790113<br>St. Louis, MO. 63179-0113 |
| Hanover Group<br>440 Lincoln St.<br>Worchester, MA. 01653-0001 | Harris County Court Costs<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Harris County Tax Assessor<br>P. O. Box 4576<br>Houston, Texas 77210-4576 |
| Harris County et al.<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Hassell Contruction Co., Inc.<br>12522 Cutten Rd.<br>Houston, Texas 77066-1821 | Houston Methodist Hospital<br>PO BOX 3133<br>Houston, Texas 77253-3133 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Office<br>PO BOX 7346<br>Philadelphia, Pa 19101-7346 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-1191<br>Phoenix AZ 85038-9505 |
| James C. Hassell<br>12522 Cutten Rd.<br>Houston, Texas 77066-1821 | James P. Hassell<br>12522 Cutten Rd.<br>Houston, Texas 77066-1821 | Jason Hassell<br>c/O Bogdan Rentea<br>700 Lavaca Street, Ste 1400<br>Austin, Texas 78701-3102 |
| Jasso Sawing & Sealing, Inc.<br>20064 Emerald Lane<br>New Caney, Texas 77357-3814 | Jeffrey S. Leeper<br>Busch Reed Jones & Leeper PC<br>639 Whitlock Avenue<br>Marietta, GA 30064-3119 | John Deere Construction & Forestry Company d<br>PO Box 6600<br>Johnston, IA 50131-6600 |
| Johnnie Patterson<br>Walker and Patterson<br>4815 Dacoma St.<br>Houston, Texas 77092-8026 | Lewis Brisbois Bisgaard & Smith, LLP<br>Attn: Shane L. Kotlarksy<br>24 Greenway Suite 140<br>Houston, Texas 77046-2410 | Lisa Powell<br>Fisher Broyles<br>2925 Richmond Avenue Suite 1200<br>Houston, Texas 77098-3143 |
| Locke Lord<br>600 Travis, Ste. 2800<br>Houston, Texas 77002-2914 | Locke Lorrd LLP<br>2800 Financial Plaza - SEV<br>Providence RI 02903 | Marshall T. Kizner<br>993 Lenox Drive, Bldg #2<br>Lawrenceville, NJ 08648-2316 |
| Matthew B. Probus<br>Wauson<br> Probus<br>One Sugar Creek Center Blvd., Suite 880<br>Sugar Land, Texas 77478-3557 | Michael Hassell, as Trustee for the James C.<br>c/o Bogdan Rentea<br>700 Lavaca Street, Ste 140<br>Austin, Texas 78701-3112 | Michael L. Hassell<br>12522 Cutten Rd.<br>Houston, Texas 77066-1821 |
| Montgomery County<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Mr. Cooper Mortgage<br>PO BOX 650783<br>Dallas, Texas 75265-0783 | NEW RESIDENTIAL MORTGAGE LOAN<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas TX 75261-9096 |

| | | |
|---|---|---|
| Optum Rx<br>PO BOX 9040<br>Carlsbad, Ca 92018-9040 | PNC Equipment Finance<br>655 Business Center Drive Suite 250<br>Horsham, PA 19044-3448 | Paul Eckhoff<br>P. O. Box 454<br>Bellaire, Texas 77402-0454 |
| Pendergraft & Simon LLP<br>2777 Allen Parkway Ste 800<br>Houston TX 77019-2129 | Phillip Hassell<br>c/o Bogdan Rentea<br>700 Lavaca Street, Ste 1400<br>Austin, Texas 78701-3102 | Preston Goodwin<br>Goodwin & Harrison<br>PO BOX 8278<br>The Woodlands, Tx 77387-8278 |
| Procon Enterprise Inc.<br>135 Harvard St.<br>Houston, Texas 77007-3735 | Procon Enterprises, Inc.<br>135 Harvard Street<br>Houston, Texas 77007-3735 | RAS Crane LLC<br>Bankruptcy Department<br>1900 Enchanted Way, Suite 125<br>Grapevine, Tx 76051-1023 |
| Ross Banks May Cron & Cavin PC<br>Attn: Jim D. Hamilton<br>7700 San Felipe Suite 550<br>Houston, Texas 77063-1618 | Ross Banks May Cron & Cavin PC<br>Attn: John Mayer<br>7700 San Felipe, Suite 550<br>Houston, Texas 77063-1618 | San Jacinto River Authority<br>1577 Dam Site Road<br>Conroe, Texas 77304-4107 |
| Shawn M. Potts<br>12522 Cutten Rd.<br>Houston, Texas 77066-1821 | Silvia E Hassell<br>5302 Maple<br>Bellaire, Texas 77401-4809 | Silvia E. Hassell<br>5302 Maple<br>Houston, Texas 77041 |
| Sunshine Pool Service<br>12021 Dover St.<br>Houston, Texas 77031-2821 | Tejano Trucking, LLC<br>642 West Palm<br>Fresno, TX 77545-7570 | Tejano Trucking, LLC<br>Stone & Stone, LLC<br>Attn: Christina Stone<br>5212 Linden Street<br>Bellaire, Texas 77401-3929 |
| Terry and Rose Tauriello<br>4302 Bandera Branch Lane<br>Katy, Texas 77494-4142 | Texas Capital Bank<br>2350 Lakeside Blvd., Suite 605<br>Richardson, Texas 75082-4340 | Texas Capital Bank, N.A.<br>2000 McKinney Ave.<br>Suite 700<br>Dallas, Texas 75201-1985 |
| Total Lime, LLC<br>13613 S. Wayside Dr.<br>Houston, TX 77048-5209 | Total Lime, LLC<br>Stone & Stone, LLC<br>Attn: Christina Stone<br>5212 Linden Street<br>Bellaire, Texas 77401-3929 | Trustmark Bank<br>PO BOX 522<br>Jackson, MS 39205-0522 |
| Trustmark National Bank<br>Attn: Loan Administration<br>P. O. Box 522<br>Jackson, MS 39205-0522 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Unruh Turner Burke & Grees<br>Attn: William Burke<br>PO BOX 515<br>West Chester, PA 19381-0515 |
| Volvo Financial<br>7025 Albert Pick Rd.<br>Greensboro, NC 27409-9539 | Waukesha-Pearce Industries, Inc.<br>c/o Totz Ellison & Totz PC<br>Attn: Mark Ellison<br>2211 Norfolk Suite 510<br>Houston, Texas 77098-4048 | Zukowski, Bresenhan & Piazza, LLP<br>1177 West Loop South, Ste. 950<br>Houston, Texas 77027-9066 |

Erin E Jones  
Jones Murray & Beatty LLP  
4119 Montrose Blvd, Suite 230  
Houston, TX 77006-4964

Royce J Hassell  
5302 Maple  
Houston, Tx 77401-4809

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service  
300 E. 8th Street  
Mail Stop 5026AUS  
Austin, Tx 78701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Hassell Construction Company, Inc.

(u)JPMorgan Chase Bank, N.A.

(u)Tejano Trucking, LLC

(u)Texas Capital Bank, N.A.

(u)The Hanover Insurance Company

(u)Total Lime, LLC

(d)Ameritas Life Insurance Corp.  
P.O.Box 86881  
Lincoln, NE. 68501-6881

(u)Chase-Ink  
P. O. Box 6294

(d)Elbar Investments, Inc.  
3806 Drake  
Houston, TX 77005-1120

(d)Pendergraft & Simon LLP  
2777 Allen Parkway Ste 800  
Houston, TX 77019-2129

(du)The Hanover Insurance Company

(u)Xfinity Phone

(u)Brian Falligant

(u)Randy W. Williams

End of Label Matrix  
Mailable recipients    91  
Bypassed recipients    14  
Total                 105

**ECF/PACER – ELECTRONIC NOTICE**

Brandon Kevin Bains on behalf of Interested Party The Hanover Insurance Company
bbains@l-llp.com, langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com

Alonzo Z Casas on behalf of Creditor JPMorgan Chase Bank, N.A.
ecftxsb@aldridgepite.com, ACasas@ecf.inforuptcy.com

Hector Duran, Jr on behalf of U.S. Trustee US Trustee
Hector.Duran.Jr@usdoj.gov

Tara L Grundemeier on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Tara L Grundemeier on behalf of Creditor Montgomery County
houston_bankruptcy@publicans.com

Silvia T Hassell on behalf of Defendant Silvia Hassell
sehassell@aol.com

Erin E Jones on behalf of Debtor Royce J Hassell
erin@jmbllp.com, jessica@jmbllp.com

Erin E Jones on behalf of Defendant Royce J Hassell
erin@jmbllp.com, jessica@jmbllp.com

Erin E Jones on behalf of Plaintiff Royce J Hassell
erin@jmbllp.com, jessica@jmbllp.com

John S Mayer on behalf of Creditor Elbar Investments, Inc.
jmayer@rossbanks.com

Lauren Webb Ojha on behalf of Creditor NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-2
lojha@rascrane.com

Johnie J Patterson on behalf of Creditor AMI Lenders, Inc.
jjp@walkerandpatterson.com,
mwalker@walkerandpatterson.com;mgoott@walkerandpatterson.com;wandp.ecf@gmail.com

Lisa Ann Powell on behalf of Creditor Texas Capital Bank, N.A.
Lisa.Powell@fisherbroyles.com

Matthew Brian Probus on behalf of Creditor Randy W. Williams
mbprobus@w-plaw.com, gdavis@w-plaw.com

Bogdan Rentea on behalf of 3rd Pty Defendant James C. Hassell Intervivos Trust
brentea@rentealaw.com

Bogdan Rentea on behalf of 3rd Pty Defendant Jason Hassell
brentea@rentealaw.com

Bogdan Rentea on behalf of 3rd Pty Defendant Michael Hassell
brentea@rentealaw.com

Bogdan Rentea on behalf of 3rd Pty Defendant Phillip Hassell
brentea@rentealaw.com

Bogdan Rentea on behalf of 3rd Pty Defendant Shawn Hassell Potts
brentea@rentealaw.com

Bogdan Rentea on behalf of Defendant Hassell Construction Company, Inc.
brentea@rentealaw.com

Bogdan Rentea on behalf of Defendant James C. Hassell Intervivos Trust
brentea@rentealaw.com

Bogdan Rentea on behalf of Defendant Jason Hassell
brentea@rentealaw.com

Bogdan Rentea on behalf of Defendant Michael Hassell
brentea@rentealaw.com

Bogdan Rentea on behalf of Defendant Phillip Hassell
brentea@rentealaw.com

Bogdan Rentea on behalf of Defendant Shawn Hassell Potts
brentea@rentealaw.com

Bogdan Rentea on behalf of Interested Party Hassell Construction Company, Inc.
brentea@rentealaw.com

Bogdan Rentea on behalf of Plaintiff Hassell Construction Company Inc.
brentea@rentealaw.com

Leonard H Simon on behalf of Creditor Pendergraft & Simon LLP
lsimon@pendergraftsimon.com,
csanchez@pendergraftsimon.com;jdavila@pendergraftsimon.com;rlp@pendergraftsimon.com

Stephen Douglas Statham on behalf of U.S. Trustee US Trustee
stephen.statham@usdoj.gov

Christina Stone on behalf of Creditor Tejano Trucking, LLC
stone_christina@hotmail.com

Christina Stone on behalf of Creditor Total Lime, LLC
stone_christina@hotmail.com

Donald L Turbyfill on behalf of Creditor Trustmark National Bank
dturbyfill@dntlaw.com, laura@dntlaw.com;jody@dntlaw.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

3