6417 Buffalo Speedway, Houston, Texas 77005
https://www.har.com/homedetail/6417-buffalo-speedway-houston-tx-77005/3015422



6417 Buffalo Speedway, Houston, Texas 77005
https://www.har.com/homedetail/6417-buffalo-speedway-houston-tx-77005/3015422





6417 Buffalo Speedway, Houston, Texas 77005
https://www.har.com/homedetail/6417-buffalo-speedway-houston-tx-77005/3015422





EXHIBIT "A"
PG3

6417 Buffalo Speedway, Houston, Texas 77005
https://www.har.com/homedetail/6417-buffalo-speedway-houston-tx-77005/3015422





4

EXHIBIT "A"
PG4

6417 Buffalo Speedway, Houston, Texas 77005
https://www.har.com/homedetail/6417-buffalo-speedway-houston-tx-77005/3015422





EXHIBIT "A"
PG5

6417 Buffalo Speedway, Houston, Texas 77005
https://www.har.com/homedetail/6417-buffalo-speedway-houston-tx-77005/3015422





EXHIBIT "A"
PG6