6421 Buffalo Speedway, Houston, Texas 77055

https://www.har.com/westuniversityplace/realestate/for_sale?streetaddress=6421+Buffalo+Speedway





EXHIBIT "B"
PG1

6421 Buffalo Speedway, Houston, Texas 77055
https://www.har.com/westuniversityplace/realestate/for_sale?streetaddress=6421+Buffalo+Speedway





EXHIBIT "B"
PG2

6421 Buffalo Speedway, Houston, Texas 77055
https://www.har.com/westuniversityplace/realestate/for_sale?streetaddress=6421+Buffalo+Speedway





3

6421 Buffalo Speedway, Houston, Texas 77055

https://www.har.com/westuniversityplace/realestate/for_sale?streetaddress=6421+Buffalo+Speedway





EXHIBIT "B"
PG4