THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | |
|---|---|---|
| | § | Case No. 19-30694 |
| ROYCE J. HASSELL | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**ORDER DENYING ELBAR INVESTMENT INC.'S
MOTION TO CONVERT CASE TO CHAPTER 7 AND JOINDER FILED BY
HANOVER INSURANCE COMPANY**
(Relates to Docket No. 81, 88)

The Court, having considered Elbar Investment Inc.'s Motion to Convert Case to Chapter 7 (Docket No. 81), the Joinder filed by Hanover Insurance Company(Docket No. 88), any responses filed thereto, any evidence presented, and arguments of counsel finds that no cause exists to convert this case to a case under chapter 7 of title 11 of the United States Code.  Accordingly, it is hereby:

ORDERED that Elbar Investment Inc.'s Motion to Convert Case to Chapter 7 (Docket No. 81), the Joinder filed by Hanover Insurance Company (Docket No. 88) are DENIED.

Signed this _____ day of _____, 2020.

_____
Honorable Marvin Isgur
United States Bankruptcy Judge

1