UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS
HOUSTON DIVISION

CASE NAME: Royce   James   Hassell   Petition Date: 02/04/2019

CASE NUMBER: 19-30694

THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF November-2019

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

| BANK NAME: | ACCOUNT NO.: |
|---|---|
| 1. | |
| 2. Frost Bank | xxxx4600 |
| 3. Frost Bank | xxxx1562 |

(attach list if needed)

All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: |
|---|---|
| 1. | |
| 2. Bank of Texas | xxxx7096 |
| 3. | |

(attach list if needed)

**A copy of a reconciled statement should be attached for each and all accounts.**

Total Disbursements from MOR-7  +  Total Disbursements from MFR-2  =  $ 0.00 Total Disbursements
Or Small Business Exhibit B-1
(When the debtor is a sole proprietorship)   (When the debtor is an Individual)

Are all post-petition liabilities, including taxes, being paid within terms?   Yes ☐   No ☒

Have any pre-petition liabilities been paid ?   Yes ☐   No ☒   If so, explain

Are all U. S. Trustee Quarterly Fee Payments current?   Yes ☑   No ☐

What is the status of your Plan of Reorganization?   Filed

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)
Royce   James   Hassell

**Attorney Name:** Erin Jones
**Firm:** JONES MURRAY & BEATTY LLP
**Address:** 4119 Montrose, Suite 230
**Address:**
**City State, Zip:** Texas 77006
**Telephone:** 713 5291999

MFR-1

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 02/04/2019

CASE NAME: Royce    James    Hassell

CASE NUMBER: 19-30694

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2019 MONTH August | 2019 MONTH September | 2019 MONTH October | 2019 MONTH November | 2019 MONTH December | 2020 MONTH January |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 784,397.06 | $ 761,786.62 | $ 759,886.60 | $ 728,278.60 | | |
| **RECEIPTS** | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 0.00 | 0.00 | | | |
| 3. Rents, Royalties, Dividends, Interest | | 714.66 | 634.80 | 587.88 | 61.67 | | |
| 4. Social Security, Pension, etc. | | 0.00 | 0.00 | 0.00 | | | |
| 5. Other (attach list) | | | | | | | |
| **TOTAL RECEIPTS** | $ 0.00 | $ 714.66 | $ 634.80 | $ 587.88 | $ 61.67 | $ 0.00 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| 6. Rent or Home Mortgage Payment | | | 0.00 | 0.00 | 27,760.38 | | |
| 7. Utilities (electric/gas, water, telephone) | | 4,236.57 | 750.92 | 3,171.47 | 1,446.59 | | |
| 8. Home Maintenance (repairs and upkeep) | | 18,305.67 | 4,095.70 | 973.80 | 1,842.02 | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 1,737.32 | 543.88 | 793.76 | 1,272.57 | | |
| 10. Medical and Dental | | 50.00 | 126.92 | 366.56 | 134.48 | | |
| 11. Transportation (not including car payment) | | 1,266.11 | 369.93 | 1,115.73 | 538.99 | | |
| 12. Recreations, Clubs, and Entertainment | | 10.00 | | 79.54 | 35.94 | | |
| 13. Insurance (not included in wages or home mortgage) | | 3,291.01 | 1,297.74 | 6,607.73 | 1,370.09 | | |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | | | 1,392.49 | | |
| 15. Auto Payment | | | | | 1,481.53 | | |
| 16. Credit Cards | | 2,285.00 | 4,000.00 | 39.91 | 6,813.92 | | |
| 17. Other (attach list) | | | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 0.00 | $ 31,181.68 | $ 11,185.09 | $ 13,148.50 | $ 44,089.00 | $ 0.00 | $ 0.00 |
| 18. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | | | | |
| 19. U.S. TRUSTEE FEES | 0.00 | 0.00 | | | | | |
| TOTAL DISBURSEMENTS | $ 0.00 | $ 31,181.68 | $ 11,185.09 | $ 13,148.50 | $ 44,089.00 | $ 0.00 | $ 0.00 |
| 20. NET CASH FLOW | 0.00 | (30,467.02) | (10,550.29) | (12,560.62) | (44,027.33) | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $ 0.00 | $ 753,930.04 | $ 751,236.33 | $ 747,325.98 | $ 684,251.27 | $ 0.00 | $ 0.00 |

MFR-2

Revised:1/31/2014

This FORM is for **INDIVIDUALS ONLY**

CASE NAME: Royce James Hassell   CASE NUMBER: 19-30694

| POST-PETITION LIABILITIES | MONTH 2019 August | MONTH 2019 September | MONTH 2019 October | MONTH 2019 November | MONTH 2019 December | MONTH 2020 January |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Mr. Cooper | $ 0.00 | | | | | |
| Trustmark Mortgage co. | 0.00 | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| (attach list) | | | | | | |
| **TOTAL SECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL UNSECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-3**

*Revised:1/31/2014*