THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § § | |
| | | Case No. 19-30694 |
| ROYCE J. HASSELL | | (Chapter 11) |
| | | |
| Debtor. | | |

**NOTICE OF HEARING AND CERTIFICATE OF SERVICE**
(Relates to Docket No. 91)

**NOTICE IS HEREBY GIVEN** that the Court will hold a hearing on the following on **January 14, 2020 at 9:30 a.m.** before the Honorable United States Bankruptcy Judge Marvin Isgur, 515 Rusk Avenue, 4th Floor, Courtroom 404, Houston, Texas 77002:

1. Motion to Sell 6421 Buffalo Speedway (Docket No. 91) filed by the debtor-in-possession, Royce J. Hassell.

Dated: January 10, 2020

Respectfully submitted,

*/s/ Erin E. Jones*
Jones Murray & Beatty LLP
Erin E. Jones
Texas Bar No. 24032478
4119 Montrose Blvd. Suite 230
Houston, Texas 77006
Phone: 832-529-1999
Facsimile: 832-529-3393
Erin.jones@jmbllp.com
**ATTORNEYS FOR THE DEBTOR**

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that on January 10, 2020 a copy of the foregoing was served electronically via the Court's electronic filing system for those parties registered to receive such service and/or via U.S. Mail first class pre-paid to those parties not registered for electronic service.

*/s/ Erin E. Jones*

1