**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**
**HOUSTON DIVISION**

**CASE NAME:** Royce James Hassell  **Petition Date :** 02/04/2019

**CASE NUMBER:** 19-30694

**THIS REPORT IS FOR THE MONTH/YEAR (example: MAY/1995) OF** December-2019

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

| | BANK NAME: | ACCOUNT NO.: |
|---|---|---|
| 1. | | |
| 2. | Frost Bank | xxxx4600 |
| 3. | Frost Bank | xxxx1562 |

(attach list if needed)

All Non-Debtor-In-Possession Accounts:

| | BANK NAME: | ACCOUNT NO.: |
|---|---|---|
| 1. | | |
| 2. | Bank of Texas | xxxx7096 |
| 3. | | |

(attach list if needed)

**A copy of a reconciled statement should be attached for each and all accounts.**

| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 (When the debtor is a sole proprietorship) | + | Total Disbursements from MFR-2 (When the debtor is an Individual) | = | Total Disbursements |
|---|---|---|---|---|
| | + | | = | $ 0.00 |

Are all post-petition liabilities, including taxes, being paid within terms? **Yes** ☐ **No** ☒

Have any pre-petition liabilities been paid ? **Yes** ☐ **No** ☒ If so, explain

Are all U. S. Trustee Quarterly Fee Payments current? **Yes** ☑ **No** ☐

What is the status of your Plan of Reorganization? Filed

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

**Attorney Name:** Erin Jones
**Firm:** JONES MURRAY & BEATTY LLP
**Address:** 4119 Montrose, Suite 230
**Address:**
**City State, Zip:** Texas 77006
**Telephone:** 713 5291999

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED [signature]
(ORIGINAL SIGNATURE)

Royce James Hassell

**MFR-1**

# This FORM is for **INDIVIDUALS ONLY**

Petition Date: 02/04/2019

CASE NAME: Royce James Hassell

CASE NUMBER: 19-30694

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2019 MONTH August | 2019 MONTH September | 2019 MONTH October | 2019 MONTH November | 2019 MONTH December | 2020 MONTH January |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 784,397.06 | $ 761,786.62 | $ 759,886.60 | $ 728,278.60 | $ 688,010.98 | |
| RECEIPTS | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| 3. Rents, Royalties, Dividends, Interest | | 714.66 | 634.80 | 587.88 | 61.67 | 485.10 | |
| 4. Social Security, Pension, etc. | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| 5. Other (attach list) | | | | | | | |
| TOTAL RECEIPTS | $ 0.00 | $ 714.66 | $ 634.80 | $ 587.88 | $ 61.67 | $ 485.10 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| DISBURSEMENTS | | | | | | | |
| 6. Rent or Home Mortgage Payment | | | 0.00 | 0.00 | 27,760.38 | 9,007.36 | |
| 7. Utilities (electric/gas, water, telephone) | | 4,236.57 | 750.92 | 3,171.47 | 1,446.59 | 1,914.31 | |
| 8. Home Maintenance (repairs and upkeep) | | 18,305.67 | 4,095.70 | 973.80 | 1,842.02 | 711.14 | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 1,737.32 | 543.88 | 793.76 | 1,272.57 | 1,371.01 | |
| 10. Medical and Dental | | 50.00 | 126.92 | 366.56 | 134.48 | 142.60 | |
| 11. Transportation (not including car payment) | | 1,266.11 | 369.93 | 1,115.73 | 538.99 | 212.74 | |
| 12. Recreations, Clubs, and Entertainment | | 10.00 | | 79.54 | 35.94 | 0.00 | |
| 13. Insurance (not included in wages or home mortgage) | | 3,291.01 | 1,297.74 | 6,607.73 | 1,370.09 | 11,548.12 | |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | | | 1,392.49 | | |
| 15. Auto Payment | | | | | 1,481.53 | 1,481.53 | |
| 16. Credit Cards | | 2,285.00 | 4,000.00 | 39.91 | 6,813.92 | 138.48 | |
| 17. Other (attach list) | | | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 0.00 | $ 31,181.68 | $ 11,185.09 | $ 13,148.50 | $ 44,089.00 | $ 26,527.29 | $ 0.00 |
| 18. PROFESSIONAL FEES | 0.00 | 0.00 | 0.00 | | | | |
| 19. U.S. TRUSTEE FEES | 0.00 | 0.00 | | | | | |
| TOTAL DISBURSEMENTS | $ 0.00 | $ 31,181.68 | $ 11,185.09 | $ 13,148.50 | $ 44,089.00 | $ 26,527.29 | $ 0.00 |
| 20. NET CASH FLOW | 0.00 | (30,467.02) | (10,550.29) | (12,560.62) | (44,027.33) | (26,042.19) | 0.00 |
| 21. CASH - END OF MONTH | $ 0.00 | $ 753,930.04 | $ 751,236.33 | $ 747,325.98 | $ 684,251.27 | $ 661,968.79 | $ 0.00 |

**MFR-2**

*Revised: 1/31/2014*

This FORM is for **INDIVIDUALS ONLY**

**CASE NAME:** Royce James Hassell **CASE NUMBER:** 19-30694

| POST-PETITION LIABILITIES | MONTH 2019 August | MONTH 2019 September | MONTH 2019 October | MONTH 2019 November | MONTH 2019 December | MONTH 2020 January |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Mr. Cooper | $ 0.00 | | | | | |
| Trustmark Mortgage co. | 0.00 | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| (attach list) | | | | | | |
| **TOTAL SECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL UNSECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-3**

*Revised: 1/31/2014*