THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ROYCE J. HASSELL** | § | Case No. 19-30694 |
| | § | (Chapter 11) |
| Debtor. | § | |

## NOTICE OF SALE
(Relates to Dkt. No. 133)

Royce J. Hassell, the debtor-in-possession ("Debtor") in this case hereby files this Notice of Sale ("Notice") to notify that Court that the sale of 6421 Buffalo Speedway, Houston, Texas 77005 approved by this Court's Order at Docket No. 133, occurred on February 20, 2020. A copy of the final closing statement is attached hereto as Exhibit "A" setting forth the distribution of proceeds from the sale of the property to the various lienholders.

Dated: March 24, 2020.                                   Respectfully submitted,

*/s/ Erin E. Jones*
Erin E. Jones (TBN 24032478)
JONES MURRAY & BEATTY LLP
4119 Montrose, Suite 230
Houston, TX 77006
Tel. 832-529-1999
Fax. 832-529-3393
erin@jmbllp.com
COUNSEL FOR THE DEBTOR

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on March 24, 2020, she caused a true and correct copy of the foregoing to be served via ECF/PACER to all parties registered to receive such service and/or via first class U.S. mail postage prepaid to the parties entitled to receive notice as set forth on the service list in this case by sending such mail through CertificateofService.com (due to working remotely as a result of COVID-19). An additional supplemental certificate of service will be filed upon receipt of same from CertificateofService.com confirming the details of the mail out to the parties entitled to notice.

*/s/ Erin E. Jones*
Erin E. Jones

1