# EXHIBIT "A"

2-12-18

PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)
**ONE TO FOUR FAMILY RESIDENTIAL CONTRACT (RESALE)**
NOTICE: Not For Use For Condominium Transactions

**1. PARTIES:** The parties to this contract are ___Royce J. Hassell_____ ___Silvia T Hassell___
(Seller) and ____Kurt E. Blankenship____ & ___Nimi Tuamokumo___ (Buyer).
Seller agrees to sell and convey to Buyer and Buyer agrees to buy from Seller the Property defined below.

**2. PROPERTY:** The land, improvements and accessories are collectively referred to as the "Property".

A. LAND: Lot ___TR 9___ Block___12___, , ___West University Place___
Addition, City of ___WestUniversityPlace___, County of ___HARRIS___,
Texas, known as _6417 Buffalo Speedway_ ___TX___ _77005_,
(address/zip code), or as described on attached exhibit.

B. IMPROVEMENTS: The house, garage and all other fixtures and improvements attached to the above-described real property, including without limitation, the following **permanently installed and built-in items,** if any: all equipment and appliances, valances, screens, shutters, awnings, wall-to-wall carpeting, mirrors, ceiling fans, attic fans, mail boxes, television antennas, mounts and brackets for televisions and speakers, heating and air-conditioning units, security and fire detection equipment, wiring, plumbing and lighting fixtures, chandeliers, water softener system, kitchen equipment, garage door openers, cleaning equipment, shrubbery, landscaping, outdoor cooking equipment, and all other property owned by Seller and attached to the above described real property.

C. ACCESSORIES: The following described related accessories, if any: window air conditioning units, stove, fireplace screens, curtains and rods, blinds, window shades, draperies and rods, door keys, mailbox keys, above ground pool, swimming pool equipment and maintenance accessories, artificial fireplace logs, and controls for: (i) garage doors, (ii) entry gates, and (iii) other improvements and accessories.

D. EXCLUSIONS: The following improvements and accessories will be retained by Seller and must be removed prior to delivery of possession:_____
_____.

E. RESERVATIONS: Any reservation for oil, gas, or other minerals, water, timber, or other interests is made in accordance with an attached addendum.

**3. SALES PRICE:**

A. Cash portion of Sales Price payable by Buyer at closing ............................. $___1,300,000.00___
B. Sum of all financing described in the attached: ☐ Third Party Financing Addendum,
 ☐ Loan Assumption Addendum, ☐ Seller Financing Addendum .............. $_____
C. Sales Price (Sum of A and B)................................................................. $___1,300,000.00___

**4. LICENSE HOLDER DISCLOSURE:** Texas law requires a real estate license holder who is a party to a transaction or acting on behalf of a spouse, parent, child, business entity in which the license holder owns more than 10%, or a trust for which the license holder acts as a trustee or of which the license holder or the license holder's spouse, parent or child is a beneficiary, to notify the other party in writing before entering into a contract of sale. Disclose if applicable:_____
_____.

**5. EARNEST MONEY:** Within _3_ days after the Effective Date, Buyer must deliver $__13,000.00__ as earnest money to ___Chicago Title___, as escrow agent, at _6575 W. Loop South Suite 150 Bellaire___ ___TX___ _77401_ (address). Buyer shall deliver additional earnest money of $___0.00___ to escrow agent within _0_ days after the Effective Date of this contract. If Buyer fails to deliver the earnest money within the time required, Seller may terminate this contract or exercise Seller's remedies under Paragraph 15, or both, by providing notice to Buyer before Buyer delivers the earnest money. If the last day to deliver the earnest money falls on a Saturday, Sunday, or legal holiday, the time to deliver the earnest money is extended until the end of the next day that is not a Saturday, Sunday, or legal holiday. **Time is of the essence for this paragraph.**

**6. TITLE POLICY AND SURVEY:**

A. TITLE POLICY: Seller shall furnish to Buyer at ☒ Seller's ☐ Buyer's expense an owner policy of title insurance (Title Policy) issued by ___Chicago Title 713.665.6575___ (Title Company) in the amount of the Sales Price, dated at or after closing, insuring Buyer against loss under the provisions of the Title Policy, subject to the promulgated exclusions (including existing building and zoning ordinances) and the following exceptions:
(1) Restrictive covenants common to the platted subdivision in which the Property is located.
(2) The standard printed exception for standby fees, taxes and assessments.

Initialed for identification by Buyer __KEB__ __NT__ and Seller ___RH___ ___SH___ InstanetFORMS

**EXHIBIT "A"**

PG 2 OF 34

TREC NO. 20-14

Contract Concerning  6417  Buffalo Speedway      WestUniversityPlace TX  77005 _Page 2 of 10    2-12-18
                              (Address of Property)

    (3) Liens created as part of the financing described in Paragraph 3.
    (4) Utility easements created by the dedication deed or plat of the subdivision in which the Property is located.
    (5) Reservations or exceptions otherwise permitted by this contract or as may be approved by Buyer in writing.
    (6) The standard printed exception as to marital rights.
    (7) The standard printed exception as to waters, tidelands, beaches, streams, and related matters.
    (8) The standard printed exception as to discrepancies, conflicts, shortages in area or boundary lines, encroachments or protrusions, or overlapping improvements:
    ☐(i) will not be amended or deleted from the title policy; or
    ☒(ii) will be amended to read, "shortages in area" at the expense of ☒Buyer ☐Seller.
    (9) The exception or exclusion regarding minerals approved by the Texas Department of Insurance.
B. COMMITMENT:  Within 20 days after the Title Company receives a copy of this contract, Seller shall furnish to Buyer a commitment for title insurance (Commitment) and, at Buyer's expense, legible copies of restrictive covenants and documents evidencing exceptions in the Commitment (Exception Documents) other than the standard printed exceptions.  Seller authorizes the Title Company to deliver the Commitment and Exception Documents to Buyer at Buyer's address shown in Paragraph 21. If the Commitment and Exception Documents are not delivered to Buyer within the specified time, the time for delivery will be automatically extended up to 15 days or 3 days before the Closing Date, whichever is earlier. If the Commitment and Exception Documents are not delivered within the time required, Buyer may terminate this contract and the earnest money will be refunded to Buyer.
C. SURVEY:  The survey must be made by a registered professional land surveyor acceptable to the Title Company and Buyer's lender(s). (Check one box only)
  ☐(1) Within _____ days after the Effective Date of this contract, Seller shall furnish to Buyer and Title Company Seller's existing survey of the Property and a Residential Real Property Affidavit promulgated by the Texas Department of Insurance (T-47 Affidavit). **If Seller fails to furnish the existing survey or affidavit within the time prescribed, Buyer shall obtain a new survey at Seller's expense no later than 3 days prior to Closing Date.** If the existing survey or affidavit is not acceptable to Title  Company or Buyer's lender(s), Buyer shall obtain a new survey at ☐Seller's ☐Buyer's expense no later than 3 days prior to Closing Date.
  ☒(2) Within ___14___ days after the Effective Date of this contract, Buyer shall obtain a new survey at Buyer's expense. Buyer is deemed to receive the survey on the date of actual receipt or the date specified in this paragraph, whichever is earlier.
  ☐(3) Within _____ days after the Effective Date of this contract, Seller, at Seller's expense shall furnish a new survey to Buyer.
D. OBJECTIONS: Buyer may object in writing to defects, exceptions, or encumbrances to title: disclosed on the survey other than items 6A(1) through (7) above; disclosed in the Commitment other than items 6A(1) through (9) above; or which prohibit the following use or activity: __residential__.
Buyer must object the earlier of (i) the Closing Date or (ii) ___3___ days  after  Buyer  receives the Commitment, Exception Documents, and the survey. Buyer's failure to object within the time allowed will constitute a waiver of Buyer's right to object; except that the requirements in Schedule C of the Commitment are not waived by Buyer. Provided Seller is not obligated to incur any expense, Seller shall cure any timely objections of Buyer or any third party lender within 15 days after Seller receives the objections (Cure Period) and the Closing Date will be extended as necessary. If objections are not cured within the Cure Period, Buyer may, by delivering notice to Seller within 5 days after the end of the Cure Period: (i) terminate this contract and the earnest money will be refunded to Buyer; or (ii) waive the objections.  If Buyer does not terminate within the time required, Buyer will be deemed to have waived the objections.  If the Commitment or Survey is revised or any new Exception Document(s) is delivered, Buyer may object to any new matter revealed in the revised Commitment or Survey or new Exception Document(s) within the same time stated in this paragraph to make objections beginning when the revised Commitment, Survey, or Exception Document(s) is delivered to Buyer.
E. TITLE NOTICES:
    (1) ABSTRACT OR TITLE POLICY: Broker advises Buyer to have an abstract of title covering the Property examined by an attorney of Buyer's selection, or Buyer should be furnished with or obtain a Title Policy.  If a Title Policy is furnished, the Commitment should be promptly reviewed by an attorney of Buyer's choice due to the time limitations on Buyer's right to object.
    (2) MEMBERSHIP IN PROPERTY OWNERS ASSOCIATION(S): The Property ☐is ☒is not

Contract Concerning   6417  Buffalo Speedway        WestUniversityPlace  TX  77005  Page 3 of 10   2-12-18
                                        (Address of Property)

subject to mandatory membership in a property owners association(s). If the Property is subject to mandatory membership in a property owners association(s), Seller notifies Buyer under §5.012, Texas Property Code, that, as a purchaser of property in the residential community identified in Paragraph 2A in which the Property is located, you are obligated to be a member of the property owners association(s). Restrictive covenants governing the use and occupancy of the Property and all dedicatory instruments governing the establishment, maintenance, or operation of this residential community have been or will be recorded in the Real Property Records of the county in which the Property is located. Copies of the restrictive covenants and dedicatory instruments may be obtained from the county clerk. **You are obligated to pay assessments to the property owners association(s). The amount of the assessments is subject to change. Your failure to pay the assessments could result in enforcement of the association's lien on and the foreclosure of the Property.**
Section 207.003, Property Code, entitles an owner to receive copies of any document that governs the establishment, maintenance, or operation of a subdivision, including, but not limited to, restrictions, bylaws, rules and regulations, and a resale certificate from a property owners' association. A resale certificate contains information including, but not limited to, statements specifying the amount and frequency of regular assessments and the style and cause number of lawsuits to which the property owners' association is a party, other than lawsuits relating to unpaid ad valorem taxes of an individual member of the association. These documents must be made available to you by the property owners' association or the association's agent on your request.
**If Buyer is concerned about these matters, the TREC promulgated Addendum for Property Subject to Mandatory Membership in a Property Owners Association(s) should be used.**
(3) STATUTORY TAX DISTRICTS: If the Property is situated in a utility or other statutorily created district providing water, sewer, drainage, or flood control facilities and services, Chapter 49, Texas Water Code, requires Seller to deliver and Buyer to sign the statutory notice relating to the tax rate, bonded indebtedness, or standby fee of the district prior to final execution of this contract.
(4) TIDE WATERS: If the Property abuts the tidally influenced waters of the state, §33.135, Texas Natural Resources Code, requires a notice regarding coastal area property to be included in the contract. An addendum containing the notice promulgated by TREC or required by the parties must be used.
(5) ANNEXATION: If the Property is located outside the limits of a municipality, Seller notifies Buyer under §5.011, Texas Property Code, that the Property may now or later be included in the extraterritorial jurisdiction of a municipality and may now or later be subject to annexation by the municipality. Each municipality maintains a map that depicts its boundaries and extraterritorial jurisdiction. To determine if the Property is located within a municipality's extraterritorial jurisdiction or is likely to be located within a municipality's extraterritorial jurisdiction, contact all municipalities located in the general proximity of the Property for further information.
(6) PROPERTY LOCATED IN A CERTIFICATED SERVICE AREA OF A UTILITY SERVICE PROVIDER: Notice required by §13.257, Water Code: The real property, described in Paragraph 2, that you are about to purchase may be located in a certificated water or sewer service area, which is authorized by law to provide water or sewer service to the properties in the certificated area. If your property is located in a certificated area there may be special costs or charges that you will be required to pay before you can receive water or sewer service. There may be a period required to construct lines or other facilities necessary to provide water or sewer service to your property. You are advised to determine if the property is in a certificated area and contact the utility service provider to determine the cost that you will be required to pay and the period, if any, that is required to provide water or sewer service to your property. The undersigned Buyer hereby acknowledges receipt of the foregoing notice at or before the execution of a binding contract for the purchase of the real property described in Paragraph 2 or at closing of purchase of the real property.
(7) PUBLIC IMPROVEMENT DISTRICTS: If the Property is in a public improvement district, §5.014, Property Code, requires Seller to notify Buyer as follows: As a purchaser of this parcel of real property you are obligated to pay an assessment to a municipality or county for an improvement project undertaken by a public improvement district under Chapter 372, Local Government Code. The assessment may be due annually or in periodic installments. More information concerning the amount of the assessment and the due dates of that assessment may be obtained from the municipality or county levying the assessment. The amount of the assessments is subject to change. Your failure to pay the assessments could result in a lien on and the foreclosure of your property.
(8) TRANSFER FEES: If the Property is subject to a private transfer fee obligation, §5.205, Property Code, requires Seller to notify Buyer as follows: The private transfer fee

Initialed for identification by Buyer ⟨KEB⟩ ⟨NS⟩ and Seller RH    SH   Instanet **PG 4 OF 10.** 20-14

**EXHIBIT "A"**
**PG 4 OF 34**

obligation may be governed by Chapter 5, Subchapter G of the Texas Property Code.
(9) PROPANE GAS SYSTEM SERVICE AREA: If the Property is located in a propane gas system service area owned by a distribution system retailer, Seller must give Buyer written notice as required by §141.010, Texas Utilities Code. An addendum containing the notice approved by TREC or required by the parties should be used.
(10) NOTICE OF WATER LEVEL FLUCTUATIONS: If the Property adjoins an impoundment of water, including a reservoir or lake, constructed and maintained under Chapter 11, Water Code, that has a storage capacity of at least 5,000 acre-feet at the impoundment's normal operating level, Seller hereby notifies Buyer: "The water level of the impoundment of water adjoining the Property fluctuates for various reasons, including as a result of: (1) an entity lawfully exercising its right to use the water stored in the impoundment; or (2) drought or flood conditions."

## 7. PROPERTY CONDITION:

A. ACCESS, INSPECTIONS AND UTILITIES: Seller shall permit Buyer and Buyer's agents access to the Property at reasonable times. Buyer may have the Property inspected by inspectors selected by Buyer and licensed by TREC or otherwise permitted by law to make inspections. Any hydrostatic testing must be separately authorized by Seller in writing. Seller at Seller's expense shall immediately cause existing utilities to be turned on and shall keep the utilities on during the time this contract is in effect.

B. SELLER'S DISCLOSURE NOTICE PURSUANT TO §5.008, TEXAS PROPERTY CODE (Notice):
(Check one box only)
☒ (1) Buyer has received the Notice.
☐ (2) Buyer has not received the Notice. Within _____ days after the Effective Date of this contract, Seller shall deliver the Notice to Buyer. If Buyer does not receive the Notice, Buyer may terminate this contract at any time prior to the closing and the earnest money will be refunded to Buyer. If Seller delivers the Notice, Buyer may terminate this contract for any reason within 7 days after Buyer receives the Notice or prior to the closing, whichever first occurs, and the earnest money will be refunded to Buyer.
☐ (3) The Seller is not required to furnish the notice under the Texas Property Code.

C. SELLER'S DISCLOSURE OF LEAD-BASED PAINT AND LEAD-BASED PAINT HAZARDS is required by Federal law for a residential dwelling constructed prior to 1978.

D. ACCEPTANCE OF PROPERTY CONDITION: "As Is" means the present condition of the Property with any and all defects and without warranty except for the warranties of title and the warranties in this contract. Buyer's agreement to accept the Property As Is under Paragraph 7D(1) or (2) does not preclude Buyer from inspecting the Property under Paragraph 7A, from negotiating repairs or treatments in a subsequent amendment, or from terminating this contract during the Option Period, if any.
(Check one box only)
☐ (1) Buyer accepts the Property As Is.
☒ (2) Buyer accepts the Property As Is provided Seller, at Seller's expense, shall complete the following specific repairs and treatments: <u>remove all furniture from garage</u>

_____.
(Do not insert general phrases, such as "subject to inspections" that do not identify specific repairs and treatments.)

E. LENDER REQUIRED REPAIRS AND TREATMENTS: Unless otherwise agreed in writing, neither party is obligated to pay for lender required repairs, which includes treatment for wood destroying insects. If the parties do not agree to pay for the lender required repairs or treatments, this contract will terminate and the earnest money will be refunded to Buyer. If the cost of lender required repairs and treatments exceeds 5% of the Sales Price, Buyer may terminate this contract and the earnest money will be refunded to Buyer.

F. COMPLETION OF REPAIRS AND TREATMENTS: Unless otherwise agreed in writing: (i) Seller shall complete all agreed repairs and treatments prior to the Closing Date; and (ii) all required permits must be obtained, and repairs and treatments must be performed by persons who are licensed to provide such repairs or treatments or, if no license is required by law, are commercially engaged in the trade of providing such repairs or treatments. At Buyer's election, any transferable warranties received by Seller with respect to the repairs and treatments will be transferred to Buyer at Buyer's expense. If Seller fails to complete any agreed repairs and treatments prior to the Closing Date, Buyer may exercise remedies under Paragraph 15 or extend the Closing Date up to 5 days if necessary for Seller to complete the repairs and treatments.

G. ENVIRONMENTAL MATTERS: Buyer is advised that the presence of wetlands, toxic substances, including asbestos and wastes or other environmental hazards, or the presence of a threatened or endangered species or its habitat may affect Buyer's intended use of the Property. If Buyer is concerned about these matters, an addendum promulgated by TREC or required by the parties should be used.

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Service, Inc.

Authentisign ID: F3CEB1EC-0055-485A-85D3-3BFBFDB0D087

Contract Concerning   6417  Buffalo Speedway    WestUniversityPlace TX  77005 Page 5 of 10   2-12-18
(Address of Property)

H. **RESIDENTIAL SERVICE CONTRACTS:** Buyer may purchase a residential service contract from a residential service company licensed by TREC. If Buyer purchases a residential service contract, Seller shall reimburse Buyer at closing for the cost of the residential service contract in an amount not exceeding $_____0.00_____. Buyer should review any residential service contract for the scope of coverage, exclusions and limitations. **The purchase of a residential service contract is optional. Similar coverage may be purchased from various companies authorized to do business in Texas.**

8. **BROKERS' FEES:** All obligations of the parties for payment of brokers' fees are contained in separate written agreements.

9. **CLOSING:**
   A. The closing of the sale will be on or before _____February     19____, 20_21___, or within 7 days after objections made under Paragraph 6D have been cured or waived, whichever date is later (Closing Date). If either party fails to close the sale by the Closing Date, the non-defaulting party may exercise the remedies contained in Paragraph 15.
   B. At closing:
      (1) Seller shall execute and deliver a general warranty deed conveying title to the Property to Buyer and showing no additional exceptions to those permitted in Paragraph 6 and furnish tax statements or certificates showing no delinquent taxes on the Property.
      (2) Buyer shall pay the Sales Price in good funds acceptable to the escrow agent.
      (3) Seller and Buyer shall execute and deliver any notices, statements, certificates, affidavits, releases, loan documents and other documents reasonably required for the closing of the sale and the issuance of the Title Policy.
      (4) There will be no liens, assessments, or security interests against the Property which will not be satisfied out of the sales proceeds unless securing the payment of any loans assumed by Buyer and assumed loans will not be in default.
      (5) If the Property is subject to a residential lease, Seller shall transfer security deposits (as defined under §92.102, Property Code), if any, to Buyer. In such an event, Buyer shall deliver to the tenant a signed statement acknowledging that the Buyer has acquired the Property and is responsible for the return of the security deposit, and specifying the exact dollar amount of the security deposit.

10. **POSSESSION:**
    A. Buyer's Possession: Seller shall deliver to Buyer possession of the Property in its present or required condition, ordinary wear and tear excepted: ☒upon closing and funding ☐according to a temporary residential lease form promulgated by TREC or other written lease required by the parties. Any possession by Buyer prior to closing or by Seller after closing which is not authorized by a written lease will establish a tenancy at sufferance relationship between the parties. **Consult your insurance agent prior to change of ownership and possession because insurance coverage may be limited or terminated. The absence of a written lease or appropriate insurance coverage may expose the parties to economic loss.**
    B. Leases:
       (1) After the Effective Date, Seller may not execute any lease (including but not limited to mineral leases) or convey any interest in the Property without Buyer's written consent.
       (2) If the Property is subject to any lease to which Seller is a party, Seller shall deliver to Buyer copies of the lease(s) and any move-in condition form signed by the tenant within 7 days after the Effective Date of the contract.

11. **SPECIAL PROVISIONS:** (Insert only factual statements and business details applicable to the sale. TREC rules prohibit license holders from adding factual statements or business details for which a contract addendum, lease or other form has been promulgated by TREC for mandatory use.)

    Subject to court approval

12. **SETTLEMENT AND OTHER EXPENSES:**
    A. The following expenses must be paid at or prior to closing:
       (1) Expenses payable by Seller (Seller's Expenses):
          (a) Releases of existing liens, including prepayment penalties and recording fees; release of Seller's loan liability; tax statements or certificates; preparation of deed; one-half of escrow fee; and other expenses payable by Seller under this contract.
          (b) Seller shall also pay an amount not to exceed $_____0.00_____ to be applied in the following order: Buyer's Expenses which Buyer is prohibited from paying by FHA, VA, Texas Veterans Land Board or other governmental loan programs, and then to other Buyer's Expenses as allowed by the lender.

**EXHIBIT "A"**

Authentisign ID: F3CEB1EC-DAE8-EA11-A02B-4CDA8B008D4E
Case 19-30694 Document 226-1 Filed in TXSB on 03/05/21 Page 7 of 34

Contract Concerning   6417  Buffalo Speedway       WestUniversityPlace TX  77005  Page 6 of 10    2-12-18
(Address of Property)

(2) Expenses payable by Buyer (Buyer's Expenses): Appraisal fees; loan application fees; origination charges; credit reports; preparation of loan documents; interest on the notes from date of disbursement to one month prior to dates of first monthly payments; recording fees; copies of easements and restrictions; loan title policy with endorsements required by lender; loan-related inspection fees; photos; amortization schedules; one-half of escrow fee; all prepaid items, including required premiums for flood and hazard insurance, reserve deposits for insurance, ad valorem taxes and special governmental assessments; final compliance inspection; courier fee; repair inspection; underwriting fee; wire transfer fee; expenses incident to any loan; Private Mortgage Insurance Premium (PMI), VA Loan Funding Fee, or FHA Mortgage Insurance Premium (MIP) as required by the lender; and other expenses payable by Buyer under this contract.

B. If any expense exceeds an amount expressly stated in this contract for such expense to be paid by a party, that party may terminate this contract unless the other party agrees to pay such excess. Buyer may not pay charges and fees expressly prohibited by FHA, VA, Texas Veterans Land Board or other governmental loan program regulations.

**13. PRORATIONS:** Taxes for the current year, interest, maintenance fees, assessments, dues and rents will be prorated through the Closing Date. The tax proration may be calculated taking into consideration any change in exemptions that will affect the current year's taxes. If taxes for the current year vary from the amount prorated at closing, the parties shall adjust the prorations when tax statements for the current year are available. If taxes are not paid at or prior to closing, Buyer shall pay taxes for the current year.

**14. CASUALTY LOSS:** If any part of the Property is damaged or destroyed by fire or other casualty after the Effective Date of this contract, Seller shall restore the Property to its previous condition as soon as reasonably possible, but in any event by the Closing Date. If Seller fails to do so due to factors beyond Seller's control, Buyer may (a) terminate this contract and the earnest money will be refunded to Buyer (b) extend the time for performance up to 15 days and the Closing Date will be extended as necessary or (c) accept the Property in its damaged condition with an assignment of insurance proceeds, if permitted by Seller's insurance carrier, and receive credit from Seller at closing in the amount of the deductible under the insurance policy. Seller's obligations under this paragraph are independent of any other obligations of Seller under this contract.

**15. DEFAULT:** If Buyer fails to comply with this contract, Buyer will be in default, and Seller may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money as liquidated damages, thereby releasing both parties from this contract. If Seller fails to comply with this contract, Seller will be in default and Buyer may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money, thereby releasing both parties from this contract.

**16. MEDIATION:** It is the policy of the State of Texas to encourage resolution of disputes through alternative dispute resolution procedures such as mediation. Any dispute between Seller and Buyer related to this contract which is not resolved through informal discussion will be submitted to a mutually acceptable mediation service or provider. The parties to the mediation shall bear the mediation costs equally. This paragraph does not preclude a party from seeking equitable relief from a court of competent jurisdiction.

**17. ATTORNEY'S FEES:** A Buyer, Seller, Listing Broker, Other Broker, or escrow agent who prevails in any legal proceeding related to this contract is entitled to recover reasonable attorney's fees and all costs of such proceeding.

**18. ESCROW:**

A. ESCROW: The escrow agent is not (i) a party to this contract and does not have liability for the performance or nonperformance of any party to this contract, (ii) liable for interest on the earnest money and (iii) liable for the loss of any earnest money caused by the failure of any financial institution in which the earnest money has been deposited unless the financial institution is acting as escrow agent.

B. EXPENSES: At closing, the earnest money must be applied first to any cash down payment, then to Buyer's Expenses and any excess refunded to Buyer. If no closing occurs, escrow agent may: (i) require a written release of liability of the escrow agent from all parties, (ii) require payment of unpaid expenses incurred on behalf of a party, and (iii) only deduct from the earnest money the amount of unpaid expenses incurred on behalf of the party receiving the earnest money.

C. DEMAND: Upon termination of this contract, either party or the escrow agent may send a release of earnest money to each party and the parties shall execute counterparts of the release and deliver same to the escrow agent. If either party fails to execute the release, either party may make a written demand to the escrow agent for the earnest money. If only one party makes written demand for the earnest money, escrow agent shall promptly

Initialed for identification by Buyer  _JEB_   _NJ_  and Seller  _SH_  _RH_  Instanet TXR 1601 No. 20-14

Contract Concerning   6417   Buffalo Speedway          WestUniversityPlace TX   77005  Page 7 of 10   2-12-18
(Address of Property)

provide a copy of the demand to the other party. If escrow agent does not receive written objection to the demand from the other party within 15 days, escrow agent may disburse the earnest money to the party making demand reduced by the amount of unpaid expenses incurred on behalf of the party receiving the earnest money and escrow agent may pay the same to the creditors. If escrow agent complies with the provisions of this paragraph, each party hereby releases escrow agent from all adverse claims related to the disbursal of the earnest money.

D. DAMAGES: Any party who wrongfully fails or refuses to sign a release acceptable to the escrow agent within 7 days of receipt of the request will be liable to the other party for (i) damages; (ii) the earnest money; (iii) reasonable attorney's fees; and (iv) all costs of suit.

E. NOTICES: Escrow agent's notices will be effective when sent in compliance with Paragraph 21. Notice of objection to the demand will be deemed effective upon receipt by escrow agent.

19. **REPRESENTATIONS:** All covenants, representations and warranties in this contract survive closing. If any representation of Seller in this contract is untrue on the Closing Date, Seller will be in default. Unless expressly prohibited by written agreement, Seller may continue to show the Property and receive, negotiate and accept back up offers.

20. **FEDERAL TAX REQUIREMENTS:** If Seller is a "foreign person," as defined by Internal Revenue Code and its regulations, or if Seller fails to deliver an affidavit or a certificate of non-foreign status to Buyer that Seller is not a "foreign person," then Buyer shall withhold from the sales proceeds an amount sufficient to comply with applicable tax law and deliver the same to the Internal Revenue Service together with appropriate tax forms. Internal Revenue Service regulations require filing written reports if currency in excess of specified amounts is received in the transaction.

21. **NOTICES:** All notices from one party to the other must be in writing and are effective when mailed to, hand-delivered at, or transmitted by fax or electronic transmission as follows:

| **To Buyer** | **To Seller** |
|---|---|
| at: _____ | at: _Royce Hassell_ |
| _____ | _____ |
| Phone: _____ | Phone: _____ |
| Fax: _____ | Fax: _____ |
| E-mail: _____ | E-mail: _conrcrete@gmail.com_ |

22. **AGREEMENT OF PARTIES:** This contract contains the entire agreement of the parties and cannot be changed except by their written agreement. Addenda which are a part of this contract are (Check all applicable boxes):

☐ Third Party Financing Addendum
☐ Seller Financing Addendum
☐ Addendum for Property Subject to Mandatory Membership in a Property Owners Association
☐ Buyer's Temporary Residential Lease
☐ Loan Assumption Addendum
☐ Addendum for Sale of Other Property by Buyer
☐ Addendum for Reservation of Oil, Gas and Other Minerals
☐ Addendum for "Back-Up" Contract
☐ Addendum for Coastal Area Property
☐ Addendum for Authorizing Hydrostatic Testing
☐ Addendum Concerning Right to Terminate Due to Lender's Appraisal

☐ Environmental Assessment, Threatened or Endangered Species and Wetlands Addendum
☐ Seller's Temporary Residential Lease
☐ Short Sale Addendum
☐ Addendum for Property Located Seaward of the Gulf Intracoastal Waterway
☐ Addendum for Seller's Disclosure of Information on Lead-based Paint and Lead-based Paint Hazards as Required by Federal Law
☐ Addendum for Property in a Propane Gas System Service Area
☒ Other (list): IABS, General Information, Tila Respa

**EXHIBIT "A"**

Initialed for identification by Buyer _KEB_ _NJ_ and Seller _RH_ _SH_ Instanet... **PG 8 OF 34** . 20-14

Authentisign ID: F3CEB1EC-6E5C-45A1-9D33-0EC7D4CD08

Contract Concerning __6417  Buffalo Speedway__   __WestUniversityPlace TX  77005__  Page 8 of 10   2-12-18
(Address of Property)

23. **TERMINATION OPTION:** For nominal consideration, the receipt of which is hereby acknowledged by Seller, and Buyer's agreement to pay Seller $_____500.00_____ (Option Fee) within 3 days after the Effective Date of this contract, Seller grants Buyer the unrestricted right to terminate this contract by giving notice of termination to Seller within ___14___ days after the Effective Date of this contract (Option Period). Notices under this paragraph must be given by 5:00 p.m. (local time where the Property is located) by the date specified. If no dollar amount is stated as the Option Fee or if Buyer fails to pay the Option Fee to Seller within the time prescribed, this paragraph will not be a part of this contract and Buyer shall not have the unrestricted right to terminate this contract. If Buyer gives notice of termination within the time prescribed, the Option Fee will not be refunded; however, any earnest money will be refunded to Buyer. The Option Fee ☒will ☐will not be credited to the Sales Price at closing. **Time is of the essence for this paragraph and strict compliance with the time for performance is required.**

24. **CONSULT AN ATTORNEY BEFORE SIGNING:** TREC rules prohibit real estate license holders from giving legal advice. READ THIS CONTRACT CAREFULLY.

Buyer's
Attorney is: _____

Seller's
Attorney is: Erin Jones
_____

_____          _____

Phone: _____

Phone: ___713-515-4806_____

Fax: _____

Fax: _____

E-mail: _____

E-mail: erin.jones@jmbllp.com
_____

EXECUTED the __21st__ day of __JANUARY_____, 20__21__ (Effective Date).
(BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)

Authentisign
*Kurt E. Blankenship*            01/19/2021
Buyer  Kurt E. Blankenship

*Royce J. Hassell* (signature)
Seller  Royce J. Hassell

Authentisign
*Nimi Tuamokumo*            01/19/2021
Buyer  Nimi Tuamokumo

S T Hassell
Seller  Silvia T. Hassell



The form of this contract has been approved by the Texas Real Estate Commission. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, (512) 936-3000 (http://www.trec.texas.gov) TREC NO. 20-14. This form replaces TREC NO. 20-13.

TREC NO. 20-14

EXHIBIT "A"
PG 9 OF 34

Authentisign ID: F3CEB1E7-0258-4A5A-9BB2-2A18906D0A8D

| Contract Concerning | 6417  Buffalo Speedway | WestUniversityPlace TX  77005 | Page 9 of 10 | 2-12-18 |
| | | (Address of Property) | | |

## BROKER  INFORMATION
(Print name(s) only. Do not sign)

**Metro Plus Realty**                                   **9009384**
Other Broker Firm                                    License No.

420132

**Coldwell Banker Realty**                           ~~0159793~~
Listing Broker Firm                                  License No.

represents   ☒ Buyer only as Buyer's agent

☐ Seller as Listing Broker's subagent

represents   ☐ Seller and Buyer as an intermediary

☒ Seller only as Seller's agent

**Raul Diaz**                                          **548664**
Associate's Name                                     License No.

**Eric Campbell**                                     **0441482**
Listing Associate's Name                             License No.

**rauldiaz2@yahoo.com**                      **713.301.0849**
Associate's Email Address                                  Phone

**epcsold@aol.com**                          **713-349-7236**
Listing Associate's Email Address                          Phone

**Sergio Mireles**                                     **550107**
Licensed Supervisor of Associate                     License No.

*Beth Dreyer*                                         539606
Licensed Supervisor of Listing Associate             License No.

**4804 Fairmont Parkway**                    **832.722.6687**
Other Broker's Address                                     Phone

**5107 Bellaire Blvd #200**                  **713-349-9700**
Listing Broker's Office Address                            Phone

**Pasadena**                **TX**               **77505**
City                        State                    Zip

**Bellaire**                **TX**               **77401**
City                        State                    Zip

Selling Associate's Name                             License No.

Selling Associate's Email Address                          Phone

Licensed Supervisor of Selling Associate             License No.

Selling Associate's Office Address

City                        State                    Zip

Listing Broker has agreed to pay Other Broker _____ 3% _____ of the total sales price
when the Listing Broker's fee is received. Escrow agent is authorized and directed to pay Other Broker from
Listing Broker's fee at closing.

**EXHIBIT**
**PG 10 OF 34**

Contract Concerning   6417  Buffalo Speedway          WestUniversityPlace TX  77005  Page 10 of 10   2-12-18
                                          (Address of Property)

---

### OPTION FEE RECEIPT

Receipt of $ _____500._____ (Option Fee) in the form of _____ chuck   1077 _____
is acknowledged.

_____                              1-22-2021
Seller or Listing Broker                                                        Date

---

### EARNEST MONEY RECEIPT

Receipt of $_____ Earnest Money in the form of _____
is acknowledged.

| Escrow Agent | Chicago Title | Received by | Email Address | | Date/Time |
|---|---|---|---|---|---|
| 6575 W. Loop South Suite 150 | | | | | |
| Address | | | | | Phone |
| Bellaire | | TX | 77401 | | |
| City | | State | Zip | | Fax |

---

### CONTRACT RECEIPT

Receipt of the Contract is acknowledged.

| Escrow Agent | | Received by | Email Address | | Date |
|---|---|---|---|---|---|
| Address | | | | | Phone |
| City | | State | Zip | | Fax |

---

### ADDITIONAL EARNEST MONEY RECEIPT

Receipt of  $_____ additional Earnest Money in the form of _____
is acknowledged.

| Escrow Agent | | Received by | Email Address | | Date/Time |
|---|---|---|---|---|---|
| Address | | | | | Phone |
| City | | State | Zip | | Fax |

---

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Service, Inc. MLS



APPROVED  BY THE TEXAS REAL ESTATE COMMISSION (TREC)
FOR VOLUNTARY USE

10-10-11

EQUAL HOUSING
OPPORTUNITY

# NON-REALTY ITEMS ADDENDUM

## TO CONTRACT CONCERNING THE PROPERTY AT

6417  Buffalo Speedway                                    WestUniversityPlace    TX    77005
(Address of Property)

**A.** For an additional sum of $_____0.00_____and other and good valuable consideration, Seller shall convey to Buyer at closing the following personal property (specify each item carefully, include description, model numbers, serial numbers, location, and other information):
refrigerators and washers & dryers. All appliances currently in home.

**B.** Seller represents and warrants that Seller owns the personal property described in Paragraph A free and clear of all encumbrances.

**C.** Seller does not warrant or guarantee the condition or future performance of the personal property conveyed by this document.

Authentisign

*Kurt E. Blankenship*

Buyer  Kurt E. Blankenship
12/22/2020 6:41:45 PM CST

Seller  Joyce J. Hassell

Authentisign

*Nimi Tuamokumo*

Buyer  Nimi Tuamokumo
12/21/2020 5:52:37 PM CST

Seller  Silvia T. Hassell

This form has been approved by the Texas Real Estate Commission for voluntary use by its licensees. Copies of TREC rules governing real estate brokers, salesperson and real estate inspectors are available at nominal cost from TREC.  Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://www.trec.texas.gov)

TREC NO. OP-M



## TEXAS REALTORS

## AUTHORIZATION TO FURNISH
## TILA-RESPA INTEGRATED DISCLOSURES

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS® IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc. 2015

To: Lender, Title Company, Escrow Agent, and/or their representatives

RE: **6417 Buffalo Speedway**                    **WestUniversityPlace    TX    77005**  (Property)

I, **Kurt E. Blankenship        Nimi Tuamokumo**  ☐ Seller ☒ Buyer, have entered into an exclusive listing/representation agreement with the following Broker:

Name of Broker: **Metro Plus Realty**
TREC License Number: **9009384**
Address: **4804 Fairmont Parkway**
City, State, Zip: **Pasadena                    TX    77505**
Phone: **832.722.6687** Fax:
E-Mail: **rauldiaz2@yahoo.com**
Name of Broker's authorized agent, *if applicable*: **Raul Diaz**
TREC License Number of Broker's authorized agent, *if applicable*: **548664**

I hereby authorize you to disclose and furnish a copy of any and all loan estimates, closing disclosures or other settlement statements provided in relation to the closing of the real estate transaction involving the Property, to the above-named Broker or Broker's authorized agent.

Authentisign
*Kurt E. Blankenship*                    12/22/2020
Signature of Client Kurt E. Blankenship        Date

Authentisign
*Nimi Tuamokumo*                    12/22/2020
Signature of Client Nimi Tuamokumo        Date

(TXR-2516) 06-15-15                                        Page 1 of 1



# GENERAL INFORMATION AND NOTICE TO BUYERS AND SELLERS

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS®, INC. IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc. 2018

**Be an informed seller or buyer.  The following information may assist you during your real estate transaction.**

**ANNEXATION.**  If a property is outside the limits of a municipality, the buyer should be aware that the property may later be annexed by a nearby municipality.  The buyer may find information on the boundaries of nearby municipalities by contacting the municipalities directly.

**APPRAISAL.**  An appraisal is a valuation of the property.  An appraiser renders an estimate of value as of a certain date under assumptions and conditions stated in the appraisal report.  Typically, a buyer's lender requires an appraisal to verify that the loan is secured by property that is worth a certain amount.  An appraisal is not the same as an inspection.

**BROKERS.**  A real estate broker *represents* a party (buyer or seller) in a real estate transaction or may act as an intermediary between the parties.  A party may work with the broker or with one of the broker's agents.  Both a buyer and seller will be provided a form titled "Information About Brokerage Services" (TXR 2501) which defines agency relationships.  An agent may help a seller market the property or help a buyer locate a property. The agent is obligated to *negotiate* the transaction and may assist in gathering information and may coordinate many details in the transaction.  Brokers and agents are not inspectors.  They do not possess the expertise to conduct inspections and therefore do not make any representations, warranties, or guarantees about a property's condition.  Agents are not attorneys.  Parties are encouraged to seek the assistance of an attorney to help in understanding any of the legal consequences and provisions of the contract or transaction.

**ENVIRONMENTAL CONCERNS.**
*General.*  Over the years the market has identified environmental conditions that buyers should know may exist.  Environmental hazards include, but are not limited to, conditions such as: asbestos, lead-based paint, mold, pesticides, radon gas, toxic waste, underground storage tanks, urea-formaldehyde insulation, and other pollutants. Wetlands or endangered species on the property may restrict the use of the property.
*Environmental Inspections.*  If the buyer is concerned that environmental hazards, wetlands, or endangered species may be present on the property, the buyer should hire a qualified expert to inspect the property for such items.  The parties may include a promulgated addendum (TXR 1917) in the contract that may address such matters.
*Lead-Based Paint.*  If a property was built before 1978, federal law requires that the seller provide the buyer with: (1) the pamphlet titled "Protect Your Family from Lead in Your Home" (TXR 2511); (2) the records and reports the seller has concerning lead-based paint or hazards; and (3) an opportunity to have the property inspected for lead-based paint or hazards.
*Mold.*  It is not uncommon to find mold spores in a property.  The concern about mold increases when there are large amounts of mold found in a property.  The Texas Department of Insurance publishes a document titled "Protect Your Home from Mold" (TXR 2507) which discusses mold in more detail.
*Oak Wilt and Diseased Trees.*  There are diseases such as oak wilt and other conditions that may affect trees and other plants.  Oak wilt is a fungus that affects certain oak trees.  If the buyer is concerned about such matters, the buyer may have the trees and other plants inspected by a professional
*Noise.*  Surrounding properties are used for a variety of purposes.  Some of the uses cause noise (for example, airports, railways, highways, restaurants, bars, schools, arenas and construction).  The buyer is encouraged to drive to review the area around the property at various times and days.

**EXPANSIVE SOILS.**  Soil conditions vary greatly throughout Texas.  Many soils will move; some more than others.  This movement will, many times, affect the foundation of homes and buildings and may cause cracks to appear in walls or other parts of the building.  Additionally, if a property is newly constructed, the concrete curing process may also cause the foundation of the building to move.  Seasonal changes in the moisture in

(TXR-1506) 02-01-18

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Service, Inc.

the soil may also cause foundations to move. The buyer should check with an inspector and other experts on preventive methods to minimize the risk of such movement.

**FIRPTA.** The Foreign Investment in Real Property Tax Act of 1980 (FIRPTA) may require buyers in certain transactions involving a seller who qualifies as a "foreign person" to withhold up to 15% of the amount realized by the seller (usually the sales price) for federal taxes. A "foreign person" is defined as a: (1) nonresident alien individual; (2) foreign corporation that has not made an election under section 897(i) of the Internal Revenue Code to be treated as a domestic corporation; or (3) foreign partnership, trust, or estate. The definition does not include a resident alien individual. A seller should notify the buyer whether the seller is a "foreign person" as defined by federal law. If the seller is unsure whether he or she qualifies as a "foreign person", the seller should consult a tax professional or an attorney.

**FLOOD HAZARD, FLOODWAYS, AND FLOOD INSURANCE.** Many properties are in flood hazard areas. Lenders who make loans on properties located in special flood hazard areas typically require the owner to maintain flood insurance. Additionally, some properties may lie in the floodway. Texas REALTORS® publishes a form titled, "Information about Special Flood Hazard Areas" (TXR 1414), which discusses flood hazard areas and floodways in more detail. The buyer is encouraged to buy flood insurance regardless of whether the property is in a high, moderate, or low risk flood area.

**HISTORIC OR CONSERVATION DISTRICTS.** Properties located in historic or conservation districts may have restrictions on use and architecture of the properties. Local governments may create historic or conservation districts for the preservation of certain architectural appeal. A property owner may or may not be aware if the property is located in such a district. If the buyer is concerned whether the property is located in such a district, contact the local government for specific information.

**INSPECTION, REPAIRS, & WALK-THROUGH.**
   *Inspections.* The buyer is encouraged to have the property inspected by licensed inspectors. The buyer should have the inspections completed during any option period. <u>The buyer should accompany the inspectors during the inspections and ask the inspectors any questions. Brokers and agents do not possess any special skills, knowledge or expertise concerning inspections or repairs.</u> If the buyer requests names of inspectors or repair professionals from an agent, the buyer should note that the agent is not making any representation or warranty as to the ability or workmanship of the inspector or repair professionals.
   *Repairs.* The buyer and the seller should resolve, in writing, any obligation and any timing of the obligation to complete repairs the buyer may request before the option period expires.
   *Walk-Through.* Before the close of the sale, the buyer should walk through the property and verify that any repairs are complete. If the condition of the property does not satisfy the contractual provisions, the buyer should notify the buyer's agent before closing.

**MANDATORY OWNERS' ASSOCIATIONS.** An owners' association may require a property owner to be a member. The buyer may obtain subdivision information (the restrictions applying to the subdivision, the bylaws and rules of the owners' association, and a resale certificate). The buyer may be required to pay for the subdivision information unless otherwise negotiated in the contract. If membership in an owners' association is required, the buyer will probably be obligated to pay periodic dues or assessments. Failure to pay such dues could result in a lien on and foreclosure of the property.

**MINERAL INTERESTS.** Determining who owns the mineral interests under a property (for example, rights to oil and gas interests) normally requires an expert to review the chain of title to the property. Many times the mineral interests may have been severed from the property and may be owned by persons other than the seller. Contract forms commonly used in Texas provide that the seller's interest, if any, in the mineral interests convey to the buyer as part of the property. However, a seller may wish to retain all or part of the mineral interests. Texas REALTORS® publishes a form titled "Information about Mineral Clauses in Contract Forms" (TXR 2509) which discusses this issue in more detail.

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Serv...

**EXHIBIT "A"**
**PG. 15 OF 34**

**MULTIPLE LISTING SERVICE.** The Multiple Listing Service (MLS) is a database and cooperative tool between brokers. Agents who use the MLS must comply with the MLS's rules. The listing agent is required to timely report the current status of a listing, including when the property is sold or leased or is no longer available, as well as the sales price. Subscribers (other brokers, agents, appraisers, and other real estate professionals) and appraisal districts have access to the information for market evaluation purposes. Much of the information in the MLS, such as square footage, assessed value, taxes, school boundaries, and year built is obtained from different sources such as the county appraisal district, an appraiser, or builder. The broker or agent who provides information from the MLS does not verify the accuracy of the information. The buyer should independently verify the information in the MLS and not rely on the information.

**PERMITS.** Permits may be required to construct, alter, repair, or improve the property. The buyer is encouraged to contact the local government to verify that all required permits have been obtained, as this may impact future plans for the property.

**POSSESSION.** Most contracts provide that the seller will deliver possession of the property to the buyer at the time the sale *closes and funds or according to a temporary residential lease or other written lease required by the parties*. There may be a short delay between closing and actual funding; especially if the buyer is obtaining funds from a lender. The buyer may need to verify with the lender if the loan will fund on the day of closing. The buyer should also take this potential delay into account when planning the move into the property. Any possession by the buyer before the sale closes and funds (or by the seller after the sale closes and funds) must be authorized by a written lease.

**PROPERTY INSURANCE.** Promptly after entering into a contract to buy a property and before any option period expires, the buyer should contact an insurance agent to determine the availability and affordability of insurance for the property. There are numerous variables that an insurance company will evaluate when offering insurance at certain coverage levels and at certain prices. Most lenders require that the property be insured in an amount not less than the loan amount. The failure to obtain property insurance before closing may delay the transaction or cause it to end. Texas REALTORS® publishes a document titled, "Information about Property Insurance for a Buyer or Seller" (TXR 2508), which discusses property insurance in more detail.

**RESIDENTIAL SERVICE CONTRACTS.** A residential service contract is a product under which a residential service company, for an annual fee, agrees to repair or replace certain equipment or items in a property (for example, covered appliances, air conditioning and heating systems, and plumbing systems). Co-payments typically apply to most service calls. If the buyer requests names of residential service companies from an agent, the buyer should note that the agent is not making any representation or warranty about the service company.

**RESTRICTIONS ON PROPERTY NEAR AN INTERNATIONAL BORDER.** Be aware that in certain counties located near an international border, Texas law may prohibit the sale of property lacking required water and sewer services. Even if a sale of such property is permitted, a buyer may face additional costs or restrictions under Texas law due to a lack of basic infrastructure (water, sewer, roads, and drainage). Texas REALTORS® publishes a form titled, "Information Regarding Property Near an International Border" (TXR 2519), which provides more information. Brokers and agents cannot guarantee that a sale of the property is permitted under Texas law or otherwise give legal advice. Consult an attorney.

**SCHOOL BOUNDARIES.** School boundaries may change and are, at times, difficult to determine. The school boundaries that an agent may provide or that may be provided through a Multiple Listing Service are only mapped estimates from other sources. The buyer is encouraged to verify with the school district which schools residents in the property will attend.

**SEPTIC TANKS AND ON-SITE SEWER FACILITIES.** Many properties have septic tanks or other on-site sewer facilities. There are several types of such systems. Special maintenance requirements may apply to certain systems. Please refer to a document titled, "Information about On-Site Sewer Facility" (TXR 1407) for

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Serv...

more information. The buyer should also determine if the county requires any registration or other action to begin using the septic system or on-site sewer facility.

**SEX OFFENDERS AND CRIMINAL ACTIVITY.** Neither a seller nor a seller's agent of a residential property has a duty to disclose any information about registered sex offenders. If the buyer is concerned about sex offenders who may reside in the area, access www.txdps.state.tx.us. Contact the local police department to obtain information about any criminal activity in the area.

**SQUARE FOOTAGE.** If the purchase price is based on on the size of the property's building and structures, the buyer should have any information the buyer receives about the square footage independently verified. Square footage information comes from other sources such as appraisal districts, appraisers, and builders. Such information is only an estimate. The actual square footage may vary.

**STATUTORY TAX DISTRICTS.** The property may be located in a utility or other statutorily created district providing water, sewer, drainage, or flood control facilities and services (for example a Municipal Utility District, Water Improvement District, or a Public Improvement District). The buyer is likely to receive a prescribed notice when buying property in such a district.

**SURVEILLANCE.** Be aware that when viewing a property, a seller might record or otherwise electronically monitor a buyer without the buyer's knowledge or consent, and a buyer might photograph or otherwise record the property without the seller's knowledge or consent. The parties should consult an attorney before recording or photographing another person or property.

**SURVEY.** A survey identifies the location of boundaries, major improvements, fence lines, drives, encroachments, easements, and other items on the property. The buyer should obtain a survey early enough in the transaction to help the buyer identify any encroachments, encumbrances to title, or restrictions. The contract will typically contain a provision which identifies who is responsible for providing a survey and the right to object to encumbrances to title disclosed in the survey.

**SYNTHETIC STUCCO.** Synthetic stucco (sometimes known as EIFS) is an exterior siding product that was placed on some properties in the recent past. If the product was not properly installed, it has been known to cause damage to the structure (such as wood rot and moisture). If the property has synthetic stucco, the buyer should ask an inspector to carefully inspect the siding and answer any questions.

**TAX PRORATIONS.** Typically, a buyer and seller agree to prorate a property's taxes through the closing date. Property taxes are due and payable at the end of each calendar year. The escrow agent will estimate, at closing, the taxes for the current year. If the seller is qualified for tax exemptions (for example, homestead, agricultural, or over-65 exemption), such exemptions may or may not apply after closing. After closing the taxes may increase because the exemptions may no longer apply. When buying new construction, the taxes at closing may be prorated based on the land value only and will later increase when the appraisal district includes the value of the new improvements. The actual taxes due, therefore, at the end of the year and in subsequent years may be different from the estimates used at closing.

**TERMINATION OPTION.** Most contract forms contain an option clause which provides the buyer with an unrestricted right to terminate the contract. Most buyers choose to buy the termination option. The buyer will be required to pay for the termination option in advance. The option fee is negotiable. Most buyers will conduct many of their reviews, inspections, and other due diligence during the option period. The buyer must strictly comply with the time period under the option. The option period is not suspended or extended if the buyer and the seller negotiate repairs or an amendment. If the buyer wants to extend the option period, the buyer must negotiate an extension separately, obtain the extension in writing, and pay an additional fee for the extension. The buyer should not rely on any oral extensions.

**TIDE WATERS.** If the property adjoins any of the state's tidal waters, the seller will provide the buyer with a prescribed notice titled, "Addendum for Coastal Area Notice" (TXR 1915). Boundaries of properties along such waters may change and building restrictions will apply. If the property is located seaward of the Gulf

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Serv

Case 19-30694 Document 226-1 Filed in TXSB on 03/05/21 Page 18 of 34
General Information and Notices to a Buyer and Seller _____ Kurt E. Blankenship _____ Nimi Tuamokumo
Authentisign ID: 228A2FC0-... ...C7

Intracoastal Waterway, the seller will provide the buyer with a prescribed notice titled, "Addendum for Property Located Seaward of the Gulf Intracoastal Waterway" (TXR 1916).

**TITLE INSURANCE OR ABSTRACT OF TITLE.** The buyer should obtain a title insurance policy or have an abstract of title covering the property examined by an attorney. If the buyer obtains a title insurance policy, the buyer should have the commitment of title insurance reviewed by an attorney not later than the time required under the contract.

**UTILITIES.** The buyer should evaluate what utilities the buyer will require and check to be sure that the utilities available in the area suit the buyer's needs. Some structures may or may not have utilities and electrical facilities to support many modern appliances or equipment.

**WATER LEVEL FLUCTUATIONS.** State law requires the seller to notify a buyer of a property that adjoins a lake, reservoir, or other impoundment of water with a storage capacity of at least 5,000 acre-feet at its normal operating level that the water level may fluctuate. The buyer and seller can find a list of lakes and reservoirs with at least 5,000 acre-feet storage capacity by accessing http://texasalmanac.com/topics/environment/lakes-and-reservoirs.

**WATER WELLS.** If the property has a water well, the buyer should have, and the lender may require, the equipment inspected and water tested. The buyer should also determine if the county requires any registration or other action to begin using the water well.

**WIRE FRAUD.** Criminals are targeting real estate transactions by gaining access to electronic communications or sending emails that appear to be from a real estate agent, a title company, lender, or another trusted source. Refrain from transmitting personal information, such as bank account numbers or other financial information, via unsecured email or other electronic communication. If the buyer receives any electronic communication regarding wiring instructions, even if the communication appears to come from a legitimate source, the buyer should verify its authenticity prior to the transfer of funds in person or via phone call using a recognized phone number that is not found in the communication.

**OTHER.**

This form was provided by:

Metro Plus Realty
Broker's Printed Name

By: *Raul Diaz*                                    12/22/2020
Broker's Associate's Signature              Date
Raul Diaz

By signing below I acknowledge that I received, read, and understand this information and notice.

*Kurt E. Blankenship*                          12/22/2020
Buyer 12/22/2020 6:41:59 PM CST  Kurt E. Blankenship     Date

*Nimi Tuamokumo*                             12/22/2020
Buyer 12/22/2020 5:43:50 PM CST  Nimi Tuamokumo     Date

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Service

11-2-2015



# Information About Brokerage Services

*Texas law requires all real estate license holders to give the following information about brokerage services to prospective buyers, tenants, sellers and landlords.*

**TYPES OF REAL ESTATE LICENSE HOLDERS:**
- **A BROKER** is responsible for all brokerage activities, including acts performed by sales agents sponsored by the broker.
- **A SALES AGENT** must be sponsored by a broker and works with clients on behalf of the broker.

**A BROKER'S MINIMUM DUTIES REQUIRED BY LAW (A client is the person or party that the broker represents):**
- Put the interests of the client above all others, including the broker's own interests;
- Inform the client of any material information about the property or transaction received by the broker;
- Answer the client's questions and present any offer to or counter-offer from the client; and
- Treat all parties to a real estate transaction honestly and fairly.

**A LICENSE HOLDER CAN REPRESENT A PARTY IN A REAL ESTATE TRANSACTION:**

**AS AGENT FOR OWNER (SELLER/LANDLORD):** The broker becomes the property owner's agent through an agreement with the owner, usually in a written listing to sell or property management agreement. An owner's agent must perform the broker's minimum duties above and must inform the owner of any material information about the property or transaction known by the agent, including information disclosed to the agent or subagent by the buyer or buyer's agent.

**AS AGENT FOR BUYER/TENANT:** The broker becomes the buyer/tenant's agent by agreeing to represent the buyer, usually through a written representation agreement. A buyer's agent must perform the broker's minimum duties above and must inform the buyer of any material information about the property or transaction known by the agent, including information disclosed to the agent by the seller or seller's agent.

**AS AGENT FOR BOTH - INTERMEDIARY**: To act as an intermediary between the parties the broker must first obtain the written agreement of *each party* to the transaction. The written agreement must state who will pay the broker and, in conspicuous bold or underlined print, set forth the broker's obligations as an intermediary. A broker who acts as an intermediary:
- Must treat all parties to the transaction impartially and fairly;
- May, with the parties' written consent, appoint a different license holder associated with the broker to each party (owner and buyer) to communicate with, provide opinions and advice to, and carry out the instructions of each party to the transaction.
- Must not, unless specifically authorized in writing to do so by the party, disclose:
  - that the owner will accept a price less than the written asking price;
  - that the buyer/tenant will pay a price greater than the price submitted in a written offer; and
  - any confidential information or any other information that a party specifically instructs the broker in writing not to disclose, unless required to do so by law.

**AS SUBAGENT:** A license holder acts as a subagent when aiding a buyer in a transaction without an agreement to represent the buyer. A subagent can assist the buyer but does not represent the buyer and must place the interests of the owner first.

**TO AVOID DISPUTES, ALL AGREEMENTS BETWEEN YOU AND A BROKER SHOULD BE IN WRITING AND CLEARLY ESTABLISH:**
- The broker's duties and responsibilities to you, and your obligations under the representation agreement.
- Who will pay the broker for services provided to you, when payment will be made and how the payment will be calculated.

**LICENSE HOLDER CONTACT INFORMATION:** This notice is being provided for information purposes. It does not create an obligation for you to use the broker's services. Please acknowledge receipt of this notice below and retain a copy for your records.

| | | | |
|---|---|---|---|
| Metro Plus Realty | 550107 | rauldiaz2@yahoo.com | 832.722.6687 |
| Licensed Broker /Broker Firm Name or Primary Assumed Business Name | License No. | Email | Phone |
| Sergio Mireles | 550107 | sergiomireles1@gmail.com | 832.722.6687 |
| Designated Broker of Firm | License No. | Email | Phone |
| Same as above | | | |
| Licensed Supervisor of Sales Agent/ Associate | License No. | Email | Phone |
| Raul Diaz | 0548664 | rauldiaz2@yahoo.com | 713-464-5656 |
| Sales Agent/Associate's Name | License No. | Email | Phone |

*KEB* *NJ*

12/22/2020

Buyer/Tenant/Seller/Landlord Initials          Date

**Regulated by the Texas Real Estate Commission**          Information available at www.trec.texas.gov

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information

IABS 1-0



# INFORMATION ABOUT SPECIAL FLOOD HAZARD AREAS

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS®, INC. IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc., 2014

CONCERNING THE PROPERTY AT   6417  Buffalo Speedway              WestUniversityPlace    TX    77005

## A. FLOOD AREAS:

(1) The Federal Emergency Management Agency (FEMA) designates areas that have a high risk of flooding as special flood hazard areas.

(2) A property that is in a special flood hazard area lies in a "V-Zone" or "A-Zone" as noted on flood insurance rate maps. Both V-Zone and A-Zone areas are areas with high risk of flooding.

(3) Some properties may also lie in the "floodway" which is the channel of a river or other watercourse and the adjacent land areas that must be reserved in order to discharge a flood under FEMA rules. Communities must regulate development in these floodways.

## B. AVAILABILITY OF FLOOD INSURANCE:

(1) Generally, flood insurance is available regardless of whether the property is located in or out of a special flood hazard area. Contact your insurance agent to determine if any limitations or restrictions apply to the property in which you are interested.

(2) FEMA encourages every property owner to purchase flood insurance regardless of whether the property is in a high, moderate, or low risk flood area.

(3) A homeowner may obtain flood insurance coverage (up to certain limits) through the National Flood Insurance Program. Supplemental coverage is available through private insurance carriers.

(4) A mortgage lender making a federally related mortgage will require the borrower to maintain flood insurance if the property is in a special flood hazard area.

## C. GROUND FLOOR REQUIREMENTS:

(1) Many homes in special flood hazard areas are built-up or are elevated. In elevated homes the ground floor typically lies below the base flood elevation and the first floor is elevated on piers, columns, posts, or piles. The base flood elevation is the highest level at which a flood is likely to occur as shown on flood insurance rate maps.

(2) Federal, state, county, and city regulations:

(a) restrict the use and construction of any ground floor enclosures in elevated homes that are in special flood hazard areas.

(b) may prohibit or restrict the remodeling, rebuilding, and redevelopment of property and improvements in the floodway.

(3) The first floor of all homes must now be built above the base flood elevation.

(a) Older homes may have been built in compliance with applicable regulations at the time of construction and may have first floors that lie below the base flood elevation, but flood insurance rates for such homes may be significant.

(TXR 1414) 01-01-14                                                                    Page 1 of 3

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Service, Inc.

Information about Special Flood Hazard Areas concerning  6417 Buffalo Speedway     WestUniversityPlace TX   77005

(b) It is possible that modifications were made to a ground floor enclosure after a home was first built. The modifications may or may not comply with applicable regulations and may or may not affect flood insurance rates.

(c) It is important for a buyer to determine if the first floor of a home is elevated at or above the base flood elevation.  It is also important for a buyer to determine if the property lies in a floodway.

(4) Ground floor enclosures that lie below the base flood elevation may be used only for: (i) parking; (ii) storage; and (iii) building access.  Plumbing, mechanical, or electrical items in ground floor enclosures that lie below the base flood elevation may be prohibited or restricted and may not be eligible for flood insurance coverage.  Additionally:

(a) in A-Zones, the ground floor enclosures below the base flood elevation must have flow-through vents or openings that permit the automatic entry and exit of floodwaters:

(b) in V-Zones, the ground floor enclosures must have break-away walls, screening, or lattice walls; and

(c) in floodways, the remodeling or reconstruction of any improvements may be prohibited or otherwise restricted.

## D.  COMPLIANCE:

(1) The above-referenced property may or may not comply with regulations affecting ground floor enclosures below the base flood elevation.

(2) A property owner's eligibility to purchase or maintain flood insurance, as well as the cost of the flood insurance, is dependent on whether the property complies with the regulations affecting ground floor enclosures.

(3) A purchaser or property owner may be required to remove or modify a ground floor enclosure that is not in compliance with city or county building requirements or is not entitled to an exemption from such requirements.

(4) A flood insurance policy maintained by the current property owner does not mean that the property is in compliance with the regulations affecting ground floor enclosures or that the buyer will be able to continue to maintain flood insurance at the same rate.

(5) Insurance carriers calculate the cost of flood insurance using a rate that is based on the elevation of the lowest floor.

(a) If the ground floor lies below the base flood elevation and does not meet federal, state, county, and city requirements, the ground floor will be the lowest floor for the purpose of computing the rate.

(b) If the property is in compliance, the first elevated floor will be the lowest floor and the insurance rate will be significantly less than the rate for a property that is not in compliance.

(c) If the property lies in a V-Zone the flood insurance rate will be impacted if a ground floor enclosure below the base flood elevation exceeds 299 square feet (even if constructed with break-away walls).

(TXR 1414) 01-01-14

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Service, Inc.

**EXHIBIT "A"**
**PG. 21 OF 34**

Information about Special Flood Hazard Areas concerning  6417  Buffalo Speedway        WestUniversityPlace  TX    77005

## E.  ELEVATION CERTIFICATE:

The elevation certificate is an important tool in determining flood insurance rates. It is used to provide elevation information that is necessary to ensure compliance with floodplain management laws. To determine the proper insurance premium rate, insurers rely on an elevation certificate to certify building elevations at an acceptable level above flood map levels. If available in your area, it is recommended that you obtain an elevation certificate for the property as soon as possible to accurately determine future flood insurance rates.

**You are encouraged to: (1) inspect the property for all purposes, including compliance with any ground floor enclosure requirement; (2) review the flood insurance policy (costs and coverage) with your insurance agent; and (3) contact the building permitting authority if you have any questions about building requirements or compliance issues.**

Receipt acknowledged by:

_Kurt E. Blankenship_                    12/22/2020

Signature  Kurt E. Blankenship                Date

_Nimi Tuamokumo_                    12/22/2020

Signature  Nimi Tuamokumo                Date

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Service, Inc.

**EXHIBIT "A"**
**PG 22 OF 34**

## LR TEXAS REALTORS

## SELLER'S DISCLOSURE NOTICE
©Texas Association of REALTORS®, Inc. 2019

Section 5.008, Property Code requires a seller of residential property of not more than one dwelling unit to deliver a Seller's Disclosure Notice to a buyer on or before the effective date of a contract. This form complies with and contains additional disclosures which **exceed the minimum disclosures required by the Code.**

CONCERNING THE PROPERTY AT _____ 6417 Buffalo Speedway
West University, Tx 77005

THIS NOTICE IS A DISCLOSURE OF SELLER'S KNOWLEDGE OF THE CONDITION OF THE PROPERTY AS OF THE DATE SIGNED BY SELLER AND IS NOT A SUBSTITUTE FOR ANY INSPECTIONS OR WARRANTIES THE BUYER MAY WISH TO OBTAIN. IT IS NOT A WARRANTY OF ANY KIND BY SELLER, SELLER'S AGENTS, OR ANY OTHER AGENT.

Seller __ is _X_ is not occupying the Property. If unoccupied (by Seller), how long since Seller has occupied the Property? Has been rental since mid 2000's ___ (approximate date) or __ never occupied the Property

### Section 1. The Property has the items marked below: (Mark Yes (Y), No (N), or Unknown (U).)
*This notice does not establish the items to be conveyed. The contract will determine which items will & will not convey.*

| Item | Y | N | U | Item | Y | N | U | Item | Y | N | U |
|------|---|---|---|------|---|---|---|------|---|---|---|
| Cable TV Wiring | x | | | Liquid Propane Gas: | | x | | Pump: sump grinder | | | |
| Carbon Monoxide Det. | | | | -LP Community (Captive) | | | | Rain Gutters | x | x | |
| Ceiling Fans | x | | | -LP on Property | | | | Range/Stove | x | | |
| Cooktop | x | | | Hot Tub | | x | | Roof/Attic Vents | x | | |
| Dishwasher | x | | | Intercom System | | x | | Sauna | | x | |
| Disposal | | | | Microwave | | x | | Smoke Detector | x | | |
| Emergency Escape Ladder(s) | | x | | Outdoor Grill | | x | | Smoke Detector - Hearing Impaired | | x | |
| Exhaust Fans | x | | | Patio/Decking | x | | | Spa | | x | |
| Fences | x | | | Plumbing System | x | | | Trash Compactor | x | | |
| Fire Detection Equip. | x | | | Pool | | x | | TV Antenna | | x | |
| French Drain | x | | | Pool Equipment | | x | | Washer/Dryer Hookup | x | | |
| Gas Fixtures | x | | | Pool Maint. Accessories | | x | | Window Screens | x | | |
| Natural Gas Lines | x | | | Pool Heater | | x | | Public Sewer System | x | | |

| Item | Y | N | U | Additional Information |
|------|---|---|---|------------------------|
| Central A/C | x | | | x electric ___ gas number of units: 5 |
| Evaporative Coolers | | x | | number of units: |
| Wall/Window AC Units | | x | | number of units: |
| Attic Fan(s) | x | | | if yes, describe: |
| Central Heat | x | | | ___ electric x gas number of units: 5 |
| Other Heat | | | | if yes, describe: |
| Oven | x | | | number of ovens: 2 electric x gas other: |
| Fireplace & Chimney | x | | | x wood x gas logs mock other: |
| Carport | | x | | attached not attached |
| Garage | x | | | x attached not attached |
| Garage Door Openers | x | x | x | number of units: 2 number of remotes: |
| Satellite Dish & Controls | | x | | owned leased from: |
| Security System | x | | | x owned leased from: |
| Solar Panels | | x | | owned leased from: |
| Water Heater | x | | | electric x gas other: number of units: |
| Water Softener | x | | | x owned leased from: |
| Other Leased Items(s) | | x | | if yes, describe: |

(TXR-1406) 09-01-19   Initialed by: Buyer: _KCB_ , _NJ_ and Seller: _RH_ ___   Page 1 of 6

EXHIBIT "A"
PG 23 OF 34

Concerning the Property at _____

6417 Buffalo Speedway
West University, Tx  77005

| | Y/N | | | |
|---|---|---|---|---|
| Underground Lawn Sprinkler | x x | | __automatic __manual areas covered: _____ | |
| Septic / On-Site Sewer Facility | | | if yes, attach Information About On-Site Sewer Facility (TXR-1407) | |

Water supply provided by: _x_ city __ well __ MUD __ co-op __ unknown __ other: _____
Was the Property built before 1978? __ yes _x_ no __ unknown
   (If yes, complete, sign, and attach TXR-1906 concerning lead-based paint hazards).
Roof Type: _____asphalt_____ Age: __different parts fixed after hurricanes__ (approximate)
Is there an overlay roof covering on the Property (shingles or roof covering placed over existing shingles or roof covering)? __ yes _X_ no __ unknown

Are you (Seller) aware of any of the items listed in this Section 1 that are not in working condition, that have defects, or are need of repair? __ yes __ no If yes, describe (attach additional sheets if necessary): _____
  _everything was working when the last tenants left_____
_____
_____

**Section 2.  Are you (Seller) aware of any defects or malfunctions in any of the following? (Mark Yes (Y) if you are aware and No (N) if you are not aware.)** See below:

| Item | Y | N | Item | Y | N | Item | Y | N |
|---|---|---|---|---|---|---|---|---|
| Basement | | | Floors | | | Sidewalks | | |
| Ceilings | | | Foundation / Slab(s) | | | Walls / Fences | | |
| Doors | | | Interior Walls | | | Windows | | |
| Driveways | | | Lighting Fixtures | | | Other Structural Components | | |
| Electrical Systems | | | Plumbing Systems | | | | | |
| Exterior Walls | | | Roof | | | | | |

If the answer to any of the items in Section 2 is yes, explain (attach additional sheets if necessary): _Will need new roof_
_____repaired & replaced doors in breakfast area.  Some facia/soffit board deterioration.  Fence may need to_
_____replaced._

**Section 3.  Are you (Seller) aware of any of the following conditions? (Mark Yes (Y) if you are aware and No (N) if you are not aware.)**

| Condition | Y | N | Condition | Y | N |
|---|---|---|---|---|---|
| Aluminum Wiring | | x | Radon Gas | | x |
| Asbestos Components | | x | Settling | | x |
| Diseased Trees: ___oak wilt | | x | Soil Movement | | x |
| Endangered Species/Habitat on Property | | x | Subsurface Structure or Pits | | x |
| Fault Lines | | x | Underground Storage Tanks | | x |
| Hazardous or Toxic Waste | | x | Unplatted Easements | | x |
| Improper Drainage | | x | Unrecorded Easements | | x |
| Intermittent or Weather Springs | | x | Urea-formaldehyde Insulation | | x |
| Landfill | | x | Water Damage Not Due to a Flood Event ^ | X | X |
| Lead-Based Paint or Lead-Based Pt. Hazards | | x | Wetlands on Property | | x |
| Encroachments onto the Property | | x | Wood Rot                 facia board | X | |
| Improvements encroaching on others' property | X | | Active infestation of termites or other wood destroying insects (WDI) | | X |
| Located in Historic District | | x | Previous treatment for termites or WDI       # | X | X |
| Historic Property Designation | | x | Previous termite or WDI damage repaired | X | |
| Previous Foundation Repairs | | x | Previous Fires | | X |
| Previous Roof Repairs      see above | | | Termite or WDI damage needing repair | | |
| Previous Other Structural Repairs | | X | Single Blockable Main Drain in Pool/Hot Tub/Spa* | | |
| Previous Use of Premises for Manufacture of Methamphetamine | | X | | | |

^ Hurricane water damage #6421 was treated

(TXR-1406) 09-01-19     Initialed by: Buyer: _KEB_ , _NJ_ and Seller: _RH_ , _____     Page 2 of 6
Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com     6417 Buffalo
EXHIBIT "A"
PG 24 OF 34

Authentisign ID: F91B1551-7FB1-4DAB-A0C2-836FB50A1AF4

Concerning the Property at _____

6417 Buffalo Speedway
West University, Tx 77005

If the answer to any of the items in Section 3 is yes, explain (attach additional sheets if necessary): _____
_____ Replaced some exterior doors because of wood deteriation
_____ Repaired Hurricane danage on roof and inside ceilings
_____
_____

*A single blockable main drain may cause a suction entrapment hazard for an individual.

**Section 4. Are you (Seller) aware of any item, equipment, or system in or on the Property that is in need of repair, which has not been previously disclosed in this notice?** __ yes __ no If yes, explain (attach additional sheets if necessary): __ No comment of the appliances. All other items were in working order when last tenants left.
_____
_____
_____
_____

**Section 5. Are you (Seller) aware of any of the following conditions?*** (Mark Yes (Y) if you are aware and check wholly or partly as applicable. Mark No (N) if you are not aware.)

Y   N

X  __    Present flood insurance coverage (if yes, attach TXR 1414).

__  X    Previous flooding due to a failure or breach of a reservoir or a controlled or emergency release of water from a reservoir.

__  X    Previous flooding due to a natural flood event (if yes, attach TXR 1414).

__  x    Previous water penetration into a structure on the Property due to a natural flood event (if yes, attach TXR 1414).

X  __    Located __ wholly __ partly in a 100-year floodplain (Special Flood Hazard Area-Zone A, V, A99, AE AO, AH, VE, or AR) (if yes, attach TXR 1414).

X  __    Located __ wholly __ partly in a 500-year floodplain (Moderate Flood Hazard Area-Zone X (shaded)).

__  U    Located __ wholly __ partly in a floodway (if yes, attach TXR 1414).

__  U    Located __ wholly __ partly in a flood pool.

__  U    Located __ wholly __ partly in a reservoir.

If the answer to any of the above is yes, explain (attach additional sheets as necessary): _____
_____ House has never flooded
_____
_____

*For purposes of this notice:

"100-year floodplain" means any area of land that: (A) is identified on the flood insurance rate map as a special flood hazard area, which is designated as Zone A, V, A99, AE, AO, AH, VE, or AR on the map; (B) has a one percent annual chance of flooding, which is considered to be a high risk of flooding; and (C) may include a regulatory floodway, flood pool, or reservoir.

"500-year floodplain" means any area of land that: (A) is identified on the flood insurance rate map as a moderate flood hazard area, which is designated on the map as Zone X (shaded); and (B) has a two-tenths of one percent annual chance of flooding, which is considered to be a moderate risk of flooding.

"Flood pool" means the area adjacent to a reservoir that lies above the normal maximum operating level of the reservoir and that is subject to controlled inundation under the management of the United States Army Corps of Engineers.

"Flood insurance rate map" means the most recent flood hazard map published by the Federal Emergency Management Agency under the National Flood Insurance Act of 1968 (42 U.S.C. Section 4001 et seq.).

"Floodway" means an area that is identified on the flood insurance rate map as a regulatory floodway, which includes the channel of a river or other watercourse and the adjacent land areas that must be reserved for the discharge of a base flood, also referred to as a 100-year flood, without cumulatively increasing the water surface elevation more than a designated height.

"Reservoir" means a water impoundment project operated by the United States Army Corps of Engineers that is intended to retain water or delay the runoff of water in a designated surface area of land.

(TXR-1406) 09-01-19    Initialed by: Buyer: _KEB_ , _NJ_ and Seller: _RH_ , _____    Page 3 of 6

6417 Buffalo Speedway
Concerning the Property at _____ West University, Tx 77005

Section 6. Have you (Seller) ever filed a claim for flood damage to the Property with any insurance provider, including the National Flood Insurance Program (NFIP)?* __ yes _X_ no If yes, explain (attach additional sheets as necessary): _____

_____

*Homes in high risk flood zones with mortgages from federally regulated or insured lenders are required to have flood insurance. Even when not required, the Federal Emergency Management Agency (FEMA) encourages homeowners in high risk, moderate risk, and low risk flood zones to purchase flood insurance that covers the structure(s) and the personal property within the structure(s).

Section 7. Have you (Seller) ever received assistance from FEMA or the U.S. Small Business Administration (SBA) for flood damage to the Property? __ yes _X_ no If yes, explain (attach additional sheets as necessary): _____

_____

Section 8. Are you (Seller) aware of any of the following? (Mark Yes (Y) if you are aware. Mark No (N) if you are not aware.)

Y   N

__  X   Room additions, structural modifications, or other alterations or repairs made without necessary permits, with unresolved permits, or not in compliance with building codes in effect at the time.

__  X   Homeowners' associations or maintenance fees or assessments. If yes, complete the following:
Name of association: _____
Manager's name: _____ Phone: _____
Fees or assessments are: $ _____ per _____ and are: __ mandatory __ voluntary
Any unpaid fees or assessment for the Property? __ yes ($ _____ ) __ no
If the Property is in more than one association, provide information about the other associations below or attach information to this notice.

__  X   Any common area (facilities such as pools, tennis courts, walkways, or other) co-owned in undivided interest with others. If yes, complete the following:
Any optional user fees for common facilities charged? __ yes __ no If yes, describe: _____
_____

__  X   Any notices of violations of deed restrictions or governmental ordinances affecting the condition or use of the Property.

__  X   Any lawsuits or other legal proceedings directly or indirectly affecting the Property. (Includes, but is not limited to: divorce, foreclosure, heirship, bankruptcy, and taxes.)

__  X   Any death on the Property except for those deaths caused by: natural causes, suicide, or accident unrelated to the condition of the Property.

__  X   Any condition on the Property which materially affects the health or safety of an individual.

__  X   Any repairs or treatments, other than routine maintenance, made to the Property to remediate environmental hazards such as asbestos, radon, lead-based paint, urea-formaldehyde, or mold.
If yes, attach any certificates or other documentation identifying the extent of the remediation (for example, certificate of mold remediation or other remediation).

__  X   Any rainwater harvesting system located on the Property that is larger than 500 gallons and that uses a public water supply as an auxiliary water source.

__  X   The Property is located in a propane gas system service area owned by a propane distribution system retailer.

__  X   Any portion of the Property that is located in a groundwater conservation district or a subsidence district.

If the answer to any of the items in Section 8 is yes, explain (attach additional sheets if necessary): _____

(TXR-1406) 09-01-19          Initialed by: Buyer: [KLB] , [NJ]  and Seller: RH , _____          Page 4 of 6

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

**EXHIBIT "A"**
**PG 26 OF 34**

Concerning the Property at         6417 Buffalo Speedway
                                       West University, Tx 77005

**Section 9.** Seller __ has  x  has not attached a survey of the Property.

**Section 10.** Within the last 4 years, have you (Seller) received any written inspection reports from persons who regularly provide inspections and who are either licensed as inspectors or otherwise permitted by law to perform inspections? __ yes  x  no  If yes, attach copies and complete the following:

| Inspection Date | Type | Name of Inspector | No. of Pages |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*Note: A buyer should not rely on the above-cited reports as a reflection of the current condition of the Property. A buyer should obtain inspections from inspectors chosen by the buyer.*

**Section 11.** Check any tax exemption(s) which you (Seller) currently claim for the Property:

__ Homestead           __ Senior Citizen           __ Disabled
__ Wildlife Management    __ Agricultural            __ Disabled Veteran
__ Other: _____      x  Unknown

**Section 12.** Have you (Seller) ever filed a claim for damage, other than flood damage, to the Property with any insurance provider? __ yes  x  no

**Section 13.** Have you (Seller) ever received proceeds for a claim for damage to the Property (for example, an insurance claim or a settlement or award in a legal proceeding) and not used the proceeds to make the repairs for which the claim was made? __ yes __ no If yes, explain: _All claims proceeds are subject to court approval_

**Section 14.** Does the Property have working smoke detectors installed in accordance with the smoke detector requirements of Chapter 766 of the Health and Safety Code?* __ unknown __ no  x  yes. If no or unknown, explain. (Attach additional sheets if necessary): _____

*\*Chapter 766 of the Health and Safety Code requires one-family or two-family dwellings to have working smoke detectors installed in accordance with the requirements of the building code in effect in the area in which the dwelling is located, including performance, location, and power source requirements. If you do not know the building code requirements in effect in your area, you may check unknown above or contact your local building official for more information.*

*A buyer may require a seller to install smoke detectors for the hearing impaired if: (1) the buyer or a member of the buyer's family who will reside in the dwelling is hearing-impaired; (2) the buyer gives the seller written evidence of the hearing impairment from a licensed physician; and (3) within 10 days after the effective date, the buyer makes a written request for the seller to install smoke detectors for the hearing-impaired and specifies the locations for installation. The parties may agree who will bear the cost of installing the smoke detectors and which brand of smoke detectors to install.*

Seller acknowledges that the statements in this notice are true to the best of Seller's belief and that no person, including the broker(s), has instructed or influenced Seller to provide inaccurate information or to omit any material information.

|  |  |
|---|---|
| _____    _____ | _____   12-22-20 |
| Signature of Seller                Date | Signature of Seller              Date |

Printed Name: _____           Printed Name:   Royce Hassell

6417 Buffalo Speedway
Concerning the Property at _____ West University, Tx 77005

ADDITIONAL NOTICES TO BUYER:

(1) The Texas Department of Public Safety maintains a database that the public may search, at no cost, to determine if registered sex offenders are located in certain zip code areas. To search the database, visit www.txdps.state.tx.us. For information concerning past criminal activity in certain areas or neighborhoods, contact the local police department.

(2) If the Property is located in a coastal area that is seaward of the Gulf Intracoastal Waterway or within 1,000 feet of the mean high tide bordering the Gulf of Mexico, the Property may be subject to the Open Beaches Act or the Dune Protection Act (Chapter 61 or 63, Natural Resources Code, respectively) and a beachfront construction certificate or dune protection permit may be required for repairs or improvements. Contact the local government with ordinance authority over construction adjacent to public beaches for more information.

(3) If the Property is located in a seacoast territory of this state designated as a catastrophe area by the Commissioner of the Texas Department of Insurance, the Property may be subject to additional requirements to obtain or continue windstorm and hail insurance. A certificate of compliance may be required for repairs or improvements to the Property. For more information, please review *Information Regarding Windstorm and Hail Insurance for Certain Properties* (TXR 2518) and contact the Texas Department of Insurance or the Texas Windstorm Insurance Association.

(4) This Property may be located near a military installation and may be affected by high noise or air installation compatible use zones or other operations. Information relating to high noise and compatible use zones is available in the most recent Air Installation Compatible Use Zone Study or Joint Land Use Study prepared for a military installation and may be accessed on the Internet website of the military installation and of the county and any municipality in which the military installation is located.

(5) If you are basing your offers on square footage, measurements, or boundaries, you should have those items independently measured to verify any reported information.

(6) The following providers currently provide service to the Property:

| Electric: | phone #: |
| Sewer: | phone #: |
| Water: | phone #: |
| Cable: | phone #: |
| Trash: | phone #: |
| Natural Gas: | phone #: |
| Phone Company: | phone #: |
| Propane: | phone #: |
| Internet: | phone #: |

(7) This Seller's Disclosure Notice was completed by Seller as of the date signed. The brokers have relied on this notice as true and correct and have no reason to believe it to be false or inaccurate. YOU ARE ENCOURAGED TO HAVE AN INSPECTOR OF YOUR CHOICE INSPECT THE PROPERTY.

The undersigned Buyer acknowledges receipt of the foregoing notice.

*Kurt E. Blankenship*                    01/20/2021            *Nimi Tuamokumo*                    01/20/2021
1/20/2021 3:40:05 PM CST                                       1/20/2021 3:38:53 PM CST
Signature of Buyer                             Date       Signature of Buyer                             Date
                    Kurt E. Blankenship                                      Nimi Tuamokumo
Printed Name: _____              Printed Name: _____

(TXR-1406) 09-01-19              Initialed by: Buyer: [KEB] , [NT] and Seller: [signature] , _____        Page 6 of 6

Authentisign ID: 2EA590EA-C526-4B6E-B00E-CF99E236B471

PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)    11-2-2015



**AMENDMENT**
TO CONTRACT CONCERNING THE PROPERTY AT

6417  Buffalo Speedway                                    WestUniversityPlace    TX    77005
(Street Address and City)

Seller and Buyer amend the contract as follows: (check each applicable box)

☒(1) The Sales Price in Paragraph 3 of the contract is:
   A. Cash portion of Sales Price payable by Buyer at closing .......................... $____1,285,000.00
   B. Sum of financing described in the contract............................................. $_____
   C. Sales Price (Sum of A and B) ............................................................. $____1,285,000.00

☐(2) In addition to any repairs and treatments otherwise required by the contract, Seller, at Seller's
   expense, shall complete the following repairs and treatments:

☐(3) The date in Paragraph 9 of the contract is changed to _____, 20_____.

☐(4) The amount in Paragraph 12A(1)(b) of the contract is changed to  $_____.

☐(5) The cost of lender required repairs and treatment, as itemized on the attached list, will be paid
   as follows: $ _____ by Seller; $ _____ by Buyer.

☐(6) Buyer has paid Seller an additional Option Fee of $ _____ for an extension of the
   unrestricted   right   to   terminate   the   contract   on   or   before   5:00   p.m.   on
   _____, 20_____. This additional Option Fee ☐ will ☐ will not
   be credited to the Sales Price.

☒(7) Buyer waives the unrestricted right to terminate the contract for which the Option Fee was paid.

☐(8) The date for Buyer to give written notice to Seller that Buyer cannot obtain Buyer  Approval as
   set forth in the Third Party Financing Addendum is changed to _____, 20_____.

☐(9) **Other Modifications**: (Insert only factual statements and business details applicable to this sale.)

**EXECUTED the _____day of _____, 20_____ . (BROKER: FILL IN THE
DATE OF FINAL ACCEPTANCE.)**

┌ Authentisign
  *Kurt E. Blankenship*
Buyer Kurt E. Blankenship
2/6/2011 3:54:38 PM CST                    Seller  Royce J. Hassell

┌ Authentisign
  *Nimi Tuamokumo*
Buyer Nimi Tuamokumo
2/6/2011 3:51:38 PM CST                    Seller  Silvia T. Hassell

This  form  has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract
forms.  Such  approval  relates  to  this form only. TREC forms are intended for use only by trained real estate license holders .
No representation is made as to the legal validity  or adequacy  of any provision in any specific transactions. It is not intended
for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://
www.trec.texas.gov ) TREC No. 39-8. This form replaces TREC No. 39-7.

TREC NO. 39-8

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Service, Inc. MLS

**EXHIBIT "A"
PG 29 OF 34**

Authentisign ID: BD20F008-6292-4653-BED1-2002DDFB1FB9



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)

11-2-2015

**EQUAL HOUSING OPPORTUNITY**

# AMENDMENT
## TO CONTRACT CONCERNING THE PROPERTY AT

6417  Buffalo Speedway                                    WestUniversityPlace       TX      77005

(Street Address and City)

Seller and Buyer amend the contract as follows: (check each applicable box)

☐(1) The Sales Price in Paragraph 3 of the contract is:
    A. Cash portion of Sales Price payable by Buyer at closing ........................... $_____
    B. Sum of financing described in the contract.............................................. $_____
    C. Sales Price (Sum of A and B) ................................................................ $_____

☐(2) In addition to any repairs and treatments otherwise required by the contract, Seller, at Seller's expense, shall complete the following repairs and treatments:



☒(3) The date in Paragraph 9 of the contract is changed to _____**February**_____ **18th** , 20**21** _____.

☐(4) The amount in Paragraph 12A(1)(b) of the contract is changed to  $ _____.

☐(5) The cost of lender required repairs and treatment, as itemized on the attached list, will be paid as follows: $ _____ by Seller; $ _____ by Buyer.

☒(6) Buyer has paid Seller an additional Option Fee of $ _____**0.00**_____ for an extension of the unrestricted right to terminate the contract on or before 5:00 p.m. on _____**February**_____ **12th** , 20**21** _____. This additional Option Fee ☐ will ☒ will not be credited to the Sales Price.

☐(7) Buyer waives the unrestricted right to terminate the contract for which the Option Fee was paid.

☐(8) The date for Buyer to give written notice to Seller that Buyer cannot obtain Buyer  Approval as set forth in the Third Party Financing Addendum is changed to _____, 20_____.

☒(9) **Other Modifications**: (Insert only factual statements and business details applicable to this sale.)
**Option extended due to gas not connected in property.**



**EXECUTED the** _3rd_ **day of** _February_ **, 20** _2 1_ **. (BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)**


Authentisign

_Kurt E. Blankenship_               02/02/2021
Buyer  Kurt E. Blankenship                              Seller  Royce J. Hassell               2-3-21

Authentisign

_Nimi Tuamokumo_                 02/02/2021
Buyer  Nimi Tuamokumo                               Seller  Silvia T. Hassell               2-3-21

This form  has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract forms. Such approval relates to this form only. TREC forms are intended for use only by trained real estate license holders . No representation is made as to the legal validity  or adequacy  of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://www.trec.texas.gov )  TREC No. 39-8. This form replaces TREC No. 39-7.

InstanetFORMS     This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Service, Inc. MLS

TREC No. 39-8

EXHIBIT A

PG 30 OF 34



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)

11-2-2015

# AMENDMENT
## TO CONTRACT CONCERNING THE PROPERTY AT

| 6417  Buffalo Speedway | WestUniversityPlace | TX | 77005 |

(Street Address and City)

Seller and Buyer amend the contract as follows: (check each applicable box)

☐(1) The Sales Price in Paragraph 3 of the contract is:
    A. Cash portion of Sales Price payable by Buyer at closing ...........................$_____
    B. Sum of financing described in the contract.............................................$_____
    C. Sales Price (Sum of A and B) ................................................................$_____

☐(2) In addition to any repairs and treatments otherwise required by the contract, Seller, at Seller's expense, shall complete the following repairs and treatments:


☒(3) The date in Paragraph 9 of the contract is changed to _____**March**_____**1st**____, 20**21**____.

☐(4) The amount in Paragraph 12A(1)(b) of the contract is changed to  $ _____.

☐(5) The cost of lender required repairs and treatment, as itemized on the attached list, will be paid as follows: $ _____ by Seller; $ _____ by Buyer.

☐(6) Buyer has paid Seller an additional Option Fee of $ _____ for an extension of the unrestricted right to terminate the contract on or before 5:00 p.m. on _____, 20_____. This additional Option Fee ☐ will ☒ will not be credited to the Sales Price.

☐(7) Buyer waives the unrestricted right to terminate the contract for which the Option Fee was paid.

☐(8) The date for Buyer to give written notice to Seller that Buyer cannot obtain Buyer  Approval as set forth in the Third Party Financing Addendum is changed to _____, 20_____.

☐(9) **Other Modifications:** (Insert only factual statements and business details applicable to this sale.)


EXECUTED the _____day of _____, 20_____ . (BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)
02/17/2021

Authenti SIGN
*Kurt E. Blankenship*
Buyer Kurt E. Blankenship
2/17/2021 4:51:56 PM CST

Seller Royce J. Hassell

Authenti SIGN
*Nimi Tuamokumo*
Buyer Nimi Tuamokumo
2/17/2021 12:23:34 PM CST

Seller Silvia T. Hassell

This  form  has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract forms.  Such  approval  relates  to  this form only. TREC forms are intended for use only by trained real estate license holders . No representation is made as to the legal validity  or adequacy  of any provision in any specific transactions. It is not intended for  complex  transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 512-936-3000 (http:// www.trec.texas.gov )  TREC No. 39-8. This form replaces TREC No. 39-7.

TREC NO. 39-8

InstanetFORMS

This form is authorized for use by Mr. Raul Diaz, a subscriber of the Houston Realtors Information Service, Inc. MLS

TXR 1903



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)  11-2-2015

# AMENDMENT
## TO CONTRACT CONCERNING THE PROPERTY AT

__6417 Buffalo Speedway__                                    __West University__
(Street Address and City)

Seller and Buyer amend the contract as follows: (check each applicable box)

☐ (1) The Sales Price in Paragraph 3 of the contract is:
  A.  Cash portion of Sales Price payable by Buyer at closing ................... $ _____
  B.  Sum of financing described in the contract........................................ $ _____
  C.  Sales Price (Sum of A and B)............................................................. $ _____

☐ (2) In addition to any repairs and treatments otherwise required by the contract, Seller, at Seller's expense, shall complete the following repairs and treatments:

☒ (3) The date in Paragraph 9 of the contract is changed to _____**March 10**_____ , _2021_ .

☐ (4) The amount in Paragraph 12A(1)(b) of the contract is changed to $ _____ .

☐ (5) The cost of lender required repairs and treatment, as itemized on the attached list, will be paid as follows: $ _____ by Seller; $ _____ by Buyer.

☐ (6) Buyer has paid Seller an additional Option Fee of $ _____ for an extension of the unrestricted right to terminate the contract on or before 5:00 p.m. on _____ , _____ . This additional Option Fee ☐ will ☐ will not be credited to the Sales Price.

☐ (7) Buyer waives the unrestricted right to terminate the contract for which the Option Fee was paid.

☐ (8) The date for Buyer to give written notice to Seller that Buyer cannot obtain Buyer Approval as set forth in the Third Party Financing Addendum is changed to _____ , _____ .

☐ (9) **Other Modifications:** (Insert only factual statements and business details applicable to this sale.)

| EXECUTED the _____ day of _____ , _____ . (BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.) |
| --- |

_____          _____
Buyer **Kurt Blankenship**                               Seller **Royce Hassell**

_____          _____
Buyer **Nimi Tuamokumo**                                Seller **Silvia Hassell**

This form has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract forms. Such approval relates to this form only. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://www.trec.texas.gov ) TREC No. 39-8. This form replaces TREC No. 39-7.

(TXR-1903)                                                          TREC NO. 39-8

**EXHIBIT "A"**
**PG 32 OF 34**



## AMENDMENT TO LISTING

USE OF THIS FORM BY PERSONS WHO ARE NOT MEMBERS OF THE TEXAS ASSOCIATION OF REALTORS®, INC. IS NOT AUTHORIZED.
©Texas Association of REALTORS®, Inc. 2004

**AMENDMENT TO LISTING AGREEMENT BETWEEN THE UNDERSIGNED PARTIES
CONCERNING THE PROPERTY AT**

**6417 Buffalo Speedway, West University, Tx  77005**

"Owner" means the seller or landlord of the above-referenced Property.

Effective _____**February 28, 2021**_____ , Owner and Broker amend the above-referenced Listing as follows:

- [ ] A.   The Listing Price in Paragraph 3 of the Listing is changed to: $ _____ .

- [ ] B.   The date the Listing ends in Paragraph 4 of the Listing is changed to: _____ .

- [ ] C.   Owner instructs Broker to cease marketing the Property on _____ and to resume marketing the Property on: ☐ (1) receipt of further instructions from Owner; or ☐ (2) _____
   _____ .
   The Listing is <u>not</u> terminated and remains in effect for all other purposes.

- [X] D.   Paragraph(s) _____**5**_____ are changed as follows:

   **Broker's compensation of 5.25% will be reduced by $6600 in order to help facilitate the sale.
   The $6600 will be split equally between Coldwell Banker and Metro Plus Realty.**

---

**Coldwell Banker United**
_____
Broker's (Company's) Printed Name   **420132** License No.

By: _____
   Broker's Associate's Signature            Date
   **Eric Campbell**

_____   _____
Seller or Landlord                          Date
**Royce Hassell**

_____   _____
Seller or Landlord                          Date
**Silvia Hassell**

(TXR-1404) 1-7-04                                                                   Page 1 of 1

Coldwell Banker United., 5200 Bissonnet Bellaire, TX 77401                 Phone: 713.349.72363036    Fax: 713.349.9912          6417 Buffalo
Eric Campbell                    Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)

11-2-2015

# AMENDMENT
## TO CONTRACT CONCERNING THE PROPERTY AT

**6417 Buffalo Speedway**                    **West University**
(Street Address and City)

Seller and Buyer amend the contract as follows: (check each applicable box)

☐ (1) The Sales Price in Paragraph 3 of the contract is:
    A. Cash portion of Sales Price payable by Buyer at closing ................... $ _____
    B. Sum of financing described in the contract........................................ $ _____
    C. Sales Price (Sum of A and B)............................................................. $ _____

☐ (2) In addition to any repairs and treatments otherwise required by the contract, Seller, at Seller's expense, shall complete the following repairs and treatments:

☒ (3) The date in Paragraph 9 of the contract is changed to _____**March 10**_____ , **2021**____ .

☐ (4) The amount in Paragraph 12A(1)(b) of the contract is changed to $ _____

☐ (5) The cost of lender required repairs and treatment, as itemized on the attached list, will be paid as follows: $ _____ by Seller; $ _____ by Buyer.

☐ (6) Buyer has paid Seller an additional Option Fee of $ _____ for an extension of the unrestricted right to terminate the contract on or before 5:00 p.m. on _____ , _____ . This additional Option Fee ☐ will ☐ will not be credited to the Sales Price.

☐ (7) Buyer waives the unrestricted right to terminate the contract for which the Option Fee was paid.

☐ (8) The date for Buyer to give written notice to Seller that Buyer cannot obtain Buyer Approval as set forth in the Third Party Financing Addendum is changed to _____ , _____ .

☒ (9) **Other Modifications:** (Insert only factual statements and business details applicable to this sale.) **Broker compensation on the sale will be reduced by $6600. The $6600 will be split equally between Coldwell Banker and Metro Plus Realty.**

**EXECUTED the** _____ **day of** _____ , _____ . **(BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)**

_____
Buyer **Kurt Blankenship**

_____
Seller **Royce Hassell**

_____
Buyer **Nimi Tuamokumo**

_____
Seller **Silvia Hassell**

This form has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract forms. Such approval relates to this form only. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://www.trec.texas.gov ) TREC No. 39-8. This form replaces TREC No. 39-7.

(TXR-1903)                                                                 TREC NO. 39-8

**EXHIBIT "A"**
**PG 34 OF 34**