# EXHIBIT "B"

# ROSS, BANKS, MAY, CRON & CAVIN, P.C.
## Attorneys at Law

John Mayer, Shareholder  
Board Certified - Civil Trial Law  
Texas Board of Legal Specialization

7700 San Felipe, Suite 550  
Houston, Texas 77063

Phone 713-626-1200  
web rossbanks.com  
Email jmayer@rossbanks.com

March 3, 2021

Ms. Elizabeth A. Cunningham  
Escrow Officer  
Chicago Title – West Loop  
Email ecunningham@ctwestloop.com

Ms. Kristy Black  
Escrow Assistant  
Chicago Title – West Loop  
Email kblack@ctwestloop.com

Ms. Erin Jones  
Jones, Murray & Beatty, LP  
Attorney for Royce J. Hassell  
Email erin@jmbllp.com

Re: 6417 Buffalo Speedway, Houston, Texas

This letter is to state the payoff balance on the loans of Elbar Investments, Inc. which are secured by deeds of trust upon the above referenced property:

The payoff balance of principal including interest on March 10, 2021 is $981,289.36.

The per diem interest after March 10, 2021 is an additional $151.75 per day.

Wiring Instructions:

Bank Name: Regions Bank

ABA/Routing Number: 062005690

Account Name: Elbar Investments, Inc. Escrow Account

Account Number:

Account Address: 12520 A1 Westheimer Rd # 251, Houston, TX 77077

**EXHIBIT "B"**  
**PG 2OF 3**

Yours truly,

*John Mayer*

John Mayer

JM:jm