# EXHIBIT "C"

Case No. 19-30694
Royce J. Hassell
Acct No. 0393030000009
Payoff Amount

| Tax Year | Pre Petition | Interest | Amount Due | |
|---|---|---|---|---|
| 2016 | $ 35,442.77 | $ 5,389.72 | $ 40,832.49 | Mar-21 |
| | $ 35,442.77 | $ 5,605.30 | $ 41,048.07 | Apr-21 |

| Tax Year | Pre Petition | Interest | Amount Due | |
|---|---|---|---|---|
| 2017 | $ 78,377.97 | $ 13,063.00 | $ 91,440.97 | Mar-21 |
| | $ 78,377.97 | $ 13,585.52 | $ 91,963.49 | Apr-21 |

| Tax Year | Pre Petition | Interest | Amount Due | |
|---|---|---|---|---|
| 2018 | $ 57,660.36 | $ 11,714.82 | $ 69,375.18 | Mar-21 |
| | $ 57,600.36 | $ 12,183.42 | $ 69,783.78 | Apr-21 |

| Tax Year | Post Petition | PENALTY/INTEREST | Amount Due | |
|---|---|---|---|---|
| 2020 | $ 36,169.95 | $ 3,255.59 | $ 39,425.54 | Mar-21 |
| | $ 36,169.95 | $ 3,978.70 | $ 40,148.65 | Apr-21 |

|  |  |
|---|---|
| $ 40,832.49 | $ 41,048.07 |
| $ 91,440.97 | $ 91,963.49 |
| $ 69,375.18 | $ 69,783.78 |
| $ 39,425.24 | $ 40,148.65 |
| **Total Amount** $ **241,073.88** | $ **242,943.99** |
| Mar-21 | Apr-21 |

EXHIBIT "C"
PG 1 OF 2