RP-2018-374485
08/16/2018   ER   $32.00

Recording Requested by Custom Home Maintenance, LLC
Please Return To:
Custom Home Maintenance, LLC
c/o Mail Center
14525 SW Millikan Way, #7790
Beaverton, Oregon 97005-2343
Reference ID: 1614316

SPACE ABOVE FOR RECORDER'S USE

## AFFIDAVIT OF LIEN ON HOMESTEAD BY ORIGINAL CONTRACTOR
State of Texas   |   County of Harris County

To the extent the improved property is a Homestead
NOTICE: THIS IS NOT A LIEN
THIS IS ONLY AN AFFIDAVIT CLAIMING A LIEN
IN ADDITION to a Statutory Lien Pursuant to V.T.C.A. Property Code § 53.001 *et. seq.*, the Lien Claimant Claims a Constitutional Lien pursuant to Section 37 of Article 16 of the Texas Constitution to the full extent available such a lien may be available.

**Claimant**: Custom Home Maintenance, LLC

(Mailing Address):
8102 Durklyn Ln
Houston, Texas 77070
(832) 541-5935

(Physical Address): The same as Mailing if blank

**Property Owner**

Royce Hassell
5302 Maple St
Bellaire, Texas 77401

Hassell Royce J/HASSELL SILVIA T
12512 Cutten Rd #A
Houston, TX 77066

**Months Services Furnished**
The Claimant provided Services for which payment is requested in the following months:

February, March, April

First Date Labor and/or Materials Furnished: February 08, 2018

Last Date Labor and/or Materials Furnished: April 09, 2018

**Amount of Claim**
$13,444.21

General Statement of kind of work done and/or materials furnished (Services): replaced exterior wood and (6) doors w/ weather stripping