# EXHIBIT "E"



## AFFIDAVIT FOR MECHANIC'S AND MATERIALMAN'S LIEN

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | RP-2018-379755 |
| | § | 08/20/2018  RP2  $20.00 |
| **COUNTY OF __HARRIS__** | § | |

BEFORE ME, the undersigned authority, on this day personally appeared Randolph Casares, who upon his oath, did depose and stated the following:

1. My name is Randolph Casares and I am the President of One Stop Cooling Inc herein sometimes referred to as "Claimant", I have personal knowledge of the facts set forth below are true and correct and am competent and authorized to make this affidavit. The Facts contained herein are true and correct.

2. Claimant's mailing address is 850 Brunswick Drive, Sugar Land, Texas 77478

3. Claimant's physical address is 850 Brunswick Drive, Sugar Land, Texas 77478

4. Pursuant to a contract by and between Claimant and _ROYCE HASSELL __ at_6417 BUFFALO SPEEDWAY, HOUSTON, TX 77005____Claimant has provided _ ROYCE HASSELL __ who is the owner or reputed owner of the real property, and whose last known address is _12807 HAYNES ROAD BLDG C, HOUSTON, TX 77066-1123__ ("owner"), Claimant performed labor and/or furnished materials to improve the below described real property. The labor, materials, and/or work furnished materials to improve the below described as follows: HVAC replacements.

5. Claimant acted as the original contractor to owner or reputed Owner and/or its agent.

6. The real property sought to be charged with a lien by Claimant is described as Follows:

   **OWNER NAME:** HASSELL ROYCE J & SILVIA T

   **HCAD ACCOUNT:** 0393030000009

   **LEGAL DESCRIPTION:** TR 9 BLK 12, WEST UNIVERSITY PLACE SEC 1

   **ADDRESS:** 6417 BUFFALO SPEEDWAY, HOUSTON, TX 77005 (HARRIS COUNTY)

7. After allowing all just credits, offsets and payments, the amount of __ SIX THOUSAND, ONE HUNDRED TWENTY-SIX DOLLARS AND NINTY-FIVE CENTS ($_6,126.95_) remains unpaid is due and owing to Claimants under said Contract and One Stop Cooling Inc claims a lien on said property and improvements under the provisions of Chapter 53 of the Texas Property Code to secure payment of the above referenced amount.

8. Claimant also claims a constitutional lien on such property pursuant to the provisions of Article 16, Section 37 of the Texas Constitution.

By: _____
One Stop Cooling Inc
850 Brunswick Drive
Sugar Land, Texas 77478

Randolph Casares, President

**Acknowledgment**

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

Before me, the undersigned authority, on this day, personally appeared, Randolph Casares, President of One Stop Cooling Inc, known to me to be the person and officer whose name is subscribed to the forgoing instrument, and acknowledgment to me that he executed it for the purposes therein expressed, and in the capacity therein stated as the act and deed of such corporation. Sworn to and subscribed before me, under my official hand and seal of office, on this _16th_ day of _August_, 20_18_.

_____
NOTARY PUBLIC, STATE OF TEXAS

My Commission Expires: _August 29, 2021_

(Notary Seal)
VICTORIA JANE MCDONALD
Notary ID #125415326
My Commission Expires
August 29, 2021

*When recorded mail to:*
Randolph Casares, President
One Stop Cooling
850 Brunswick Drive, Sugar Land, Texas 77478

FILED FOR RECORD

12:26:01 PM

Monday, August 20, 2018

*Stan Stanart*

COUNTY CLERK, HARRIS COUNTY, TEXAS

RP-2018-379755

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

Monday, August 20, 2018

*Stan Stanart*
COUNTY CLERK
HARRIS COUNTY, TEXAS