**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**

HOUSTON DIVISION

CASE NAME: Royce      James      Hassell        Petition Date : 02/04/2019

CASE NUMBER: 19-30694

THIS REPORT IS FOR THE MONTH/YEAR (example:  MAY/1995) OF January-2021

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

| | BANK NAME: | ACCOUNT NO.: | | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|---|---|
| 1. | Allegaince  Bank | xxxx4 | 1. | Bank  of Texas | xxxx6XXX6 |
| 2. | Allegaince  Bank | xxxx6 | 2. | | |
| 3. | | | 3. | | |

(attach list if needed) · (attach list if needed)

## A copy of a reconciled statement should be attached for each and all accounts.

| | | | | | |
|---|---|---|---|---|---|
| | + | | = | $ 0.00 | |
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 | | Total Disbursements from MFR-2 | | Total Disbursements | |
| (When the debtor is a sole proprietorship) | | (When the debtor is an Individual) | | | |

Are all post-petition liabilities, including taxes, being paid within terms?  Yes ☑ No ☐

Have any pre-petition liabilities been paid ?  Yes ☑ No ☐  If so, explain  Notes  and Mortgages

Are all U. S. Trustee Quarterly Fee Payments current?  Yes ☑ No ☐

What is the status of your Plan of Reorganization?  Filed

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| **Attorney Name:** Erin  Jones |
|---|
| **Firm:** JONES MURRAY & BEATTY LLP |
| **Address:** 4119 Montrose,  Suite  230 |
| **Address:** |
| **City State, Zip:** Texas 77006 |
| **Telephone:** 713 5291999 |

**MFR-1**

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

| Royce      James      Hassell |
|---|
| |

This FORM is for **INDIVIDUALS ONLY**

Petition Date: | 02/04/2019

CASE NAME: | Royce          James          Hassell

CASE NUMBER: | 19-30694

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2020 MONTH August | 2020 MONTH September | 2020 MONTH October | 2020 MONTH November | 2020 MONTH December | 2021 MONTH January |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 421,094.00 | $ 360,501.00 | $ 374,132.00 | $ 337,560.00 | $ 322,640.99 | $ 297,601.00 |
| RECEIPTS | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 0.00 | | | | |
| 3. Rents, Royalties, Dividends, Interest | | 74.00 | 78.00 | 53.61 | 49.72 | | 4,533.00 |
| 4. Social Security, Pension, etc. | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| 5. Other (attach list) | | | | | | | |
| TOTAL RECEIPTS | $ 0.00 | $ 74.00 | $ 78.00 | $ 53.61 | $ 49.72 | $ 0.00 | $ 4,533.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| DISBURSEMENTS | | | | | | | |
| 6. Rent or Home Mortgage Payment | | 50,747.00 | 1,500.00 | 17,266.70 | | | 50,707.00 |
| 7. Utilities (electric/gas, water, telephone) | | 1,834.00 | 2,178.00 | 1,054.00 | 178.17 | | 1,634.00 |
| 8. Home Maintenance (repairs and upkeep) | | 642.00 | 3,414.00 | 1,166.99 | 124.39 | | 75.88 |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 376.00 | 715.00 | 397.45 | 1,927.11 | | 1,277.00 |
| 10. Medical and Dental | | 10.00 | 501.00 | | 88.00 | | 625.00 |
| 11. Transportation (not including car payment) | | 116.18 | 707.15 | 325.12 | 236.28 | | 577.00 |
| 12. Recreations, Clubs, and Entertainment | | | 102.50 | 102.50 | 240.72 | | 49.95 |
| 13. Insurance (not included in wages or home mortgage) | | 19,312.00 | | | 104.40 | | 7,500.00 |
| 14. Taxes (not included in wages or home mortgage) | | 0.00 | 88.66 | 88.66 | | | |
| 15. Auto Payment | | | 0.00 | | | | |
| 16. Credit Cards | | 5,000.00 | 7,000.00 | | 7,702.43 | | 14,010.00 |
| 17. Other (attach list) | | | | 14,529.00 | | | 3,500.00 |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 0.00 | $ 78,037.18 | $ 16,206.31 | $ 34,930.42 | $ 10,601.50 | $ 0.00 | $ 79,955.83 |
| 18. PROFESSIONAL FEES | | 0.00 | 480.00 | | | | 9,975.00 |
| 19. U.S. TRUSTEE FEES | | 675.00 | 975.00 | | | | 975.00 |
| TOTAL DISBURSEMENTS | $ 0.00 | $ 78,712.18 | $ 17,661.31 | $ 34,930.42 | $ 10,601.50 | $ 0.00 | $ 90,905.83 |
| 20. NET CASH FLOW | 0.00 | (78,638.18) | (17,583.31) | (34,876.81) | (10,551.78) | 0.00 | (86,372.83) |
| 21. CASH - END OF MONTH | $ 0.00 | $ 342,455.82 | $ 342,917.69 | $ 339,255.19 | $ 327,008.22 | $ 322,640.99 | $ 211,228.17 |

MFR-2

*Revised: 1/31/2014*

This FORM is for **INDIVIDUALS ONLY**

**CASE NAME:** Royce        James        Hassell          **CASE NUMBER:** 19-30694

| POST-PETITION LIABILITIES | 2020 MONTH August | 2020 MONTH September | 2020 MONTH October | 2020 MONTH November | 2020 MONTH December | 2021 MONTH January |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Mr. Cooper | | | | | | |
| Trustmark Mortgage co. | | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| (attach list) | | | | | | |
| **TOTAL SECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL UNSECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

tRUSTMARK CREDIT CARD WWIPED OUT HISTORY SO RECONCILED AS BEST AS I COULD TO MEET ENDING BALANCE.  SOME BALANCES OVERLAP AS TO CLOSING DATES

**MFR-3**

*Revised:1/31/2014*