**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**

HOUSTON DIVISION

CASE NAME: Royce      James      Hassell

Petition Date : 02/04/2019

CASE NUMBER: 19-30694

THIS REPORT IS FOR THE MONTH/YEAR (example:  MAY/1995) OF February-2021

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-In-Possession Accounts:

BANK NAME: | ACCOUNT NO.: | BANK NAME: | ACCOUNT NO.:
---|---|---|---
1. Allegaince  Bank | xxxx4 | 1. Bank  of Texas | xxxx6XXX6
2. Allegaince  Bank | xxxx6 | 2. | 
3. | | 3. | 
(attach list if needed) | | (attach list if needed) | 

### A copy of a reconciled statement should be attached for each and all accounts.

|   | + |   | = | $ 0.00 |
|---|---|---|---|---|
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 (When the debtor is a sole proprietorship) | | Total Disbursements from MFR-2 (When the debtor is an Individual) | | Total Disbursements |

Are all post-petition liabilities, including taxes, being paid within terms? **Yes** ☑ **No** ☐

Have any pre-petition liabilities been paid ? **Yes** ☑ **No** ☐ If so, explain  Notes  and Mortgages

Are all U. S. Trustee Quarterly Fee Payments current? **Yes** ☑ **No** ☐

What is the status of your Plan of Reorganization?  Filed

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| **Attorney Name:** Erin  Jones |
|---|
| **Firm:** JONES MURRAY & BEATTY LLP |
| **Address:** 4119 Montrose,  Suite 230 |
| **Address:** |
| **City State, Zip:** Texas 77006 |
| **Telephone:** 713 5291999 |

**MFR-1**

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

| Royce      James      Hassell |
|---|
| |

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 02/04/2019

CASE NAME: Royce          James          Hassell

CASE NUMBER: 19-30694

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2021 MONTH February | 2021 MONTH March | 2021 MONTH April | 2021 MONTH May | 2021 MONTH June | 2021 MONTH July |
|---|---|---|---|---|---|---|---|
| 1.  CASH - BEGINNING OF MONTH | | $ 299,555.70 | | | | | |
| RECEIPTS | | | | | | | |
| 2.  Wages, Salary, Commissions  (net) | | 0.00 | 0.00 | | | | |
| 3.  Rents, Royalties, Dividends, Interest | | 41.71 | | | | | |
| 4.  Social Security, Pension, etc. | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| 5.  Other (attach list) | | | | | | | |
| TOTAL RECEIPTS | $ 0.00 | $ 41.71 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Draw  from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| DISBURSEMENTS | | | | | | | |
| 6.  Rent or Home Mortgage Payment | | 63,346.90 | | | | | |
| 7.  Utilities (electric/gas, water, telephone) | | 2,587.89 | | | | | |
| 8.  Home Maintenance (repairs and upkeep) | | 128.64 | | | | | |
| 9.  Food, Clothing, Laundry, and Dry Cleaning | | 1,666.15 | | | | | |
| 10.  Medical and Dental | | 91.16 | | | | | |
| 11.  Transportation (not including car payment) | | 830.97 | | | | | |
| 12.  Recreations, Clubs, and Entertainment | | | | | | | |
| 13.  Insurance (not included in wages or home mortgage) | | 6,959.04 | | | | | |
| 14.  Taxes (not included in wages or home mortgage) | | | | | | | |
| 15.  Auto Payment | | | 0.00 | | | | |
| 16.  Credit Cards | | 1,122.41 | | | | | |
| 17.  Other (attach list) | | | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 0.00 | $ 76,733.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 18. PROFESSIONAL FEES | | 9,975.00 | | | | | |
| 19. U.S. TRUSTEE FEES | 0.00 | | | | | | |
| TOTAL DISBURSEMENTS | $ 0.00 | $ 86,708.16 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 20. NET CASH FLOW | 0.00 | (86,666.45) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $ 0.00 | $ 212,889.25 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-2**

Revised: 1/31/2014

This FORM is for **INDIVIDUALS ONLY**

**CASE NAME:** Royce          James          Hassell          **CASE NUMBER:** 19-30694

| POST-PETITION LIABILITIES | 2021 MONTH February | 2021 MONTH March | 2021 MONTH April | 2021 MONTH May | 2021 MONTH June | 2021 MONTH July |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Mr. Cooper | | | | | | |
| Trustmark Mortgage co. | | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL SECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL UNSECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

The monthly cc & bank statements to not all end at the same time.  Every effort has been made to try and keep a consistent closing date but there may be some minor discrepancies.  Also, the above amounts include approximately $24k in exempt funds.

**MFR-3**

Revised:1/31/2014