**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **ROYCE J. HASSELL** | § | Case No. 19-30694 |
| | § | **(Chapter 11)** |
| Debtor. | § | |

**NOTICE OF SALE**
(Relates to Dkt. No. 232)

Royce J. Hassell, the debtor-in-possession ("Debtor") in this case, hereby files this Notice of Sale ("Notice") to notify that Court that on March 19, 2021 the closing of the sale of 6417 Buffalo Speedway, Houston, Texas 77005 occurred as set forth on the settlement statement attached hereto as Exhibit "A" and as approved by this Court's Order at Docket No. 232.

Dated: May 14, 2021.                                Respectfully submitted,

*/s/ Erin E. Jones*
Erin E. Jones (TBN 24032478)
JONES MURRAY & BEATTY LLP
4119 Montrose, Suite 230
Houston, TX 77006
Tel. 832-529-1999
Fax. 832-529-3393
erin@jmbllp.com
COUNSEL FOR THE DEBTOR

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on May 14, 2021, a true and correct copy of the foregoing was served electronically via CM-ECF to all parties registered to receive such service.

*/s/ Erin E. Jones*
Erin E. Jones

1

EXHIBIT "A"



# Chicago Title of Texas, LLC
6575 West Loop South, Suite 150, Bellaire, TX 77401
Phone: (713)665-6575 | Fax: (713)665-0740

## MASTER STATEMENT

**Settlement Date:** March 19, 2021  **Escrow Number:** CTT    9990A
**Disbursement Date:** March 19, 2021  **Escrow Officer:** Elizabeth Cunningham
**Buyer:** Kurt E. Blankenship and Nimi Tuamokumo

**Seller:** Royce J. Hassell and Silvia T. Hassell

**Property:** 6417 Buffalo Speedway
West University Place, TX 77005
Lot(s): TR9 Block: 12 WEST UNIVERSITY PLACE SEC 1 Section: 1

| SELLER | | | BUYER | |
|---|---|---|---|---|
| $ DEBITS | $ CREDITS | | $ DEBITS | $ CREDITS |
| | | **FINANCIAL CONSIDERATION** | | |
| | 1,285,000.00 | Contract sales price | 1,285,000.00 | |
| | | Deposit or earnest money from Kurt E. Blankenship and Nimi Tuamokumo | | 13,000.00 |
| 500.00 | | Option Fee | | 500.00 |
| | | **PRORATIONS/ADJUSTMENTS** | | |
| | 7,577.02 | Closing Cost Contribution | 7,577.02 | |
| 5,178.09 | | County taxes at $27,391.34 01/01/21-03/20/21 | | 5,178.09 |
| | | **COMMISSIONS** | | |
| 19,962.50 | | Listing Broker commission to Coldwell Banker Realty $1,285,000.00 @ 2.2500% = $28,912.50   Note: Total Includes Adjustment of ($8,950.00) - Coldwell Banker Realty | | |
| 29,600.00 | | Selling Broker commission to Metro Plus Realty $1,285,000.00 @ 3.0000% = $38,550.00   Note: Total Includes Adjustment of ($8,950.00) - Metro Plus Realty | | |
| | | **TITLE & ESCROW CHARGES** | | |
| 275.00 | | Settlement or closing fee to Jay S. Ginsburg, P.C.   Escrow Fee | 275.00 | |
| 500.00 | | Document preparation to Jay S. Ginsburg, P.C. | | |
| 2.00 | | Guaranty fee to Texas Title Insurance Guaranty Association | | |
| 6,809.00 | | Owner's policy premium 60%JSG 40%CTT to Chicago Title of Texas, LLC    (60.0% to Jay S. Ginsburg, P.C.) | | |
| | | T-3 Amendment of Survey Exception for T-1R (T-3 or Deletion) to Chicago Title of Texas, LLC | 340.45 | |
| 71.00 | | Tax Certificate Fee to National Tax Net | | |

|  | SELLER | |  |  | BUYER | |  |
|---|---|---|---|---|---|---|---|
| $ | DEBITS | $ | CREDITS |  | $ DEBITS | $ | CREDITS |
|  | | | | **TITLE & ESCROW CHARGES** | | | |
|  | 14.92 | | | ERecording Fee for 5 Documents - FBO CSC E-Recording Services, Inc. to Jay S. Ginsburg, P.C. | 3.73 | | |
|  | | | | Policies to be issued: | | | |
|  | | | |   Owners Policy | | | |
|  | | | |     Coverage: $1,285,000.00    Premium: $6,809.00 | | | |
|  | | | |     Version: Texas Residential Owner Policy of Title Insurance One-To-Four Family Residences (T-1R) - 2014 | | | |
|  | | | | **GOVERNMENT CHARGES** | | | |
|  | 92.00 | | | Recording fees ($114.00) to Jay S. Ginsburg, P.C. | 22.00 | | |
|  | | | | **PAYOFFS** | | | |
|  | | | | Payoff of first mortgage loan to Elbar Investments, Inc. ($981,289.36) | | | |
|  | 981,289.36 | | |   Total Payoff | | | |
|  | | | | **MISCELLANEOUS CHARGES** | | | |
|  | | | | Survey to Survey 1, Inc | 920.13 | | |
|  | 39,425.24 | | | County Property Taxes to Ann Harris Bennett, Tax Assessor Collector | | | |
|  | | | |   Apply to 2020 CAD 0393030000009 | | | |
|  | 194,947.76 | | | County Property Taxes to Ann Harris Bennett, Tax Assessor Collector | | | |
|  | | | |   Apply to 2016-2018 CAD 0393030000009 | | | |
|  | 10,000.00 | | | Payoff MML 20180374485 to Custom Home Maintenance, LLC | | | |
|  | 3,910.15 | | | Payoff MML 20180379755 to 1 Stop Cooling Inc. | | | |
|  | 1,292,577.02 | | 1,292,577.02 | **Subtotals** | 1,294,138.33 | | 18,678.09 |
|  | | | | **Balance Due FROM Buyer** | | | 1,275,460.24 |
|  | 1,292,577.02 | | 1,292,577.02 | **TOTALS** | 1,294,138.33 | | 1,294,138.33 |

**APPROVED and ACCEPTED**

Buyer and Seller understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. Any real estate agent or lender involved may be furnished a copy of this Statement. Buyer and Seller understand that tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others or estimates for current year, and in the event of any change for current year, all necessary adjustments must be made between Buyer and Seller direct. The undersigned hereby authorizes Chicago Title of Texas, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of Loan Funds, if applicable, in the amount shown above and a receipt of a copy of this Statement. understand the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The Lender involved may be furnished a copy of this Statement. The undersigned hereby authorizes Chicago Title of Texas, LLC to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of loan funds in the amount shown above and a receipt of a copy of this Statement.

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the Settlement Statement.

SELLER:

BUYER:

_____
Royce J. Hassell

_____
Silvia T. Hassell

_____
Kurt E. Blankenship

_____
Nimi Tuamokumo

To the best of my knowledge, the Settlement Statement which I have prepared is a true and accurate account of the funds which were received and have been or will be disbursed by the undersigned as part of the settlement of this transaction.

_____
Chicago Title of Texas, LLC
Settlement Agent