# Closing Disclosure  *Preliminary*   6/9/21



## Closing Information
| | |
|---|---|
| Date Issued | 6/09/2021 |
| Closing Date | 6/15/2021 |
| Disbursement Date | 6/15/2021 |
| Settlement Agent | Stewart Title of Montgomery County, Inc. |
| File # | 2130725 |
| Property | 10181 Valley Dr.<br>Willis, TX 77318 |
| Sale Price | $1,773,800 |

## Transaction Information
| | |
|---|---|
| Borrower | Chad Porter and Brandey Porter<br><br>TX |
| Seller | Royce J. Hassell and Silva T. Hassell<br>1280 Haynes Rd Bldg C<br>Houston, TX 77066 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| | | |
|---|---|---|
| **Due to Seller at Closing** | | **$1,773,964.38** |
| 01 Sale Price of Property | | $1,773,800.00 |
| 02 Sale Price of Any Personal Property Included in Sale | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 City/Town Taxes | | |
| 10 County Taxes | | |
| 11 Assessments | | |
| 12 HOA Dues | 6/15/21 to 1/1/22 | $164.38 |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| **Due from Seller at Closing** | | **$399,950.65** |
| 01 Excess Deposit | | |
| 02 Closing Costs Paid at Closing (J) | | $116,246.95 |
| 03 Existing Loan(s) Assumed or Taken Subject to | | |
| 04 Payoff of First Mortgage Loan | | $254,187.12 |
| 05 Payoff of Second Mortgage Loan | | |
| 06 | | |
| 07 | | |
| 08 Seller Credit | | |
| 09 Other w/Carryover | | |
| 10 Premium Adjustment | | $7,289.00 |
| 11 | | |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 City/Town Taxes | | |
| 15 County Taxes | | |
| 16 Assessments | | |
| 17 Est. Prop Taxes | 1/1/21 to 6/15/21 | $22,227.58 |
| 18 | | |
| 19 | | |

### CALCULATION
| | |
|---|---|
| Total Due to Seller at Closing | $1,773,964.38 |
| Total Due from Seller at Closing | -$399,950.65 |
| Cash ☐ From ☒ To Seller | $1,374,013.73 |

## Contact Information

### REAL ESTATE BROKER (B)
| | |
|---|---|
| Name | Realty Associates |
| Address | 1223 Antoine Drive<br>Houston, TX 77055 |
| TX License ID | 9004720 |
| Contact | Brandey Porter |
| Contact TX License ID | |
| Email | brandey_29@yahoo.com |
| Phone | 936-523-0203 |

### REAL ESTATE BROKER (S)
| | |
|---|---|
| Name | Coldwell Banker United Realtors |
| Address | 21105 Eva Street<br>Montgomery, TX 77356 |
| TX License ID | 0441280 |
| Contact | Beverly Smith |
| Contact TX License ID | 373685 |
| Email | bjsmith@cbunited.com |
| Phone | 713-569-2113 |

### SETTLEMENT AGENT
| | |
|---|---|
| Name | Stewart Title of Montgomery County, Inc. |
| Address | 2125 North Loop 336 West, Suite 100<br>Conroe, TX 77304 |
| TX License ID | 1877228 |
| Contact | Michelle Taylor |
| Contact TX License ID | 1888000-1308456 |
| Email | michelle.taylor@stewart.com |
| Phone | 936-441-2743 |



**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

## Closing Cost Details

| Loan Costs | | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|---|
| **A. Origination Charges** | | | |
| 01  % of Loan Amount (Points) | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| 01 Title - Delivery Fee | to Stewart Title of Montgomery County, Inc. | $15.00 | |
| 02 Title - Document Preparation Fee | to Est only/TBD | $125.00 | |
| 03 Title - Settlement Fee | to Stewart Title of Montgomery County, Inc. | $425.00 | |
| 04 Title - Tax Certificate | to Stewart Title of Montgomery County, Inc. | $64.95 | |
| 05 Title - Texas Policy Guaranty Fee | to Stewart Title Policy Gty Fee | $2.00 | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **C. Services Borrower Did Shop For** | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |

| Other Costs | | | |
|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | |
| 01 Recording Fees | Deed:       Mortgage: | | |
| 02 | | | |
| **F. Prepaids** | | | |
| 01 Homeowner's Insurance Premium ( mo.) | | | |
| 02 Mortgage Insurance Premium     ( mo.) | | | |
| 03 Prepaid Interest ( per day from  to  ) | | | |
| 04 Property Taxes | ( mo.) | | |
| 05 | | | |
| **G. Initial Escrow Payment at Closing** | | | |
| 01 Homeowner's Insurance | per month for  mo. | | |
| 02 Mortgage Insurance | per month for  mo. | | |
| 03 Property Taxes | per month for  mo. | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 Aggregate Adjustment | | | |
| **H. Other** | | | |
| 01 Home Warranty Fee | to TBD | $7,500.00 | |
| 02 Homeowners Association Dues | to Far Hills MAint Fund | $50.00 | |
| 03 Real Estate Commission Buyer's Broker | to Realty Associates | $53,214.00 | |
| 04 Real Estate Commission Seller's Broker | to Coldwell Banker United Realtors | $53,214.00 | |
| 05 Title - Owner's Policy (optional) | to Stewart Title of Montgomery County, Inc. | $1,637.00 | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| **J. TOTAL CLOSING COSTS** | | $116,246.95 | $0.00 |

_____    _____
Royce J. Hassell                                            Date


_____    _____
Silva T. Hassell                                            Date