

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
06/11/2021

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 19-30694** |
| **ROYCE J HASSELL,** | § | |
| | § | |
| **Debtor.** | § | |
| | § | |
| | § | |
| | § | **CHAPTER 11** |

**ORDER TO AMEND OR SUPPLEMENT**

Mr. Hassell seeks emergency consideration of a motion to sell property free and clear of liens. It appears that a binding sales contract, subject to contingencies, has been in existence since May 15, 2021. The fact that contingencies have recently been resolved is not a valid excuse for the delay in seeking approval. The closing is set for June 15, 2021. The opportunity for creditors to meaningfully address the motion is limited.

The motion contains no explanation as to why the property should be sold free and clear of liens, especially on such limited notice. If all liens were to be paid in accordance with applicable non-bankruptcy law, concerns about a "free and clear" sale would not exist.

Mr. Hassell is granted leave to amend his emergency motion to seek a sale, with all liens to be paid in accordance with state law. Alternatively, he may file a supplement to his motion explaining why this self-created emergency justifies such limited notice.

SIGNED 06/11/2021

_____
Marvin Isgur
United States Bankruptcy Judge