

**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
06/14/2021

In re: §
§
**ROYCE J. HASSELL** § **Case No. 19-30694**
§ **(Chapter 11)**
**Debtor.** §

## ORDER AUTHORIZING SALE
Relates to Docket No. 245

The Court has considered the Debtor's Amended Emergency Motion to Sell Property ("Motion")(Docket No. 245). The Court Orders:

1. The sale of the Property (as defined in the Motion and Contract attached as Exhibit "A") is approved pursuant to 11 U.S.C. §363(b);

2. Buyers shall pay the Debtor $1,773,800.00 ("Purchase Price"), subject to any conditions described in the Contract, attached as Exhibit "A" on or before the Closing Date as defined in the Contract as may be amended by the Debtor and/or Buyers as needed to effectuate the terms of this Order;

3. All liens on the Property as of the Closing Date shall be paid in accordance with state law at Closing; and it is further

4. The Debtor is authorized to pay at Closing the ordinary costs of the sale, including any commission due to brokers;

5. All ad valorem tax liens against the Property are hereby expressly retained against the Property until payment is made to fully satisfy any ad valorem taxes, and any penalties or interest which may ultimately accrue to those taxes in accordance with applicable non-bankruptcy law; and it is further

6.      Nothing in this Order or Contract releases or relieves the Buyers of the Property from compliance with any applicable licensing, permitting, registration, authorization, or approval requirements of or with respect to a governmental unit;

7.      All parties to this sale shall execute and deliver all documents and shall take any other actions reasonably necessary to effectuate the intent of the sale;

8.      This Order is binding on Buyers and any successor-in-interest;

9.      The Court retains exclusive jurisdiction, to the maximum extent provided by law, with respect to all matters, disputes, adversary proceedings or contested matters arising from or related from or related to the implementation, interpretation, and enforcement of this Order.

Signed: June 14, 2021

Marvin Isgur
United States Bankruptcy Judge



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)                    11-2-2015

# AMENDMENT
## TO CONTRACT CONCERNING THE PROPERTY AT

**10181 Valley Dr**                                               **Willis**

(Street Address and City)

Seller and Buyer amend the contract as follows: (check each applicable box)

☑ (1) The Sales Price in Paragraph 3 of the contract is:
   A. Cash portion of Sales Price payable by Buyer at closing ................... $ __354,760.00__
   B. Sum of financing described in the contract........................................ $ __1,419,040.00__
   C. Sales Price (Sum of A and B)............................................................. $ __1,773,800.00__

☐ (2) In addition to any repairs and treatments otherwise required by the contract, Seller, at Seller's expense, shall complete the following repairs and treatments:




☐ (3) The date in Paragraph 9 of the contract is changed to _____ , _____ .
☐ (4) The amount in Paragraph 12A(1)(b) of the contract is changed to $ _____ .
☐ (5) The cost of lender required repairs and treatment, as itemized on the attached list, will be paid as follows: $ _____ by Seller; $ _____ by Buyer.
☐ (6) Buyer has paid Seller an additional Option Fee of $ _____ for an extension of the unrestricted right to terminate the contract on or before 5:00 p.m. on _____ , _____ . This additional Option Fee ☐ will ☐ will not be credited to the Sales Price.
☐ (7) Buyer waives the unrestricted right to terminate the contract for which the Option Fee was paid.
☐ (8) The date for Buyer to give written notice to Seller that Buyer cannot obtain Buyer Approval as set forth in the Third Party Financing Addendum is changed to _____ , _____ .
☑ (9) **Other Modifications:** (Insert only factual statements and business details applicable to this sale.)

   **The Non Realty Items addendum will no longer be apart of the contract.**



**EXECUTED the** _3rd_ **day of** _June_ _____ , _2021_ . **(BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)**

_Chad Porter_
**Buyer Chad Porter**

**Seller Royce Hassell**

_Brandey Porter_
**Buyer Brandey Porter**

**Seller Silva Hassell**


This form has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract forms. Such approval relates to this form only. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://www.trec.texas.gov ) TREC No. 39-8. This form replaces TREC No. 39-7.

(TXR-1903)                                                              **TREC NO. 39-8**

Realty Associates, 1223 Antoine Dr Houston TX 77055                    Phone: (936)523-0203    Fax:         10181 Valley St
Brandey Porter          Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com

**EXHIBIT "A"**
**PG 1 OF 23**

DocuSign Envelope ID: 845E5888-30DF-44D1-8B34-E12E4C8DD723

2130725



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)                    11-10-2020
**ONE TO FOUR FAMILY RESIDENTIAL CONTRACT (RESALE)**
NOTICE: Not For Use For Condominium Transactions



1. **PARTIES:** The parties to this contract are _____ Silvia _____ **Royce Hassell, Silva Hassell**    RJH
   (Seller) and _____ **Chad Porter, Brandey Porter** _____ (Buyer).    STH
   Seller agrees to sell and convey to Buyer and Buyer agrees to buy from Seller the Property defined
   below.

2. **PROPERTY:** The land, improvements and accessories are collectively referred to as the
   Property (Property).
   A. LAND: Lot __**11**__ Block __**waterfront**__ __**Far Hills**__
      Addition, City of __**Willis**__, County of __**Montgomery**__
      Texas, known as __**10181 Valley Dr**__ __**77318-6445**__
      (address/zip code), or as described on attached exhibit.
   B. IMPROVEMENTS: The house, garage and all other fixtures and improvements attached to the
      above-described real property, including without limitation, the following **permanently installed
      and built-in items**, if any: all equipment and appliances, valances, screens, shutters,
      awnings, wall-to-wall carpeting, mirrors, ceiling fans, attic fans, mail boxes, television
      antennas, mounts and brackets for televisions and speakers, heating and air-conditioning units,
      security and fire detection equipment, wiring, plumbing and lighting fixtures, chandeliers, water
      softener system, kitchen equipment, garage door openers, cleaning equipment, shrubbery,
      landscaping, outdoor cooking equipment, and all other property attached to the above
      described real property.
   C. ACCESSORIES: The following described related accessories, if any: window air conditioning
      units, stove, fireplace screens, curtains and rods, blinds, window shades, draperies and rods,
      door keys, mailbox keys, above ground pool, swimming pool equipment and maintenance
      accessories, artificial fireplace logs, security systems that are not fixtures, and controls for: (i)
      garage doors, (ii) entry gates, and (iii) other improvements and accessories. "Controls" includes
      Seller's transferable rights to the (i) software and applications used to access and control
      improvements or accessories, and (ii) hardware used solely to control improvements or
      accessories.
   D. EXCLUSIONS: The following improvements and accessories will be retained by Seller and
      must be removed prior to delivery of possession: _____
   E. RESERVATIONS: Any reservation for oil, gas, or other minerals, water, timber, or other
      interests is made in accordance with an attached addendum.

3. **SALES PRICE:**
   A. Cash portion of Sales Price payable by Buyer at closing ............................................... $ __**355,000.00**__
   B. Sum of all financing described in the attached: [X] Third Party Financing Addendum,
      ☐ Loan Assumption Addendum, ☐ Seller Financing Addendum .................................. $ __**1,420,000.00**__
   C. Sales Price (Sum of A and B) ........................................................................................... $ __**1,775,000.00**__

4. **LEASES:** Except as disclosed in this contract, Seller is not aware of any leases affecting
   the Property. After the Effective Date, Seller may not, without Buyer's written consent, create a
   new lease, amend any existing lease, or convey any interest in the Property. (Check all applicable
   boxes)
   ☐ A. RESIDENTIAL LEASES: The Property is subject to one or more residential leases and the
       Addendum Regarding Residential Leases is attached to this contract.
   ☐ B. FIXTURE LEASES: Fixtures on the Property are subject to one or more fixture leases (for
       example, solar panels, propane tanks, water softener, security system) and the Addendum
       Regarding Fixture Leases is attached to this contract.
   ☐ C. NATURAL RESOURCE LEASES: "Natural Resource Lease" means an existing oil and gas,
       mineral, water, wind, or other natural resource lease affecting the Property to which Seller is a
       party.
       ☐ (1) Seller has delivered to Buyer a copy of all the Natural Resource Leases.
       ☐ (2) Seller has not delivered to Buyer a copy of all the Natural Resource Leases. Seller shall
           provide to Buyer a copy of all the Natural Resource Leases within 3 days after the Effective
           Date. Buyer may terminate the contract within _____ days after the date the Buyer
           receives all the Natural Resource Leases and the earnest money shall be refunded to
           Buyer.

Initialed for identification by Buyer _____ and Seller __RJH__ __STH__    TREC NO. 20-15

RJH STH

Realty Associates, 1223 Antoine Dr Houston TX 77055                    Phone: (936)523-0203            Fax:                    10181 Valley St
Brandey Porter                    Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com

**EXHIBIT "A"
PG 2 OF 23**

DocuSign Envelope ID: 845E5888-30DF-44D1-8B34-E12E4C8DD723

Contract Concerning _____**10181 Valley Dr , Willis, TX  77318-6445**_____ Page 2 of 11  11-10-2020
(Address of Property)

**5.  EARNEST MONEY AND TERMINATION OPTION:**

A.  DELIVERY OF EARNEST MONEY AND OPTION FEE: Within 3 days after the Effective Date, Buyer must deliver to _____**Michelle Taylor**_____ , as escrow agent, at **Stewart Title 2125 SH-336 Conroe, TX 77304** (address): $ **20,000.00** as earnest money and $~~_____~~ ~~as the Option Fee~~. The earnest money and Option Fee shall be made payable to escrow agent and may be paid separately or combined in a single payment.

(1)  Buyer shall deliver additional earnest money of $ _____ to escrow agent within _____ days after the Effective Date of this contract.

(2)  If the last day to deliver the earnest money, Option Fee, or the additional earnest money falls on a Saturday, Sunday, or legal holiday, the time to deliver the earnest money, Option Fee, or the additional earnest money, as applicable, is extended until the end of the next day that is not a Saturday, Sunday, or legal holiday.

(3)  The amount(s) escrow agent receives under this paragraph shall be applied first to the Option Fee, then to the earnest money, and then to the additional earnest money.

(4)  Buyer authorizes escrow agent to release and deliver the Option Fee to Seller at any time without further notice to or consent from Buyer, and releases escrow agent from liability for delivery of the Option Fee to Seller. The Option Fee will be credited to the Sales Price at closing.

B.  ~~TERMINATION~~ OPTION: For nominal consideration, the receipt of which Seller ~~acknowledges~~, and ~~Buyer's agreement~~ to pay the Option Fee within the time required, ~~Seller~~ grants Buyer the unrestricted right to terminate ~~this contract by giving notice of termination to Seller within~~ _____ days after the Effective Date ~~of this contract~~ (Option Period). Notices under this paragraph must be given by 5:00 ~~p.m. (local time where the~~ Property is located) by the date specified. If Buyer gives ~~notice of~~ termination within the time prescribed: ~~(i)~~ the Option Fee will not be ~~refunded and escrow agent shall release any Option Fee remaining with escrow agent to Seller; and~~ (ii) any earnest money will be refunded to Buyer.

C.  FAILURE TO TIMELY DELIVER EARNEST MONEY: If Buyer fails to deliver the earnest money within the time required, Seller may terminate this contract or exercise Seller's remedies under Paragraph 15, or both, by providing notice to Buyer before Buyer delivers the earnest money.

D.  FAILURE TO TIMELY DELIVER OPTION FEE: If no dollar amount is stated as the Option Fee or if Buyer fails to deliver the Option Fee within the time required, Buyer shall not have the unrestricted right to terminate this contract under this paragraph 5.

E.  TIME: **Time is of the essence for this paragraph and strict compliance with the time for performance is required.**

**6.  TITLE POLICY AND SURVEY:**

A.  TITLE POLICY: Seller shall furnish to Buyer at [X] Seller's [ ] Buyer's expense an owner policy of title insurance (Title Policy) issued by _____**Stewart Title**_____ (Title Company) in the amount of the Sales Price, dated at or after closing, insuring Buyer against loss under the provisions of the Title Policy, subject to the promulgated exclusions (including existing building and zoning ordinances) and the following exceptions:

(1)  Restrictive covenants common to the platted subdivision in which the Property is located.

(2)  The standard printed exception for standby fees, taxes and assessments.

(3)  Liens created as part of the financing described in Paragraph 3.

(4)  Utility easements created by the dedication deed or plat of the subdivision in which the Property is located.

(5)  Reservations or exceptions otherwise permitted by this contract or as may be approved by Buyer in writing.

(6)  The standard printed exception as to marital rights.

(7)  The standard printed exception as to waters, tidelands, beaches, streams, and related matters.

(8)  The standard printed exception as to discrepancies, conflicts, shortages in area or boundary lines, encroachments or protrusions, or overlapping improvements:

[X] (i) will not be amended or deleted from the title policy; or

[ ] (ii) will be amended to read, "shortages in area" at the expense of [ ] Buyer [ ] Seller.

(9)  The exception or exclusion regarding minerals approved by the Texas Department of Insurance.

B.  COMMITMENT: Within 20 days after the Title Company receives a copy of this contract, Seller shall furnish to Buyer a commitment for title insurance (Commitment) and, at Buyer's expense, legible copies of restrictive covenants and documents evidencing exceptions in the Commitment (Exception Documents) other than the standard printed exceptions. Seller authorizes the Title Company to deliver the Commitment and Exception Documents to Buyer at Buyer's address shown in Paragraph 21. If the Commitment and Exception Documents are not delivered to Buyer within the specified time, the time for delivery will be automatically extended up to 15 days or 3 days before the Closing Date, whichever is earlier. If the Commitment and Exception Documents are not delivered within the time required, Buyer may terminate this contract and the earnest money will be refunded to Buyer.

Initialed for identification by Buyer _____ _____ and Seller _**RJH**_ _**STH**_ TREC NO. 20-15

**EXHIBIT "A"**
**PG 3 OF 23**

DocuSign Envelope ID: 845E5888-30DF-44D1-8B34-E12E4C8DD723

Contract Concerning     _____10181 Valley Dr , Willis, TX 77318-6445_____     Page 3 of 11   11-10-2020
                                                    (Address of Property)

C. SURVEY: The survey must be made by a registered professional land surveyor acceptable to the Title Company and Buyer's lender(s). (Check one box only)

☐ (1) Within _____ days after the Effective Date of this contract, Seller shall furnish to Buyer and Title Company Seller's existing survey of the Property and a Residential Real Property Affidavit promulgated by the Texas Department of Insurance (T-47 Affidavit). **If Seller fails to furnish the existing survey or affidavit within the time prescribed, Buyer shall obtain a new survey at Seller's expense no later than 3 days prior to Closing Date.** If the existing survey or affidavit is not acceptable to Title Company or Buyer's lender(s), Buyer shall obtain a new survey at ☐ Seller's ☐ Buyer's expense no later than 3 days prior to Closing Date.

☒ (2) Within _**20**_ days after the Effective Date of this contract, Buyer shall obtain a new survey at Buyer's expense. Buyer is deemed to receive the survey on the date of actual receipt or the date specified in this paragraph, whichever is earlier.

☐ (3) Within _____ days after the Effective Date of this contract, Seller, at Seller's expense shall furnish a new survey to Buyer.

D. OBJECTIONS: Buyer may object in writing to defects, exceptions, or encumbrances to title: disclosed on the survey other than items 6A(1) through (7) above; disclosed in the Commitment other than items 6A(1) through (9) above; or which prohibit the following use or activity: _____ .
Buyer must object the earlier of (i) the Closing Date or (ii) ____**5**____ days after Buyer receives the Commitment, Exception Documents, and the survey. Buyer's failure to object within the time allowed will constitute a waiver of Buyer's right to object; except that the requirements in Schedule C of the Commitment are not waived by Buyer. Provided Seller is not obligated to incur any expense, Seller shall cure any timely objections of Buyer or any third party lender within 15 days after Seller receives the objections (Cure Period) and the Closing Date will be extended as necessary. If objections are not cured within the Cure Period, Buyer may, by delivering notice to Seller within 5 days after the end of the Cure Period: (i) terminate this contract and the earnest money will be refunded to Buyer; or (ii) waive the objections. If Buyer does not terminate within the time required, Buyer shall be deemed to have waived the objections. If the Commitment or Survey is revised or any new Exception Document(s) is delivered, Buyer may object to any new matter revealed in the revised Commitment or Survey or new Exception Document(s) within the same time stated in this paragraph to make objections beginning when the revised Commitment, Survey, or Exception Document(s) is delivered to Buyer.

E. TITLE NOTICES:
(1) ABSTRACT OR TITLE POLICY: Broker advises Buyer to have an abstract of title covering the Property examined by an attorney of Buyer's selection, or Buyer should be furnished with or obtain a Title Policy. If a Title Policy is furnished, the Commitment should be promptly reviewed by an attorney of Buyer's choice due to the time limitations on Buyer's right to object.

(2) MEMBERSHIP IN PROPERTY OWNERS ASSOCIATION(S): The Property ☒ is ☐ is not subject to mandatory membership in a property owners association(s). If the Property is subject to mandatory membership in a property owners association(s), Seller notifies Buyer under §5.012, Texas Property Code, that, as a purchaser of property in the residential community identified in Paragraph 2A in which the Property is located, you are obligated to be a member of the property owners association(s). Restrictive covenants governing the use and occupancy of the Property and all dedicatory instruments governing the establishment, maintenance, or operation of this residential community have been or will be recorded in the Real Property Records of the county in which the Property is located. Copies of the restrictive covenants and dedicatory instruments may be obtained from the county clerk. **You are obligated to pay assessments to the property owners association(s). The amount of the assessments is subject to change. Your failure to pay the assessments could result in enforcement of the association's lien on and the foreclosure of the Property.**
Section 207.003, Property Code, entitles an owner to receive copies of any document that governs the establishment, maintenance, or operation of a subdivision, including, but not limited to, restrictions, bylaws, rules and regulations, and a resale certificate from a property owners' association. A resale certificate contains information including, but not limited to, statements specifying the amount and frequency of regular assessments and the style and cause number of lawsuits to which the property owners' association is a party, other than lawsuits relating to unpaid ad valorem taxes of an individual member of the association. These documents must be made available to you by the property owners' association or the association's agent on your request.
**If Buyer is concerned about these matters, the TREC promulgated Addendum for Property Subject to Mandatory Membership in a Property Owners Association(s) should be used.**

(3) STATUTORY TAX DISTRICTS: If the Property is situated in a utility or other statutorily created district providing water, sewer, drainage, or flood control facilities and services,

Initialed for identification by Buyer _U_ _be_ and Seller _RJH_ _STH_                    TREC NO. 20-15

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com          10181 Valley St

EXHIBIT "A"
PG 4 OF 23

DocuSign Envelope ID: 845E5888-30DF-44D1-8B34-E12E4C8DD723

| Contract Concerning | 10181 Valley Dr , Willis, TX 77318-6445 | Page 4 of 11   11-10-2020 |
|---|---|---|

(Address of Property)

Chapter 49, Texas Water Code, requires Seller to deliver and Buyer to sign the statutory notice relating to the tax rate, bonded indebtedness, or standby fee of the district prior to final execution of this contract.

(4) TIDE WATERS: If the Property abuts the tidally influenced waters of the state, §33.135, Texas Natural Resources Code, requires a notice regarding coastal area property to be included in the contract. An addendum containing the notice promulgated by TREC or required by the parties must be used.

(5) ANNEXATION: If the Property is located outside the limits of a municipality, Seller notifies Buyer under §5.011, Texas Property Code, that the Property may now or later be included in the extraterritorial jurisdiction of a municipality and may now or later be subject to annexation by the municipality. Each municipality maintains a map that depicts its boundaries and extraterritorial jurisdiction. To determine if the Property is located within a municipality's extraterritorial jurisdiction or is likely to be located within a municipality's extraterritorial jurisdiction, contact all municipalities located in the general proximity of the Property for further information.

(6) PROPERTY LOCATED IN A CERTIFICATED SERVICE AREA OF A UTILITY SERVICE PROVIDER: Notice required by §13.257, Water Code: The real property, described in Paragraph 2, that you are about to purchase may be located in a certificated water or sewer service area, which is authorized by law to provide water or sewer service to the properties in the certificated area. If your property is located in a certificated area there may be special costs or charges that you will be required to pay before you can receive water or sewer service. There may be a period required to construct lines or other facilities necessary to provide water or sewer service to your property. You are advised to determine if the property is in a certificated area and contact the utility service provider to determine the cost that you will be required to pay and the period, if any, that is required to provide water or sewer service to your property. The undersigned Buyer hereby acknowledges receipt of the foregoing notice at or before the execution of a binding contract for the purchase of the real property described in Paragraph 2 or at closing of purchase of the real property.

(7) PUBLIC IMPROVEMENT DISTRICTS: If the Property is in a public improvement district, §5.014, Property Code, requires Seller to notify Buyer as follows: As a purchaser of this parcel of real property you are obligated to pay an assessment to a municipality or county for an improvement project undertaken by a public improvement district under Chapter 372, Local Government Code. The assessment may be due annually or in periodic installments. More information concerning the amount of the assessment and the due dates of that assessment may be obtained from the municipality or county levying the assessment. The amount of the assessments is subject to change. Your failure to pay the assessments could result in a lien on and the foreclosure of your property.

(8) TRANSFER FEES: If the Property is subject to a private transfer fee obligation, §5.205, Property Code, requires Seller to notify Buyer as follows: The private transfer fee obligation may be governed by Chapter 5, Subchapter G of the Texas Property Code.

(9) PROPANE GAS SYSTEM SERVICE AREA: If the Property is located in a propane gas system service area owned by a distribution system retailer, Seller must give Buyer written notice as required by §141.010, Texas Utilities Code. An addendum containing the notice approved by TREC or required by the parties should be used.

(10) NOTICE OF WATER LEVEL FLUCTUATIONS: If the Property adjoins an impoundment of water, including a reservoir or lake, constructed and maintained under Chapter 11, Water Code, that has a storage capacity of at least 5,000 acre-feet at the impoundment's normal operating level, Seller hereby notifies Buyer: "The water level of the impoundment of water adjoining the Property fluctuates for various reasons, including as a result of: (1) an entity lawfully exercising its right to use the water stored in the impoundment; or (2) drought or flood conditions."

7. **PROPERTY CONDITION:**

A. ~~ACCESS,~~ INSPECTIONS AND UTILITIES: Seller shall permit Buyer and Buyer's ~~agents access~~ to the Property ~~at reasonable~~ times. Buyer may have the ~~Property~~ inspected by inspectors selected by Buyer and licensed ~~by TREC or otherwise~~ permitted by law to make inspections. Any hydrostatic testing must ~~be separately authorized by Seller~~ in writing. Seller at Seller's expense ~~shall immediately~~ cause existing utilities to be turned on ~~and shall keep the utilities on during the time this contract is in effect.~~

B. SELLER'S DISCLOSURE NOTICE PURSUANT TO §5.008, TEXAS PROPERTY CODE (Notice): (Check one box only)

[X] (1) Buyer has received the Notice.

[ ] (2) Buyer has not received the Notice. Within _____ days after the Effective Date of this contract, Seller shall deliver the Notice to Buyer. If Buyer does not receive the Notice, Buyer may terminate this contract at any time prior to the closing and the earnest money

Initialed for identification by Buyer __ __ and Seller RJH  STH    TREC NO. 20-15

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com   10181 Valley St

EXHIBIT "A"
PG 5 OF 23

DocuSign Envelope ID: 845E5888-30DF-44D1-8B34-E12E4C8DD723

Contract Concerning _____**10181 Valley Dr , Willis, TX 77318-6445**_____ Page 5 of 11   11-10-2020
(Address of Property)

will be refunded to Buyer. If Seller delivers the Notice, Buyer may terminate this contract for any reason within 7 days after Buyer receives the Notice or prior to the closing, whichever first occurs, and the earnest money will be refunded to Buyer.

☐ (3) The Seller is not required to furnish the notice under the Texas Property Code.

C. SELLER'S DISCLOSURE OF LEAD-BASED PAINT AND LEAD-BASED PAINT HAZARDS is required by Federal law for a residential dwelling constructed prior to 1978.

D. ACCEPTANCE OF PROPERTY CONDITION: "As Is" means the present condition of the Property with any and all defects and without warranty except for the warranties of title and the warranties in this contract. ~~Buyer's agreement to accept the Property As Is under Paragraph 7D(1) or (2) does not preclude Buyer from inspecting the Property under Paragraph 7A, from negotiating repairs or treatments in a subsequent amendment, or from terminating this contract during the Option Period, if any.~~

(Check one box only)

☒ (1) Buyer accepts the Property As Is.

☐ (2) Buyer accepts the Property As Is provided Seller, at Seller's expense, shall complete the following specific repairs and treatments: _____

_____
(Do not insert general phrases, such as "subject to inspections" that do not identify specific repairs and treatments.)

E. ~~LENDER~~ REQUIRED REPAIRS AND TREATMENTS: Unless otherwise agreed in ~~writing, neither~~ party is ~~obligated to pay for~~ lender required repairs, which ~~includes~~ treatment for wood destroying insects. If the parties do ~~not agree to pay~~ for the lender required repairs or treatments, this contract will ~~terminate and the earnest money will be refunded~~ to Buyer. If the cost of ~~lender required~~ repairs and treatments exceeds 5% of the Sales Price, ~~Buyer may terminate~~ this contract and the earnest money will be refunded to Buyer.

F. ~~COMPLETION~~ OF REPAIRS AND TREATMENTS: Unless otherwise agreed in writing: (i) ~~Seller~~ shall complete ~~all agreed~~ repairs and treatments prior to the Closing Date; and (ii) ~~all required~~ permits must be ~~obtained, and~~ repairs and treatments must be performed ~~by~~ persons who are licensed to provide such repairs ~~or treatments~~ or, if no ~~license~~ is required by law, are commercially engaged in the trade of ~~providing such~~ repairs or treatments. At Buyer's election, any transferable warranties ~~received by Seller~~ with respect to the repairs and treatments will be transferred ~~to Buyer at Buyer's expense. If Seller fails~~ to complete any agreed repairs and ~~treatments~~ prior to the Closing Date, Buyer may exercise ~~remedies~~ under Paragraph ~~15~~ or extend the Closing Date up to 5 days if necessary for Seller to complete ~~the repairs and treatments.~~

G. ENVIRONMENTAL MATTERS: Buyer is advised that the presence of wetlands, toxic substances, including asbestos and wastes or other environmental hazards, or the presence of a threatened or endangered species or its habitat may affect Buyer's intended use of the Property. If Buyer is concerned about these matters, an addendum promulgated by TREC or required by the parties should be used.

H. RESIDENTIAL SERVICE CONTRACTS: Buyer may purchase a residential service contract from a residential service company licensed by TREC. If Buyer purchases a residential service contract, Seller shall reimburse Buyer at closing for the cost of the residential service contract in an amount not exceeding $ **7,500.00**_____. Buyer should review any residential service contract for the scope of coverage, exclusions and limitations. **The purchase of a residential service contract is optional. Similar coverage may be purchased from various companies authorized to do business in Texas.**

8. **BROKERS AND SALES AGENTS:**

A. BROKER OR SALES AGENT DISCLOSURE: Texas law requires a real estate broker or sales agent who is a party to a transaction or acting on behalf of a spouse, parent, child, business entity in which the broker or sales agent owns more than 10%, or a trust for which the broker or sales agent acts as a trustee or of which the broker or sales agent or the broker or sales agent's spouse, parent or child is a beneficiary, to notify the other party in writing before entering into a contract of sale. Disclose if applicable: **Buyer is Realtor**_____

B. BROKERS' FEES: All obligations of the parties for payment of brokers' fees are contained in separate written agreements.

9. **CLOSING:**

A. The closing of the sale will be on or before _____**June 15**_____, **2021**_____, or within 7 days after objections made under Paragraph 6D have been cured or waived, whichever date is later (Closing Date). If either party fails to close the sale by the Closing Date, the non-defaulting party may exercise the remedies contained in Paragraph 15.

B. At closing:

(1) Seller shall execute and deliver a general warranty deed conveying title to the Property to Buyer and showing no additional exceptions to those permitted in Paragraph 6 and furnish tax statements or certificates showing no delinquent taxes on the Property.

(2) Buyer shall pay the Sales Price in good funds acceptable to the escrow agent.

Initialed for identification by Buyer __U__ __bf__ and Seller _RJH_ _STH_ TREC NO. 20-15

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com    10181 Valley St

**EXHIBIT "A"**
**PG 6 OF 23**

DocuSign Envelope ID: 845E5888-30DF-44D1-8B34-E12E4C8DD723

Contract Concerning _____**10181 Valley Dr , Willis, TX  77318-6445**_____   Page 6 of 11   11-10-2020
(Address of Property)

    (3) Seller and Buyer shall execute and deliver any notices, statements, certificates, affidavits, releases, loan documents and other documents reasonably required for the closing of the sale and the issuance of the Title Policy.

    (4) There will be no liens, assessments, or security interests against the Property which will not be satisfied out of the sales proceeds unless securing the payment of any loans assumed by Buyer and assumed loans will not be in default.

**10. POSSESSION:**

  **A.** BUYER'S POSSESSION: Seller shall deliver to Buyer possession of the Property in its present or required condition, ordinary wear and tear excepted: ☒ upon closing and funding ☐ according to a temporary residential lease form promulgated by TREC or other written lease required by the parties. Any possession by Buyer prior to closing or by Seller after closing which is not authorized by a written lease will establish a tenancy at sufferance relationship between the parties. **Consult your insurance agent prior to change of ownership and possession because insurance coverage may be limited or terminated. The absence of a written lease or appropriate insurance coverage may expose the parties to economic loss.**

  **B.** SMART DEVICES: "Smart Device" means a device that connects to the internet to enable remote use, monitoring, and management of: (i) the Property; (ii) items identified in any Non-Realty Items Addendum; or (iii) items in a Fixture Lease assigned to Buyer. At the time Seller delivers possession of the Property to Buyer, Seller shall:

    (1) deliver to Buyer written information containing all access codes, usernames, passwords, and applications Buyer will need to access, operate, manage, and control the Smart Devices; and

    (2) terminate and remove all access and connections to the improvements and accessories from any of Seller's personal devices including but not limited to phones and computers.

**11. SPECIAL PROVISIONS:** (Insert only factual statements and business details applicable to the sale. TREC rules prohibit license holders from adding factual statements or business details for which a contract addendum, lease or other form has been promulgated by TREC for mandatory use.) **This contract is subject to court approval**

At a mutually agreed upon date, not less than 15 days before closing, Seller shall grant Buyer and Buyer's contractor access to the Property for purposes of planning future work after closing.  All utilities will remain on until the closing date.

*A fully executed contract must be returned to Seller within 48 hrs.of 9:00am 5/15/21STH for the contractual timeline to be possible.  If not, then the offer expires.*

_RJH STH_

_RJH_

**12. SETTLEMENT AND OTHER EXPENSES:**

  **A.** The following expenses must be paid at or prior to closing:

    (1) Expenses payable by Seller (Seller's Expenses):

      (a) Releases of existing liens, including prepayment penalties and recording fees; release of Seller's loan liability; tax statements or certificates; preparation of deed; one-half of escrow fee; and other expenses payable by Seller under this contract.

      (b) ~~Seller shall also pay an amount not to exceed $_____ to be applied in the following order: Buyer's Expenses which Buyer is prohibited from paying by FHA, VA, Texas Veterans Land Board or other governmental loan programs, and then to other Buyer's Expenses as allowed by the lender.~~

_RJH STH_

    (2) Expenses payable by Buyer (Buyer's Expenses): Appraisal fees; loan application fees; origination charges; credit reports; preparation of loan documents; interest on the notes from date of disbursement to one month prior to dates of first monthly payments; recording fees; copies of easements and restrictions; loan title policy with endorsements required by lender; loan-related inspection fees; photos; amortization schedules; one-half of escrow fee; all prepaid items, including required premiums for flood and hazard insurance, reserve deposits for insurance, ad valorem taxes and special governmental assessments; final compliance inspection; courier fee; repair inspection; underwriting fee; wire transfer fee; expenses incident to any loan; Private Mortgage Insurance Premium (PMI), VA Loan Funding Fee, or FHA Mortgage Insurance Premium (MIP) as required by the lender; and other expenses payable by Buyer under this contract.

  **B.** If any expense exceeds an amount expressly stated in this contract for such expense to be paid by a party, that party may terminate this contract unless the other party agrees to pay such excess. Buyer may not pay charges and fees expressly prohibited by FHA, VA, Texas Veterans Land Board or other governmental loan program regulations.

**13. PRORATIONS:** Taxes for the current year, interest, maintenance fees, assessments, dues and rents will be prorated through the Closing Date. The tax proration may be calculated taking into consideration any change in exemptions that will affect the current year's taxes. If taxes for the current year vary from the amount prorated at closing, the parties shall adjust the prorations when tax statements for the current year are available. If taxes are not paid at or prior to closing, Buyer shall pay taxes for the current year.

Initialed for identification by Buyer _|e_   _bt_   and Seller _RJH_   _STH_   TREC NO. 20-15

**EXHIBIT "A"**
**PG 7 OF 23**

DocuSign Envelope ID: 845E5888-30DF-44D1-8B34-E12E4C8DD723

Contract Concerning     **10181 Valley Dr , Wills, TX  77318-6445**     Page 7 of 11   11-10-2020
(Address of Property)

**14. CASUALTY LOSS:** If any part of the Property is damaged or destroyed by fire or other casualty after the Effective Date of this contract, Seller shall restore the Property to its previous condition as soon as reasonably possible, but in any event by the Closing Date. If Seller fails to do so due to factors beyond Seller's control, Buyer may (a) terminate this contract and the earnest money will be refunded to Buyer (b) extend the time for performance up to 15 days and the Closing Date will be extended as necessary or (c) accept the Property in its damaged condition with an assignment of insurance proceeds, if permitted by Seller's insurance carrier, and receive credit from Seller at closing in the amount of the deductible under the insurance policy. Seller's obligations under this paragraph are independent of any other obligations of Seller under this contract.

**15. DEFAULT:** If Buyer fails to comply with this contract, Buyer will be in default, and Seller may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money as liquidated damages, thereby releasing both parties from this contract. If Seller fails to comply with this contract, Seller will be in default and Buyer may (a) enforce specific performance, seek such other relief as may be provided by law, or both, or (b) terminate this contract and receive the earnest money, thereby releasing both parties from this contract.

**16. MEDIATION:** It is the policy of the State of Texas to encourage resolution of disputes through alternative dispute resolution procedures such as mediation. Any dispute between Seller and Buyer related to this contract which is not resolved through informal discussion will be submitted to a mutually acceptable mediation service or provider. The parties to the mediation shall bear the mediation costs equally. This paragraph does not preclude a party from seeking equitable relief from a court of competent jurisdiction.

**17. ATTORNEY'S FEES:** A Buyer, Seller, Listing Broker, Other Broker, or escrow agent who prevails in any legal proceeding related to this contract is entitled to recover reasonable attorney's fees and all costs of such proceeding.

**18. ESCROW:**

    A.   ESCROW: The escrow agent is not (i) a party to this contract and does not have liability for the performance or nonperformance of any party to this contract, (ii) liable for interest on the earnest money and (iii) liable for the loss of any earnest money caused by the failure of any financial institution in which the earnest money has been deposited unless the financial institution is acting as escrow agent. Escrow agent may require any disbursement made in connection with this contract to be conditioned on escrow agent's collection of good funds acceptable to escrow agent.

    B.   EXPENSES: At closing, the earnest money must be applied first to any cash down payment, then to Buyer's Expenses and any excess refunded to Buyer. If no closing occurs, escrow agent may: (i) require a written release of liability of the escrow agent from all parties; and (ii) require payment of unpaid expenses incurred on behalf of a party. Escrow agent may deduct authorized expenses from the earnest money payable to a party. "Authorized expenses" means expenses incurred by escrow agent on behalf of the party entitled to the earnest money that were authorized by this contract or that party.

    C.   DEMAND: Upon termination of this contract, either party or the escrow agent may send a release of earnest money to each party and the parties shall execute counterparts of the release and deliver same to the escrow agent. If either party fails to execute the release, either party may make a written demand to the escrow agent for the earnest money. If only one party makes written demand for the earnest money, escrow agent shall promptly provide a copy of the demand to the other party. If escrow agent does not receive written objection to the demand from the other party within 15 days, escrow agent may disburse the earnest money to the party making demand reduced by the amount of unpaid expenses incurred on behalf of the party receiving the earnest money and escrow agent may pay the same to the creditors. If escrow agent complies with the provisions of this paragraph, each party hereby releases escrow agent from all adverse claims related to the disbursal of the earnest money.

    D.   DAMAGES: Any party who wrongfully fails or refuses to sign a release acceptable to the escrow agent within 7 days of receipt of the request will be liable to the other party for (i) damages; (ii) the earnest money; (iii) reasonable attorney's fees; and (iv) all costs of suit.

    E.   NOTICES: Escrow agent's notices will be effective when sent in compliance with Paragraph 21. Notice of objection to the demand will be deemed effective upon receipt by escrow agent.

**19. REPRESENTATIONS:** All covenants, representations and warranties in this contract survive closing. If any representation of Seller in this contract is untrue on the Closing Date, Seller will be in default. Unless expressly prohibited by written agreement, Seller may continue to show the Property and receive, negotiate and accept back up offers.

**20. FEDERAL TAX REQUIREMENTS:** If Seller is a "foreign person," as defined by Internal Revenue Code and its regulations, or if Seller fails to deliver an affidavit or a certificate of non-foreign status to Buyer that Seller is not a "foreign person," then Buyer shall withhold from the sales proceeds an amount sufficient to comply with applicable tax law and deliver the same to the Internal Revenue Service together with appropriate tax forms. Internal Revenue Service regulations require filing written reports if currency in excess of specified amounts is received in the transaction.

Initialed for identification by Buyer ___ ___ and Seller _STH_ _RJH_       TREC NO. 20-15

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com     10181 Valley St

**EXHIBIT "A"**
**PG 8 OF 23**

DocuSign Envelope ID: 845E5888-30DF-44D1-8B34-E12E4C8DD723

Contract Concerning _____**10181 Valley Dr , Willis, TX  77318-6445**_____   Page 8 of 11   11-10-2020
(Address of Property)

**21. NOTICES:** All notices from one party to the other must be in writing and are effective when mailed to, hand-delivered at, or transmitted by fax or electronic transmission as follows:

**To Buyer at:** _____   **To Seller at:** _____

Phone: _____   Phone: _833 - 643 - 2160_

E-mail/Fax: _____   E-mail/Fax: _royce.j hasse ll@_ _gmail.com_

E-mail/Fax: _____   E-mail/Fax: _____

**22. AGREEMENT OF PARTIES:** This contract contains the entire agreement of the parties and cannot be changed except by their written agreement. Addenda which are a part of this contract are (Check all applicable boxes):

| | |
|---|---|
| [X] Third Party Financing Addendum | [ ] Seller's Temporary Residential Lease |
| [ ] Seller Financing Addendum | [ ] Short Sale Addendum |
| [X] Addendum for Property Subject to Mandatory Membership in a Property Owners Association | [ ] Addendum for Property Located Seaward of the Gulf Intracoastal Waterway |
| [ ] Buyer's Temporary Residential Lease | [ ] Addendum for Seller's Disclosure of Information on Lead-based Paint and Lead-based Paint Hazards as Required by Federal Law |
| [ ] Loan Assumption Addendum | |
| [ ] Addendum for Sale of Other Property by Buyer | |
| [ ] Addendum for Reservation of Oil, Gas and Other Minerals | [ ] Addendum for Property in a Propane Gas System Service Area |
| [ ] Addendum for "Back-Up" Contract | [ ] Addendum Regarding Residential Leases |
| [ ] Addendum for Coastal Area Property | [ ] Addendum Regarding Fixture Leases |
| [ ] Addendum for Authorizing Hydrostatic Testing | [X] Other (list): **Addendum for non-realty items** |
| [ ] Addendum Concerning Right to Terminate Due to Lender's Appraisal | _____ |
| [ ] Environmental Assessment, Threatened or Endangered Species and Wetlands Addendum | _____ |

**23. CONSULT AN ATTORNEY BEFORE SIGNING:** TREC rules prohibit real estate license holders from giving legal advice. READ THIS CONTRACT CAREFULLY.

Buyer's
Attorney is: _____   Seller's
Attorney is: _____

_____   _____

Phone: _____   Phone: _____

Fax: _____   Fax: _____

E-mail: _____   E-mail: _____

Initialed for identification by Buyer _U_ _U_ and Seller _RJH_ _STH_   TREC NO. 20-15

Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5  www.lwolf.com      10181 Valley St

DocuSign Envelope ID: 845E5888-30DF-44D1-8B34-E12E4C8DD723

Contract Concerning _____ **10181 Valley Dr., Willis, TX 77318-6445** _____   Page 9 of 11   11-10-2020
(Address of Property)

**EXECUTED the ___16th___ day of ___May___ , _2021_ (Effective Date).**
**(BROKER: FILL IN THE DATE OF FINAL ACCEPTANCE.)**

DocuSigned by:

_Chad Porter_      5/13/2021

Buyer **Chad Porter**

_Royce Hassell_      5-15-21

Seller **Royce Hassell**

DocuSigned by:

_Brandey Porter_      5/13/2021

Buyer **Brandey Porter**

_Silva Hassell_      5-15-21

Seller **Silva Hassell**



The form of this contract has been approved by the Texas Real Estate Commission. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, (512) 936-3000 (http://www.trec.texas.gov) TREC NO. 20-15. This form replaces TREC NO. 20-14.

TREC NO. 20-15

**EXHIBIT "A"**
**PG 10 OF 23**

DocuSign Envelope ID: 2FA841C0-0834-4748-8A49-D096FE06FC8A

Contract Concerning _____ **10181 Valley Dr , Willis, TX  77318-6445** _____ Page 10 of 11  11-10-2020
(Address of Property)

---

### BROKER INFORMATION
(Print name(s) only. Do not sign)

| **Realty Associates** | **900472** | **COLDWELL BANKER** | *420132* |
|---|---|---|---|
| Other Broker Firm | License No. | Listing Broker Firm | License No. |

| represents | ☐ Buyer only as Buyer's agent | represents | ☐ Seller and Buyer as an intermediary |
|---|---|---|---|
| | ☐ Seller as Listing Broker's subagent | | ☒ Seller only as Seller's agent |

| **Brandey Porter** | **644645** | **Beverly Smith** | *373585* |
|---|---|---|---|
| Associate's Name | License No. | Listing Associate's Name | License No. |

| Team Name | | Team Name | *713-569-2113* |
|---|---|---|---|

| **brandey_29@yahoo.com** | **(936)523-0203** | *bjsmith@cbunited.com* | |
|---|---|---|---|
| Associate's Email Address | Phone | Listing Associate's Email Address | Phone |

| **Steve Guillen** | **444074** | *Taffie Dolson* | *443303* |
|---|---|---|---|
| Licensed Supervisor of Associate | License No. | Licensed Supervisor of Listing Associate | License No. |

| **1223 Antoine Dr** | | | *936-448-3100* |
|---|---|---|---|
| | | *21105 Eva St #110* | |
| Other Broker's Address | Phone | Listing Broker's Office Address | Phone |

| **HOUSTON** | **77055-6920** | *Montgomery  Tx 77356* | |
|---|---|---|---|
| City | State     Zip | City     State     Zip | |

| Selling Associate's Name | License No. |
|---|---|

| Team Name | |
|---|---|

| Selling Associate's Email Address | Phone |
|---|---|

| Licensed Supervisor of Selling Associate | License No. |
|---|---|

| Selling Associate's Office Address | |
|---|---|

| City | State | Zip |
|---|---|---|

---

**Disclosure:** Pursuant to a previous, separate agreement (such as a MLS offer of compensation or other agreement between brokers), Listing Broker has agreed to pay Other Broker a fee ( **3.0% of sales price** _____ ). This disclosure is for informational purposes and does not change the previous agreement between brokers to pay or share a commission.

TREC NO. 20-15

**EXHIBIT "A"**
**PG 11 OF 23**

DocuSign Envelope ID: 2FA841C0-0834-4748-8A49-D096FE06FC8A

Contract Concerning _____ **10181 Valley Dr , Willis, TX  77318-6445** _____ Page 11 of 11  11-10-2020
(Address of Property)

---

**OPTION FEE RECEIPT**

Receipt of $_____ (Option Fee) in the form of _____
is acknowledged.

Escrow Agent                                                                    Date

---

**EARNEST MONEY RECEIPT**

Receipt of $ 20,000.⁰⁰          Earnest Money in the form of Ck # 2891
is acknowledged.

Escrow Agent          Received by   michelle taylor@stewart  5-18-2021
Email Address                          Date/Time

Address  Stewart Title of Montgomery County, Inc.              936-441-2743
2125 North Loop 336 West #100                                  Phone

City  Conroe, Texas 77304          State          Zip          Fax

---

**CONTRACT RECEIPT**

Receipt of the Contract is acknowledged.                       5/17/21

Escrow Agent          Received by   Michelle.taylor@ Stewart.com
Email Address                          Date

Stewart Title of Montgomery County, Inc.
Address  2125 North Loop 336 West #100        936 441 2743
Conroe, Texas 77304                            Phone

City          State          Zip          936 873 8921          Fax

---

**ADDITIONAL EARNEST MONEY RECEIPT**

Receipt of $_____ additional Earnest Money in the form of _____
is acknowledged.

Escrow Agent          Received by   Email Address          Date/Time

Address                                                        Phone

City          State          Zip          Fax

---

TREC NO. 20-15

**EXHIBIT "A"**
**PG 12 OF 23**

DocuSign Envelope ID: 68CB570C-0FAE-41E2-88D4-0B606F53A893



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)

11-19-19

# THIRD PARTY FINANCING ADDENDUM


EQUAL HOUSING OPPORTUNITY

### TO CONTRACT CONCERNING THE PROPERTY AT

**10181 Valley Dr**                                    **Willis**
(Street Address and City)

1. **TYPE OF FINANCING AND DUTY TO APPLY AND OBTAIN APPROVAL:** Buyer shall apply promptly for all financing described below and make every reasonable effort to obtain approval for the financing, including but not limited to furnishing all information and documents required by Buyer's lender. (Check applicable boxes):

[X] **A.** CONVENTIONAL FINANCING:
  [X] (1) A first mortgage loan in the principal amount of $ **1,420,000.00** (excluding any financed PMI premium), due in full in **30** year(s), with interest not to exceed **2.400** % per annum for the first **10** year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed **1.000** % of the loan.
  [ ] (2) A second mortgage loan in the principal amount of $ _____ (excluding any financed PMI premium), due in full in _____ year(s), with interest not to exceed _____ % per annum for the first _____ year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed _____ % of the loan.

[ ] **B.** TEXAS VETERANS LOAN: A loan(s) from the Texas Veterans Land Board of $ _____ for a period in the total amount of _____ years at the interest rate established by the Texas Veterans Land Board.

[ ] **C.** FHA INSURED FINANCING: A Section _____ FHA insured loan of not less than $ _____ (excluding any financed MIP), amortizable monthly for not less than _____ years, with interest not to exceed _____ % per annum for the first _____ year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed _____ % of the loan.

[ ] **D.** VA GUARANTEED FINANCING: A VA guaranteed loan of not less than $ _____ (excluding any financed Funding Fee), amortizable monthly for not less than _____ years, with interest not to exceed _____ % per annum for the first _____ year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed _____ % of the loan.

[ ] **E.** USDA GUARANTEED FINANCING: A USDA-guaranteed loan of not less than $ _____ (excluding any financed Funding Fee), amortizable monthly for not less than _____ years, with interest not to exceed _____ % per annum for the first _____ year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed _____ % of the loan.

[ ] **F.** REVERSE MORTGAGE FINANCING: A reverse mortgage loan (also known as a Home Equity Conversion Mortgage loan) in the original principal amount of $ _____ (excluding any financed PMI premium or other costs), with interest not to exceed _____ % per annum for the first _____ year(s) of the loan with Origination Charges as shown on Buyer's Loan Estimate for the loan not to exceed _____ % of the loan. The reverse mortgage loan [ ] will [ ] will not be an FHA insured loan.

2. **APPROVAL OF FINANCING:** Approval for the financing described above will be deemed to have been obtained when Buyer Approval and Property Approval are obtained. **Time is of the essence for this paragraph and strict compliance with the time for performance is required.**
   A. BUYER APPROVAL: *(Check one box only):*
   [X] ~~This contract is subject to Buyer obtaining Buyer Approval. If Buyer cannot obtain Buyer Approval, Buyer may give written notice to Seller within 15 21 days after the effective date of this contract and this contract will terminate and the earnest money will be refunded to Buyer. If Buyer does not terminate the contract under this provision, the~~

*CR BP*
*RJH*
*STH*

Initialed for identification by Buyer [U] [BP] and Seller _RJH_ _STH_          TREC NO. 40-9

Realty Associates, 1223 Antoine Dr Houston TX 77055                    Phone: (936)523-0203       Fax:                         10181 Valley St
Brandey Porter                               Produced with Lone Wolf Transactions (zipForm Edition) 231 Shearson Cr. Cambridge, Ontario, Canada N1T 1J5   www.lwolf.com

**EXHIBIT "A"**
**PG 13 OF 23**

DocuSign Envelope ID: 68CB570C-0FAE-41E2-88D4-0B606F53A893

Third Party Financing Addendum Concerning

11-19-19
Page 2 of 2

**10181 Valley Dr , Willis, TX  77318-6445**
(Address of Property)

~~contract shall no longer be subject to the Buyer obtaining Buyer Approval. Buyer Approval will be deemed to have been obtained when (i) the terms of the loan(s) described above are available and (ii) lender determines that Buyer has satisfied all of lender's requirements related to Buyer's assets, income and credit history.~~

☒ This contract is not subject to Buyer obtaining Buyer Approval. *Buyer has been preapproved*.

B.  **PROPERTY APPROVAL:** If Buyer's lender determines that the Property does not satisfy lender's underwriting requirements for the loan (including but not limited to appraisal, insurability, and lender required repairs) Buyer, not later than 8 days before the Closing Date, may terminate this contract by giving Seller: (i) notice of termination; and (ii) a copy of a written statement from the lender setting forth the reason(s) for lender's determination. If Buyer terminates under this paragraph, the earnest money will be refunded to Buyer. If Buyer does not terminate under this paragraph, Property Approval is deemed to have been obtained.

3.  **SECURITY:** Each note for the financing described above must be secured by vendor's and deed of trust liens.

4.  **FHA/VA REQUIRED PROVISION:** If the financing described above involves FHA insured or VA financing, it is expressly agreed that, notwithstanding any other provision of this contract, the purchaser (Buyer) shall not be obligated to complete the purchase of the Property described herein or to incur any penalty by forfeiture of earnest money deposits or otherwise: (i) unless the Buyer has been given in accordance with HUD/FHA or VA requirements a written statement issued by the Federal Housing Commissioner, Department of Veterans Affairs, or a Direct Endorsement Lender setting forth the appraised value of the Property of not less than $ _____ or (ii) if the contract purchase price or cost exceeds the reasonable value of the Property established by the Department of Veterans Affairs. The 3-day notice of termination requirements in 2.B. does not apply to this Paragraph 4.

A.  The Buyer shall have the privilege and option of proceeding with consummation of the contract without regard to the amount of the appraised valuation or the reasonable value established by the Department of Veterans Affairs.

B.  If FHA financing is involved, the appraised valuation is arrived at to determine the maximum mortgage the Department of Housing and Urban Development will insure. HUD does not warrant the value or the condition of the Property. The Buyer should satisfy himself/herself that the price and the condition of the Property are acceptable.

C.  If VA financing is involved and if Buyer elects to complete the purchase at an amount in excess of the reasonable value established by the VA, Buyer shall pay such excess amount in cash from a source which Buyer agrees to disclose to the VA and which Buyer represents will not be from borrowed funds except as approved by VA. If VA reasonable value of the Property is less than the Sales Prices, Seller may reduce the Sales Price to an amount equal to the VA reasonable value and the sale will be closed at the lower Sales Price with proportionate adjustments to the down payment and the loan amount.

5.  **AUTHORIZATION TO RELEASE INFORMATION:**

A.  Buyer authorizes Buyer's lender to furnish to Seller or Buyer or their representatives information relating to the status of the approval for the financing.

B.  Seller and Buyer authorize Buyer's lender, title company, and escrow agent to disclose and furnish a copy of the closing disclosures and settlement statements provided in relation to the closing of this sale to the parties' respective brokers and sales agents provided under Broker Information.

| | | |
|---|---|---|
| Chad Porter | 5/14/2021 | Royce Hassell   5-15-21 |
| Buyer **Chad Porter** | | Seller **Royce Hassell** |
| Brandey Porter | 5/14/2021 | Silva Hassell   5-15-21 |
| Buyer **Brandey Porter** | | Seller **Silva Hassell** |



This form has been approved by the Texas Real Estate Commission for use with similarly approved or promulgated contract forms. Such approval relates to this form only. TREC forms are intended for use only by trained real estate license holders. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, (512) 936-3000 (http://www.trec.texas.gov) TREC No. 40-9. This form replaces TREC No. 40-8.

TREC NO. 40-9

**EXHIBIT "A"
PG 14 OF 23**

RJH
STH

RJH
STH

RJH
STH

DocuSign Envelope ID: A5990BF0-8947-4BC3-9586-C538DFB1AC35



APPROVED BY THE TEXAS REAL ESTATE COMMISSION (TREC)    10-10-11
FOR VOLUNTARY USE

EQUAL HOUSING
OPPORTUNITY

# NON-REALTY ITEMS ADDENDUM

## TO CONTRACT CONCERNING THE PROPERTY AT

### 10181 Valley Dr , Willis, TX  77318-6445
(Address of Property)

The sales price of $1,775,000.00 includes                                                                    *RJH*

A.  For an additional sum of $ _____ and other and good valuable consideration, Seller shall    *STH*
convey to Buyer at closing the following personal property (specify each item carefully, include
description, model numbers, serial numbers, location, and other information):

Entry- table and 4 chairs currently to the right of entry.

Living Room- Votives and candles on coffee table, as well as coffee table and console

Kitchen- Large table and chairs,   small table with 4 chairs

Master Bedroom- Bed, nightstands, large mirror

Picture labeled "Master Bedroom 3"-    nightstands, white chair  head board

Picture labeled "Master bedroom 4"-    nightstands

Picture labeled "Master Bedroom 5"- 1bed  and nightstand

Small bedrooms upstairs-  3 of the small twin beds                                                   *RJH*

Game Room- Pool table,   blue Chairs    , toy drum set                                              *STH*

All patio furniture, all fridges, all washers and dryers

B.  Seller represents and warrants that Seller owns the personal property described in Paragraph A free
and clear of all encumbrances.

C.  Seller does not warrant or guarantee the condition or future performance of the personal property
conveyed by this document.

| | | | |
|---|---|---|---|
| *Chad Porter, MD* | 5/5/2021 | *Royce Hassell* | 5-15-21 |
| Buyer | | Seller | |
| **Chad Porter** | | **Royce Hassell** | |
| *Brandey Porter* | 5/5/2021 | *Silvia Hassell* | 5-15-21 |
| Buyer | | Seller | |
| **Brandey Porter** | | **Silva Hassell** | |

This form has been approved by the Texas Real Estate Commission for voluntary use by its
licensees. Copies of TREC rules governing real estate brokers, salesperson and real estate
inspectors are available at nominal cost from TREC. Texas Real Estate Commission, P.O.
Box 12188, Austin, TX 78711-2188, 512-936-3000 (http://www.trec.texas.gov)

TREC NO. OP-M

Realty Associates, 1223 Antoine Dr Houston TX 77055                    Phone: (936)523-9203        Fax                    10181 Valley St
Brandey Porter                                Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

EXHIBIT "A"
PG 15 OF 23

Concerning the Property at _____ **10181 Valley Dr S**
**Willis, TX , TX 77318**

| Underground Lawn Sprinkler | X |   | automatic __ manual  areas covered: |
|---|---|---|---|
| Septic / On-Site Sewer Facility |   | X | If yes, attach Information About On-Site Sewer Facility (TXR-1407) |

Water supply provided by: __ city __ well X MUD __ co-op __ unknown __ other: _____

Was the Property built before 1978? __ yes __ no X unknown
   (If yes, complete, sign, and attach TXR-1608 concerning lead-based paint hazards.)

Roof Type: _Compo + Tile_____ Age: _Not sure +/- 11_____ (approximate)

Is there an overlay roof covering on the Property (shingles or roof covering placed over existing shingles or roof covering)? __ yes __ no X unknown

Are you (Seller) aware of any of the items listed in this Section 1 that are not in working condition, that have defects, or are in need of repair? __ yes __ no If yes, describe (attach additional sheets if necessary): _____

_____

**Section 2.  Are you (Seller) aware of any defects or malfunctions in any of the following? (Mark Yes (Y) if you are aware and No (N) if you are not aware.)**   Not Currently aware.

| Item | Y | N | Item | Y | N | Item | Y | N |
|---|---|---|---|---|---|---|---|---|
| Basement |   | X | Floors |   | X | Sidewalks |   |   |
| Ceilings |   | X | Foundation / Slab(s) |   | X | Walls / Fences |   | X |
| Doors |   | X | Interior Walls |   | X | Windows |   | X |
| Driveways |   | X | Lighting Fixtures |   | X | Other Structural Components |   |   |
| Electrical Systems |   | X | Plumbing Systems |   | X |   |   |   |
| Exterior Walls |   | X | Roof |   | X |   |   |   |

If the answer to any of the items in Section 2 is yes, explain (attach additional sheets if necessary): _____
   Nothing other than wear & tear and normal depreciation and aging
_____

**Section 3.  Are you (Seller) aware of any of the following conditions? (Mark Yes (Y) if you are aware and No (N) if you are not aware.)**   Not Currently aware.

| Condition | Y | N | Condition | Y | N |
|---|---|---|---|---|---|
| Aluminum Wiring |   | x | Radon Gas |   | X |
| Asbestos Components |   | X | Settling |   |   |
| Diseased Trees:    oak wilt |   | X | Soil Movement | X |   |
| Endangered Species/Habitat on Property |   | x | Subsurface Structure or Pits | X |   |
| Fault Lines |   | X | Underground Storage Tanks |   | X |
| Hazardous or Toxic Waste |   | X | Unplatted Easements |   | X |
| Improper Drainage |   | x | Unrecorded Easements |   | X |
| Intermittent or Weather Springs |   | X | Urea-formaldehyde Insulation |   | X |
| Landfill |   | X | Water Damage Not Due to a Flood Event |   | X |
| Lead-Based Paint or Lead-Based Pt. Hazards |   | X | Wetlands on Property |   | X |
| Encroachments onto the Property |   | x | Wood Rot | X |   |
| Improvements encroaching on others' property |   | x | Active infestation of termites or other wood destroying insects (WDI) |   | X |
| Located in Historic District |   | x | Previous treatment for termites or WDI |   | X |
| Historic Property Designation |   | x | Previous termite or WDI damage repaired |   | X |
| Previous Foundation Repairs |   | x | Previous Fires |   | X |
| Previous Roof Repairs |   | x | Termite or WDI damage needing repair |   | X |
| Previous Other Structural Repairs |   | X | Single Blockable Main Drain in Pool/Hot Tub/Spa* |   | X |
| Previous Use of Premises for Manufacture of Methamphetamine |   | X |   |   |   |

(TXR-1406) 09-01-19     Initialed by: Buyer: _____ _____ and Seller: __ __          Page 2 of 6

Produced with zipForm by zipLogic  18070 Fifteen Mile Road  Fraser  Michigan 48026   www.zipLogic.com          Boye  A Keto

EXHIBIT "A"
PG 16 OF 23

Concerning the Property at _____      **10181 Valley Dr S**
_____      **Willis, TX , TX 77318**

If the answer to any of the items in Section 3 is yes, explain (attach additional sheets if necessary):
___ Normal wear and tear and aging of materials. Water damage from hurricane was repaired. Normal
___ settling and soil expansion for this area.

_____

___ *A single blockable main drain may cause a suction entrapment hazard for an individual.

**Section 4. Are you (Seller) aware of any item, equipment, or system in or on the Property that is in need of repair, which has not been previously disclosed in this notice?** ___ yes _X_ no If yes, explain (attach additional sheets if necessary): ___ Not currently aware.

_____

_____

**Section 5. Are you (Seller) aware of any of the following conditions?* (Mark Yes (Y) if you are aware and check wholly or partly as applicable. Mark No (N) if you are not aware.)**

**Y**   **N**    Not currently aware

___   _X_    Present flood insurance coverage (if yes, attach TXR 1414).

___   _X_    Previous flooding due to a failure or breach of a reservoir or a controlled or emergency release of water from a reservoir.

___   _X_    Previous flooding due to a natural flood event (if yes, attach TXR 1414).

___   _X_    Previous water penetration into a structure on the Property due to a natural flood event (if yes, attach TXR 1414).

___   ___    Located ___ wholly ___ partly in a 100-year floodplain (Special Flood Hazard Area-Zone A, V, A99, AE AO, AH, VE, or AR) (if yes, attach TXR 1414).

___   ___    Located ___ wholly ___ partly in a 500-year floodplain (Moderate Flood Hazard Area-Zone X (shaded)).

___   ___    Located ___ wholly ___ partly in a floodway (if yes, attach TXR 1414).

___   ___    Located ___ wholly ___ partly in a flood pool.

___   ___    Located ___ wholly ___ partly in a reservoir.

If the answer to any of the above is yes, explain (attach additional sheets as necessary): _____
___ I have no idea what flood plain it is in

_____

*For purposes of this notice:

*"100-year floodplain"* means any area of land that: (A) is identified on the flood insurance rate map as a special flood hazard area, which is designated as Zone A, V, A99, AE, AO, AH, VE, or AR on the map; (B) has a one percent annual chance of flooding, which is considered to be a high risk of flooding; and (C) may include a regulatory floodway, flood pool, or reservoir.

*"500-year floodplain"* means any area of land that: (A) is identified on the flood insurance rate map as a moderate flood hazard area, which is designated on the map as Zone X (shaded); and (B) has a two-tenths of one percent annual chance of flooding, which is considered to be a moderate risk of flooding.

*"Flood pool"* means the area adjacent to a reservoir that lies above the normal maximum operating level of the reservoir and that is subject to controlled inundation under the management of the United States Army Corps of Engineers.

*"Flood insurance rate map"* means the most recent flood hazard map published by the Federal Emergency Management Agency under the National Flood Insurance Act of 1968 (42 U.S.C. Section 4001 et seq.).

*"Floodway"* means an area that is identified on the flood insurance rate map as a regulatory floodway, which includes the channel of a river or other watercourse and the adjacent land areas that must be reserved for the discharge of a base flood, also referred to as a 100-year flood, without cumulatively increasing the water surface elevation more than a designated height.

*"Reservoir"* means a water impoundment project operated by the United States Army Corps of Engineers that is intended to retain water or delay the runoff of water in a designated surface area of land.

(TXR-1406) 09-01-19     Initialed by: Buyer: _____ , _____ and Seller: _____ , _____     Page 3 of 6

DocuSign Envelope ID: 3B331827-BF96-4019-ACAC-E664CAB45E2E



PROMULGATED BY THE TEXAS REAL ESTATE COMMISSION (TREC)

06-18-2014

## ADDENDUM FOR PROPERTY SUBJECT TO MANDATORY MEMBERSHIP IN A PROPERTY OWNERS ASSOCIATION
(NOT FOR USE WITH CONDOMINIUMS)
ADDENDUM TO CONTRACT CONCERNING THE PROPERTY AT

__10181 Valley Dr S__        __Willis, TX__
_(Street Address and City)_

__Far Hills POA__
_(Name of Property Owners Association, (Association) and Phone Number)_

**A. SUBDIVISION INFORMATION:** "Subdivision Information" means: (i) a current copy of the restrictions applying to the subdivision and bylaws and rules of the Association, and (ii) a resale certificate, all of which are described by Section 207.003 of the Texas Property Code.
(Check only one box):

☐ 1. Within _____ days after the effective date of the contract, Seller shall obtain, pay for, and deliver the Subdivision Information to the Buyer. If Seller delivers the Subdivision Information, Buyer may terminate the contract within 3 days after Buyer receives the Subdivision Information or prior to closing, whichever occurs first, and the earnest money will be refunded to Buyer. If Buyer does not receive the Subdivision Information, Buyer, as Buyer's sole remedy, may terminate the contract at any time prior to closing and the earnest money will be refunded to Buyer.

☐ 2. Within _____ days after the effective date of the contract, Buyer shall obtain, pay for, and deliver a copy of the Subdivision Information to the Seller. If Buyer obtains the Subdivision Information within the time required, Buyer may terminate the contract within 3 days after Buyer receives the Subdivision Information or prior to closing, whichever occurs first, and the earnest money will be refunded to Buyer. If required, Buyer, due to factors beyond Buyer's control, is not able to obtain the Subdivision Information within the time required, Buyer may, as Buyer's sole remedy, terminate the contract within 3 days after the time required or prior to closing, whichever occurs first, and the earnest money will be refunded to Buyer.

☐ 3. Buyer has received and approved the Subdivision Information before signing the contract. Buyer ☐ does ☐ does not require an updated resale certificate. If Buyer requires an updated resale certificate, Seller, at Buyer's expense, shall deliver it to Buyer within 10 days after receiving payment for the updated resale certificate from Buyer. Buyer may terminate this contract and the earnest money will be refunded to Buyer if Seller fails to deliver the updated resale certificate within the time required.

☒ 4. Buyer does not require delivery of the Subdivision Information.
The title company or its agent is authorized to act on behalf of the parties to obtain the Subdivision Information ONLY upon receipt of the required fee for the Subdivision Information from the party obligated to pay.

**B. MATERIAL CHANGES.** If Seller becomes aware of any material changes in the Subdivision Information, Seller shall promptly give notice to Buyer. Buyer may terminate the contract prior to closing by giving written notice to Seller if: (i) any of the Subdivision Information provided was not true; or (ii) any material adverse change in the Subdivision Information occurs prior to closing, and the earnest money will be refunded to Buyer.

**C. FEES:** Except as provided by Paragraphs A, D and E, Buyer shall pay any and all Association fees or other charges associated with the transfer of the Property not to exceed $ __290.00__ and Seller shall pay any excess.

**D. DEPOSITS FOR RESERVES:** Buyer shall pay any deposits for reserves required at closing by the Association.

**E. AUTHORIZATION:** Seller authorizes the Association to release and provide the Subdivision Information and any updated resale certificate if requested by the Buyer, the Title Company, or any broker to this sale. If Buyer does not require the Subdivision Information or an updated resale certificate, and the Title Company requires information from the Association (such as the status of dues, special assessments, violations of covenants and restrictions, and a waiver of any right of first refusal), ☒ Buyer ☐ Seller shall pay the Title Company the cost of obtaining the information prior to the Title Company ordering the information.

**NOTICE TO BUYER REGARDING REPAIRS BY THE ASSOCIATION:** The Association may have the sole responsibility to make certain repairs to the Property. If you are concerned about the condition of any part of the Property which the Association is required to repair, you should not sign the contract unless you are satisfied that the Association will make the desired repairs.

_____       _____
Buyer      Seller **Royce Hassell**

_____       _____
Buyer      Seller **Silvia Hassell**
     *Silvia Hassell*
     *Silvia*

The form of this addendum has been approved by the Texas Real Estate Commission for use only with similarly approved or promulgated forms of contracts. Such approval relates to this contract form only. TREC forms are intended for use only by trained real estate licensees. No representation is made as to the legal validity or adequacy of any provision in any specific transactions. It is not intended for complex transactions. Texas Real Estate Commission, P.O. Box 12188, Austin, TX 78711-2188, (512) 936-3000 (www.trec.texas.gov) TREC No. 36-8. This form replaces TREC No. 36-7.

(TXR-1922) 06-18-2014                                             TREC NO. 36-8

Coldwell Banker United, REALTORS® - Lake Conroe, 16784 Highway 105 W, Montgomery TX. 77356        Phone: (713) 869-3113        Fax: (936) 449-1200        Royce & Silvia
Beverly Smith      Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com

RJH STH

**EXHIBIT "A"**
**PG 18 OF 23**

DocuSign Envelope ID: 3B331827-BF86-4018-ACAC-E684CAB45E2E

 # Notice to a Purchaser of Real Property in a Water District

**Note:** This Notice should be completed and given to a prospective purchaser prior to execution of a binding contract of sale and purchase, should be executed by the seller and purchaser and should be attached as a separate portion of a purchase contract. Please see NOTE at bottom of page.

1) The real property, described below, that you are about to purchase is located in the _Far Hills_ District. The district has taxing authority separate from any other taxing authority and may, subject to voter approval, issue an unlimited amount of bonds and levy an unlimited rate of tax in payment of such bonds. As of this date, the rate of taxes levied by the district on real property located in the district is $ _.674_ on each $100 of assessed valuation. If the district has not yet levied taxes, the most recent projected rate of tax, as of this date, is $ _NA_ on each $100 of assessed valuation. The total amount of bonds, excluding refunding bonds and any bonds or any portion of bonds issued that are payable solely from revenues received or expected to be received under a contract with a governmental entity, approved by the voters and which have been or may, at this date, be issued is $ _5520,000_ , and the aggregate initial principal amounts of all bonds issued for one or more of the specified facilities of the district and payable in whole or in part from property taxes is $ _12,125,000_ .

2) The district has the authority to adopt and impose a standby fee on property in the district that has water, sanitary sewer, or drainage facilities and services available but not connected and which does not have a house, building, or other improvement located thereon and does not substantially utilize the utility capacity available to the property. The district may exercise the authority without holding an election on the matter. As of this date, the most recent amount of the standby fee is $ _NA_ . An unpaid standby fee is a personal obligation of the person that owned the property at the time of imposition and is secured by a lien on the property. Any person may request a certificate from the district stating the amount, if any, of unpaid standby fees on a tract of property in the district.

3) Mark an "X" in one of the following three spaces and then complete as instructed.

___ Notice for Districts Located in Whole or in Part within the Corporate Boundaries of a Municipality (Complete Paragraph A).

_X_ Notice for Districts Located in Whole or in Part in the Extraterritorial Jurisdiction of One or More Home-Rule Municipalities and Not Located within the Corporate Boundaries of a Municipality (Complete Paragraph B).

___ Notice for Districts that are NOT Located in Whole or in Party within the Corporate Boundaries of a Municipality or the Extraterritorial Jurisdiction of One or More Home-Rule Municipalities.

A) The district is located in whole or in part within the corporate boundaries of the City of _____ . The taxpayers of the district are subject to the taxes imposed by the municipality and by the district until the district is dissolved. By law, a district located within the corporate boundaries of a municipality may be dissolved by municipal ordinance without the consent of the district or the voters of the district.

B) The district is located in whole or in part in the extraterritorial jurisdiction of the City of _Conroe_ . By law, a district located in the extraterritorial jurisdiction of a municipality may be annexed without the consent of the district or the voters of the district. When a district is annexed, the district is dissolved.

4) The purpose of this district is to provide water, sewer, drainage, or flood control facilities and services within the district through the issuance of bonds payable in whole or in part from property taxes. The cost of these utility facilities is not included in the purchase price of your property, and these utility facilities are owned or to be owned by the district. The legal description of the property you are acquiring is as follows: _____

| | | |
|---|---|---|
| _Royce Hassell_ | | _Silvia T. Hassell_ |
| Signature of Seller _____ Date | | Signature of Seller _____ Date |
| Royce Hassell | | |

PURCHASER IS ADVISED THAT THE INFORMATION SHOWN ON THIS FORM IS SUBJECT TO CHANGE BY THE DISTRICT AT ANY TIME. THE DISTRICT ROUTINELY ESTABLISHES TAX RATES DURING THE MONTHS OF SEPTEMBER THROUGH DECEMBER OF EACH YEAR, EFFECTIVE FOR THE YEAR IN WHICH THE TAX RATES ARE APPROVED BY THE DISTRICT. PURCHASER IS ADVISED TO CONTACT THE DISTRICT TO DETERMINE THE STATUS OF ANY CURRENT OR PROPOSED CHANGES TO THE INFORMATION SHOWN ON THIS FORM.

The undersigned purchaser hereby acknowledges receipt of the foregoing notice at or prior to execution of a binding contract for the purchase of the real property described in such notice or at closing of purchase of the real property.

| | | |
|---|---|---|
| Signature of Purchaser _____ Date | | Signature of Purchaser _____ Date |

NOTE: Correct district name, tax rate, bond amounts, and legal description are to be placed in the appropriate space. Except for notices included as an addendum or paragraph of a purchase contract, the notice shall be executed by the seller and purchaser, as indicated. If the district does not propose to provide one or more of the specified facilities and services, the appropriate purpose may be eliminated. If the district has not yet levied taxes, a statement of the district's most recent projected rate of tax is to be placed in the appropriate space. If the district does not have approval from the commission to adopt and impose a standby fee, the second paragraph of the notice may be deleted. For the purposes of the notice form required to be given to the prospective purchaser prior to execution of a binding contract of sale and purchase, a seller and any agent, representative, or person acting on the seller's behalf may modify the notice by substitution of the words "January 1, _2019_ " for the words "this date" and place the correct calendar year in the appropriate space.

11/1/2014 ©2014   ©2015 Houston REALTORS® Information Service, Inc.   HAR400

Caldwell Banker United, REALTORS® - Lake Conroe, 18784 Highway 105 W, Montgomery TX 77356   Phone: (713) 569-3111   Fax: (936) 449-2200   Royce & Silvia
Beverly Smith   Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

# ![logo] TEXAS REALTORS

## SELLER'S DISCLOSURE NOTICE

©Texas Association of REALTORS, Inc. 2019

Section 5.008, Property Code requires a seller of residential property of not more than one dwelling unit to deliver a Seller's Disclosure Notice to a buyer on or before the effective date of a contract. This form complies with and contains additional disclosures which exceed the minimum disclosures required by the Code.

CONCERNING THE PROPERTY AT        10181 Valley Dr S
                                  Willis, TX , TX 77318

THIS NOTICE IS A DISCLOSURE OF SELLER'S KNOWLEDGE OF THE CONDITION OF THE PROPERTY AS OF THE DATE SIGNED BY SELLER AND IS NOT A SUBSTITUTE FOR ANY INSPECTIONS OR WARRANTIES THE BUYER MAY WISH TO OBTAIN. IT IS NOT A WARRANTY OF ANY KIND BY SELLER, SELLER'S AGENTS, OR ANY OTHER AGENT.

Seller X is ___ is not  occupying the Property. If unoccupied (by Seller), how long since Seller has occupied the Property?
_____ (approximate date) or ___ never occupied the Property

Section 1. The Property has the items marked below: (Mark Yes (Y), No (N), or Unknown (U).)
*The notice does not establish the items to be conveyed. The contract will determine which items will & will not convey.*

| Item | Y | N | U | | Item | Y | N | U | | Item | Y | N | U |
|------|---|---|---|---|------|---|---|---|---|------|---|---|---|
| Cable TV Wiring | | | X | | Liquid Propane Gas: | | | | | Pump:  sump  grinder | | | X |
| Carbon Monoxide Det. | | | X | | -LP Community (Captive) | | X | | | Rain Gutters | X | | |
| Ceiling Fans | X | | | | -LP on Property | | X | | | Range/Stove | X | | |
| Cooktop | X | | | | Hot Tub | | | X | | Roof/Attic Vents | | | X |
| Dishwasher | X | | | | Intercom System | | | X | | Sauna | | X | |
| Disposal | X | | | | Microwave | X | | | | Smoke Detector | X | | |
| Emergency Escape Ladder(s) | | X | | | Outdoor Grill | | | X | | Smoke Detector - Hearing Impaired | | | X |
| Exhaust Fans | X | | | | Patio/Decking | X | | | | Spa | | X | |
| Fences | X | | | | Plumbing System | X | | | | Trash Compactor | | X | |
| Fire Detection Equip. | | | X | | Pool | X | | | | TV Antenna | | | X |
| French Drain | | | X | | Pool Equipment | X | | | | Washer/Dryer Hookup | X | | |
| Gas Fixtures | X | | | | Pool Maint. Accessories | | | X | | Window Screens | X | | |
| Natural Gas Lines | X | | | | Pool Heater | | | X | | Public Sewer System | X | | |

| Item | Y | N | U | Additional Information |
|------|---|---|---|------------------------|
| Central A/C | X | | | ✓electric  gas  number of units: ___ |
| Evaporative Coolers | | X | | number of units: |
| Wall/Window AC Units | | X | | number of units: |
| Attic Fan(s) | | X | | if yes, describe: |
| Central Heat | X | | | ✓electric  gas  number of units: ___ |
| Other Heat | | X | | if yes, describe: |
| Oven | X | | | number of ovens: ___  ✓electric  gas  other: |
| Fireplace & Chimney | X | | | ✓wood ✓gas logs  mock  other: |
| Carport | | X | | ✓attached  not attached |
| Garage | X | | | attached  not attached |
| Garage Door Openers | X | | | number of units: ___  number of remotes: |
| Satellite Dish & Controls | | X | | owned  leased from: |
| Security System | X | | | ✓owned  leased from: |
| Solar Panels | | X | | owned  leased from: |
| Water Heater | X | | | ✓electric  gas  other: ___  number of units: |
| Water Softener | X | | | ✓owned  leased from: |
| Other Leased Items(s) | | X | | if yes, describe: |

(TXR-1406) 09-01-19        Initialed by: Buyer: _____ and Seller: _____        Page 1 of 6

Coldwell Banker United, RIOMARTGMERS - Lake Conroe, 16301 Highway 105 W, Montgomery TX77356        Phone (713) 294-3112        Fax (936) 449-2289        Shawn & Shire
Brandy Bmith        Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com

**EXHIBIT "A"**
**PG 20 OF 23**

Concerning the Property at _____ 10181 Valley Dr S
_____ Willis, TX . TX 77318 _____

**Section 6.** Have you (Seller) ever filed a claim for flood damage to the Property with any insurance provider, including the National Flood Insurance Program (NFIP)?* __ yes __ no  If yes, explain (attach additional sheets as necessary): Not currently aware of. _____

_____
_____

*Homes in high risk flood zones with mortgages from federally regulated or insured lenders are required to have flood insurance. Even when not required, the Federal Emergency Management Agency (FEMA) encourages homeowners in high risk, moderate risk, and low risk flood zones to purchase flood insurance that covers the structure(s) and the personal property within the structure(s).

**Section 7.** Have you (Seller) ever received assistance from FEMA or the U.S. Small Business Administration (SBA) for flood damage to the Property? __ yes __ no  If yes, explain (attach additional sheets as necessary): No _____

_____
_____

**Section 8.** Are you (Seller) aware of any of the following? (Mark Yes (Y) if you are aware. Mark No (N) if you are not aware.)

Not currently aware of any

| Y | N | |
|---|---|---|
| __ | X | Room additions, structural modifications, or other alterations or repairs made without necessary permits, with unresolved permits, or not in compliance with building codes in effect at the time. |
| __ | __ | Homeowners' associations or maintenance fees or assessments. If yes, complete the following: |

Name of association: Far Hills _____
Manager's name: _____ Phone: _____
Fees or assessments are: $ _____ per _____ and are: __ mandatory __ voluntary
Any unpaid fees or assessment for the Property? __ yes ($ _____ ) __ no
If the Property is in more than one association, provide information about the other associations below or attach information to this notice.

| | | |
|---|---|---|
| X | __ | Any common area (facilities such as pools, tennis courts, walkways, or other) co-owned in undivided interest with others. If yes, complete the following: |

Any optional user fees for common facilities charged? __ yes __ no If yes, describe: _____

| | | |
|---|---|---|
| __ | X | Any notices of violations of deed restrictions or governmental ordinances affecting the condition or use of the Property. |
| __ | X | Any lawsuits or other legal proceedings directly or indirectly affecting the Property. (Includes, but is not limited to: divorce, foreclosure, heirship, bankruptcy, and taxes.) |
| __ | X | Any death on the Property except for those deaths caused by: natural causes, suicide, or accident unrelated to the condition of the Property. |
| __ | X | Any condition on the Property which materially affects the health or safety of an individual. |
| __ | X | Any repairs or treatments, other than routine maintenance, made to the Property to remediate environmental hazards such as asbestos, radon, lead-based paint, urea-formaldehyde, or mold. If yes, attach any certificates or other documentation identifying the extent of the remediation (for example, certificate of mold remediation or other remediation). |
| __ | X | Any rainwater harvesting system located on the Property that is larger than 500 gallons and that uses a public water supply as an auxiliary water source. |
| __ | X | The Property is located in a propane gas system service area owned by a propane distribution system retailer. |
| __ | X | Any portion of the Property that is located in a groundwater conservation district or a subsidence district. |

If the answer to any of the items in Section 8 is yes, explain (attach additional sheets if necessary): None that I am currently aware of or remember _____

(TXR-1406) 08-01-19          Initialed by: Buyer: _____, _____ and Seller: _____, _____          Page 4 of 6

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com          Reyes & Silva

EXHIBIT "A"
PG 21 OF 23

Concerning the Property at _____  10181 Valley Dr S
Willis, TX , TX 77318

_____

_____

_____

**Section 9.  Seller __ has ✓ has not attached a survey of the Property.**

**Section 10.** Within the last 4 years, have you (Seller) received any written inspection reports from persons who regularly provide inspections and who are either licensed as inspectors or otherwise permitted by law to perform inspections? __ yes __ no  If yes, attach copies and complete the following:
Not that I can remember.

| Inspection Date | Type | Name of Inspector | No. of Pages |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

*Note: A buyer should not rely on the above-cited reports as a reflection of the current condition of the Property.*
*A buyer should obtain inspections from inspectors chosen by the buyer.*

**Section 11.** Check any tax exemption(s) which you (Seller) currently claim for the Property:
__ Homestead          __ Senior Citizen          __ Disabled
__ Wildlife Management   __ Agricultural          __ Disabled Veteran
__ Other: _____          X Unknown

**Section 12.** Have you (Seller) ever filed a claim for damage, other than flood damage, to the Property with any insurance provider? X yes __ no    I believe so

**Section 13.** Have you (Seller) ever received proceeds for a claim for damage to the Property (for example, an insurance claim or a settlement or award in a legal proceeding) and not used the proceeds to make the repairs for which the claim was made? __ yes X no If yes, explain:  Not that I can remember
_____

_____

**Section 14. Does the Property have working smoke detectors installed in accordance with the smoke detector requirements of Chapter 766 of the Health and Safety Code?*** X unknown __ no __ yes. If no or unknown, explain. (Attach additional sheets if necessary): _____

_____

*Chapter 766 of the Health and Safety Code requires one-family or two-family dwellings to have working smoke detectors installed in accordance with the requirements of the building code in effect in the area in which the dwelling is located, including performance, location, and power source requirements. If you do not know the building code requirements in effect in your area, you may check unknown above or contact your local building official for more information.*

*A buyer may require a seller to install smoke detectors for the hearing impaired if: (1) the buyer or a member of the buyer's family who will reside in the dwelling is hearing-impaired; (2) the buyer gives the seller written evidence of the hearing impairment from a licensed physician; and (3) within 10 days after the effective date, the buyer makes a written request for the seller to install smoke detectors for the hearing-impaired and specifies the locations for installation. The parties may agree who will bear the cost of installing the smoke detectors and which brand of smoke detectors to install.*

Seller acknowledges that the statements in this notice are true to the best of Seller's belief and that no person, including the broker(s), has instructed or influenced Seller to provide inaccurate information or to omit any material information.

_____          _____  10/11/20
Signature of Seller        Date   Signature of Seller              Date

Printed Name: _____   Printed Name: Royce Hassell _____

(TXR-1406) 09-01-19         Initialed by: Buyer: _____ , _____ and Seller: _____ , _____          Page 5 of 6

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com          Royce & Silas

Concerning the Property at      **10181 Valley Dr S**
                              **Willis, TX , TX  77318**

**ADDITIONAL NOTICES TO BUYER:**

(1) The Texas Department of Public Safety maintains a database that the public may search, at no cost, to determine if registered sex offenders are located in certain zip code areas. To search the database, visit www.txdps.state.tx.us. For information concerning past criminal activity in certain areas or neighborhoods, contact the local police department.

(2) If the Property is located in a coastal area that is seaward of the Gulf Intracoastal Waterway or within 1,000 feet of the mean high tide bordering the Gulf of Mexico, the Property may be subject to the Open Beaches Act or the Dune Protection Act (Chapter 61 or 63, Natural Resources Code, respectively) and a beachfront construction certificate or dune protection permit may be required for repairs or improvements. Contact the local government with ordinance authority over construction adjacent to public beaches for more information.

(3) If the Property is located in a seacoast territory of this state designated as a catastrophe area by the Commissioner of the Texas Department of Insurance, the Property may be subject to additional requirements to obtain or continue windstorm and hail insurance. A certificate of compliance may be required for repairs or improvements to the Property. For more information, please review *Information Regarding Windstorm and Hail Insurance for Certain Properties* (TXR 2518) and contact the Texas Department of Insurance or the Texas Windstorm Insurance Association.

(4) This Property may be located near a military installation and may be affected by high noise or air installation compatible use zones or other operations. Information relating to high noise and compatible use zones is available in the most recent Air Installation Compatible Use Zone Study or Joint Land Use Study prepared for a military installation and may be accessed on the Internet website of the military installation and of the county and any municipality in which the military installation is located.

(5) If you are basing your offers on square footage, measurements, or boundaries, you should have those items independently measured to verify any reported information.

(6) The following providers currently provide service to the Property:

Electric: _____    phone #: _____
Sewer: _____    phone #: _____
Water: _____    phone #: _____
Cable: _____    phone #: _____
Trash: _____    phone #: _____
Natural Gas: _____    phone #: _____
Phone Company: _____    phone #: _____
Propane: _____    phone #: _____
Internet: _____    phone #: _____

(7) This Seller's Disclosure Notice was completed by Seller as of the date signed. The brokers have relied on this notice as true and correct and have no reason to believe it to be false or inaccurate. YOU ARE ENCOURAGED TO HAVE AN INSPECTOR OF YOUR CHOICE INSPECT THE PROPERTY.

The undersigned Buyer acknowledges receipt of the foregoing notice.

_____        _____
Signature of Buyer        Date    Signature of Buyer             Date

Printed Name:   **Chad Porter**        Printed Name:   **Brandey Porter**

(TXR-1406) 09-01-19      Initialed by: Buyer: _____ , _____ and Seller: _____ , _____      Page 6 of 6

Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com      Keys & Sites

**EXHIBIT "A"**
**PG 23 OF 23**