**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN AND WESTERN DISTRICTS OF TEXAS**

HOUSTON DIVISION

CASE NAME: Royce        James        Hassell          Petition Date : 02/04/2019

CASE NUMBER: 19-30694

THIS REPORT IS FOR THE MONTH/YEAR (example:  MAY/1995) OF May-2021

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:          All Non-Debtor-In-Possession Accounts:

| BANK NAME: | ACCOUNT NO.: | | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|---|
| 1. Allegaince  Bank | xxxx4 | 1. | Bank of Texas | xxxx6XXX6 |
| 2. Allegaince  Bank | xxxx6 | 2. | | |
| 3. | | 3. | | |

(attach list if needed)                                (attach list if needed)

## A copy of a reconciled statement should be attached for each and all accounts.

|  | + |  | = | $ 0.00 |
|---|---|---|---|---|
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 (When the debtor is a sole proprietorship) | | Total Disbursements from MFR-2 (When the debtor is an Individual) | | Total Disbursements |

Are all post-petition liabilities, including taxes, being paid within terms?  Yes ☑ No ☐

Have any pre-petition liabilities been paid ?  Yes ☑ No ☐  If so, explain  Notes  and Mortgages

Are all U. S. Trustee Quarterly Fee Payments current?  Yes ☑ No ☐

What is the status of your Plan of Reorganization?  Filed

***The **original** of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| Attorney Name: | Erin  Jones |
|---|---|
| Firm: | JONES MURRAY & BEATTY LLP |
| Address: | 4119 Montrose,  Suite  230 |
| Address: | |
| City State, Zip: | Texas 77006 |
| Telephone: | 713 5291999 |

**MFR-1**

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED _____
(ORIGINAL SIGNATURE)

Royce        J.        Hassell

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 02/04/2019

CASE NAME: Royce      James      Hassell

CASE NUMBER: 19-30694

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2021 MONTH February | 2021 MONTH March | 2021 MONTH April | 2021 MONTH May | 2021 MONTH June | 2021 MONTH July |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 299,555.70 | $ 206,188.00 | $ 175,755.17 | $ 160,482.22 | | |
| RECEIPTS | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 0.00 | | | | |
| 3. Rents, Royalties, Dividends, Interest | | 41.71 | 17.76 | 65.68 | 21.26 | | |
| 4. Social Security, Pension, etc. | | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 5. Other (attach list) | | | | | | | |
| TOTAL RECEIPTS | $ 0.00 | $ 41.71 | $ 17.76 | $ 65.68 | $ 21.26 | $ 0.00 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| DISBURSEMENTS | | | | | | | |
| 6. Rent or Home Mortgage Payment | | 63,346.90 | | | | | |
| 7. Utilities (electric/gas, water, telephone) | | 2,587.89 | 1,126.32 | 795.54 | 1,410.41 | | |
| 8. Home Maintenance (repairs and upkeep) | | 128.64 | 927.61 | 5,085.38 | 1,650.59 | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 1,666.15 | 120.79 | 918.94 | 1,693.20 | | |
| 10. Medical and Dental | | 91.16 | | 483.86 | 540.16 | | |
| 11. Transportation (not including car payment) | | 830.97 | 317.13 | 1,112.98 | 585.43 | | |
| 12. Recreations, Clubs, and Entertainment | | | | | 623.23 | | |
| 13. Insurance (not included in wages or home mortgage) | | 6,959.04 | 4,555.42 | 1,580.04 | 2,957.30 | | |
| 14. Taxes (not included in wages or home mortgage) | | | | 1,023.00 | 1,023.00 | | |
| 15. Auto Payment | | | 0.00 | | | | |
| 16. Credit Cards | | 1,122.41 | 5,610.00 | 6,900.92 | 66.00 | | |
| 17. Other (attach list) | | | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 0.00 | $ 76,733.16 | $ 12,657.27 | $ 17,900.66 | $ 10,549.32 | $ 0.00 | $ 0.00 |
| 18. PROFESSIONAL FEES | | 9,975.00 | 9,975.00 | | | | |
| 19. U.S. TRUSTEE FEES | 0.00 | | | | | | |
| TOTAL DISBURSEMENTS | $ 0.00 | $ 86,708.16 | $ 22,632.27 | $ 17,900.66 | $ 10,549.32 | $ 0.00 | $ 0.00 |
| 20. NET CASH FLOW | 0.00 | (86,666.45) | (22,614.51) | (17,834.98) | (10,528.06) | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | $ 0.00 | $ 212,889.25 | $ 183,573.49 | $ 157,920.19 | $ 149,954.16 | $ 0.00 | $ 0.00 |

**MFR-2**

*Revised:1/31/2014*

This FORM is for **INDIVIDUALS ONLY**

**CASE NAME:** Royce         James         Hassell                                **CASE NUMBER:** 19-30694

| POST-PETITION LIABILITIES | 2021 MONTH February | 2021 MONTH March | 2021 MONTH April | 2021 MONTH May | 2021 MONTH June | 2021 MONTH July |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Mr. Cooper | | | | | | |
| Trustmark Mortgage co. | | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL SECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL UNSECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

The monthly cc & bank statements to not all end at the same time.  Every effort has been made to try and keep a consistent closing date but there may be some minor discrepancies.  Also, the above amounts include approximately $24k in exempt funds.

**MFR-3**

*Revised:1/31/2014*

UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS

HOUSTON DIVISION

**CASE NAME:** Royce          James          Hassell          **Petition Date :** 02/04/2019

**CASE NUMBER:** 19-30694

**THIS REPORT IS FOR THE MONTH/YEAR (example:  MAY/1995) OF** June-2021

All **Individual** Debtor-In-Possession Checking, Savings, Brokerage Accounts:     All Non-Debtor-In-Possession Accounts:

| | BANK NAME: | ACCOUNT NO.: | | BANK NAME: | ACCOUNT NO.: |
|---|---|---|---|---|---|
| 1. | Allegaince  Bank | xxxx4 | 1. | Bank of Texas | xxxx6XXX6 |
| 2. | Allegaince  Bank | xxxx6 | 2. | | |
| 3. | (attach list if needed) | | 3. | (attach list if needed) | |

## A copy of a reconciled statement should be attached for each and all accounts.

| | | | | |
|---|---|---|---|---|
| | + | | = | $ 0.00 |
| Total Disbursements from MOR-7 Or Small Business Exhibit B-1 (When the debtor is a sole proprietorship) | | Total Disbursements from MFR-2 (When the debtor is an Individual) | | Total Disbursements |

Are all post-petition liabilities, including taxes, being paid within terms?  **Yes** ☑ **No** ☐

Have any pre-petition liabilities been paid ?  **Yes** ☑ **No** ☐ If so, explain  Notes  and Mortgages

Are all U. S. Trustee Quarterly Fee Payments current?  **Yes** ☑ **No** ☐

What is the status of your Plan of Reorganization?  Filed

***The **original**  of this document **must be filed** with the United States Bankruptcy Court and a **copy must be sent** to the United States Trustee***

| **Attorney Name:** Erin  Jones |
|---|
| **Firm:** JONES MURRAY & BEATTY LLP |
| **Address:** 4119 Montrose,  Suite  230 |
| **Address:** |
| **City State, Zip:** Texas 77006 |
| **Telephone:** 713 5291999 |

**MFR-1**

I certify under penalty of perjury that the following complete Monthly Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

**SIGNED** _(signature)_

(ORIGINAL SIGNATURE)

Royce          J.          Hassell

This FORM is for **INDIVIDUALS ONLY**

Petition Date: 02/04/2019

CASE NAME: Royce James Hassell

CASE NUMBER: 19-30694

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | 2021 MONTH February | 2021 MONTH March | 2021 MONTH April | 2021 MONTH May | 2021 MONTH June | 2021 MONTH July |
|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | | $ 299,555.70 | $ 206,188.00 | $ 175,755.17 | $ 160,482.22 | $ 156,689.79 | |
| RECEIPTS | | | | | | | |
| 2. Wages, Salary, Commissions (net) | | 0.00 | 0.00 | | | | |
| 3. Rents, Royalties, Dividends, Interest | | 41.71 | 17.76 | 65.68 | 21.26 | 13.44 | |
| 4. Social Security, Pension, etc. | | 0.00 | 0.00 | 0.00 | | 0.00 | |
| 5. Other (attach list)   Sale of 10181 Valley Dr | | | | | | 1,379,320.20 | |
| TOTAL RECEIPTS | $ 0.00 | $ 41.71 | $ 17.76 | $ 65.68 | $ 21.26 | $ 1,379,333.64 | $ 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 or Small Business Exhibit B-1 | | 0.00 | | | | | |
| DISBURSEMENTS | | | | | | | |
| 6. Rent or Home Mortgage Payment | | 63,346.90 | | | | 21,704.41 | |
| 7. Utilities (electric/gas, water, telephone) | | 2,587.89 | 1,126.32 | 795.54 | 1,410.41 | 368.24 | |
| 8. Home Maintenance (repairs and upkeep) | | 128.64 | 927.61 | 5,085.38 | 1,650.59 | 1,567.95 | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | | 1,666.15 | 120.79 | 918.94 | 1,693.20 | 397.28 | |
| 10. Medical and Dental | | 91.16 | | 483.86 | 540.16 | 23.71 | |
| 11. Transportation (not including car payment) | | 830.97 | 317.13 | 1,112.98 | 585.43 | 673.45 | |
| 12. Recreations, Clubs, and Entertainment | | | | | 623.23 | | |
| 13. Insurance (not included in wages or home mortgage) | | 6,959.04 | 4,555.42 | 1,580.04 | 2,957.30 | | |
| 14. Taxes (not included in wages or home mortgage) | | | | 1,023.00 | 1,023.00 | 48.00 | |
| 15. Auto Payment | | | 0.00 | | | | |
| 16. Credit Cards | | 1,122.41 | 5,610.00 | 6,900.92 | 66.00 | 5,000.00 | |
| 17. Other (attach list) | | | | | | | |
| SUB-TOTAL DISBURSEMENTS (for Individual) | $ 0.00 | $ 76,733.16 | $ 12,657.27 | $ 17,900.66 | $ 10,549.32 | $ 29,783.04 | $ 0.00 |
| 18. PROFESSIONAL FEES | | 9,975.00 | 9,975.00 | | | | |
| 19. U.S. TRUSTEE FEES | 0.00 | | | | | | |
| TOTAL DISBURSEMENTS | $ 0.00 | $ 86,708.16 | $ 22,632.27 | $ 17,900.66 | $ 10,549.32 | $ 29,783.04 | $ 0.00 |
| 20. NET CASH FLOW | 0.00 | (86,666.45) | (22,614.51) | (17,834.98) | (10,528.06) | 1,349,550.60 | 0.00 |
| 21. CASH - END OF MONTH | $ 0.00 | $ 212,889.25 | $ 183,573.49 | $ 157,920.19 | $ 149,954.16 | $ 1,506,240.39 | $ 0.00 |

**MFR-2**

*Revised:1/31/2014*

This FORM is for **INDIVIDUALS ONLY**

**CASE NAME:** Royce        James        Hassell

**CASE NUMBER:** 19-30694

| POST-PETITION LIABILITIES | 2021 MONTH February | 2021 MONTH March | 2021 MONTH April | 2021 MONTH May | 2021 MONTH June | 2021 MONTH July |
|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | |
| Mr. Cooper | | | | | | |
| Trustmark Mortgage co. | | | | | | |
| Allegiance Bank | 0.00 | | | | | |
| (attach list) | | | | | | |
| **TOTAL SECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **UNSECURED:** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL UNSECURED** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TAXES:** | | | | | | |
| | | | | | | |
| | | | | | | |
| (attach list) | | | | | | |
| **TOTAL TAXES** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for Individual)** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**MFR-3**

The monthly cc & bank statements to not all end at the same time.  Every effort has been made to try and keep a consistent closing date but there may be some minor discrepancies.  Also, the above amounts include approximately $24k in exempt funds.

Revised:1/31/2014