THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>ROYCE J. HASSELL<br><br>Debtor. | §<br>§<br>§   Case No. 19-30694<br>§   (Chapter 11)<br>§<br>§ |

### NOTICE OF SALE
(Relates to Dkt. No. 247)

Royce J. Hassell, the debtor-in-possession ("Debtor") in this case, hereby files this Notice of Sale ("Notice") to notify that Court that on June 16, 2021 the closing of the sale of 10181 Valley Drive S, Willis, Texas occurred as set forth on the settlement statement attached hereto as Exhibit "A" and as approved by this Court's Order at Docket No. 247.

Dated: September 29, 2021.

Respectfully submitted,

/s/ Erin E. Jones
Erin E. Jones (TBN 24032478)
JONES MURRAY & BEATTY LLP
4119 Montrose, Suite 230
Houston, TX 77006
Tel. 832-529-1999
Fax. 832-529-3393
erin@jmbllp.com
COUNSEL FOR THE DEBTOR

### CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on September 29, 2021, a true and correct copy of the foregoing was served electronically via CM-ECF to all parties registered to receive such service and/or placed for service via    ail  irs   lass pos a e pre paid as se   for    on    e a  ac ed service lis .

/s/ Erin E. Jones
Erin E. Jones

UPDATED AS OF 9/29/2021

## SERVICE LIST

**ELECTRONICALLY / VIA CM-ECF**

Office of the US Trustee
c/o Hector Duran
c/o Stephen Statham
515 Rusk Ave Ste 3516
Houston, TX 77002-2604

Argos USA, LLC
c/o Paul M. Lopez
Abernathy, Roeder, Boyd and Hullett, P.C.
1700 Redbud Blvd., Suite 300
McKinney, Texas 75069

Texas Capital Bank, N.A.
c/o Lisa Powell
Fisher Broyles
2925 Richmond Avenue Suite 1200
Houston, Texas 77098-3143

Trustmark National Bank
c/o Donald L. Turbyfill
Devlin, Naylor & Turbyfill, P.L.L.C.
5120 Woodway Drive, Suite 9000
Houston, Texas 77056-1725

Jones Murray Beatty LLP
c/o Erin E. Jones
Jones Murray & Beatty LLP
4119 Montrose Blvd, Suite 230
Houston, Tx 77006-4964

AMI Lenders Inc.
c/o Johnnie Patterson
Walker and Patterson
4815 Dacoma St.
Houston, Texas 77092-8026

JPMorgan Chase Bank, N.A.
Alonzo Z. Casas
Aldridge Pite, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, Ca 92177-7921

Hanover Group
c/o Brandon K. Bains
Langley LLP
1301 Solana Blvd Building 1, Suite 1545
Westlake, Texas 76262-1689

Harris County Tax Assessor
Harris County Courts
Montgomery County
c/o Tara L. Grundemeier
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Hassell Construction Company, Inc.
James C. Hassell
Phillip Hassell
Michael Hassell, as Trustee for the James C.
Hassell Intervivos Trust
Michael Hassell, Individually
Shawn M. Potts
Jason Hassell
c/o Bogdan Rentea
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746-3468
-and-
c/o Shane L. Kotlarksy
Lewis Brisbois Bisgaard & Smith, LLP
24 Greenway Suite 140
Houston, Texas 77046-2401

Randy Williams / Matthew B. Probus
Matthew B. Probus
Wauson Probus
One Sugar Creek Center Blvd., Suite 880
Sugar Land, Texas 77478-3557

Pendergraft & Simon LLP
c/o Leonard Simon
2777 Allen Parkway Ste 800
Houston TX 77019-2129

Procon Enterprise Inc.
c/o Preston Goodwin
Goodwin & Harrison
PO BOX 8278
The Woodlands, Tx 77387-8278

Allegiance Bank
Elbar Investments
c/o John Mayer
Ross Banks May Cron & Cavin PC
7700 San Felipe, Suite 550 Houston, Texas 77063-1618

Tejano Trucking, LLC
c/o Stone & Stone, LLC
Attn: Christina Stone
5212 Linden
Street Bellaire, Texas 77401-3929

Total Lime, LLC
c/o Stone & Stone, LLC
Attn: Christina Stone
5212 Linden
Street Bellaire, Texas 77401-3929

Jasso Sawing & Sealing, Inc.
c/o Stone & Stone, LLC
Attn: Christina Stone
5212 Linden
Street Bellaire, Texas 77401-3929

## *VIA US MAIL FIRST CLASS POSTAGE PREPAID*

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Global Receivables
P. O. Box 790113
St. Louis, MO. 63179-0113

Mr. Cooper Mortgage
PO BOX 650783
Dallas, Texas 75265-0783

Houston Methodist Hospital
PO BOX 3133
Houston, Texas 77253-3133

NEW RESIDENTIAL MORTGAGE LOAN
Nationstar Mortgage LLC d/b/a Mr. Cooper
ATTN: Bankruptcy Dept
PO Box 619096 Dallas TX 75261-9096

PNC Equipment Finance
655 Business Center Drive Suite 250
Horsham, PA 19044-3448

Unruh Turner Burke & Grees
Attn: William Burke
PO BOX 515
West Chester, PA 19381-0515

Waukesha-Pearce Industries, Inc.
c/o Totz Ellison & Totz PC
Attn: Mark Ellison
2211 Norfolk Suite 510
Houston, Texas 77098-4048

UPDATED AS OF 9/29/2021

Paul Eckhoff
P. O. Box 454
Bellaire, Texas 77402-0454

Zukowski, Bresenhan & Piazza, LLP
Attn: Pascal Piazza
1177 West Loop South, Ste. 950
Houston, Texas 77027-9066

Volvo Financial
7025 Albert Pick Rd.
Greensboro, NC 27409-9539

Optum Rx
PO BOX 9040
Carlsbad, Ca 92018-9040

Locke Lord
c/o Elizabeth Guffy
600 Travis, Ste. 2800
Houston, Texas 77002-2914

Royce J. Hassell
Silvia E Hassell
5302 Maple
Bellaire, Texas 77401-4809

Baylor College of Medicine
P. O. Box 4800
Houston, Texas 77210-4800

Terry and Rose Tauriello
4302 Bandera Branch Lane
Katy, Texas 77494-4142

San Jacinto River Authority
1577 Dam Site Road
Conroe, Texas 77304-4107

Sunshine Pool Service
12021 Dover St.
Houston, Texas 77031-2821

Internal Revenue Service
1919 Smith Street M/S 5022HOU
Houston, Texas 77002

Internal Revenue Service Centralized
Insolvency Operations
PO Box 7346
Philadelphia, Pa 19101-7346

1 Stop Cooling
850 Brunswick Dr.
Sugar Land, Texas 77478-4009

Ameritas Life Insurance Corp.
Po Box 86881
Lincoln, NE. 68501-6881

Cajun Ready Mix, LTD.
12691 FM 149 Rd.
Montgomery, Texas 77316-9275

Custom Home Maintenance
8102 Durklyn Lane
Houston, Texas 77070-3209

Coates Rose
c/o Billy Shepard
770 S. Post Oak Lane, Ste. 420
Houston, Texas 77056-1938

DeLage Landen Financial Services
c/o Marshall T. Kizner
Stark & Stark P.C.
993 Lenox Drive, Bldg 2
Lawrenceville, NJ 08648-2389

John Deere Financial
23176 Network Place
Chicago, IL 60673

John Deere Financial
PO Box 6600
Johnston, IA 50131-6600