# Closing Disclosure

## Closing Information

| | |
|---|---|
| Date Issued | 6/16/2021 |
| Closing Date | 6/16/2021 |
| Disbursement Date | 6/16/2021 |
| Settlement Agent | Stewart Title of Montgomery County, Inc. |
| File # | 2130725 |
| Property | 10181 Valley Dr. Willis, TX 77318 |
| Sale Price | $1,773,800 |

See attached page for additional information

## Transaction Information

| | |
|---|---|
| Borrower | Chad Porter and Brandey Porter |
| Seller | Royce J. Hassell and Silvia T. Hassell 1280 Haynes Rd Bldg C Houston, TX 77066 |

## Summaries of Transactions

### SELLER'S TRANSACTION

| Due to Seller at Closing | | $1,773,963.56 |
|---|---|---|
| 01 Sale Price of Property | | $1,773,800.00 |
| 02 Sale Price of Any Personal Property Included in Sale | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 City/Town Taxes | | |
| 10 County Taxes | | |
| 11 Assessments | | |
| 12 HOA Dues | 6/16/21 to 1/1/22 | $163.56 |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| Due from Seller at Closing | | $394,643.36 |
|---|---|---|
| 01 Excess Deposit | | |
| 02 Closing Costs Paid at Closing (J) | | $110,804.95 |
| 03 Existing Loan(s) Assumed or Taken Subject to | | |
| 04 Payoff of First Mortgage Loan | | $254,187.12 |
| 05 Payoff of Second Mortgage Loan | | |
| 06 | | |
| 07 | | |
| 08 Seller Credit | | |
| 09 Other w/Carryover | | |
| 10 Premium Adjustment | | $7,289.00 |
| 11 | | |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 City/Town Taxes | | |
| 15 County Taxes | | |
| 16 Assessments | | |
| 17 Est. Prop Taxes | 1/1/21 to 6/16/21 | $22,362.29 |
| 18 | | |
| 19 | | |

### CALCULATION

| | |
|---|---|
| Total Due to Seller at Closing | $1,773,963.56 |
| Total Due from Seller at Closing | -$394,643.36 |
| Cash ☐ From ☒ To Seller | $1,379,320.20 |

## Contact Information

### REAL ESTATE BROKER (B)

| | |
|---|---|
| Name | Realty Associates |
| Address | 1223 Antoine Drive Houston, TX 77055 |
| TX License ID | 9004720 |
| Contact | |
| Contact TX License ID | |
| Email | |
| Phone | |

### REAL ESTATE BROKER (S)

| | |
|---|---|
| Name | Coldwell Banker United Realtors |
| Address | 21105 Eva Street Montgomery, TX 77356 |
| TX License ID | 0441280 |
| Contact | Beverly Smith |
| Contact TX License ID | 373685 |
| Email | bjsmith@cbunited.com |
| Phone | 713-569-2113 |

### SETTLEMENT AGENT

| | |
|---|---|
| Name | Stewart Title of Montgomery County, Inc. |
| Address | 2125 North Loop 336 West, Suite 100 Conroe, TX 77304 |
| TX License ID | 1877228 |
| Contact | Michelle Taylor |
| Contact TX License ID | 1888000-1308456 |
| Email | michelle.taylor@stewart.com |
| Phone | 936-441-2743 |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

# Closing Cost Details

EXHIBIT "A"

| Loan Costs | | Seller-Paid At Closing | Seller-Paid Before Closing |
|---|---|---|---|
| **A. Origination Charges** | | | |
| 01  % of Loan Amount (Points) | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| 01 Title - Delivery Fee | to Stewart Title of Montgomery County, Inc. | $15.00 | |
| 02 Title - Document Preparation Fee | to Steele, Page & Madeley, PC | $110.00 | |
| 03 Title - Settlement Fee | to Stewart Title of Montgomery County, Inc. | $425.00 | |
| 04 Title - Tax Certificate | to Stewart Title of Montgomery County, Inc. | $64.95 | |
| 05 Title - Texas Policy Guaranty Fee | to Stewart Title Policy Gty Fee | $2.00 | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **C. Services Borrower Did Shop For** | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |

| Other Costs | | | |
|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | |
| 01 Recording Fees | Deed:     Mortgage: | | |
| 02 | | | |
| **F. Prepaids** | | | |
| 01 Homeowner's Insurance Premium ( mo.) | | | |
| 02 Mortgage Insurance Premium  ( mo.) | | | |
| 03 Prepaid Interest ( per day from  to  ) | | | |
| 04 Property Taxes | ( mo.) | | |
| 05 | | | |
| **G. Initial Escrow Payment at Closing** | | | |
| 01 Homeowner's Insurance | per month for  mo. | | |
| 02 Mortgage Insurance | per month for  mo. | | |
| 03 Property Taxes | per month for  mo. | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 Aggregate Adjustment | | | |
| **H. Other** | | | |
| 01 Home Warranty Fee | to American Home Shield | $2,073.00 | |
| 02 Homeowners Association Dues | to Far Hills MAint Fund | $50.00 | |
| 03 Real Estate Commission Buyer's Broker | to Realty Associates | $53,214.00 | |
| 04 Real Estate Commission Seller's Broker | to Coldwell Banker United Realtors | $53,214.00 | |
| 05 Title - Owner's Policy (optional) | to Stewart Title of Montgomery County, Inc. | $1,637.00 | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| **J. TOTAL CLOSING COSTS** | | $110,804.95 | $0.00 |

**EXHIBIT "A"**

_____  
Royce J. Hassell

_____  
Silvia T. Hassell

6/16/2021  
Date

6/16/2021  
Date

**EXHIBIT "A"**

# Closing Disclosure Addendum

*This addendum supplements the information in your Closing Disclosure.*

## Closing Information

| | |
|---|---|
| **Date Issued** | 6/16/2021 |
| **Closing Date** | 6/16/2021 |
| **Disbursement Date** | 6/16/2021 |
| **Settlement Agent** | Stewart Title of Montgomery County, Inc. |
| **File #** | 2130725 |
| **Property** | 10181 Valley Dr.<br>Willis, TX 77318 |
| **Sale Price** | $1,773,800 |

## Transaction Information

| | |
|---|---|
| **Borrower(s)** | Chad Porter |
| | Brandey Porter |
| **Seller(s)** | Royce J. Hassell<br>1280 Haynes Rd Bldg C<br>Houston, TX 77066 |
| | Silvia T. Hassell<br>12807 Haynes Rd Bldg C<br>Houston, TX 77066 |

# Texas Disclosure

**Form T-64**

*This form provides additional disclosures and acknowledgements required in Texas. It is used with the federal Closing Disclosure form.*

| Closing Information | Transaction Information |
|---|---|
| **Closing Disclosure** | **Property Address:** 10181 Valley Dr., Willis, TX 77318 |
| **Issued Date:** June 16, 2021 | |
| **Closing Date:** June 16, 2021 | **Borrower(s):** Chad Porter and Brandey Porter |
| **GF #:** 2130725 | **Address(es):** |
| **Sales Price:** $1,773,800.00 | **Seller(s):** Royce J. Hassell and Silva T. Hassell |
| **Loan Amount:** $1,419,040.00 | **Address(es):** 1280 Haynes Rd Bldg C, Houston, TX 77066 |

## Lender and Settlement Agent

**Lender:** Compass Bank

**Address:**

**Settlement Agent:** Stewart Title of Montgomery County, Inc.

**Address:**

## Title Insurance Premiums

*If you are buying both an owner's policy and a loan policy, the title insurance premiums on this form might be different than the premiums on the Closing Disclosure. The owner's policy premium listed on the Closing Disclosure will probably be lower than on this form, and the loan policy premium will probably be higher. If you add the two policies' premiums on the Closing Disclosure together, however, the total should be the same as the total of the two premiums on this form.*

*The premiums are different on the two forms because the Closing Disclosure is governed by the federal law, while this form is governed by Texas law. The owner's policy and loan policy premiums are set by the Texas commissioner of insurance. When you buy both an owner's policy and a loan policy in the same transaction, you are charged the full premium for the owner's policy but receive a discount on the loan policy premium. Federal and Texas law differ on where the discount is shown. Texas law requires the discount to be reflected in the loan policy premium, while federal law requires the discount to be reflected in the owner's policy premium.*

| **Title Agent:** Stewart Title of Montgomery County, Inc. | **Owner's Policy Premium** | $ | 8,926.00 |
|---|---|---|---|
| | **Loan Policy Premium** | $ | 100.00 |
| **Underwriter:** Stewart Title Guaranty Company | **Endorsements** | $ | 444.45 |
| | **Other** | $ | |
| | **TOTAL** | $ | 9,470.45 |

Of this total amount: 15% will be paid to the Underwriter; the Title Agent will retain 85%; and the remainder of the premium will be paid to other parties as follows:

| Amount ($ or %) | To Whom | For Services |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## Fees Paid to Settlement Agent

Fees Paid to Settlement Agent on the Closing Disclosure include:

| Settlement Fee | $850.00 | Tax Cert | $64.95 |
|---|---|---|---|
| Guaranty Fee | $4.00 | Delivery fee | $30.00 |
| E-record fee | $8.46 | | |

GF# 2130725

Page 1 of 2

**EXHIBIT "A"**

# Texas Disclosure

**Form T-64**

*This form provides additional disclosures and acknowledgements required in Texas. It is used with the federal Closing Disclosure form.*

| Real Estate Commission Disbursement ||
|---|---|
| *Portions of the Real Estate Commissions disclosed on the Closing Disclosure will be disbursed to:* ||
| | Coldwell Bank Realty / Beverly Smith |
| | Realty Associates/Brandy L Porter |

| Other Disclosures ||||
|---|---|---|---|
| *Although not required, this section may be used to disclose individual recording charges included on Line 01 of Section E of the Closing Disclosure, or to disclose a breakdown of other charges that were combined on the Closing Disclosure:* ||||
| **Document Name** | **Recording Fee** | **Document Name** | **Recording Fee** |
| Deed | $15.00 | Deed of Trust | $71.00 |
| Notice to Purchasers | $15.00 | | |
| **Closing Disclosure Charge Name** | **Included in Closing Disclosure Charge** |||
| Title - Loan Policy Endorsements | Not Payable Taxes Charge only No Form | | $5.00 |
| | T30 Tax Deletion STG | | $20.00 |
| | T36 EPL STG | | $25.00 |
| | T17 PUD STG | | $25.00 |
| | T19 r 1 14 REM STG | | $369.45 |
| Title - Owners Policy Endorsements | | | |

The Closing Disclosure was assembled from the best information available from other sources. The Settlement Agent cannot guarantee the accuracy of that information.

Tax and insurance prorations and reserves were based on figures for the preceding year or supplied by others, or are estimates for current year. If there is any changes for the current year, all necessary adjustment must be made directly between Seller and Borrower, if applicable.

I (We) acknowledge receiving this Texas Disclosure and the Closing Disclosure. I (We) authorize the Settlement Agent to make the expenditures and disbursements on the Closing Disclosure and I (we) approve those payments. If I am (we are) the Borrower(s), I (we) acknowledge receiving the Loan Funds, if applicable, in the amount on the Closing Disclosure.

**Borrower:**

_____        _____
Chad Porter                                                    Brandey Porter

**Seller:**

_____        _____
Royce J. Hassell                                            Silvia T. Hassell

**Settlement Agent:**

By: _____
**Escrow Officer**
Michelle Taylor

GF# 2130725                                                                    Page 2 of 2