THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>Royce J. Hassell,<br><br>     Debtor. | Case No. 19-30694<br>(Chapter 11) |

**DEBTOR'S APPLICATION FOR AN ORDER PURSUANT TO SECTION 327(A) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF BAKER TILLY US, LLP AS TAX ADVISOR AND CONSULTANT FOR THE DEBTOR**

> **THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

Royce J. Hassell, debtor and debtor-in-possession (the "Debtor") in the above-captioned bankruptcy case (the "Case"), hereby seeks authority to employ Baker Tilly US, LLP ("Baker Tilly") as tax consultants and advisors. In support thereof, the Debtor represents that:

**JURISDICTION AND VENUE**

1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief requested in this Application are sections 327, 328, 329, 1107, and 1108 of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014, 2016(b), and 9013 of the Federal Rules of Bankruptcy Procedure, Rules 2014-1, 2016-1(b) (the "Bankruptcy Rules"), and 9013-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules").

## BACKGROUND

1. The Debtor filed a voluntary Chapter 11 bankruptcy petition on February 4, 2019 (the "Petition Date").

2. The Debtor has determined that it is in the best interest of the bankruptcy estate and his creditors that he retain an experienced advisor to assist in the complicated tax issues in this Case. Accordingly, the Debtor wishes to employ Baker Tilly as his tax advisor and consultant.

## RELIEF REQUESTED

3. By this Application, the Debtor seeks entry of an order pursuant to sections 327(a) and 328(a) of the Bankruptcy Code authorizing the employment and retention of Baker Tilly as tax advisor and consultant to the Debtor in accordance with the terms and conditions of the engagement letter dated February 1, 2022 (the "Engagement Letter"), attached to this Application as **Exhibit A** and incorporated herein by reference.

## BAKER TILLY'S QUALIFICATIONS

4. Baker Tilly is a full-service accounting, tax and advisory firm headquartered in Chicago, Illinois. Baker Tilly operates in more than 65 offices in 21 states throughout the United States and has more than 400 partners and 4,200 employees. Baker Tilly is also a member of a global accounting network called Baker Tilly International that is headquartered in London, United Kingdom.

5. Baker Tilly professionals have provided tax consulting and advisory services to debtors and trustees in numerous cases throughout the United States.

6. The Debtor has been referred to Baker Tilly's bankruptcy services team based in the San Diego office because that team has experience in individual chapter 11 bankruptcy estate taxation. One member of the San Diego team, Eileen Castle, is a resident of Texas and a licensed certified public accountant in the states of California and Texas. Baker Tilly also has several offices in Texas.

7. The Debtor respectfully submits that it will be necessary to employ and retain an accountant and tax consultant pursuant to section 327 of the Bankruptcy Code. Because of Baker Tilly's experience in bankruptcy tax matters, the Debtor believes that Baker Tilly is qualified to provide the following services as appropriate and without limitation:

   a. Advice and services regarding the bankruptcy estate's federal and state tax liabilities and preparation of the bankruptcy estate's annual federal and state tax returns as required;

   b. Review of potential deductions, loss carrybacks and other tax attributes of the bankruptcy estate;

   c. Review and analysis of information provided by entities in which the Debtor has an interest, specifically the bankruptcy cases of the Debtor's closely held corporations in which a chapter 7 trustee has been appointed; and,

   d. Such other accounting, tax and consulting services required as permitted by the United States Bankruptcy Court for the Southern District of Texas.

8. Because of the complex tax issues that are involved in this Case, and the fact that the full nature and extent of such services are not known at this time, the Debtor believes that the

employment of Baker Tilly for the Debtor's purposes set forth above would be appropriate and in the best interests of the Debtor and his bankruptcy estate. For the avoidance of doubt, Baker Tilly will provide tax and accounting services to the Debtor's bankruptcy estate. While the results of this work may be of indirect benefit to the Debtor individually, Baker Tilly is being retained to provide services to only the bankruptcy estate.

9. Also, the Debtor believes that Baker Tilly possesses extensive knowledge and expertise in the areas of tax and accounting relevant to this Case and is well qualified to represent the Debtor in this Case. A statement of qualifications describing the San Diego bankruptcy team's services as well as the biographical and billing rate information of its professionals expected to work on this Case along with a schedule of out-of-pocket costs is attached hereto as **Exhibit B**

### TERMS OF BAKER TILLY'S ENGAGEMENT

10. The Debtor wishes to employ Baker Tilly as tax advisor and consultant under 11 U.S.C. § 327(a), which provides:

> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

11. The Debtor and Baker Tilly have agreed to the terms of the engagement letter attached to the Declaration of Jere G. Shawver (the "Shawver Declaration"). Baker Tilly's rate structure for the requested services is as follows:

| Position | Hourly Rate |
|---|---|
| Managing Directors, Principals, and Partners | $400 - $650 |
| Senior Managers and Directors | $250 - $430 |
| Managers | $230 - $360 |
| Senior Consultants | $210 - $320 |
| Staff Consultants | $150 - $270 |
| Paraprofessionals | $95 - $260 |

4

12.     The Debtor requests that this Court approve such terms and conditions of Baker Tilly's employment as reasonable pursuant to section 328(a) of the Bankruptcy Code.

13.     Subject to the provisions of section 327(a) of the Bankruptcy Code, as incorporated in section 330 of the Bankruptcy Code, the Bankruptcy Rules and the Bankruptcy Local Rules, the Debtor is informed that Baker Tilly intends to apply for compensation for professional services rendered in connection with this Case, subject to approval of this Court and compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Baker Tilly, as more specifically described in the Engagement Letter and the Shawver Declaration.

14.     The source of payment of Baker Tilly's fees and costs will be the funds available in the Debtor's bankruptcy estate.

### BAKER TILLY IS "DISINTERESTED"

15.     Under section 327(a) of the Bankruptcy Code, the trustee or debtor in possession is authorized to employ one or more professional persons that do not hold or represent an interest adverse to the bankruptcy estate and that are "disinterested persons," as that term is defined in section 101(14) of the Bankruptcy Code, to represent or assist the debtor in possession in carrying out his duties under the Bankruptcy Code.  Section 1107(b) of the Bankruptcy Code modifies sections 101(14) and 327(a) in cases under chapter 11 of the Bankruptcy Code, providing that a person is not disqualified for employment under section 327(a) of the Bankruptcy Code by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case.

16.     To the best of the Debtor's knowledge, Baker Tilly is not an insider of the Debtor, nor does Baker Tilly have any direct or indirect relationship to, connection with, or interest in the Debtor that would make its interests materially adverse to the interests of the bankruptcy estate or

of any class of creditors or equity security holders. The details of all other connections between Baker Tilly and the Debtor or his creditors are set forth in the Declaration of Jere G. Shawver, incorporated herein by reference.

17. As described in the Shawver Declaration, Baker Tilly professionals have conducted a conflicts search for this engagement. Baker Tilly's review consisted of queries of the parties listed on **Exhibit C** of its internal computer databases containing names of individuals and entities that are present or recent and former clients of Baker Tilly to identify potential relationships. A summary of the potential relationships that Baker Tilly was able to identify using its reasonable efforts is reflected in **Exhibit D** attached hereto.

18. To the best of the Debtor's knowledge, Baker Tilly does not have any connections with the Debtor, his creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee for the Southern District of Texas, or any person employed in the office of the United States Trustee for the Southern District of Texas.

19. Based upon the Shawver Declaration, the Debtor believes that Baker Tilly is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and is therefore qualified to be employed by the Debtor pursuant to section 327(a) of the Bankruptcy Code.

## CONCLUSION

20. For the foregoing reasons, the Debtor believes it is in the best interest of the Debtor, the bankruptcy estate and the Debtor's creditors that the Court approves the employment of Baker Tilly as tax advisor and consultant to the Debtor on the terms and conditions set forth in this application.

21. WHEREFORE, the Debtor requests that he be authorized to employ Baker Tilly as tax advisor and consultant to the Debtor under section 327(a) of the Bankruptcy Court and for such other and further relief as the Court may deem just and proper.

DATED: February 22, 2022               Respectfully Submitted,

_____
Royce J. Hassell, Debtor

**OKIN ADAMS LLP**

By:     /s/ *Christopher Adams*
       Christopher Adams
       Texas Bar No. 24009857
       Email: cadams@okinadams.com
       Edward A. Clarkson, III
       Texas Bar No. 24059118
       Email: eclarkson@okinadams.com
       1113 Vine St., Suite 240
       Houston, Texas 77002
       Tel: 713.228.4100
       Fax: 346.247.7158

**PROPOSED ATTORNEYS FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022, a true and correct copy of the foregoing Application was served via the Court's CM/ECF system to all parties consenting to service through the same and via first class mail, postage prepaid, to all parties listed on the attached Service List.

By:  */s/ Christopher Adams*
      Christopher Adams

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 19-30694<br>Southern District of Texas<br>Houston<br>Wed Dec  8 15:24:36 CST 2021 | AMI Lenders, Inc.<br>Suite 208<br>710 North Post Oak Rd.<br>Houston, TX 77024-3846 | Argos USA, LLC<br>c/o Paul M. Lopez<br>Rochelle McCullough, LLP<br>325 North St. Paul St., Suite 4500<br>Dallas, TX 75201-3827 |
| Elbar Investments, Inc.<br>3806 Drake<br>Houston, TX 77005-1120 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Jones Murray & Beatty LLP<br>4119 Montrose Blvd, Suite 230<br>Houston, Tx 77006-4964 |
| Montgomery County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Tara L. Grundemeier<br>P.O. Box 3064<br>Houston, TX 77253-3064 | NEW RESIDENTIAL MORTGAGE LOAN TRUST 2017-2<br>RAS Crane, LLC<br>1900 Enchanted Way, Suite 125<br>Grapevine, TX 76051-1023 | Pendergraft & Simon LLP<br>The Riviana Building<br>2777 Allen Parkway, Suite 800<br>Houston, Tx 77019-2129 |
| (p)TRUSTMARK NATIONAL BANK<br>P O BOX 1928<br>BRANDON MS 39043-1928 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | 1 Stop Cooling<br>850 Brunswick Dr.<br>Sugar Land, Texas 77478-4009 |
| AMI Lenders Inc.<br>710 N. Post Oak Rd. Suite 208<br>Houston, Texas 77024-3846 | Allegiance Bank<br>8727 W. Sam Houston Parkway N<br>Houston, Texas 77040-5191 | Alonzo Z. Casas<br>Aldridge Pite, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, Ca 92177-7921 |
| American Express<br>P.O. Box 650448<br>Dallas, Texas 75265- 75265-0448 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Ameritas Life Insurance Corp.<br>P. O. Box 86881<br>Lincoln, NE. 68501-6881 |
| Argos USA, LLC<br>325 North Saint Paul St., Suite 4500<br>Dallas, Texas 75201-3827 | Argos USA, LLC<br>c/o Paul M. Lopez, Esq.<br>Rochelle McCullough, LLP<br>325 North Saint Paul, Suite 4500<br>Dallas, TX 75201-3827 | Baylor College of Medicine<br>P. O. Box 4800<br>Houston, Texas 77210-4800 |
| Bogdan Rentea<br>108 Wild Basin Rd. South, Suite 250<br>Austin, Texas 78746-3468 | Brandon K. Bains<br>Rachel E. Edwards<br>Langley LLP<br>1301 Solana Blvd Building 1, Suite 1545<br>Westlake, Texas 76262-1689 | Cajun Ready Mix, LTD.<br>12691 FM 149 Rd.<br>Montgomery, Texas 77316-9275 |
| Chase Auto Finance<br>PO BOX 78068<br>Phoenix, AZ 85062-8068 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | (p)CHRISTINA STONE<br>ATTN STONE & STONE LLC<br>5212 LINDEN ST<br>BELLAIRE TX 77401-3929 |
| Coates Rose<br>c/o Billy Shepard<br>770 S. Post Oak Lane, Ste. 420<br>Houston, Texas 77056-1938 | Custom Home Maintenance<br>8102 Durklyn Lane<br>Houston, Texas 77070-3209 | De Lage Landen Financial Serv. Inc.<br>993 Lenox Dr<br>Lawrenceville, NJ 08648-2316 |

| | | |
|---|---|---|
| DeLage Landen Financial Services<br>c/o Marshall T. Kizner<br>993 Lenox Drive, Bldg 2<br>Lawrenceville, NJ 08648-2389 | Devlin, Naylor & Turbyfill, P.L.L.C.,<br>Attn: Donald L. Turbyfill<br>5120 Woodway Drive, Suite 9000<br>Houston, Texas 77056-1725 | Global Receivables<br>P. O. Box 790113<br>St. Louis, MO. 63179-0113 |
| Hanover Group<br>440 Lincoln St.<br>Worchester, MA. 01653-0001 | Harris County Court Costs<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Harris County Tax Assessor<br>P. O. Box 4576<br>Houston, Texas 77210-4576 |
| Harris County et al.<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Hassell Contruction Co., Inc.<br>12522 Cutten Rd.<br>Houston, Texas 77066-1821 | Houston Methodist Hospital<br>PO BOX 3133<br>Houston, Texas 77253-3133 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Office<br>PO BOX 7346<br>Philadelphia, Pa 19101-7346 | JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O. Box 29505 AZ1-1191<br>Phoenix AZ 85038-9505 |
| James C. Hassell<br>12522 Cutten Rd.<br>Houston, Texas 77066-1821 | James P. Hassell<br>12522 Cutten Rd.<br>Houston, Texas 77066-1821 | Jason Hassell<br>c/O Bogdan Rentea<br>700 Lavaca Street, Ste 1400<br>Austin, Texas 78701-3102 |
| Jasso Sawing & Sealing, Inc.<br>20064 Emerald Lane<br>New Caney, Texas 77357-3814 | Jeffrey S. Leeper<br>Busch Reed Jones & Leeper PC<br>639 Whitlock Avenue<br>Marietta, GA 30064-3119 | John Deere Construction & Forestry Company<br>c/o Weltman, Weinberg and Reis Co., LPA<br>P O Box 93784<br>Cleveland, OH 44101-5784 |
| John Deere Construction & Forestry Company d<br>PO Box 6600<br>Johnston, IA 50131-6600 | Johnnie Patterson<br>Walker and Patterson<br>4815 Dacoma St.<br>Houston, Texas 77092-8026 | Lewis Brisbois Bisgaard & Smith, LLP<br>Attn: Shane L. Kotlarksy<br>24 Greenway Suite 140<br>Houston, Texas 77046-2401 |
| Lisa Powell<br>Fisher Broyles<br>2925 Richmond Avenue Suite 1200<br>Houston, Texas 77098-3143 | Locke Lord<br>600 Travis, Ste. 2800<br>Houston, Texas 77002-2914 | Locke Lorrd LLP<br>2800 Financial Plaza - SEV<br>Providence RI 02903-2407 |
| Marshall T. Kizner<br>993 Lenox Drive, Bldg #2<br>Lawrenceville, NJ 08648-2316 | Matthew B. Probus<br>Wauson<br> Probus<br>One Sugar Creek Center Blvd., Suite 880<br>Sugar Land, Texas 77478-3557 | Michael Hassell, as Trustee for the James C.<br>c/o Bogdan Rentea<br>700 Lavaca Street, Ste 140<br>Austin, Texas 78701-3101 |
| Michael L. Hassell<br>12522 Cutten Rd.<br>Houston, Texas 77066-1821 | Montgomery County<br>c/o Tara L. Grundemeier<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Mr. Cooper Mortgage<br>PO BOX 650783<br>Dallas, Texas 75265-0783 |

| | | |
|---|---|---|
| NEW RESIDENTIAL MORTGAGE LOAN<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas TX 75261-9096 | Optum Rx<br>PO BOX 9040<br>Carlsbad, Ca 92018-9040 | PNC Equipment Finance<br>655 Business Center Drive Suite 250<br>Horsham, PA 19044-3448 |
| Paul Eckhoff<br>P. O. Box 454<br>Bellaire, Texas 77402-0454 | Pendergraft & Simon LLP<br>2777 Allen Parkway Ste 800<br>Houston TX 77019-2129 | Phillip Hassell<br>c/o Bogdan Rentea<br>700 Lavaca Street, Ste 1400<br>Austin, Texas 78701-3102 |
| Preston Goodwin<br>Goodwin & Harrison<br>PO BOX 8278<br>The Woodlands, Tx 77387-8278 | Procon Enterprise Inc.<br>135 Harvard St.<br>Houston, Texas 77007-3735 | Procon Enterprises, Inc.<br>135 Harvard Street<br>Houston, Texas 77007-3735 |
| RAS Crane LLC<br>Bankruptcy Department<br>1900 Enchanted Way, Suite 125<br>Grapevine, Tx 76051-1023 | Ross Banks May Cron & Cavin PC<br>Attn: Jim D. Hamilton<br>7700 San Felipe Suite 550<br>Houston, Texas 77063-1618 | Ross Banks May Cron & Cavin PC<br>Attn: John Mayer<br>7700 San Felipe, Suite 550<br>Houston, Texas 77063-1618 |
| San Jacinto River Authority<br>1577 Dam Site Road<br>Conroe, Texas 77304-4107 | Shawn M. Potts<br>12522 Cutten Rd.<br>Houston, Texas 77066-1821 | Silvia E Hassell<br>5302 Maple<br>Bellaire, Texas 77401-4809 |
| Silvia E. Hassell<br>5302 Maple<br>Houston, Texas 77041 | Sunshine Pool Service<br>12021 Dover St.<br>Houston, Texas 77031-2821 | Tejano Trucking, LLC<br>642 West Palm<br>Fresno, TX 77545-7570 |
| Tejano Trucking, LLC<br>Stone & Stone, LLC<br>Attn: Christina Stone<br>5212 Linden Street<br>Bellaire, Texas 77401-3929 | Terry and Rose Tauriello<br>4302 Bandera Branch Lane<br>Katy, Texas 77494-4142 | Texas Capital Bank<br>2350 Lakeside Blvd., Suite 605<br>Richardson, Texas 75082-4340 |
| Texas Capital Bank, N.A.<br>2000 McKinney Ave.<br>Suite 700<br>Dallas, Texas 75201-1985 | Total Lime, LLC<br>13613 S. Wayside Dr.<br>Houston, TX 77048-5209 | Total Lime, LLC<br>Stone & Stone, LLC<br>Attn: Christina Stone<br>5212 Linden Street<br>Bellaire, Texas 77401-3929 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Unruh Turner Burke & Grees<br>Attn: William Burke<br>PO BOX 515<br>West Chester, PA 19381-0515 | Volvo Financial<br>7025 Albert Pick Rd.<br>Greensboro, NC 27409-9539 |
| Waukesha-Pearce Industries, Inc.<br>c/o Totz Ellison & Totz PC<br>Attn: Mark Ellison<br>2211 Norfolk Suite 510<br>Houston, Texas 77098-4048 | Zukowski, Bresenhan & Piazza, LLP<br>1177 West Loop South, Ste. 950<br>Houston, Texas 77027-9066 | Christopher Adams<br>Okin & Adams LLP<br>1113 Vine St<br>Suite 240<br>Houston, TX 77002-1044 |

| | | |
|---|---|---|
| Pascal Paul Piazza<br>Zukowski, Bresenhan & Piazza, LLP<br>1177 West Loop South<br>Suite 1100<br>Houston, TX 77027-9083 | Royce J Hassell<br>5302 Maple<br>Houston, Tx 77401-4809 | Silvia Hassell<br>P.O. Box 3047<br>Bellaire, TX 77402-3047 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Trustmark National Bank<br>P.O. Box 291<br>Jackson, MS 39205-0291 | Chase-Ink<br>PO BOX 6294<br>Carol Stream, Il 60197-6294 | (d)Chase-United<br>P. O. Box 6294<br>Carol Stream, IL. 60197-6294 |
| Christina Stone<br>Stone & Stone, LLC<br>5212 Linden Street<br>Bellaire, Texas 77401 | Internal Revenue Service<br>300 E. 8th Street<br>Mail Stop 5026AUS<br>Austin, Tx 78701 | (d)Trustmark Bank<br>PO BOX 522<br>Jackson, MS 39205-0522 |
| (d)Trustmark National Bank<br>Attn: Loan Administration<br>P. O. Box 522<br>Jackson, MS 39205 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Hassell Construction Company, Inc. | (u)JPMorgan Chase Bank, N.A. | (u)Tejano Trucking, LLC |
| (u)Texas Capital Bank, N.A. | (u)The Hanover Insurance Company | (u)Total Lime, LLC |
| (d)Ameritas Life Insurance Corp.<br>P.O.Box 86881<br>Lincoln, NE. 68501-6881 | (u)Chase-Ink<br>P. O. Box 6294 | (d)Elbar Investments, Inc.<br>3806 Drake<br>Houston, TX 77005-1120 |
| (d)Pendergraft & Simon LLP<br>2777 Allen Parkway Ste 800<br>Houston, TX 77019-2129 | (du)The Hanover Insurance Company | (u)Xfinity Phone |