# EXHIBIT C
# PARTIES SEARCHED

*In re: Royce J. Hassell*
**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CASE NO. 19-30694
BANKRUPTCY TAX SERVICES**

| PARTY SEARCHED | RELATIONSHIP |
|---|---|
| ROYCE JAMES HASSELL | DEBTOR IN POSSESSION |
| EDWARD CLARKSON, III | ATTORNEY REPRESENTING DEBTOR IN POSSESSION |
| CHRISTOPHER ADAMS | ATTORNEY REPRESENTING DEBTOR IN POSSESSION |
| OKIN ADAMS | LAW FIRM REPRESENTING DEBTOR IN POSSESSION |
| ERIN ELIZABETH JONES | FORMER ATTORNEY REPRESENTING DEBTOR IN POSSESSION |
| JONES MURRAY & BEATTY LLP | FORMER LAW FIRM REPRESENTING DEBTOR IN POSSESSION |
| PASCAL PAUL PIAZZA | THIRD PARTY PLAINTIFF |
| 1 STOP COOLING | SECURED CREDITOR |
| ALLEGIANCE BANK | SECURED CREDITOR; TOP 20 UNSECURED CREDITOR |
| AMI LENDERS INC. | SECURED CREDITOR |
| JOHNIE J PATTERSON | ATTORNEY REPRESENTING CREDITOR |
| WALKER & PATTERSON, P.C. | LAW FIRM REPRESENTING CREDITOR |
| CHASE AUTO FINANCE | SECURED CREDITOR |
| CUSTOM HOME MAINTENANCE | SECURED CREDITOR |
| HARRIS COUNTY TAX ASSESSOR | SECURED CREDITOR |
| MR. COOPER MORTGAGE | SECURED CREDITOR |
| TRUSTMARK BANK | SECURED CREDITOR |
| DONALD L TURBYFILL | ATTORNEY REPRESENTING CREDITOR |
| DEVLIN NAYLOR & TURBYFILL, PLLC | LAW FIRM REPRESENTING CREDITOR |
| INTERNAL REVENUE SERVICE | UNSECURED PRIORITY CREDITOR; TOP 20 UNSECURED CREDITOR |
| LOCKE LORD LLP | TOP 20 UNSECURED CREDITOR |
| PAUL ECKHOFF | TOP 20 UNSECURED CREDITOR |
| COATES ROSE | TOP 20 UNSECURED CREDITOR |
| CHASE-INK | TOP 20 UNSECURED CREDITOR |

# EXHIBIT C
# PARTIES SEARCHED

*In re: Royce J. Hassell*
**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CASE NO. 19-30694
BANKRUPTCY TAX SERVICES**

| PARTY SEARCHED | RELATIONSHIP |
|---|---|
| CHASE-UNITED | TOP 20 UNSECURED CREDITOR |
| AMERICAN EXPRESS | TOP 20 UNSECURED CREDITOR |
| SUNSHINE POOL SERVICE | TOP 20 UNSECURED CREDITOR |
| ZUKOWSKI, BRESENHAN & PIAZZA, LLP | TOP 20 UNSECURED CREDITOR; THIRD PARTY PLAINTIFF |
| AMERITAS LIFE INSURANCE CORP. | TOP 20 UNSECURED CREDITOR |
| GLOBAL RECEIVABLES | TOP 20 UNSECURED CREDITOR |
| BAYLOR COLLEGE OF MEDICINE | TOP 20 UNSECURED CREDITOR |
| AMERITAS LIFE INSURANCE CORP. | TOP 20 UNSECURED CREDITOR |
| MICHAEL L. HASSELL | TOP 20 UNSECURED CREDITOR |
| JAMES P. HASSELL | TOP 20 UNSECURED CREDITOR |
| JAMES C. HASSELL | TOP 20 UNSECURED CREDITOR |
| HASSELL CONSTRUCTION COMPANY, INC. | TOP 20 UNSECURED CREDITOR |
| BOGDAN RENTEA | ATTORNEY REPRESENTING CREDITOR |
| BOGDAN RENTEA, ATTORNEY AT LAW | LAW FIRM REPRESENTING CREDITOR |
| HANOVER GROUP | TOP 20 UNSECURED CREDITOR |
| THE HANOVER INSURANCE COMPANY | UNSECURED CREDITOR |
| BRANDON KEVIN BAINS | ATTORNEY REPRESENTING CREDITOR |
| LANGLEY LLP | LAW FIRM REPRESENTING CREDITOR |
| JPMORGAN CHASE BANK, N.A. | UNSECURED CREDITOR |
| ALONZO Z CASAS | ATTORNEY REPRESENTING CREDITOR |
| ALDRIDGE PITE LLP | LAW FIRM REPRESENTING CREDITOR |
| HARRIS COUNTY | UNSECURED CREDITOR |
| MONTGOMERY COUNTY | UNSECURED CREDITOR |
| TARA L GRUNDEMEIER | ATTORNEY REPRESENTING CREDITOR |
| LINEBARGER GOGGAN BLAIR AND SAMPSON LLP | LAW FIRM REPRESENTING CREDITOR |
| PENDERGRAFT & SIMON LLP | UNSECURED CREDITOR |
| WILLIAM P HADDOCK | ATTORNEY REPRESENTING CREDITOR |

**Exhibit C, Page 2 of 5**

# EXHIBIT C
# PARTIES SEARCHED

*In re: Royce J. Hassell*
**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CASE NO. 19-30694
BANKRUPTCY TAX SERVICES**

| PARTY SEARCHED | RELATIONSHIP |
|---|---|
| ARGOS USA, LLC | UNSECURED CREDITOR |
| PAUL M. LOPEZ | ATTORNEY REPRESENTING CREDITOR |
| ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | LAW FIRM REPRESENTING CREDITOR |
| ELBAR INVESTMENTS, INC. | UNSECURED CREDITOR |
| JOHN S MAYER | ATTORNEY REPRESENTING CREDITOR |
| ROSS BANKS MAY CRON & CAVIN, PC | LAW FIRM REPRESENTING CREDITOR |
| NEW RESIDENTIAL MORTGAGE LOAN TRUST 17-00002 | UNSECURED CREDITOR |
| LAUREN WEBB OJHA | ATTORNEY REPRESENTING CREDITOR |
| RAS CRANE LLC | LAW FIRM REPRESENTING CREDITOR |
| TEXAS CAPITAL BANK, N.A. | UNSECURED CREDITOR |
| LISA ANN POWELL | ATTORNEY REPRESENTING CREDITOR |
| FISHERBROYLES LLP | LAW FIRM REPRESENTING CREDITOR |
| RANDY W. WILLIAMS | UNSECURED CREDITOR |
| MATTHEW BRIAN PROBUS | ATTORNEY REPRESENTING CREDITOR |
| THE PROBUS LAW FIRM | LAW FIRM REPRESENTING CREDITOR |
| TEJANO TRUCKING, LLC | UNSECURED CREDITOR |
| CHRISTINA STONE | ATTORNEY REPRESENTING CREDITOR |
| GAUGHAN & STONE | LAW FIRM REPRESENTING CREDITOR |
| DE LAGE LANDEN FINANCIAL SERV. INC. | UNSECURED CREDITOR |
| TOTAL LIME, LLC | UNSECURED CREDITOR |
| JASON HASSELL | UNSECURED CREDITOR |
| PHILLIP HASSELL | UNSECURED CREDITOR |
| SHAWN M. POTTS | UNSECURED CREDITOR |
| PROCON ENTERPRISES, INC. | UNSECURED CREDITOR |
| JASSO SAWING & SEALING, INC. | UNSECURED CREDITOR |
| JOHN DEERE CONSTRUCTION & FORESTRY COMPANY | UNSECURED CREDITOR |

# EXHIBIT C
# PARTIES SEARCHED

*In re: Royce J. Hassell*
**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CASE NO. 19-30694
BANKRUPTCY TAX SERVICES**

| PARTY SEARCHED | RELATIONSHIP |
|---|---|
| R. HASSELL HOLDING COMPANY, INC. ET. AL. | AFFILIATED ENTITY IN BANKRUPTCY |
| HASSELL 2012 JOINT VENTURE | AFFILIATED ENTITY IN BANKRUPTCY |
| SILVIA E HASSELL | CODEBTOR |
| R. HASSELL PROPERTIES, INC. | AFFILIATED ENTITY |
| R. HASSELL & CO., INC. | AFFILIATED ENTITY |
| JOEL BUILDERS | AFFILIATED ENTITY |
| JOEL HOLDINGS | AFFILIATED ENTITY |
| HASSELL 2012 JOINT VENTURE | AFFILIATED ENTITY |
| R. HASSELL HOLDING COMPANIES, INC. | AFFILIATED ENTITY |
| R. HASSELL BUILDERS INC. | AFFILIATED ENTITY |
| GOSPEL RANCH, LLC | AFFILIATED ENTITY |
| GR GROUP RESOURCES | AFFILIATED ENTITY |
| ROSSI-RIVI | AFFILIATED ENTITY |
| SPRINGWOODS JOINT VENTURE | AFFILIATED ENTITY |
| MARVIN ISGUR | JUDGE ASSIGNED TO DEBTOR'S CASE, SOUTHERN DISTRICT OF TEXAS |
| DAVID R. JONES | CHIEF JUDGE, SOUTHERN DISTRICT OF TEXAS |
| CHRISTOPHER M. LOPEZ | JUDGE, SOUTHERN DISTRICT OF TEXAS |
| JEFFREY P. NORMAN | JUDGE, SOUTHERN DISTRICT OF TEXAS |
| EDUARDO V. RODRIGUEZ | JUDGE, SOUTHERN DISTRICT OF TEXAS |
| MILLIE APONTE SALL | ASSISTANT U.S. TRUSTEE |
| ALICIA BARCOMB | OUST TRIAL ATTORNEY |
| JACQUELINE BOYKIN | OUST LEGAL DATA TECHNICIAN |
| ALETHEA CALUZA | OUST PARALEGAL SPECIALIST |
| HECTOR DURAN | OUST TRIAL ATTORNEY |
| IVETTE GERHARD | OUST SECRETARY |
| BRIAN HENAULT | OUST BANKRUPTCY ANALYST |
| LUCI JOHNSON-DAVIS | OUST PARALEGAL SPECIALIST |

**EXHIBIT C**
**PARTIES SEARCHED**

*In re: Royce J. Hassell*
**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CASE NO. 19-30694**
**BANKRUPTCY TAX SERVICES**

| PARTY SEARCHED | RELATIONSHIP |
| --- | --- |
| OMAR E. JONES | OUST AUDITOR (BANKRUPTCY) |
| LINDA MOTTON | OUST PARALEGAL SPECIALIST |
| HA NGUYEN | OUST TRIAL ATTORNEY |
| GLENN OTTO | OUST BANKRUPTCY ANALYST |
| YASMINE RIVERA | OUST AUDITOR (BANKRUPTCY) |
| JAYSON B. RUFF | OUST TRIAL ATTORNEY |
| PATRICIA SCHMIDT | OUST LEGAL ASSISTANT (BANKRUPTCY/OA) |
| CHRISTY SIMMONS | OUST BANKRUPTCY ANALYST |
| GWEN SMITH | OUST LEGAL ASSISTANT (BANKRUPTCY/OA) |
| STEPHEN STATHAM | OUST TRIAL ATTORNEY |
| CHRISTOPHER R. TRAVIS | OUST TRIAL ATTORNEY |
| CLARISSA WAXTON | OUST BANKRUPTCY ANALYST |
| JANA WHITWORTH | OUST TRIAL ATTORNEY |