**EXHIBIT D**
**DISCLOSURES**

*In re: Royce J. Hassell*
**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CASE NO. 19-30694**
**BANKRUPTCY TAX SERVICES**

| PARTY SEARCHED | RELATIONSHIP |
|---|---|
| 1 Stop Cooling | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| American Express | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| AMI Lenders Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| Argos USA, LLC | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| Chase-United | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| De Lage Landen Financial Serv. Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| Hanover Group | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| Harris County | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| Harris County Tax Assessor | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| John Deere Construction & Forestry Company | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| JPMorgan Chase Bank, N.A. | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |

**EXHIBIT D**
**DISCLOSURES**

*In re: Royce J. Hassell*
**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CASE NO. 19-30694**
**BANKRUPTCY TAX SERVICES**

| PARTY SEARCHED | RELATIONSHIP |
|---|---|
| Locke Lord LLP | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| Mr. Cooper Mortgage | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| Procon Enterprises, Inc. | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| Texas Capital Bank, N.A. | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| The Hanover Insurance Company | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| Trustmark Bank | Baker Tilly provides or has provided services to this entity or an affiliate of the following entities on unrelated matters. |
| FisherBroyles LLP | Baker Tilly provides or has provided services to one or more mutual clients of the following firm. |
| American Express | One or more Baker Tilly partners or principals own stock in the following entities. The holdings are de minimis to both the holder and the entity. |