**THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 19-30694** |
| **ROYCE J. HASSELL** | § | **(Chapter 11)** |
| | § | |
| **Debtor.** | § | |

**ORDER APPROVING APPLICATION FOR AN ORDER PURSUANT TO SECTION**
**327(A) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF**
**BAKER TILLY US, LLP AS TAX ADVISOR AND**
**CONSULTANT FOR THE DEBTOR**
[Related Docket No. __]

The Court having considered the Debtor's Application for an Order Pursuant to Section 327(a) of the Bankruptcy Code Authorizing the Employment of Baker Tilly US, LLP as Tax Advisor and Consultant for the Debtor (the "Application"), filed by the above-captioned debtor and debtor in possession (the "Debtor") and it appearing to the Court that notice has been given and no objections have been filed or have been overruled, and that the Application is well-founded and should be granted; it is therefore

ORDERED that the Debtor is authorized to employ Baker Tilly US, LLP to represent the Debtor's estate and the Debtor individually, to the extent applicable, for estate tax and accounting work;

ORDERED that the Debtor is authorized to execute the Baker Tilly US, LLP Engagement Letter attached to this order as Exhibit "A"; and it is further

ORDERED that on behalf of Baker Tilly US, LLP, Stacy Elledge Chiang is designated as the professional in charge of the representation; and it is further

ORDERED that payment of any fees to Baker Tilly US, LLP under the Agreement is subject to further order of this Court.

Signed this _____ day of _____, 20____.


_____
HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE